ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
NOV - 9 2005
U.S. COURT OF FEDERAL CLAIMS

**LOCUS TELECOMMUNICATIONS, INC.**
111 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

Plaintiff,

v.

**THE UNITED STATES OF AMERICA**
**Serve:**
United States Attorney General
Alberto R. Gonzales
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**Serve:**
United States Attorney for the District of Columbia
Kenneth L. Wainstein
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Defendant.

NO. 05-1184T

**COMPLAINT**

Comes the Plaintiff, Locus Telecommunications, Inc., by counsel, and for its complaint against the United States of America ("Defendant") herein alleges as follows:

1. Plaintiff brings this action under sections 6532 and 7422 of the United States Internal Revenue Code (the "Code") (26 U.S.C. §§6532 and 7422), for recovery of: (i) the federal excise tax ("FET") Plaintiff paid to the Defendant with respect to each of the taxable calendar quarters beginning with the taxable calendar quarter ending March 31, 2001 and for each successive taxable calendar quarter to and including the taxable calendar quarter ending

March 31, 2005 ("Tax Quarter," collectively, "Tax Quarters"); (ii) the statutory interest on the FET paid in each Tax Quarter; and (iii) reasonable attorney's fees.

## THE PARTIES

2. Plaintiff is a New Jersey corporation with its offices located at 111 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.

3. Plaintiff's Employer Identification Number is 223488343, which is reflected on all its federal tax returns and claim forms as described below.

4. The Defendant is the United States of America.

## JURISDICTION

5. Jurisdiction is conferred upon this Court by Title 28, Section 1346(a)(1) of the United States Code. 28 U.S.C. § 1346(a)(1).

## RELIEF SOUGHT

6. Plaintiff seeks to recover the entire amount of FET paid in the Tax Quarters, plus interest on each Tax Quarter's FET amount paid as provided by law.

7. During each Tax Quarter, Plaintiff timely filed its FET returns on Form 720 with the Internal Revenue Service ("IRS").

8. During each Tax Quarter, Plaintiff paid the FET in full.

9. Plaintiff paid all FET based on its understanding that FET were due and owing to the United States under the Internal Revenue Code ("IRC"), Title 26 of the United States Code.

10. Plaintiff's understanding was based on the provisions of IRC § 4251(a) that imposes an excise tax on the amounts paid for "communications services," by the "person paying for such services." IRC § 4251(a)(2).

11. Only those communications services described in § 4252(a), (b) and (c) of the

IRC are subject to the FET on communications services. IRC § 4251 (a), (b) and (c).

12. IRC section 4251(b)(1)(B) defines "communications services" to include "toll telephone service."

13. A communications service is a "toll telephone service" subject to the FET if it falls into one of the categories listed in either IRC § 4252(b)(1) or § 4252(b)(2).

14. IRC § 4252(b)(1) defines the term "toll telephone service" as a "telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance **and** elapsed transmission time of each individual communication and (B) the charge is paid within the United States." IRC § 4252(b)(1) (emphasis added).

15. Plaintiff paid the charges for its communications service, but the charges Plaintiff paid for such services did not vary in amount with the distance each communication covered as required by IRC § 4252(b)(1)(A).

16. The communications services for which Plaintiff paid and on which it paid the FET for which it filed for refunds with the IRS are not "local telephone service" or "teletypewriter exchange service." IRC § 4252(a) and (c).

17. Accordingly, the communications services on which Plaintiff paid the charges and the FET based on those charges are not communications services that are subject to the FET by express provisions of the IRC.

18. Plaintiff may file for refunds within three years after its tax returns are filed.

**The 2001-2003 Claims**

19. On May 28, 2004, Plaintiff filed a single IRS Form 8849, Claim for Refund of Excise Tax, seeking in the aggregate, the amount of $9,287,877.78, with its serving Internal Revenue Service Center in Cincinnati, Ohio that covered the calendar quarter ending March 31,

2001 and each successive calendar quarter to and including December 31, 2003. A true copy of the IRS Form 8849 so filed is attached as *Plaintiff's Exhibit 1* (hereinafter, the "2001-2003 Claim").

20. In response to an informal request received from the IRS Center in Cincinnati, the 2001-2003 Claim was supplemented on July 1, 2004 with the payment history by calendar quarter for all quarters from March 31, 2001 to and including December 31, 2003. A true copy of the cover page to the facsimile to the IRS Center dated July 1, 2004 is attached as *Plaintiff's Exhibit 2.*

21. On or about August 6, 2004, a telephone status request was made by Plaintiff's counsel to the IRS Center in Cincinnati to IRS agent, Ade Adeniji who was handling the application. *See,* Certification of Charles H. Helein at ¶ 6, attached as *Plaintiff's Exhibit 3* (hereinafter referred to as "Helein Cert.").

22. Plaintiff's counsel was at that time informed that IRS policy was not to process applications for FET refunds on toll telephone services until the case of *American Bankers Insurance Group v. United States,* Case No. 04-10720 pending in the United States Court of Appeals for the 11th Circuit was decided (hereinafter the "*ABIG case"*). *Id.* at ¶ 7.

23. In the interim, in response to a second informal request, this time from an IRS office in Sheffield, New Jersey, the 2001-2003 Claim was again supplemented on April 14, 2005 with the payment history by calendar quarter for all quarters from March 31, 2001 to and including December 31, 2003. A true copy of the cover letter submitting this information is attached as *Plainitff's Exhibit 4.*

24. Then, on July 5, 2005, the IRS Center in Cincinnati notified Plaintiff that it could not process the 2001-2003 Claim without a summary of the total refund requested by calendar quarter. A true copy of the IRS Notice is attached as *Plaintiff's Exhibit 5.*

25. On July 21, 2005, responses to the July 5, 2005 Notice of the IRS was submitted. A true copy of the submission on July 21, 2005 is attached as *Plaintiff's Exhibit 6.*

26. To date no action has been taken on the application for refund of the FET paid for the 2001 to 2003 period.

**The 2004 and First Quarter 2005 Claims**

27. On May 16, 2005, Plaintiff filed five IRS Forms 8849, claims for refunds, in the aggregate amount of $8,142,011.54, serving Internal Revenue Service Center in Cincinnati, Ohio for the calendar quarter ending March 31, 2004 and for each successive calendar quarter to and including March 31, 2005. A true copy of each IRS Form 8849 so filed is attached as *Plainitff's Exhibit 7* (hereinafter referred to as the "2004/5 Claim").

28. An informal request for more information in support of the 2004/5 Claim was received by phone on or about July 25, 2005 from the IRS Office in Sheffield, New Jersey. *Helein Cert.* at ¶ 8.

29. On July 29, 2005, the information requested was submitted to the IRS Office in Sheffield, New Jersey. A true copy of the submission in its entirety is attached as *Plainitff's Exhibit 8.*

30. To date, no action has been taken on the application for refund of the FET paid for 2004 and the first quarter of 2005.

**The April 2005 Claim**

31. On May 26, 2005, Plaintiff filed one IRS Form 8849, claim for refund, in the amount of $469,000.00, serving Internal Revenue Service Center, Cincinnati, Ohio covering the calendar month of April 2005. A true copy the IRS Form 8849 so filed is attached hereto, marked as *Plaintiff's Exhibit 9* (hereinafter referred to as the "April 2005 Claim").

32. On August 2, 2005, the IRS Office sent a notice that it could not process the April 2005 Claim because it was submitted specifying only the month of April 2005 as the tax period instead of the entire second calendar quarter. A true copy of the IRS Notice is attached as *Plaintiff's Exhibit 10.*

33. On August 12, 2005, a corrected filing was made with the IRS. A true copy of this filing is attached as *Plaintiff's Exhibit 11.*

34. To date no action has been taken on the application for refund of the FET paid for the April 2005 Claim.

**Current Status of Claims**

35. Each of the three sets of claims for refunds have been filed with the IRS according to the laws and regulations of the Internal Revenue Service and Secretary of Treasury and meet the requirements of IRC §§ 6532 and 7422.

36. Other than the procedural matters to perfect or correct the technicalities of the filings, to date no action has been taken to refund any of Plaintiff's FET payments.

37. On May 10, 2005, the 11th Circuit in the *ABIG* case decided in favor of the FET taxpayer, that is, that the FET does not apply to toll telephone service that is not charged based on both duration and distance.

38. Based on this decision and the fact that more than a year had passed since the 2001-2003 Claim had been filed without any substantive action by the IRS and in despite of the 11th Circuit's favorable decision, it was decided to bring an action to obtain a judgment sustaining the Plaintiff's right to the refunds for which it had applied. *Helein Cert.* at ¶ 9.

39. Mindful of the procedural requirements for bringing such an action, on May 16, 2005, pursuant to 26 U.S.C. § 7422(a), a letter was sent to the United States Department of Treasury, Washington, D.C., ("Treasury") demanding the grant of the claims for refunds for the 2001-2003 Claim. A true copy of Plaintiff's May 16, 2005 letter is attached as *Plaintiff's Exhibit 12. Id.*

40. On June 15, 2005, Treasury responded by letter indicating that it had referred Plaintiff's May 16th letter demand to the IRS. A true copy of Treasury's June 15, 2005 letter is attached as *Plaintiff's Exhibit 13.*

41. To date, the IRS has taken no specific action in response to Treasury's June 15th referral of Plaintiff's May 16th demand letter.

42. The actions the IRS did take after June 15th are listed in paragraphs 20-24, 28 and 32 above.

43. As recounted there-in-above, those actions indicate that IRS was routinely processing the three sets of Plaintiff's applications for refund at least to the point of having them perfected procedurally and complete as to all necessary information.

44. Given the 11th Circuit's favorable decision, and the lapse of time involved, Plaintiff's counsel then made another telephone status check on the application for refunds for the 2001 to 2003 period. *Helein Cert.* at ¶ 10.

45. Plaintiff's counsel contacted IRS agent, John Tauriello, in the Sheffield, New Jersey office on or about July 25, 2005. *Id.* at ¶¶ 10 and 11.

46. In the ensuing discussion, Plaintiff's counsel understood IRS Agent Taureillo to advise that the IRS was processing the applications for refunds for this 2001 to 2003 period. *Id.* at ¶¶ 12 and 13.

47. Plaintiff's counsel understanding of his conversation with Agent Taureillo that the refunds were at last being processed for grant was based on the context of that discussion, the 11th Circuit's decision and IRS Agent Adeniji's advice in 2004 that IRS policy on issuing refunds hinged on the 11th Circuit's decision. *Id.* at ¶ 14.

48. Based on this understanding, Plaintiff ceased its preparation of an action to establish its rights to the refunds in anticipation that such action was no longer necessary. *Id.* at ¶¶ 15 and 16.

49. After several weeks passed with no further word, on or about September 9, 2005, Plaintiff's counsel made a further status check by telephone to Agent Taureillo. *Id.* at ¶ 17.

50. Agent Taureillo returned the September 9, 2005 call of Plaintiff's counsel on or about September 12, 2005 and advised that despite the 11th Circuit's decision and the fact that the IRS had chosen not to appeal that decision, IRS policy had reverted, and that no telecommunications excise tax refund claims would be acted upon until other pending litigation on the right to refunds on such FET had completed the appellate process. *Id.* at ¶ 18.

51. On October 20, 2005, IRS made its supense policy public by issuing a Notice that based on the fact the Defendant has appealed five similar federal excise tax refund cases, and ignoring the 11th Circuit's decision, even as to taxpayers in the 11th Circuit, IRS would forestall making any refunds. A true copy of the IRS Notice is attached as *Plaintiff's Exhibit 14.*

52. Although more than 6 months has expired from the dates of the filings of the applications for refund listed in paragraph 19 preceding, the Internal Revenue Service has not allowed nor taken any action with respect to the Plaintiff's 2001-2003 Claim.

53. While the dates of the filings of the applications for refund for the 2004-2005 Claim and the First Quarter 2005 Claim as listed respectively in paragraphs 27-30 and 31-34 preceding differs, it may be stipulated that Defendant will not take action to process the Plaintiff's Claims for refund.

54. Plaintiff has overpaid its Federal excise tax for the calendar years 2001, 2002, 2003, 2004 and the first quarter of 2005.

55. Defendant has refused and continues to refuse to refund any part of those overpayments.

56. Defendant's failure to grant the applications and make the refunds is arbitrary, capricious, and contrary to law.

WHEREFORE, Plaintiff demands judgment and other relief against Defendant as follows:

(a) Judgment for the sum of $17,898,889.32;

(b) Judgment for interest on the aforesaid sum as allowed by law;

(c) Judgment for attorney's fees and other costs herein expended; and

(d) All other relief to which Plaintiff may be entitled.

November 8th, 2005

Charles H. Helein
Attorney for Plaintiff

The Helein Law Group, P.C.
8180 Greensboro Drive
Suite 700
McLean, VA 22102
703-714-1300
703-714-1330 (fax)
chh@thlglaw.com

# EXHIBIT 1

IRS Refund Form 8849 for 2001-2003 Claim – 05/28/04

The Helein Law Group, LLC

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

FILE COPY

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

Writer's Direct Dial Number
(703) 714-1301

Writer's E-mail Address
chh@thlglaw.com

May 28, 2004

**Via Certified Mail -- Return Receipt Requested**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

***Re: Local Telecommunications – EIN 223488344***
***Form 8849 Claim for Refund of Taxes***

Ladies and Gentlemen:

On behalf of Locus Telecommunications ("Locus"), transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes and Schedule 6 Other Claims.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein by JSM

Charles H. Helein

CHH/sr
Enclosure

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — 5/27/2004

Signature and title (if applicable) — Date

Jason Chon

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

► Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| **Locus Telecommunications** | **223488343** | $ **9,287,877.78** |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ► **01012001** Latest date ► **12312003**

**Claimant's registration number** for Section 4091(d) claims. ► ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | **Excise Tax on Toll Telephone Services** | $ **9,287,877.78** | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1-5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

The Helein Law Group, P.C

8180 Greensboro Drive
Suite 700
McLean, VA 22102

FOLD AT DOTTED LINE

CERTIFIED MAIL

7099 3400 0011 2258 6298

MC LEAN
VA

U.S. POSTAGE
0442
METER

Internal Revenue Service
Cincinnati, Ohio 45999-0002

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Cincinnati, OH
45999-0002

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL REVENUE SERVICE
RECEIVED
JUN 01 2004
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT # 70

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7099 3400 0011 2258 6298

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0011 2258 6298

Article Sent To: IRS

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ 4.42 |

Postmark Here
5/28/04

*Name (Please Print Clearly) (to be completed by mailer)*
IRS
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*
CINCINNATI, OHIO 45999-0002

PS Form 3800, July 1999 See Reverse for Instructions

# EXHIBIT 2

Supplement to May 28th 2001-2003 Claim – 07/01/04

**THE HELEIN LAW GROUP, P.C.**
8180 Greensboro Drive
Suite 700
McLean, Virginia 22102
Telephone: (703) 714-1300
Facsimile: (703) 714-1330

## FACSIMILE TRANSMISSION

***** For Immediate Delivery *****

DATE: July 1, 2004

TO: Ade Adeniji

COMPANY: IRS

FAX: 859-669-7128

REFERENCE: 470.99

FROM: Charles H. Helein

SENDER'S TELEPHONE: (703) 714-1301

SENDER'S FAX PHONE: (703) 714-1330

PAGES TRANSMITTED: 24, INCLUDING THIS SHEET.

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT (703) 714-1300 IMMEDIATELY. THANK YOU!

---

MESSAGE OR SPECIAL INSTRUCTIONS:

Mr. Adeniji,

As requested, attached is the excise tax payment history by calendar quarter beginning March 2001 and ending June 2003. We note that there is a slight discrepancy with the totals of the claim filed and the totals shown in the quarterly reports. The quarterly reports actually show a total that is $27,878.66 higher then the claim as filed. We believe this may be due to certain credits or reconciliations that were not accounted for. We are checking with the taxpayer and will report back to clear up this issue.

Charles H. Helein

**CONFIDENTIALITY NOTICE**

This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the original facsimile to us.

E NO-0001 | IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 | PRINT DATE 09-10-2003

RM NUMBER: 720 | TAX PERIOD: MAR 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

AX PER TAXPAYER: 833,834.18

31-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-10-2001 PROCESSING DATE

TRANSACTIONS

| E | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 17420-153-01307-1 | 09-10-2001 | 833,834.18 |
| 50 | FEDERAL TAX DEPOSIT | 01-24-2001 | 140,000.00- |
| 30 | FEDERAL TAX DEPOSIT | 02-09-2001 | 150,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 02-26-2001 | 160,000.00- |
| 650 | FEDERAL TAX DEPOSIT | 03-09-2001 | 130,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 03-26-2001 | 130,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2001 | 53,538.16- |
| 30 | FEDERAL TAX DEPOSIT | 01-09-2001 | 160,000.00- |
| 6 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 05-31-2001 | 89,703.98 |

E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: JUNE 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

AX PER TAXPAYER: 829,346.12

04-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-08-2001 PROCESSING DATE

TRANSACTIONS

| E | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 50 | RETURN FILED AND TAX ASSESSED 17420-251-01486-1 | 10-08-2001 | 829,346.12 |
| 50 | FEDERAL TAX DEPOSIT | 04-10-2001 | 140,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 04-24-2001 | 140,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 05-09-2001 | 125,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 05-24-2001 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-11-2001 | 120,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 06-26-2001 | 120,000.00- |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 05-31-2001 | 89,703.98- |
| 76 | OVERPAYMENT CREDIT TRANSFERRED 720 200012 | 08-31-2001 | 7,392.57 |
| 6 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 08-31-2001 | 17,965.29 |

= NO-0001 IRS EMPLOYEE 0280536495

= REQUESTED 09-10-2003 PRINT DATE 09-10-2003

..M NUMBER: 720 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 899,401.63

04-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-07-2002 PROCESSING DATE

TRANSACTIONS

| .E | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| .50 | RETURN FILED AND TAX ASSESSED<br>17420-342-01982-1 | 01-07-2002 | 899,401.63 |
| 50 | FEDERAL TAX DEPOSIT | 07-10-2001 | 130,000.00- |
| .0 | FEDERAL TAX DEPOSIT | 07-24-2001 | 140,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 08-09-2001 | 144,000.00- |
| .50 | FEDERAL TAX DEPOSIT | 08-24-2001 | 145,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 09-11-2001 | 160,000.00- |
| 16 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 08-31-2001 | 17,965.29- |
| .0 | FEDERAL TAX DEPOSIT | 09-25-2001 | 160,000.00- |
| 76 | FAILURE TO PAY TAX PENALTY<br>200152 | 01-07-2002 | 24.36 |
| 96 | INTEREST ASSESSED<br>200152 | 01-07-2002 | 17.35 |
| 6 | OVERPAID CREDIT APPLIED<br>941 200003 | 11-30-2001 | 847.03- |
| .6 | INTEREST OVERPAYMENT CREDIT<br>941 200003 | 11-30-2001 | 98.74- |
| .06 | OVERPAID CREDIT APPLIED<br>720 200006 | 11-30-2001 | 1,490.57- |
| 77 | FAILURE TO PAY TAX PENALTY ABATED | 05-27-2002 | 24.36- |
| 7 | INTEREST ABATED | 05-27-2002 | 17.35- |

E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: DEC 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 607,427.49

28-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-11-2002 PROCESSING DATE

TRANSACTIONS

| DE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 50 | RETURN FILED AND TAX ASSESSED 17420-047-06783-2 | 03-11-2002 | 607,427.49 |
| 50 | FEDERAL TAX DEPOSIT | 09-27-2001 | 65,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 10-10-2001 | 36,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 10-24-2001 | 102,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 11-13-2001 | 105,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 11-23-2001 | 100,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 12-11-2001 | 100,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 12-24-2001 | 100,000.00- |
| 36 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 02-28-2002 | 572.51 |

ꞏ NO-0001 IRS EMPLOYEE 0280536495

ꞏ REQUESTED 09-10-2003 PRINT DATE 09-10-2003

ꞏM NUMBER: 720 TAX PERIOD: MAR 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 618,013.89

30-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-03-2002 PROCESSING DATE

TRANSACTIONS

| ꞏE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| ꞏ0 | RETURN FILED AND TAX ASSESSED 17420-131-01901-2 | 06-03-2002 | 618,013.89 |
| ꞏ60 | FEDERAL TAX DEPOSIT | 01-10-2002 | 100,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 01-25-2002 | 100,000.00- |
| ꞏ0 | FEDERAL TAX DEPOSIT | 02-12-2002 | 105,000.00- |
| ꞏ6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2002 | 572.51- |
| ꞏ0 | FEDERAL TAX DEPOSIT | 02-27-2002 | 105,000.00- |
| ꞏ50 | FEDERAL TAX DEPOSIT | 03-12-2002 | 105,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 03-27-2002 | 105,000.00- |
| ꞏ50 | FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| ꞏ0 | FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| ꞏ6 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 2,558.62 |
| 2 | CORRECTION OF FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00 |
| ꞏ52 | CORRECTION OF FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00 |
| ꞏ6 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 4,956.23 |
| ꞏ2 | CORRECTION OVERPAYMENT CREDIT ELECT | 04-30-2002 | 4,956.23- |

E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: JUNE 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-22-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-22-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 656,513.42

31-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-02-2002 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-215-08227-2 | 09-02-2002 | 656,513.42 |
| 50 | FEDERAL TAX DEPOSIT | 05-10-2002 | 105,000.00- |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 2,558.62- |
| 50 | FEDERAL TAX DEPOSIT | 05-28-2002 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-12-2002 | 110,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-26-2002 | 190,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| 36 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2002 | 61,045.20 |
| 2 | CORRECTION OF FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00 |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 4,956.23- |
| 2 | CORRECTION OF OVERPAID CREDIT | 04-30-2002 | 4,956.23 |
| 50 | FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| 76 | INTEREST DUE TAXPAYER | 09-23-2002 | 454.23- |
| 6 | REFUND | 09-23-2002 | 105,498.00 |
| 0 | FEDERAL TAX DEPOSIT PENALTY 200240 | 10-14-2002 | 2,282.22 |
| 0 | ADDITIONAL TAX ASSESSED 17454-667-14025-2 200240 | 10-14-2002 | 0.00 |
| 0 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 08-31-2005 | 11-12-2002 | |
| 7 | INTEREST DUE TAXPAYER REVERSED | 09-23-2002 | 454.23 |
| 1 | CANCELED REFUND CHECK | 09-23-2002 | 105,498.00- |

**************************CONTINUED ON NEXT PAGE******************************

-E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: SEPT 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-15-2003
ACCRUED PENALTY: 0.00 AS OF 09-15-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 696,009.47

-31-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-2002 PROCESSING DATE

TRANSACTIONS

| DE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-306-06669-2 | 12-09-2002 | 696,009.47 |
| 50 | FEDERAL TAX DEPOSIT | 08-12-2002 | 110,000.00- |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 07-31-2002 | 61,045.20- |
| 50 | FEDERAL TAX DEPOSIT | 08-27-2002 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 09-11-2002 | 110,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 09-25-2002 | 110,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00- |
| 52 | CORRECTION OF FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00 |
| 2 | CORRECTION OF FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00 |
| 6 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 10-31-2002 | 35,035.73 |
| 0 | FEDERAL TAX DEPOSIT PENALTY 200312 | 03-31-2003 | 25,328.11 |
| 0 | ADDITIONAL TAX ASSESSED 17454-469-13002-3 200312 | 03-31-2003 | 0.00 |
| 06 | OVERPAID CREDIT APPLIED 720 200303 | 04-30-2003 | 16,991.72- |
| 81 | FEDERAL TAX DEPOSIT PENALTY ABATED | 03-31-2003 | 25,328.11- |
| 0 | ADDITIONAL TAX ASSESSED 17454-612-15030-3 200332 | 08-18-2003 | 0.00 |
| 0 | FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| 2 | CORRECTION OF FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00 |

****************************CONTINUED ON NEXT PAGE******************************

: NO-0001 IRS EMPLOYEE 0280536495

: REQUESTED 09-10-2003 PRINT DATE 09-10-2003

.4 NUMBER: 720 TAX PERIOD: DEC 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 732,916.52

31-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-14-2003 PROCESSING DATE

TRANSACTIONS

| E | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-046-01758-3 | 04-14-2003 | 732,916.52 |
| 50 | FEDERAL TAX DEPOSIT | 11-13-2002 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 10-31-2002 | 35,035.73- |
| 0 | FEDERAL TAX DEPOSIT | 11-27-2002 | 120,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 12-11-2002 | 120,000.00- |
| 0 | OVERPAID CREDIT APPLIED 720 200206 | 07-31-2002 | ~~53,695.75~~- |
| 0 | FEDERAL TAX DEPOSIT | 12-24-2002 | 130,000.00- |
| 6 | FAILURE TO PAY TAX PENALTY 200314 | 04-14-2003 | 438.43 |
| 6 | INTEREST ASSESSED 200314 | 04-14-2003 | 293.73 |
| 0 | FEDERAL TAX DEPOSIT PENALTY 200326 | 07-07-2003 | 9,503.49 |
| 0 | ADDITIONAL TAX ASSESSED 17454-568-13000-3 200326 | 07-07-2003 | 0.00 |
| 76 | FAILURE TO PAY TAX PENALTY 200326 | 07-07-2003 | 730.73 |
| 96 | INTEREST ASSESSED 200326 | 07-07-2003 | 346.73 |
| 1 | FEDERAL TAX DEPOSIT PENALTY ABATED | 07-07-2003 | 9,503.49- |
| 0 | ADDITIONAL TAX ASSESSED 17454-612-15031-3 200332 | 08-18-2003 | 0.00 |

**************************CONTINUED ON NEXT PAGE*****************************

'E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: MAR 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 733,008.28

-30-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-23-2003 PROCESSING DATE

TRANSACTIONS

| 'DE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| .30 | RETURN FILED AND TAX ASSESSED<br>17420-123-08305-3 | 06-23-2003 | 733,008.28 |
| 50 | FEDERAL TAX DEPOSIT | 01-13-2003 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 01-24-2003 | 130,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 02-07-2003 | 130,000.00- |
| .0 | FEDERAL TAX DEPOSIT | 02-21-2003 | 130,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 03-07-2003 | 120,000.00- |
| .30 | FEDERAL TAX DEPOSIT | 03-21-2003 | 120,000.00- |
| 6 | OVERPAYMENT CREDIT TRANSFERRED<br>720 200209 | 04-30-2003 | 16,991.72 |
| 21 | CREDIT TRANSFER REVERSED<br>720 200209 | 04-30-2003 | 16,991.72- |
| 10 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-31-2003 | 22,119.21- |
| 30 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2003 | 39,110.93 |

'E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: JUNE 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 812,785.44

-31-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-15-2003 PROCESSING DATE

TRANSACTIONS

| 'DE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-207-02689-3 | 09-15-2003 | 812,785.44 |
| 0 | FEDERAL TAX DEPOSIT | 04-04-2003 | 130,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 04-18-2003 | 130,000.00- |
| 50 | FEDERAL TAX DEPOSIT | 05-12-2003 | 130,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 05-27-2003 | 130,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-11-2003 | 140,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-26-2003 | 140,000.00- |
| 0 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2003 | 39,110.93- |
| 136 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2003 | 26,325.49 |

# DEPOSIT RECEIPT

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

***CALL DATE*** *=called in during extended hours, will process next business day

***TRANS TYPE*** L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/3-/03

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

RECEIVED 10/2/03

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 12/09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| .2/24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

IS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL NFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# EXHIBIT 3

Helein Certification – 11/XX/05

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LOCUS TELECOMMUNICATIONS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NO.** ____________ |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATION**

I, Charles H. Helein, hereby certify this 9th day of November 2005, as follows:

1. I, and the law firm, The Helein Law Group. P.C., are legal counsel (hereinafter "Helein" and "Firm," respectively; all personal pronouns refer to Helein) to Locus Telecommunications, Inc.'s ("Locus" or "Plaintiff"), and this certification is based on my personal knowledge acquired in that capacity.

2. As counsel, this Firm determined that the communications services for which Locus paid the charges and on which it paid the Federal Excise Tax ("FET") were not "toll telephone service" under the express definition of Internal Revenue Code section 4251(b)(1)(B) nor "local telephone service" or "teletypewriter exchange service" under the express definitions of Internal Revenue Code section 4252(a) and (c).

3. As counsel, this Firm determined that Plaintiff did not owe FET on the communications services it received.

4. As counsel, the Firm prepared the applications and subsequent submissions for refunds of FET paid by Plaintiff (collectively, the "FET Refund Claims") for the taxable calendar quarters beginning with the taxable calendar quarter ending March 31, 2001 and for

each successive taxable calendar quarter to and including the taxable calendar quarter ending March 31, 2005 ("Relevant Tax Quarters").

5. I was also personally involved in receiving and responding to the several supplemental requests for information from the IRS in response to the FET Refund Claims as set forth in the Complaint at paragraphs 19-20, 23-25, 27-29, 31-33.

6. More specifically, in regard to the claims identified as the 2001-2003 Claim, on August 6, 2004, I made a phone status request to the IRS Center in Cincinnati to IRS agent, Ade Adeniji who was identified as handling Plaintiff's 2001-2003 Claim.

7. At this time, Mr. Adeniji informed me that IRS policy was not to process applications for FET refunds on toll telephone services until the case of *American Bankers Insurance Group v. United States,* Case No. 04-10720 pending in the United States Court of Appeals for the 11th Circuit was decided.

8. On or about July 25, 2005, I received an informal request by telephone from IRS agent, John Taureillo, in the IRS Office in Sheffield, New Jersey for more information in support of the 2004/5 Claim which was responded to on July 29, 2005, as indicated in paragraph 29 of the Complaint.

9. I was personally involved in the events described in paragraphs 38-39 and 44-48 of the Complaint.

10. As set forth therein, having up to that date received no response to the demand letter from the IRS, on July 25, 2005, I made another telephone status check on the application for refunds for the 2001 to 2003 period.

11. I contacted IRS agent, John Tauriello, in the Sheffield, New Jersey office.

12. During my discussion with Agent Tauriello, I understood IRS Agent Taureillo to advise that the IRS was processing the applications for refunds for this 2001 to 2003 period.

13. As a result of my conversation with Agent Taureillo I concluded that the FET Refund Claims would now be processed and acted upon.

14. My understanding was based not only on my discussion with Agent Taureillo, but also on the fact that the 11th Circuit had rendered its decision in favor of the taxpayer in that case and by recalling IRS Agent Adeniji's advice in 2004 that IRS policy on issuing refunds hinged on the 11th Circuit's decision.

15. Following my conversation with IRS Agent Tauriello, I notified Plaintiff that the IRS appeared to have decided to process taxpayer claims for FET refunds.

16. Based on this understanding, we advised Plaintiff that the Firm had ceased its preparation of a court claim to establish Plaintiff's rights to the FET Refund Claims in anticipation that such action was no longer necessary.

17. After several weeks passed with no further word from the IRS, on or about September 9, 2005, I made a further status check by telephone to Agent Taureillo and left a voice mail message informing him that the purpose of my call was to check on the status of the FET Refund Claims of Plaintiff.

18. On or about September 12, 2005, Agent Taureillo returned my call of September 9, 2005 and advised me that despite the 11th Circuit's decision and the fact that the IRS had chosen not to appeal that decision, IRS had reinstituted its suspense policy on FET refund claims, i.e., that no telecommunications excise tax refund claims would be acted upon until other pending litigation on the right to refunds on such FET had completed the appellate process.

I hereby certify that the foregoing is true and correct to the best of my knowledge, information and belief.

Charles H. Helein

# EXHIBIT 4

Cover Letter of Supplemental Filing on 2001-2003 Claim – 04/14/05

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com


April 14, 2005

**VIA OVERNIGHT MAIL**

IRS
Attn: John Tauriello
200 Sheffield Street
Mountainside, NJ 07092

**RE: FET Refund Claim**

Dear Mr. Tauriello:

Per your request, we have included the requested documentation for Locus Telecommunications, Inc.'s filing information with the IRS for Federal Excise Tax Refund Claim purposes. You will find the tax reported per quarter beginning in 2001, and federal tax deposits made. The summary was obtained directly from the IRS and includes all transactions related to the FET account (Form 720). However, the summary only includes information up to second quarter of 2003. For the two quarters thereafter, the deposit receipts verifying payment to the IRS as well as copies of filed Form 720 are provided.

Please be further advised that this documentation was faxed to Ade Adeniji at the IRS office in Cincinnati on July 1, 2004 (see copy of fax attached).

An additional copy of this filing is also enclosed, to be date-stamped and returned in the postage-prepaid envelope provided. Should there be any questions regarding this filing, kindly contact the undersigned.

Regards,

Charles H. Helein

Enclosures

# EXHIBIT 5

IRS Notice on 2001-2003 Claim – Summary by Calendar Quarters – 07/05/05

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680306216
July 05, 2005 LTR 916C
22-3488343 200103 03 000
11337
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Taxpayer Identification Number: 22-3488343
Kind of Tax: Excise
Date Claim(s) Received: May 19, 2005
Tax Period(s) Ending: Mar. 31, 2001 Dec. 31, 2003

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed attachment for an explanation. We have also enclosed your claim for your review.

If you have any questions, please call Mr. Adeniji at 859 669-2749 between the hours of 8:00 AM and 2:00 PM EST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10am to 4pm

# ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|---|---|
| **LOCUS TELECOMMUNICATIONS** | **2001; 2002 & 2003** |

NO CONSIDERATION

*We cannot allow your claim as filed at this time for the following reasons:*

1. In order to process your claim for refund of communication taxes you need to provide us with a summary of the total refund requested by quarter (combine the tax for all phones into one amount per quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis.

Please include a copy of this attachment with your revised claim when re-submitting.

KAC 06/09/2005

# EXHIBIT 6

Responsive Filing to IRS Notice on 2001-2003 Claim – 07/21/05

Chuck

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com

July 21, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999-0062

**Re: Locus Telecommunications Inc. TIN: 22-3488343**
**Excise Tax Refund Mar. 31, 2001 Dec. 31, 2003**
**Date of Claim: May 28, 2004**

**IRS Ref. 2680306216, July 5, 2005 LTR 916C**
**22-3488343 200103 03 000 11337 BODC: LM**

Attn: Ade Adeniji

Pursuant to the attached notification letter, we are submitting documentation summarizing the total telecommunications excise tax refund requested by calendar quarters for the years 2001 through 2003.

We are submitting the following supporting documentation.

1. A copy of the Power of Attorney for the undersigned (Form 2848) dated June 29, 2004 and a copy of the fax cover sheet by which this was submitted to the IRS agent hereinabove identified on June 29, 2004. This Power of Attorney remains outstanding.

2. The notification letter of the IRS dated July 5, 2005 as instructed.

3. The reports showing the total telecommunications excise taxes paid by quarter for 2001 thru 2003.

4. A fax cover page dated July 1, 2004 by which these same reports were submitted to Agent Adeniji on July 1, 2004.

5. A cover letter to IRS agent John Tauriello at the IRS offices in Mountainside New Jersey dated April 14, 2005 transmitting at his request the same reports requested by

the July 5, 2005 notification letter and the request made by Agent Adeniji that was responded to by the fax of July 1, 2004.

6. The letter to the Secretary of the Treasury and the Treasury Inspector General For Tax Administration dated May 16, 2005 (without enclosures) setting forth in detail the basis of the claim. The basis of the claim as set forth on this May 16th letter remain the basis for the filing of the refund claim forms (Form 88490 and the explanation of the basis for the claim is incorporated by reference herein.

7. The letter dated June 15, 2005 by the Assistant Special Agent in Charge Complaint Management for the Department of Treasury acknowledging receipt of the complaint dated May 16th indicating that the Department was forwarding the complaint to the IRS for appropriate action.

As this is the third time documentation has been furnished showing the excise taxes paid by calendar quarter for 2001-2003, please advise upon receipt of this filing whether there is other documents that are being sought. At no time after the submission of the reports (actually taken from the IRS' own records on the quarterly amounts of excise taxes paid) on July 1, 2004 and again on April 14, 2005 has any advice been given that these reports were not responsive to what was requested by the IRS.

Please contact the undersigned with any questions or additional instructions.

Thank you for your attention to this matter.

Respectfully submitted,

Charles H. Helein w/ POA

Enclosures

# 1

Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Locus Telecommunications<br>111 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632-1514 | | 22 : 3488343 |
| | Daytime telephone number<br>( 201 ) 585-3600 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s) must sign and date this form on page 2, Part II.**

| Name and address | |
|---|---|
| Charles H. Helein<br>8180 Greensboro Drive, Suite 700<br>McLean, VA 22102 | CAF No. ..........<br>Telephone No. 703-714-1301<br>Fax No. 703-714-1330<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 8849 (720) | 2001, 2002, 2003 |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ N/A

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 6/29/04 Date — CEO + President Title (if applicable)

Jason Chon — Print Name — ☐☐☐☐☐ PIN Number — Locus Telecommunications — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II** **Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | [signature] | 6-29-04 |
| | | | |
| | | | |

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0296 |
| CONNECTION TEL | 18596697128p47099 |
| CONNECTION ID | |
| ST. TIME | 06/29 17:00 |
| USAGE T | 02'06 |
| PGS. SENT | 3 |
| RESULT | OK |

**THE HELEIN LAW GROUP, P.C.**
**8180 Greensboro Drive**
**Suite 700**
**McLean, Virginia 22102**
**Telephone: (703) 714-1300**
**Facsimile: (703) 714-1330**

**FACSIMILE TRANSMISSION**
******* For Immediate Delivery *******

DATE: June 29, 2004

TO: Ade Adeniji

COMPANY: IRS

FAX: (859) 669-7128

REFERENCE: 470.99

FROM: Charles H. Helein

SENDER'S TELEPHONE: (703) 714-1301

SENDER'S FAX PHONE: (703) 714-1330

PAGES TRANSMITTED: 3, INCLUDING THIS SHEET.

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT (703) 714-1300 IMMEDIATELY. THANK YOU!

---

MESSAGE OR SPECIAL INSTRUCTIONS:

Attached please find the executed Form 2848 – Power of Attorney and Declaration of Representative. A better copy of this form to follow.

# 2

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680306216
July 05, 2005 LTR 916C
22-3488343 200103 03 000
11337
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Taxpayer Identification Number: 22-3488343
Kind of Tax: Excise
Date Claim(s) Received: May 19, 2005
Tax Period(s) Ending: Mar. 31, 2001 Dec. 31, 2003

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed attachment for an explanation. We have also enclosed your claim for your review.

If you have any questions, please call Mr. Adeniji at 859 669-2749 between the hours of 8:00 AM and 2:00 PM EST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10am to 4pm

## ATTACHMENT TO LETTER

| NAME | Year(s)/Period(s) Ended |
|---|---|
| LOCUS TELECOMMUNICATIONS | 2001; 2002 & 2003 |

NO CONSIDERATION

*We cannot allow your claim as filed at this time for the following reasons:*

1. In order to process your claim for refund of communication taxes you need to provide us with a summary of the total refund requested by quarter (combine the tax for all phones into one amount per quarter). This breakdown is necessary since the interest on the refund is computed on a quarterly basis.

Please include a copy of this attachment with your revised claim when re-submitting.

KAC 06/09/2005

# 3

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

M NUMBER: 720 TAX PERIOD: MAR 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

X PER TAXPAYER: 833,834.18

1-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
0-2001 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-153-01307-1 | 09-10-2001 | 833,834.18 |
| FEDERAL TAX DEPOSIT | 01-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 02-09-2001 | 150,000.00- |
| FEDERAL TAX DEPOSIT | 02-26-2001 | 160,000.00- |
| FEDERAL TAX DEPOSIT | 03-09-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 03-26-2001 | 130,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2001 | 53,538.16- |
| FEDERAL TAX DEPOSIT | 01-09-2001 | 160,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 05-31-2001 | 89,703.98 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 829,346.12

-4-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-08-2001 PROCESSING DATE

TRANSACTIONS

| | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| [illegible] | RETURN FILED AND TAX ASSESSED 17420-251-01486-1 | 10-08-2001 | 829,346.12 |
| [illegible] | FEDERAL TAX DEPOSIT | 04-10-2001 | 140,000.00- |
| [illegible] | FEDERAL TAX DEPOSIT | 04-24-2001 | 140,000.00- |
| [illegible] | FEDERAL TAX DEPOSIT | 05-09-2001 | 125,000.00- |
| [illegible] | FEDERAL TAX DEPOSIT | 05-24-2001 | 120,000.00- |
| [illegible] | FEDERAL TAX DEPOSIT | 06-11-2001 | 120,000.00- |
| [illegible] | FEDERAL TAX DEPOSIT | 06-26-2001 | 120,000.00- |
| [illegible] | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 05-31-2001 | 89,703.98- |
| [illegible] | OVERPAYMENT CREDIT TRANSFERRED 720 200012 | 08-31-2001 | 7,392.57 |
| [illegible] | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 08-31-2001 | 17,965.29 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

X PER TAXPAYER: 899,401.63

4-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
07-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| 0 RETURN FILED AND TAX ASSESSED 17420-342-01982-1 | 01-07-2002 | 899,401.63 |
| FEDERAL TAX DEPOSIT | 07-10-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 07-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 08-09-2001 | 144,000.00- |
| FEDERAL TAX DEPOSIT | 08-24-2001 | 145,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2001 | 160,000.00- |
| 6 OVERPAID CREDIT FROM PRIOR TAX PERIOD | 08-31-2001 | 17,965.29- |
| FEDERAL TAX DEPOSIT | 09-25-2001 | 160,000.00- |
| FAILURE TO PAY TAX PENALTY 200152 | 01-07-2002 | 24.36 |
| INTEREST ASSESSED 200152 | 01-07-2002 | 17.35 |
| OVERPAID CREDIT APPLIED 941 200003 | 11-30-2001 | 847.03- |
| INTEREST OVERPAYMENT CREDIT 941 200003 | 11-30-2001 | 98.74- |
| 6 OVERPAID CREDIT APPLIED 720 200006 | 11-30-2001 | 1,490.57- |
| 7 FAILURE TO PAY TAX PENALTY ABATED | 05-27-2002 | 24.36- |
| INTEREST ABATED | 05-27-2002 | 17.35- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: DEC 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 607,427.49

8-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-2002 PROCESSING DATE

TRANSACTIONS

| | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-047-06783-2 | 03-11-2002 | 607,427.49 |
| 0 | FEDERAL TAX DEPOSIT | 09-27-2001 | 65,000.00- |
| | FEDERAL TAX DEPOSIT | 10-10-2001 | 36,000.00- |
| | FEDERAL TAX DEPOSIT | 10-24-2001 | 102,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 11-13-2001 | 105,000.00- |
| | FEDERAL TAX DEPOSIT | 11-23-2001 | 100,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 12-11-2001 | 100,000.00- |
| | FEDERAL TAX DEPOSIT | 12-24-2001 | 100,000.00- |
| | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 02-28-2002 | 572.51 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 618,013.89

-0-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-03-2002 PROCESSING DATE

TRANSACTIONS

| | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| | RETURN FILED AND TAX ASSESSED 17420-131-01901-2 | 06-03-2002 | 618,013.89 |
| | FEDERAL TAX DEPOSIT | 01-10-2002 | 100,000.00- |
| | FEDERAL TAX DEPOSIT | 01-25-2002 | 100,000.00- |
| | FEDERAL TAX DEPOSIT | 02-12-2002 | 105,000.00- |
| | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2002 | 572.51- |
| | FEDERAL TAX DEPOSIT | 02-27-2002 | 105,000.00- |
| | FEDERAL TAX DEPOSIT | 03-12-2002 | 105,000.00- |
| | FEDERAL TAX DEPOSIT | 03-27-2002 | 105,000.00- |
| | FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| | FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 2,558.62 |
| | CORRECTION OF FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00 |
| | CORRECTION OF FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00 |
| | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 4,956.23 |
| | CORRECTION OVERPAYMENT CREDIT ELECT | 04-30-2002 | 4,956.23- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-22-2003
ACCRUED PENALTY: 0.00 AS OF 09-22-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

X PER TAXPAYER: 656,513.42

1-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
2-2002 PROCESSING DATE

TRANSACTIONS

| | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 0 | RETURN FILED AND TAX ASSESSED 17420-215-08227-2 | 09-02-2002 | 656,513.42 |
| 9 | FEDERAL TAX DEPOSIT | 05-10-2002 | 105,000.00- |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 2,558.62- |
| 1 | FEDERAL TAX DEPOSIT | 05-28-2002 | 120,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 06-12-2002 | 110,000.00- |
| | FEDERAL TAX DEPOSIT | 06-26-2002 | 190,000.00- |
| 0 | FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| J | FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| 5 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2002 | 61,045.20 |
| 2 | CORRECTION OF FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00 |
| 6 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 4,956.23- |
| 2 | CORRECTION OF OVERPAID CREDIT | 04-30-2002 | 4,956.23 |
| 9 | FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| J | FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| 6 | INTEREST DUE TAXPAYER | 09-23-2002 | 454.23- |
| 6 | REFUND | 09-23-2002 | 105,498.00 |
| 0 | FEDERAL TAX DEPOSIT PENALTY 200240 | 10-14-2002 | (2,282.22) |
| J | ADDITIONAL TAX ASSESSED 17454-667-14025-2 200240 | 10-14-2002 | 0.00 |
| J | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 08-31-2005 | 11-12-2002 | |
| 7 | INTEREST DUE TAXPAYER REVERSED | 09-23-2002 | 454.23 |
| 1 | CANCELED REFUND CHECK | 09-23-2002 | 105,498.00- |

*************************CONTINUED ON NEXT PAGE******************************

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: SEPT 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-15-2003
ACCRUED PENALTY: 0.00 AS OF 09-15-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

TAX PER TAXPAYER: 696,009.47

31-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
09-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-306-06669-2 | 12-09-2002 | 696,009.47 |
| FEDERAL TAX DEPOSIT | 08-12-2002 | 110,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 07-31-2002 | 61,045.20- |
| FEDERAL TAX DEPOSIT | 08-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 10-31-2002 | 35,035.73 |
| FEDERAL TAX DEPOSIT PENALTY 200312 | 03-31-2003 | 25,328.11 |
| ADDITIONAL TAX ASSESSED 17454-469-13002-3 200312 | 03-31-2003 | 0.00 |
| OVERPAID CREDIT APPLIED 720 200303 | 04-30-2003 | 16,991.72- |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 03-31-2003 | 25,328.11- |
| ADDITIONAL TAX ASSESSED 17454-612-15030-3 200332 | 08-18-2003 | 0.00 |
| FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00 |

************************CONTINUED ON NEXT PAGE******************************

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: DEC 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

X PER TAXPAYER: 732,916.52

1-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
14-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-046-01758-3 | 04-14-2003 | 732,916.52 |
| FEDERAL TAX DEPOSIT | 11-13-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 10-31-2002 | 35,035.73- |
| FEDERAL TAX DEPOSIT | 11-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 12-11-2002 | 120,000.00- |
| OVERPAID CREDIT APPLIED 720 200206 | 07-31-2002 | ~~53,695.75-~~ |
| FEDERAL TAX DEPOSIT | 12-24-2002 | 130,000.00- |
| FAILURE TO PAY TAX PENALTY 200314 | 04-14-2003 | 438.43 |
| INTEREST ASSESSED 200314 | 04-14-2003 | 293.73 |
| FEDERAL TAX DEPOSIT PENALTY 200326 | 07-07-2003 | 9,503.49 |
| ADDITIONAL TAX ASSESSED 17454-568-13000-3 200326 | 07-07-2003 | 0.00 |
| FAILURE TO PAY TAX PENALTY 200326 | 07-07-2003 | 730.73 |
| INTEREST ASSESSED 200326 | 07-07-2003 | 346.73 |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 07-07-2003 | 9,503.49- |
| ADDITIONAL TAX ASSESSED 17454-612-15031-3 200332 | 08-18-2003 | 0.00 |

*************************CONTINUED ON NEXT PAGE*****************************

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 733,008.28

-0-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-3-2003 PROCESSING DATE

TRANSACTIONS

| | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| | RETURN FILED AND TAX ASSESSED 17420-123-08305-3 | 06-23-2003 | 733,008.28 |
| | FEDERAL TAX DEPOSIT | 01-13-2003 | 120,000.00- |
| | FEDERAL TAX DEPOSIT | 01-24-2003 | 130,000.00- |
| | FEDERAL TAX DEPOSIT | 02-07-2003 | 130,000.00- |
| | FEDERAL TAX DEPOSIT | 02-21-2003 | 130,000.00- |
| | FEDERAL TAX DEPOSIT | 03-07-2003 | 120,000.00- |
| | FEDERAL TAX DEPOSIT | 03-21-2003 | 120,000.00- |
| | OVERPAYMENT CREDIT TRANSFERRED 720 200209 | 04-30-2003 | 16,991.72 |
| | CREDIT TRANSFER REVERSED 720 200209 | 04-30-2003 | 16,991.72- |
| | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-31-2003 | 22,119.21- |
| | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2003 | 39,110.93 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 812,785.44

1-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
15-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-207-02689-3 | 09-15-2003 | 812,785.44 |
| FEDERAL TAX DEPOSIT | 04-04-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 04-18-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-12-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-27-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 06-11-2003 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2003 | 140,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2003 | 39,110.93- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2003 | 26,325.49 |

# DEPOSIT RECEIPT

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125219 65 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 8/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125221965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 8/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125221965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/1-/03

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*
*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 10/2/03

TEL: (718) 242-7737

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125521965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

SUBSCR ID: 1832602

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ?/09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..L ..TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| .24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

..NK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

..DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# 4

**THE HELEIN LAW GROUP, P.C.**
**8180 Greensboro Drive**
**Suite 700**
**McLean, Virginia 22102**
**Telephone: (703) 714-1300**
**Facsimile: (703) 714-1330**

**FACSIMILE TRANSMISSION**
******* For Immediate Delivery *******

DATE: July 1, 2004

TO: Ade Adeniji

COMPANY: IRS

FAX: 859-669-7128

REFERENCE: 470.99

FROM: Charles H. Helein

SENDER'S TELEPHONE: (703) 714-1301

SENDER'S FAX PHONE: (703) 714-1330

PAGES TRANSMITTED: 24, INCLUDING THIS SHEET.

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT (703) 714-1300 IMMEDIATELY. THANK YOU!

---

MESSAGE OR SPECIAL INSTRUCTIONS:

Mr. Adeniji,

As requested, attached is the excise tax payment history by calendar quarter beginning March 2001 and ending June 2003. We note that there is a slight discrepancy with the totals of the claim filed and the totals shown in the quarterly reports. The quarterly reports actually show a total that is $27,878.66 higher then the claim as filed. We believe this may be due to certain credits or reconciliations that were not accounted for. We are checking with the taxpayer and will report back to clear up this issue.

Charles H. Helein

**CONFIDENTIALITY NOTICE**

This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the original facsimile to us.

# 5

# The Helein Law Group, LLLP

...communications
E Commerce
Technology
...orate & Finance
Trademarks
...oprietary Rights
...omplex Litigation
...al Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
(703) 714-1300

Writer's E-mail Address
chh@thlglaw.com


Chuck's copy

May 16, 2005

OVERNIGHT DELIVERY

The Honorable John W. Snow
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The Honorable J. Russell George
Treasury Inspector General For The Tax Administration
1125 15th Street, NW
Washington, D.C. 20005

Re. Complaint for Refund Pursuant to 26 U.S.C. § 7422(a)
Taxpayer: Locus Telecommunications, Inc.
EIN 223488344

Dear Mr. Secretary and Mr. Inspector General:

On behalf of Locus Telecommunications, Inc. ("Locus") and pursuant to 26 U.S.C. § 7422(a), please find filed herewith Locus' Complaint for Refund of Communications Excise Taxes paid for the period of January 01, 2001 through December 31, 2003.

**Summary of Claim**

For the relevant period of January 01, 2001 through December 31, 2003, Locus paid communications excise taxes on communications services. The services for which Locus paid taxes were not due under federal statute and Locus is entitled to a refund. Almost a year ago, May 28, 2004, Locus filed a claim with the IRS for a refund of these overpaid taxes that amounted to $9,287,866.78. However, to date, Locus has received neither its refund nor any indication that it is forthcoming. Locus again, requests the remittance of its refund, plus interest allowable under law, and formally files this

Complaint for Refund thereby placing you and your offices on notice that Locus is prepared to take action in the federal courts and file a Complaint in the event its refund is not received within 30 days.

**Basis for Claim**

The Internal Revenue Code imposes a tax on certain communications services often referred to as communications excise taxes. 26 U.S.C. §4251-4254. As amended in 1965, Section 4251 imposes a three percent (3%) tax on amounts paid for three categories of communications services, namely local telephone service, toll telephone service, and teletypewriter exchange service. Section 4252 defines each type of communication service. Of importance to the instant situation is the definition of "toll telephone service." "Toll telephone service" consists of services: those for which "there is a toll charge [paid in the United States] which varies in amount with the distance and elapsed transmission time of each individual communication " and a service entitling the subscriber to an unlimited number of communications to or from all or a substantial portion of a specified area in exchange for a periodic charge, commonly known as a "WATS" service. *Id.* at § 4252(b) (emphasis added).

Recently, six cases have been decided by federal trial courts and one federal appellate court addressing the applicability of the communications excise tax to toll telephone services. Notably, in each of these cases, the courts have held that the statute did not oblige the taxpayer to pay the excise tax. *See American Bankers Insurance Group v. United States, ___ F.3d ___ (11th Cir. May 10, 2005); America Online, Inc. v. United States*, 2005 WL 741847 (Fed Cl., March 30, 2005); *Honeywell Int'l, Inc. v. United States*, 64 Fed. Cl. 188, 202) (2005); *Reese Bros, Inc. v. United States*, 2004 WL 2901579, at *15 (W.D. Pa. Nov. 30, 2004); *National R.R. Passenger Corp. v. United States*, 338 F.Supp.2d 22, 30 (D.D.C. 2004); *Fortis, Inc. v. United States*, 2004 WL 2085528, at *16 (S.D.N.Y. Sept. 16, 2004); *Office Max, Inc. v. United States*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004). As the courts in these cases found, for the tax to apply, the plain-meaning of Section 4252 "**unambiguously requires that a toll charge vary in amount according to both the distance and duration of calls.**" *AOL v. United States*, at *5 (emphasis added).

Like the taxpayers in the above cases, Locus paid taxes on services that it believed it owed for services under sections 4251 and 4252 of the Code. *See Income Tax Forms attached hereto.* After realizing it mistakenly overpaid its taxes for services not covered under Section 4252, on May 28, 2004, Locus timely filed a claim for refund of the communications excise tax for the taxable period of January 01, 2001 through December 31, 2003. *See attached refund claim and supporting documentation.* On several occasions Locus inquired about the status of its refund. The IRS has offered no reasonable explanations for the delay in the remittance of Locus' refund. Both the plain meaning of Section 4252, as well as the decisions of the federal courts, render any additional delay in the payment of Locus' refund improper.

Chuck

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

INSPECTOR GENERAL
for TAX
ADMINISTRATION

JUN 15 2005

Charles H. Helein
8180 Greensboro Drive, Suite 700
McLean, Virginia 22102

Dear Mr. Helein:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA). We have reviewed your complaint and determined that this matter would more appropriately be handled by the Internal Revenue Service. Therefore, we have forwarded your complaint to the Internal Revenue Service for appropriate action.

We regret this office cannot be of further assistance to you regarding this matter.

Sincerely,

Grace A. Sutton
Assistant Special Agent in Charge
Complaint Management

# EXHIBIT 7

IRS Refund Forms 8849 for 2004/5 Claim – 05/16/05

# The Helein Law Group, LLLP

Chuck's copy

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com


May 16, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes and Schedule 6 Other Claims.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
**For IRS Use Only**
Received by:
Name ____________
Telephone ____________
Function ____________
Date / /

**Part I** **Power of Attorney**
**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | | **22 : 3488343** |
| | Daytime telephone number<br>( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ____________<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ____________<br>Telephone No. ____________<br>Fax No. ____________<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ____________<br>Telephone No. ____________<br>Fax No. ____________<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ____________

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ____________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] — Signature | 6/29/04 — Date | CEO & PRESIDENT — Title (if applicable)

**Jason Chon** — Print Name | ☐☐☐☐☐ PIN Number | **Locus Telecommunications** — Print name of taxpayer from line 1 if other than individual

Signature | Date | Title (if applicable)

Print Name | ☐☐☐☐☐ PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
**d** Officer—a bona fide officer of the taxpayer's organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
**h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — 5/12/05

Signature and title (if applicable) — Date

**Jason Chon**

Type or print your name below signature.

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 8,142,011.54 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012004 Latest date ▶ 03312005

**Claimant's registration number** for Section 4091(d) claims. ▶ ______________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | **Excise Tax on Toll Telephone Services** | $ **8,142,011** | **54** | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

***CALL DATE*** *=called in during extended hours, will process next business day

***TRANS TYPE*** L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

***CALL DATE*** *=called in during extended hours, will process next business day

***TRANS TYPE*** L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

SUBSCR ID: 1832602

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# Form 720 Payment Voucher

## Purpose of Form

Complete Form 720-V if you are making a payment with **Form 720,** Quarterly Federal Excise Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and a payment is required, provide this payment voucher to the return preparer.

## Specific Instructions

**Box 1—Employer identification number (EIN).** If you do not have an EIN, apply for one on **Form SS-4,** Application for Employer Identification Number, and write "Applied For" and the date you applied in this entry space. However, if you are making a one-time filing, enter your social security number.

**Box 2—Amount paid.** Enter the amount paid from line 10 of Form 720.

**Box 3—Tax period.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4—Name and address.** Enter your name and address as shown on Form 720.

- Enclose your check or money order made payable to the "United States Treasury." Be sure to enter your EIN (SSN for one-time filing), "Form 720," and the tax period on your check or money order. Do not send cash. Do not staple this voucher or your payment to the return (or to each other).
- Detach the completed voucher and send it with your payment and Form 720. See **Where To File** on page 1 of the Instructions for Form 720.

---

▼ Detach Here and Mail With Your Payment and Tax Return. ▼ Form 720-V (2004)

Form **720-V**
Department of the Treasury
Internal Revenue Service

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0023

**2004**

| | | | |
|---|---|---|---|
| 1 Enter your employer identification number. 22 : 3488343 | 2 Enter the amount of your payment. ▶ | Dollars 8646 | Cents 31 |

3 Tax period

| | |
|---|---|
| ✓ 1st Quarter | 3rd Quarter |
| 2nd Quarter | 4th Quarter |

4 Enter your business name (individual name if sole proprietor).
Locus Telecommunications, Inc.

Enter your address.
111 Sylvan Ave.

Enter your city, state, and ZIP code.
Englewood Cliffs, NJ 07632

US TELECOMMUNICATIONS, INC.

3174

| REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 043 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

3174

AMOUNT

***8,646.31

Eight Thousand Six Hundred Forty Six and 31/100 Dollars

United States Treasury

AUTHORIZED SIGNATURE

MP

⑈003174⑈ ⑆021272655⑆ 383731629⑈

Details on back. Security Features Included.

US TELECOMMUNICATIONS, INC.

Vendor IRS

Check Date 4/29/2004 Check Number 003174

3174

| Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 043 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

SUBSCR ID: 1832602

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00323
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

xpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

# AYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your cords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# PAYMENT CONFIRMATION

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120430916092695 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $259,262.64 |
| **Settlement Date** | 11/04/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $259,262.64 |

**Thank You**

Taxpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

# PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120431416281184 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220433117774205 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $290,954.50 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 11/26/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $290,954.50 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220434484171394 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $332,000.00 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

| **Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220435918907732 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $330,575.11 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $330,575.11 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220501**155272640** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $402,000.00 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/11/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $402,000.00 |

| :payer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## .YMENT CONFIRMATION

## 'ur payment has been accepted.

ı EFT Acknowledgement number has been provided for this payment. Please keep this number for your ords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 22050250**5356160** |
| **'AYMENT INFORMATION** | **CONFIRMED DATA** |
| **.axpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **'ayment Amount** | $399,420.89 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/25/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $399,420.89 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## ~YMENT CONFIRMATION

### ɔur payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| FT ACKNOWLEDGEMENT NUMBER: | 220504132072605 |
|---|---|
| AYMENT INFORMATION | CONFIRMED DATA |
| Taxpayer EIN | 223488343 |
| 'ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| .ax Type | Federal Tax Deposit |
| Payment Amount | $383,000.00 |
| Tax Period | March/2005 |
| ;ettlement Date | 2/10/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $383,000.00 |

| xpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# 'MENT CONFIRMATION

## .ur payment has been accepted.

FT Acknowledgement number has been provided for this payment. Please keep this number for your -ords.

| | |
|---|---|
| **T ACKNOWLEDGEMENT NUMBER:** | 220505627411685 |
| **.AYMENT INFORMATION** | **CONFIRMED DATA** |
| **'axpayer EIN** | 223488343 |
| **x Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **x Type** | Federal Tax Deposit |
| **.ayment Amount** | $381,648.72 |
| **'ax Period** | March/2005 |
| **ttlement Date** | 2/25/2005 |
| **.bcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $381,648.72 |

..payer Name: LOCUS TELECOMMUNICATIONS INC

**TIN:** xxxxx8343

## 'MENT DETAILS

' payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent ır trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| 'axpayer EIN | 223488343 |
| :FT Number (.cknowledgement Number) | 2205068 **32912252** |
| ıcellation EFT (:cknowledgement Number) | |
| 'ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| 'ax Type | Federal Tax Deposit |
| 'ax Period | 03/2005 |
| otal Payment Amount | $372,000.00 |
| ayment Input Method | Web |
| ettlement Date | 2005-03-09 |
| d Trace Number | |
| /ment Status | Scheduled |
| ginal EFT knowledgement Number) | 2205068 **32912252** |
| ansaction Type | ACH Debit Payment-Savings |
| 'eceived Date | 2005-03-08 |
| 'eceived Time (ET) | 15.03.25 |
| ancellation Date | |

Previous

me . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## . AYMENT CONFIRMATION

### 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ..cords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220509**104851191** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

axpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## AYMENT CONFIRMATION

### 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $2,744.84 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 3/21/2005 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508398556411 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

# EXHIBIT 8

Supplemental Filing on 2004/5 Claim – 07/29/05

Chuck

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com

July 29, 2005

**VIA OVERNIGHT COURIER**

John Tauriello
Internal Revenue Service
200 Sheffield Street
Mountainside, NJ 07092

**RE: LOCUS TELECOMMUNICATIONS, INC. EIN 223488343**
**FET REFUND CLAIM 2004 and 1st Quarter 2005**

Dear Mr. Tauriello:

Pursuant to your request, we have attached documentation of the Federal Excise Tax payments made by calendar quarter for the periods 2004 and the first quarter of 2005. Attached are the following documents.

1. A summary spreadsheet that lists the total amount of the payments made of $8,142,011.54, comprised of the total amount of payments made for calendar year 2004 in the amount of $5,833,678.25 and the total amount of payments made for the first calendar quarter of 2005 in the amount of $2,308,333.29 broken out by the:

   (a) seven (7) payments on account for the 1st quarter of 2004 totaling $993,646.31;

   (b) ten (10) payments on account for the 2nd quarter of 2004 totaling $1,320492.89; (c) twelve (12) payments on account for the 3rd quarter of 2004 totaling $1,709,601.50;

   (c) nine (9) payments on account for the 4th quarter totaling $1,809,937.55; and

   (d) six (6) payments on account for the first quarter of 2005 totaling $2,308,333.29.

2. A copy of the signed 8849 Form for these periods.

# 1

# Form 8849: Claim for Refund of Excise Taxes

**Claimant:** Locus Telecommunications, Inc.
**EIN:** 223488343
**Dates:** From 01012004 To 03312005
**Tax:** Excise Tax on Toll Telephone Services

| | |
|---|---|
| **1Q - 2004 Amount of Refund** | 993,646.31 |
| **2Q - 2004 Amount of Refund** | 1,320,492.89 |
| **3Q - 2004 Amount of Refund** | 1,709,601.50 |
| **4Q -2004 Amount of Refund** | 1,809,937.55 |
| **1Q - 2005 Amount of Refund** | 2,308,333.29 |
| **Total Amount of Refund** | **$ 8,142,011.54** |

## Year 2004 **$5,833,678.25**

| | | |
|---|---|---|
| Tax Deposit | 01/09/04 | 181,500.00 |
| Tax Deposit | 01/27/04 | 181,500.00 |
| Tax Deposit | 02/10/04 | 154,000.00 |
| Tax Deposit | 02/25/04 | 158,000.00 |
| Tax Deposit | 03/09/04 | 155,000.00 |
| Tax Deposit | 03/24/04 | 155,000.00 |
| Payment Voucher | 04/29/04 | 8,646.31 |
| **1Q 2004** | | **993,646.31** |

| | | |
|---|---|---|
| Tax Deposit | 04/09/04 | 175,000.00 |
| Tax Deposit | 04/26/04 | 200,000.00 |
| Tax Deposit | 05/11/04 | 24,463.37 |
| Tax Deposit | 05/11/04 | 200,000.00 |
| Tax Deposit | 05/25/04 | 9,411.17 |
| Tax Deposit | 05/25/04 | 200,000.00 |
| Tax Deposit | 06/08/04 | 56,000.00 |
| Tax Deposit | 06/08/04 | 200,000.00 |
| Tax Deposit | 06/24/04 | 55,618.35 |
| Tax Deposit | 06/24/04 | 200,000.00 |
| **2Q 2004** | | **1,320,492.89** |

| | | |
|---|---|---|
| Tax Deposit | 07/08/04 | 102,000.00 |
| Tax Deposit | 07/08/04 | 200,000.00 |
| Tax Deposit | 07/23/04 | 101,899.02 |
| Tax Deposit | 07/23/04 | 200,000.00 |
| Tax Deposit | 08/09/04 | 71,500.00 |
| Tax Deposit | 08/09/04 | 200,000.00 |
| Tax Deposit | 08/24/04 | 71,935.02 |
| Tax Deposit | 08/24/04 | 200,000.00 |
| Tax Deposit | 09/09/04 | 81,000.00 |
| Tax Deposit | 09/09/04 | 200,000.00 |
| Tax Deposit | 09/23/04 | 81,267.46 |
| Tax Deposit | 09/23/04 | 200,000.00 |
| **3Q 2004** | | **1,709,601.50** |

| | | |
|---|---|---|
| Tax Deposit | 09/28/04 | 146,884.79 |
| Tax Deposit | 10/13/04 | 136,716.70 |
| Tax Deposit | 11/04/04 | 259,262.64 |
| Tax Deposit | 11/09/04 | 291,000.00 |
| Tax Deposit | 11/26/04 | 290,954.50 |
| Tax Deposit | 12/09/04 | 332,000.00 |
| Tax Deposit | 12/24/04 | 330,575.11 |
| Bal. Due on Return | 03/21/05 | 2,744.84 |
| Bal. Due on Return | 04/01/05 | 19,798.97 |
| **4Q 2004** | | **1,809,937.55** |

## Year 2005 **$2,308,333.29**

| | | |
|---|---|---|
| Tax Deposit | 01/11/05 | 402,000.00 |
| Tax Deposit | 01/25/05 | 399,420.89 |
| Tax Deposit | 02/10/05 | 383,000.00 |
| Tax Deposit | 02/25/05 | 381,648.72 |
| Tax Deposit | 03/08/05 | 372,000.00 |
| Tax Deposit | 03/24/05 | 370,263.68 |
| **1Q 2005** | | **2,308,333.29** |

# 2

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223468343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends: 12

Daytime telephone number (optional)

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — Date: 5/12/05

Signature and title (if applicable) — Date

**Jason Chon**

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

Schedule 6 (Form 8849) (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 8,142,011.54 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012004 Latest date ▶ 03312005

Claimant's registration number for Section 4091(d) claims. ▶ ______________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 8,142,011 | 54 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

# 3

a

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# Form 720
# Payment Voucher

## Purpose of Form

Complete Form 720-V if you are making a payment with **Form 720,** Quarterly Federal Excise Tax Return. We will use the completed voucher to credit your payment more promptly and accurately, and to improve our service to you.

If you have your return prepared by a third party and a payment is required, provide this payment voucher to the return preparer.

## Specific Instructions

**Box 1—Employer identification number (EIN).** If you do not have an EIN, apply for one on **Form SS-4,** Application for Employer Identification Number, and write "Applied For" and the date you applied in this entry space. However, if you are making a one-time filing, enter your social security number.

**Box 2—Amount paid.** Enter the amount paid from line 10 of Form 720.

**Box 3—Tax period.** Darken the capsule identifying the quarter for which the payment is made. Darken only one capsule.

**Box 4—Name and address.** Enter your name and address as shown on Form 720.

- Enclose your check or money order made payable to the "United States Treasury." Be sure to enter your EIN (SSN for one-time filing), "Form 720," and the tax period on your check or money order. Do not send cash. Do not staple this voucher or your payment to the return (or to each other).
- Detach the completed voucher and send it with your payment and Form 720. See **Where To File** on page 1 of the Instructions for Form 720.

---

▼ Detach Here and Mail With Your Payment and Tax Return. ▼ Form 720-V (2004)

Form **720-V**
Department of the Treasury
Internal Revenue Service

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment.

OMB No. 1545-0023

**2004**

1 Enter your employer identification number.
22 : 3488343

2 **Enter the amount of your payment. ▶**

| Dollars | Cents |
|---|---|
| 8646 | 31 |

3 Tax period

| | |
|---|---|
| ✓ 1st Quarter | 3rd Quarter |
| 2nd Quarter | 4th Quarter |

4 Enter your business name (individual name if sole proprietor).
Locus Telecommunications, Inc.

Enter your address.
111 Sylvan Ave.

Enter your city, state, and ZIP code.
Englewood Cliffs, NJ 07632

## ...US TELECOMMUNICATIONS, INC.

3174

| ...R REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| ...0943 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

3174

...OUNT

**8,646.31

...Eight Thousand Six Hundred Forty-Six and 31/100 ... Dollars

...United States Treasury

AUTHORIZED SIGNATURE

⑈003174⑈ ⑆021272655⑆ 383731627⑈

## ...CUS TELECOMMUNICATIONS, INC.

...ndor IRS Check Date 4/29/2004 Check Number 003174

3174

| ...f Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| ...0943 | 042704 | 4/27/2004 | 8646.31 | 8646.31 | 0.00 | 8646.31 |

# b

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# C

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# d

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00323
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

axpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## PAYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

.n EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **120430916092695** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $259,262.64 |
| **Settlement Date** | 11/04/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $259,262.64 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| **EFT ACKNOWLEDGEMENT NUMBER:** | 120431416281184 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220433117774205 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $290,954.50 |
| Tax Period | December/2004 |
| Settlement Date | 11/26/2004 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $290,954.50 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220434484171394** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $332,000.00 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220435918907732 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $330,575.11 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $330,575.11 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $2,744.84 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 3/21/2005 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220509104851191 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

e

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **Taxpayer EIN** | 223488343 |
| **EFT Number (Acknowledgement Number)** | 2205011 **55272640** |
| **Cancellation EFT (Acknowledgement Number)** | |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 03/2005 |
| **Total Payment Amount** | $402,000.00 |
| **Payment Input Method** | Web |
| **Settlement Date** | 2005-01-11 |
| **ACH Trace Number** | 061036010015357 |
| **Payment Status** | Settled |
| **Original EFT (Acknowledgement Number)** | 2205011 **55272640** |
| **Transaction Type** | ACH Debit Payment-Savings |
| **Received Date** | 2005-01-10 |
| **Received Time (ET)** | 19.02.04 |
| **Cancellation Date** | |

Previous

Home . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343

## AYMENT CONFIRMATION

### our payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 220502505356160 |
| AYMENT INFORMATION | CONFIRMED DATA |
| axpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| ayment Amount | $399,420.89 |
| ax Period | March/2005 |
| Settlement Date | 1/25/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $399,420.89 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508398556411 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

# EXHIBIT 9

IRS Form 8849 for April 2005 Claim – 05/26/05

Chuck copy

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

May 26, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | : : <br> : : | **22 : 3488343** |
| | Daytime telephone number<br>( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ..........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

..........

..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] — Signature | 6/29/04 — Date | CEO & PRESIDENT — Title (if applicable)

Jason Chon — Print Name | ☐☐☐☐☐ PIN Number | Locus Telecommunications — Print name of taxpayer from line 1 if other than individual

Signature | Date | Title (if applicable)

Print Name | ☐☐☐☐☐ PIN Number

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | [signature] | 6/29/04 |
| | | | |
| | | | |

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable)

5/24/05 Date

**Jason Chon**

Type or print your name below signature.

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1-5) |
|---|---|---|
| **Locus Telecommunications** | **223488343** | $ **469,000.00** |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ **04012005** Latest date ▶ **04302005**

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | **Excise Tax on Toll Telephone Services** | $ **469,000** | **00** | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1-5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use **Form 720X,** Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

xpayer Name: LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## AYMENT CONFIRMATION

## our payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your :ords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 27051020024606**9** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **'axpayer EIN** | 223488343 |
| **'ax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $469,000.00 |
| **'ax Period** | June/2005 |
| **Settlement Date** | 4/12/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $469,000.00 |

# EXHIBIT 10

IRS Notice on April 2005 – File for Full Quarter – 08/02/05

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

The IRS address must appear in the window.

BODCD-LM

2680325549

Letter Number: LTR0916C
Letter Date : 2005-08-02
Tax Period : 200506

*223488343*

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

223488343 WP 0000 03 2 200506 000 00000000000

2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08773

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Thank you for your cooperation.

Sincerely yours,

Mary Jo Williams, Operations Mgr.
Centralized Excise

Enclosure(s):
Copy of this letter
Publication 1
Envelope
Letter Attachment
Your Claim

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08772
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Taxpayer Identification Number: 22-3488343
Kind of Tax: Communication Claim
Amount of Claim(s): $ 469,000.00

Date Claim(s) Received: May 31, 2005
Tax Period(s) Ending: June 30, 2005

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed letter attachment, it explains why your claim Form 8849 was not consider. Please make the necessary corrections and resubmit your claim with a copy of this letter.

If you have any question please call Ms. Hudson at 1-866-699-4096 ext 2573 between the hours of 9:00am and 2:00pm. If you prefer to write please write to the address shown at the top of this letter.

If you have any questions, please call us toll free at 866-699-4096.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10am - 4pm

# ATTACHMENT TO LETTER

| NAME: **LOCUS TELECOMMUNICATIONS INC** | Year(s)/**Period**(s) Ended: **6/30/05** |
| --- | --- |

**NO CONSIDERATION**

We cannot allow your claim as filed at this time for the following reasons:

1. Since you file on a **quarterly basis**, you must provide us with a claim for the **entire quarter** so we can process your claim. You need to file your claim for the period of **4/1/05 - 6/30/05 at the end of the period**. The claim as filed is not processable and will not be considered for any purpose.

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Signature and title (if applicable)

5/24/05 Date

**Jason Chon**

Type or print your name below signature.



NO. 137
~~ACCEPTED~~ N/C
JUN 14 2005
By CLASSIFICATION
S.C. 17

**Schedule 6 (Form 8849)**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 469,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012005 Latest date ▶ 04302005

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 469,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use **Form 720X,** Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

| ·axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# ·AYMENT CONFIRMATION

## ·our payment has been accepted.

·n EFT Acknowledgement number has been provided for this payment. Please keep this number for your ·cords.

| EFT ACKNOWLEDGEMENT NUMBER: | 270510200246069 |
|---|---|
| PAYMENT INFORMATION | CONFIRMED DATA |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $469,000.00 |
| Tax Period | June/2005 |
| Settlement Date | 4/12/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $469,000.00 |

5-31

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | | 22 : 3488343 |
| | Daytime telephone number ( 201 ) 585-3600 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No.<br>Telephone No. 703-714-1301<br>Fax No. 703-714-1330<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 8849 (720) | 2001, 2002, 2003 |
| | | MAY 31 2005 |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:

CINCINNATI IRS CENTER
EXCISE
JUN 03 2005
RECEIVED
INTERNAL REVENUE SERVICE

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ N/A

**For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.** Cat. No. 11980J Form **2848** (Rev. 3-2004)

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 6/29/04 Date — CEO & PRESIDENT Title (if applicable)

**Jason Chon** Print Name — ☐☐☐☐☐ PIN Number — **Locus Telecommunications** Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II** **Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

# The Helein Law Group, LLLP

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

May 26, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Ladies and Gentlemen:

On behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

# EXHIBIT 11

Responsive Filing to IRS Notice on April 2005 Claim – 08/12/05

Chuck

# The Helein Law Group, LLLP

:lecommunications
E Commerce
Technology
~orporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
·eral Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

August 12, 2005

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

Re. Local Telecommunications – EIN 223488343
Form 8849 Claim for Refund of Taxes

Reply: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000 08772
BODC: LM

Ladies and Gentlemen:

Per your August 2, 2005 letter, and on behalf of Locus Telecommunications, Inc. ("Locus") transmitted herewith is its revised Form 8849 Claim for Refund of Excise Taxes, Schedule 6 Other Claims and proof of FET payment for the April 1, 2005 through June 30, 2005 tax period.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosure

* See Form 2848 Power of Attorney for Charles H. Helein.

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends: 12

Daytime telephone number (optional)

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

Signature and title (if applicable) [signature]    Date 8/11/05

**Jason Chon**

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 469,000.00 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012005 Latest date ▶ 06302005

**Claimant's registration number** for Section 4091(d) claims. ▶ ____________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 469,000 | 00 | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**
**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | : : <br> : : | **22 : 3488343** |
| | Daytime telephone number ( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ..........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

**For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.** Cat. No. 11980J Form **2848** (Rev. 3-2004)

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 6/29/04 Date — CEO & PRESIDENT Title (if applicable)

Jason Chon Print Name — ☐☐☐☐☐ PIN Number — Locus Telecommunications Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | [signature] | 6/29/04 |
| | | | |
| | | | |

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

The IRS address must appear in the window.

2680325549

BODCD-LM

Letter Number: LTR0916C
Letter Date : 2005-08-02
Tax Period : 200506

*223488343*

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

223488343 WP 0000 03 2 200506 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2680325549
Aug. 02, 2005 LTR 916C E1
22-3488343 200506 03 000
08772
BODC: LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

Taxpayer Identification Number: 22-3488343
Kind of Tax: Communication Claim
Amount of Claim(s): $ 469,000.00

Date Claim(s) Received: May 31, 2005
Tax Period(s) Ending: June 30, 2005

Dear Taxpayer:

We are unable to process your claim for the tax period(s) shown above.

Please see the enclosed letter attachment, it explains why your claim Form 8849 was not consider. Please make the necessary corrections and resubmit your claim with a copy of this letter.

If you have any question please call Ms. Hudson at 1-866-699-4096 ext 2573 between the hours of 9:00am and 2:00pm. If you prefer to write please write to the address shown at the top of this letter.

If you have any questions, please call us toll free at 866-699-4096.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (703) 714-1301 Hours 10-4

# ATTACHMENT TO LETTER

| NAME: **LOCUS TELECOMMUNICATIONS INC** | Year(s)/**Period**(s) Ended: **6/30/05** |
|---|---|

**NO CONSIDERATION**

We cannot allow your claim as filed at this time for the following reasons:

1. Since you file on a **quarterly basis**, you must provide us with a claim for the **entire quarter** so we can process your claim. You need to file your claim for the period of **4/1/05 - 6/30/05 at the end of the period**. The claim as filed is not processable and will not be considered for any purpose.

| | |
|---|---|
| **:payer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |

## .YMENT CONFIRMATION

## 'ur payment has been accepted.

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your ›rds.

| | |
|---|---|
| **:FT ACKNOWLEDGEMENT NUMBER:** | 2705102**00246069** |
| **'AYMENT INFORMATION** | **CONFIRMED DATA** |
| **ıxpayer EIN** | 223488343 |
| **ax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **ax Type** | Federal Tax Deposit |
| **'ayment Amount** | $469,000.00 |
| **ıx Period** | June/2005 |
| **ettlement Date** | 4/12/2005 |
| **ubcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $469,000.00 |

# EXHIBIT 12

Demand Letter to United States Department of the Treasury – 05/16/05

# The Helein Law Group, LLLP

elecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
ieral Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Chuck's copy

Writer's Direct Dial Number

Writer's E-mail Address

(703) 714-1300

chh@thlglaw.com


May 16, 2005

OVERNIGHT DELIVERY

The Honorable John W. Snow
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The Honorable J. Russell George
Treasury Inspector General For The Tax Administration
1125 15th Street, NW
Washington, D.C. 20005

Re. Complaint for Refund Pursuant to 26 U.S.C. § 7422(a)
Taxpayer: Locus Telecommunications, Inc.
EIN 223488344

Dear Mr. Secretary and Mr. Inspector General:

On behalf of Locus Telecommunications, Inc. ("Locus") and pursuant to 26 U.S.C. § 7422(a), please find filed herewith Locus' Complaint for Refund of Communications Excise Taxes paid for the period of January 01, 2001 through December 31, 2003.

**Summary of Claim**

For the relevant period of January 01, 2001 through December 31, 2003, Locus paid communications excise taxes on communications services. The services for which Locus paid taxes were not due under federal statute and Locus is entitled to a refund. Almost a year ago, May 28, 2004, Locus filed a claim with the IRS for a refund of these overpaid taxes that amounted to $9,287,866.78. However, to date, Locus has received neither its refund nor any indication that it is forthcoming. Locus again, requests the remittance of its refund, plus interest allowable under law, and formally files this

Complaint for Refund thereby placing you and your offices on notice that Locus is prepared to take action in the federal courts and file a Complaint in the event its refund is not received within 30 days.

**Basis for Claim**

The Internal Revenue Code imposes a tax on certain communications services often referred to as communications excise taxes. 26 U.S.C. §4251-4254. As amended in 1965, Section 4251 imposes a three percent (3%) tax on amounts paid for three categories of communications services, namely local telephone service, toll telephone service, and teletypewriter exchange service. Section 4252 defines each type of communication service. Of importance to the instant situation is the definition of "toll telephone service." "Toll telephone service" consists of services: those for which "there is a toll charge [paid in the United States] which varies in amount with the distance and elapsed transmission time of each individual communication " and a service entitling the subscriber to an unlimited number of communications to or from all or a substantial portion of a specified area in exchange for a periodic charge, commonly known as a "WATS" service. *Id.* at § 4252(b) (emphasis added).

Recently, six cases have been decided by federal trial courts and one federal appellate court addressing the applicability of the communications excise tax to toll telephone services. Notably, in each of these cases, the courts have held that the statute did not oblige the taxpayer to pay the excise tax. *See American Bankers Insurance Group v. United States, ___ F.3d ___ (11th Cir. May 10, 2005); America Online, Inc. v. United States*, 2005 WL 741847 (Fed Cl., March 30, 2005); *Honeywell Int'l, Inc. v. United States*, 64 Fed. Cl. 188, 202) (2005); *Reese Bros, Inc. v. United States*, 2004 WL 2901579, at *15 (W.D. Pa. Nov. 30, 2004); *National R.R. Passenger Corp. v. United States*, 338 F.Supp.2d 22, 30 (D.D.C. 2004); *Fortis, Inc. v. United States*, 2004 WL 2085528, at *16 (S.D.N.Y. Sept. 16, 2004); *Office Max, Inc. v. United States,* 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004). As the courts in these cases found, for the tax to apply, the plain-meaning of Section 4252 "**unambiguously requires that a toll charge vary in amount according to both the distance and duration of calls**." *AOL v. United States,* at *5 (emphasis added).

Like the taxpayers in the above cases, Locus paid taxes on services that it believed it owed for services under sections 4251 and 4252 of the Code. *See Income Tax Forms attached hereto.* After realizing it mistakenly overpaid its taxes for services not covered under Section 4252, on May 28, 2004, Locus timely filed a claim for refund of the communications excise tax for the taxable period of January 01, 2001 through December 31, 2003. *See attached refund claim and supporting documentation.* On several occasions Locus inquired about the status of its refund. The IRS has offered no reasonable explanations for the delay in the remittance of Locus' refund. Both the plain meaning of Section 4252, as well as the decisions of the federal courts, render any additional delay in the payment of Locus' refund improper.

**Conclusion**

As set forth above and shown through the attached documentation, Locus has overpaid its Federal excise tax for the taxable period at issue. The government has refused or failed to refund any part of the overpayment. Locus is the sole owner of this claim and has made no assignment or transfer of any part of this claim. Locus is entitled to a refund of the communications excise taxes. In the event the refund is not received within the 30 day period specified, Locus will file an action against the United States with the United States Court of Federal Claims for the improper withholding of its refund.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosures

cc: Arnold I. Havens, Treasury Department General Counsel
Nina E. Olson, National Taxpayer Advocate
Ade Adeniji, Internal Revenue Service
John Tauriello, Internal Revenue Service

* See Form 2848 Power of Attorney for Charles H. Helein.

# The Helein Law Group, LLLP


Communications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com


April 14, 2005

**VIA OVERNIGHT MAIL**

IRS
Attn: John Tauriello
200 Sheffield Street
Mountainside, NJ 07092

**RE: FET Refund Claim**

Dear Mr. Tauriello:

Per your request, we have included the requested documentation for Locus Telecommunications, Inc.'s filing information with the IRS for Federal Excise Tax Refund Claim purposes. You will find the tax reported per quarter beginning in 2001, and federal tax deposits made. The summary was obtained directly from the IRS and includes all transactions related to the FET account (Form 720). However, the summary only includes information up to second quarter of 2003. For the two quarters thereafter, the deposit receipts verifying payment to the IRS as well as copies of filed Form 720 are provided.

Please be further advised that this documentation was faxed to Ade Adeniji at the IRS office in Cincinnati on July 1, 2004 (see copy of fax attached).

An additional copy of this filing is also enclosed, to be date-stamped and returned in the postage-prepaid envelope provided. Should there be any questions regarding this filing, kindly contact the undersigned.

Regards,

Charles H. Helein

Enclosures

.elecommunications
E Commerce
Technology
rporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
eral Business Law

# The Helein Law Group, LLC

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

FILE COPY

Writer's Direct Dial Number

(703) 714-1301

Writer's E-mail Address

chh@thlglaw.com

May 28, 2004

**Via Certified Mail – Return Receipt Requested**

Internal Revenue Service
Cincinnati, Ohio 45999-0002

***Re:*** ***Local Telecommunications – EIN 223488344***
***Form 8849 Claim for Refund of Taxes***

Ladies and Gentlemen:

On behalf of Locus Telecommunications ("Locus"), transmitted herewith is its Form 8849 Claim for Refund of Excise Taxes and Schedule 6 Other Claims.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein by JSM

Charles H. Helein

CHH/sr
Enclosure

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0011 2258 6298

Article Sent To:
IRS

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here
5/28/04

Name *(Please Print Clearly) (to be completed by mailer)*
IRS
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*
CINCINNATI, OHIO 45999-0002

PS Form 3800, July 1999 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Cincinnati, OH
45999-0002

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *( Printed Name)*
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL REVENUE SERVICE
RECEIVED
JUN 01 2004
SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT # 70

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7099 3400 0011 2258 6298

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-0835

Form **8849** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: LOCUS TELECOMMUNICATIONS

Employer identification number (EIN): 223488343

Address (number, street, room or suite no.): 111 SYLVAN AVE

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: ENGLEWOOD CLIFFS NJ

ZIP code: 076321514

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return On Wagers.*

## Schedules Attached

Check (√) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene | ☐ |
| **Schedule 3** | Gasohol Blending | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] CEO & President — Date: 5/27/2004

Signature and title (if applicable) — Date

Jason Chon

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Cat. No. 20027J Form **8849** (Rev. 1-2003)

**Schedule 6 (Form 8849)** (Rev. January 2003)

Department of the Treasury—Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Locus Telecommunications | 223488343 | $ 9,287,877.78 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012001    Latest date ▶ 12312003

**Claimant's registration number** for Section 4091(d) claims. ▶ __________

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax on Toll Telephone Services | $ 9,287,877.78 | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Excise tax paid on "toll telephone services" for which statute does not mandate payment. Pursuant to 1965 Excise Tax Reduction Act, "toll telephone service" means "a telephonic quality communication for which there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication." The toll telephone services for which excise taxes were paid during the relevant period were not distance sensitive. Therefore, excise taxes do not apply and an appropriate refund of payments is due.**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

The Helein Law Group, P.C
8180 Greensboro Drive
Suite 700
McLean, VA 22102

CERTIFIED MAIL

7099 3400 0011 2258 6298

MC LEAN
MAY 26 '04
VA

U.S. POSTAGE
04.42
METER 489913

Internal Revenue Service
Cincinnati, Ohio 45999-0002

**THE HELEIN LAW GROUP, P.C.**
8180 Greensboro Drive
Suite 700
McLean, Virginia 22102
Telephone: (703) 714-1300
Facsimile: (703) 714-1330

**FACSIMILE TRANSMISSION**
***** For Immediate Delivery *****

DATE: July 1, 2004

TO: Ade Adeniji

COMPANY: IRS

FAX: 859-669-7128

REFERENCE: 470.99

FROM: Charles H. Helein

SENDER'S TELEPHONE: (703) 714-1301

SENDER'S FAX PHONE: (703) 714-1330

PAGES TRANSMITTED: 24, INCLUDING THIS SHEET.

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CONTACT (703) 714-1300 IMMEDIATELY. THANK YOU!

MESSAGE OR SPECIAL INSTRUCTIONS:

Mr. Adeniji,

As requested, attached is the excise tax payment history by calendar quarter beginning March 2001 and ending June 2003. We note that there is a slight discrepancy with the totals of the claim filed and the totals shown in the quarterly reports. The quarterly reports actually show a total that is $27,878.66 higher then the claim as filed. We believe this may be due to certain credits or reconciliations that were not accounted for. We are checking with the taxpayer and will report back to clear up this issue.

Charles H. Helein

**CONFIDENTIALITY NOTICE**

This facsimile transmission contains confidential information belonging to the sender, which may be legally privileged information. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the facsimile documents is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the original facsimile to us.

E NO-0001 IRS EMPLOYEE 0280536495

E REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

..X PER TAXPAYER: 833,834.18

-1-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
)-2001 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-153-01307-1 | 09-10-2001 | 833,834.18 |
| FEDERAL TAX DEPOSIT | 01-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 02-09-2001 | 150,000.00- |
| FEDERAL TAX DEPOSIT | 02-26-2001 | 160,000.00- |
| FEDERAL TAX DEPOSIT | 03-09-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 03-26-2001 | 130,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2001 | 53,538.16- |
| FEDERAL TAX DEPOSIT | 01-09-2001 | 160,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 05-31-2001 | 89,703.98 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

AX PER TAXPAYER: 829,346.12

4-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2001 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-251-01486-1 | 10-08-2001 | 829,346.12 |
| FEDERAL TAX DEPOSIT | 04-10-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 04-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 05-09-2001 | 125,000.00- |
| FEDERAL TAX DEPOSIT | 05-24-2001 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-11-2001 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2001 | 120,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 05-31-2001 | 89,703.98- |
| OVERPAYMENT CREDIT TRANSFERRED 720 200012 | 08-31-2001 | 7,392.57 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 08-31-2001 | 17,965.29 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: SEPT 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-01-2003
ACCRUED PENALTY: 0.00 AS OF 09-01-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

PER TAXPAYER: 899,401.63

-2001 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-342-01982-1 | 01-07-2002 | 899,401.63 |
| FEDERAL TAX DEPOSIT | 07-10-2001 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 07-24-2001 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 08-09-2001 | 144,000.00- |
| FEDERAL TAX DEPOSIT | 08-24-2001 | 145,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2001 | 160,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 08-31-2001 | 17,965.29- |
| FEDERAL TAX DEPOSIT | 09-25-2001 | 160,000.00- |
| FAILURE TO PAY TAX PENALTY 200152 | 01-07-2002 | 24.36 |
| INTEREST ASSESSED 200152 | 01-07-2002 | 17.35 |
| OVERPAID CREDIT APPLIED 941 200003 | 11-30-2001 | 847.03- |
| INTEREST OVERPAYMENT CREDIT 941 200003 | 11-30-2001 | 98.74- |
| OVERPAID CREDIT APPLIED 720 200006 | 11-30-2001 | 1,490.57- |
| FAILURE TO PAY TAX PENALTY ABATED | 05-27-2002 | 24.36- |
| INTEREST ABATED | 05-27-2002 | 17.35- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: DEC 2001

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

PER TAXPAYER: 607,427.49

-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-047-06783-2 | 03-11-2002 | 607,427.49 |
| FEDERAL TAX DEPOSIT | 09-27-2001 | 65,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2001 | 36,000.00- |
| FEDERAL TAX DEPOSIT | 10-24-2001 | 102,000.00- |
| FEDERAL TAX DEPOSIT | 11-13-2001 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 11-23-2001 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 12-11-2001 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 12-24-2001 | 100,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 02-28-2002 | 572.51 |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: MAR 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-01-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-01-2003 |

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

( PER TAXPAYER: 618,013.89

J-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
3-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-131-01901-2 | 06-03-2002 | 618,013.89 |
| FEDERAL TAX DEPOSIT | 01-10-2002 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 01-25-2002 | 100,000.00- |
| FEDERAL TAX DEPOSIT | 02-12-2002 | 105,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 02-28-2002 | 572.51- |
| FEDERAL TAX DEPOSIT | 02-27-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 03-12-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 03-27-2002 | 105,000.00- |
| FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 2,558.62 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2002 | 4,956.23 |
| CORRECTION OVERPAYMENT CREDIT ELECT | 04-30-2002 | 4,956.23- |

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: JUNE 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-22-2003
ACCRUED PENALTY: 0.00 AS OF 09-22-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

PER TAXPAYER: 656,513.42

-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-215-08227-2 | 09-02-2002 | 656,513.42 |
| FEDERAL TAX DEPOSIT | 05-10-2002 | 105,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 2,558.62- |
| FEDERAL TAX DEPOSIT | 05-28-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 06-12-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2002 | 190,000.00- |
| FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2002 | 61,045.20 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00 |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2002 | 4,956.23- |
| CORRECTION OF OVERPAID CREDIT | 04-30-2002 | 4,956.23 |
| FEDERAL TAX DEPOSIT | 04-10-2002 | 90,000.00- |
| FEDERAL TAX DEPOSIT | 04-25-2002 | 100,000.00- |
| INTEREST DUE TAXPAYER | 09-23-2002 | 454.23- |
| REFUND | 09-23-2002 | 105,498.00 |
| FEDERAL TAX DEPOSIT PENALTY 200240 | 10-14-2002 | 2,282.22 |
| ADDITIONAL TAX ASSESSED 17454-667-14025-2 200240 | 10-14-2002 | 0.00 |
| ASSESSMENT STATUTE EXPIR DATE EXTEND TO 08-31-2005 | 11-12-2002 | |
| INTEREST DUE TAXPAYER REVERSED | 09-23-2002 | 454.23 |
| CANCELED REFUND CHECK | 09-23-2002 | 105,498.00- |

*************************CONTINUED ON NEXT PAGE*******************************

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: SEPT 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |
| PER TAXPAYER: | 696,009.47 | |

-2002 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
9-2002 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-306-06669-2 | 12-09-2002 | 696,009.47 |
| FEDERAL TAX DEPOSIT | 08-12-2002 | 110,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 07-31-2002 | 61,045.20- |
| FEDERAL TAX DEPOSIT | 08-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 07-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-11-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-25-2002 | 110,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00 |
| CORRECTION OF FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00 |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 10-31-2002 | 35,035.73 |
| FEDERAL TAX DEPOSIT PENALTY 200312 | 03-31-2003 | 25,328.11 |
| ADDITIONAL TAX ASSESSED 17454-469-13002-3 200312 | 03-31-2003 | 0.00 |
| OVERPAID CREDIT APPLIED 720 200303 | 04-30-2003 | 16,991.72- |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 03-31-2003 | 25,328.11- |
| ADDITIONAL TAX ASSESSED 17454-612-15030-3 200332 | 08-18-2003 | 0.00 |
| FEDERAL TAX DEPOSIT | 07-10-2002 | 110,000.00- |
| CORRECTION OF FEDERAL TAX DEPOSIT | 10-25-2002 | 110,000.00 |

*************************CONTINUED ON NEXT PAGE******************************

NO-0001 IRS EMPLOYEE 0280536495

REQUESTED 09-10-2003 PRINT DATE 09-10-2003

NUMBER: 720 TAX PERIOD: DEC 2002

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LN BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-15-2003
ACCRUED PENALTY: 0.00 AS OF 09-15-2003

CCOUNT BALANCE
PLUS ACCRUALS: 0.00

X PER TAXPAYER: 732,916.52

1-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-046-01758-3 | 04-14-2003 | 732,916.52 |
| FEDERAL TAX DEPOSIT | 11-13-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 10-10-2002 | 40,000.00- |
| FEDERAL TAX DEPOSIT | 09-30-2002 | 80,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 10-31-2002 | 35,035.73- |
| FEDERAL TAX DEPOSIT | 11-27-2002 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 12-11-2002 | 120,000.00- |
| OVERPAID CREDIT APPLIED 720 200206 | 07-31-2002 | 53,695.75- |
| FEDERAL TAX DEPOSIT | 12-24-2002 | 130,000.00- |
| FAILURE TO PAY TAX PENALTY 200314 | 04-14-2003 | 438.43 |
| INTEREST ASSESSED 200314 | 04-14-2003 | 293.73 |
| FEDERAL TAX DEPOSIT PENALTY 200326 | 07-07-2003 | 9,503.49 |
| ADDITIONAL TAX ASSESSED 17454-568-13000-3 200326 | 07-07-2003 | 0.00 |
| FAILURE TO PAY TAX PENALTY 200326 | 07-07-2003 | 730.73 |
| INTEREST ASSESSED 200326 | 07-07-2003 | 346.73 |
| FEDERAL TAX DEPOSIT PENALTY ABATED | 07-07-2003 | 9,503.49- |
| ADDITIONAL TAX ASSESSED 17454-612-15031-3 200332 | 08-18-2003 | 0.00 |

***********************CONTINUED ON NEXT PAGE*****************************

E NO-0001
IRS EMPLOYEE 0280536495
E REQUESTED 09-10-2003
PRINT DATE 09-10-2003
NUMBER: 720
TAX PERIOD: MAR 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 0.00
ACCRUED INTEREST: 0.00 AS OF 09-15-2003
ACCRUED PENALTY: 0.00 AS OF 09-15-2003

ACCOUNT BALANCE
PLUS ACCRUALS: 0.00

X PER TAXPAYER: 733,008.28

d-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-123-08305-3 | 06-23-2003 | 733,008.28 |
| FEDERAL TAX DEPOSIT | 01-13-2003 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 01-24-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 02-07-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 02-21-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 03-07-2003 | 120,000.00- |
| FEDERAL TAX DEPOSIT | 03-21-2003 | 120,000.00- |
| OVERPAYMENT CREDIT TRANSFERRED 720 200209 | 04-30-2003 | 16,991.72 |
| CREDIT TRANSFER REVERSED 720 200209 | 04-30-2003 | 16,991.72- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 01-31-2003 | 22,119.21- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 04-30-2003 | 39,110.93 |

E NO-0001
F REQUESTED 09-10-2003
NUMBER: 720

IRS EMPLOYEE 0280536495
PRINT DATE 09-10-2003
TAX PERIOD: JUNE 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514-119 BODC-LM BODCLC-3

ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 09-15-2003 |
| ACCRUED PENALTY: | 0.00 | AS OF 09-15-2003 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

X PER TAXPAYER: 812,785.44

-1-2003 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
-2003 PROCESSING DATE

TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| RETURN FILED AND TAX ASSESSED 17420-207-02689-3 | 09-15-2003 | 812,785.44 |
| FEDERAL TAX DEPOSIT | 04-04-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 04-18-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-12-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 05-27-2003 | 130,000.00- |
| FEDERAL TAX DEPOSIT | 06-11-2003 | 140,000.00- |
| FEDERAL TAX DEPOSIT | 06-26-2003 | 140,000.00- |
| OVERPAID CREDIT FROM PRIOR TAX PERIOD | 04-30-2003 | 39,110.93- |
| OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 07-31-2003 | 26,325.49 |

# DEPOSIT RECEIPT

Q? 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

IS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B00072125219 65 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS -
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| LL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ud/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

NK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..LL ..TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ..8/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

..K ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 9/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/3-/3

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*
*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL NFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 10/2/03

TEL: (718) 242-7737

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

CALL DATE

TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 0/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 800072125 21965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

CALL DATE *=called in during extended hours, will process next business day

TRANS TYPE L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..ALL ..TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| *1/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

..NK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

..IS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

CALL DATE
TRANS TYPE

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..LL ..E | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| .. /09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

..K ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| /24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS
IPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL
RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** **Power of Attorney**

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Locus Telecommunications**<br>**111 Sylvan Avenue**<br>**Englewood Cliffs, New Jersey 07632-1514** | | **22 : 3488343** |
| | Daytime telephone number<br>( **201** ) **585-3600** | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Charles H. Helein**<br>**8180 Greensboro Drive, Suite 700**<br>**McLean, VA 22102** | CAF No. ..........<br>Telephone No. **703-714-1301**<br>Fax No. **703-714-1330**<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ..........<br>Telephone No. ..........<br>Fax No. ..........<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise** | **8849 (720)** | **2001, 2002, 2003** |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . . ▶ ☑

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..........

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶ **N/A**

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . ▶ ☑

b If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 6/29/04 Date — CEO & PRESIDENT Title (if applicable)

**Jason Chon** Print Name — ☐☐☐☐☐ PIN Number — **Locus Telecommunications** Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II** **Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | DC | | |
| | | | |
| | | | |

# EXHIBIT 13

Responsive Letter of Treasury to Demand Letter – 06/15/05

Chuck

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

INSPECTOR GENERAL
for TAX
ADMINISTRATION

JUN 15 2005

Charles H. Helein
8180 Greensboro Drive, Suite 700
McLean, Virginia 22102

Dear Mr. Helein:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA). We have reviewed your complaint and determined that this matter would more appropriately be handled by the Internal Revenue Service. Therefore, we have forwarded your complaint to the Internal Revenue Service for appropriate action.

We regret this office cannot be of further assistance to you regarding this matter.

Sincerely,

Grace A. Sutton
Assistant Special Agent in Charge
Complaint Management

# EXHIBIT 14

IRS Notice of Continued Application of Suspense Policy – 10/20/05

Part III – Administrative, Procedural, and Miscellaneous

Communications Excise Tax; § 4251

Notice 2005-79

The government's recent loss in American Bankers Ins. Group v. United States, 408 F.3d 1328 (11th Cir. 2005), rev'g 308 F. Supp. 2d 1360 (S.D. Fla. 2004), has caused some to question the continued applicability of the communications excise tax imposed by § 4251 of the Internal Revenue Code.

The government did not seek review by the United States Supreme Court in American Bankers Insurance Group. Nevertheless, the government will continue to litigate this important issue. The government is prosecuting appeals in five different circuits. The appeal in Office Max v. United States, 309 F. Supp. 2d 984 (N.D. Ohio 2004), has been briefed and argued, and the parties are awaiting a decision.

This notice confirms that the Service will continue to assess and collect the tax under § 4251 on all taxable communications services, including communications services similar to those at issue in the cases. Collectors should continue to collect the tax, including from taxpayers within the jurisdiction of the United States Court of Appeals for the Eleventh Circuit.

Persons paying for taxable communications services (taxpayers) are required to pay the tax to a collecting agent (the person receiving the payment on which tax is imposed), and collecting agents are required to pay over the tax to the United States Treasury and to file the required returns. Taxpayers may preserve any claims for overpayments by filing administrative claims for refund with the Service pursuant to § 6511. Taxpayers are advised, however, that these claims, including claims for which appellate venue would lie in the United States Court of Appeals for the Eleventh Circuit, will not be processed while there are pending cases in other United States Courts of Appeals.

EFFECT ON OTHER DOCUMENTS

Notice 2004-57, 2004-34 I.R.B. 376, is superseded.

DRAFTING INFORMATION

The principal author of this notice is Barbara B. Franklin of the Office of Associate Chief Counsel (Passthroughs and Special Industries). For further information regarding this notice Contact Cynthia A. McGreevy at (202) 622-3130 (not a toll-free call).