# THE HELEIN LAW GROUP, P.C.

8180 Greensboro Drive
Suite 700
McLean, Virginia 22102

Telephone: (703) 714-1300
Facsimile: (703) 714-1330
E-mail: mail@thlglaw.com
Website: www.THLGlaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com


January 10, 2006

VIA ELECTRONIC FILING

Clerk's Office
U.S. Court of Federal Claims
717 Madison Place, NW
Room 103
Washington, DC 20005

**RE: MOTION TO AMEND/SUPPLEMENT COMPLAINT EXHIBITS**
***Locus Telecommunications, Inc., Plaintiff v. The United States of America, Defendant.***
***No. 05-1184 T***
***Judge Robert H. Hodges, Jr.***

Dear Clerk of the Court:

On behalf of Locus Telecommunications, Inc., Plaintiff, The Helein Law Group, LLLP, hereby submits via electronic filing/PDF format, an original Motion to Amend/Supplement Complaint Exhibits.

Should any questions arise, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein

Enclosures

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LOCUS TELECOMMUNICATIONS, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NO. 05-1184 T** |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Robert H. Hodges, Jr.** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO AMEND/SUPPLEMENT COMPLAINT EXHIBITS**

Plaintiff, Locus Telecommunications, Inc. ("Plaintiff"), respectfully submits its Motion to Amend/Supplement Complaint Exhibits in the above captioned action and states as follows.

1. On November 8, 2005, Plaintiff filed its Complaint including 14 Exhibits that were attached to the Complaint and incorporated by reference.

2. Recently it was discovered that during the copying of the Exhibits, several pages were inadvertently omitted from the filing.

3. Two Exhibits, namely Exhibit 6 and Exhibit 8 are missing pages. Specifically, the missing pages include:

- Exhibit 6:
  - Item 5: missing the referenced April 14, 2005 letter;
  - Item 6: missing the cover page referencing "Item 6";
  - Item 6: missing Page 3 of the referenced May 16, 2005 letter;
  - Item 6: missing the referenced April 14, 2005 letter; and.
  - Item 7: missing the cover page referencing "Item 7.

- Exhibit 8:
  - Missing page 2 to the referenced July 29, 2005 letter;
  - Item 3: missing 3 pages within the document.

4. Plaintiff seeks to supplement its original filing to include the above referenced missing pages in Exhibits 6 and 8.

5. Complete copies of the missing items in Exhibits 6 and 8 are annexed hereto.

6. No other substantive changes are being made to the text of the Complaint.

7. Plaintiff's counsel has spoken with counsel for the Defendant regarding the requested supplementation and confirmed that Defendant does not oppose such supplementation.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion and accept the missing pages to the Exhibits and hereby incorporate the supplemented Exhibits into the Complaint.

Respectfully Submitted,
LOCUS TELECOMMUNICATIONS, INC.

Dated: January 10, 2006

Charles H. Helein
Attorney for Plaintiff

The Helein Law Group, P.C.
8180 Greensboro Drive
Suite 700
McLean, VA 22102
703-714-1300
703-714-1330 (fax)
chh@thlglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Amend/Supplement Complaint Exhibits has been made by first class mail, postage prepaid, this 10th day of January 2006 to:

G. Robson Stewart, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

Charles H. Helein

# EXHIBIT 6

Responsive Filing to IRS Notice on 2001-2003 Claim – 07/21/05

# 5

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

703-714-1301

Writer's E-mail Address

chh@thlglaw.com

April 14, 2005

**VIA OVERNIGHT MAIL**

IRS
Attn: John Tauriello
200 Sheffield Street
Mountainside, NJ 07092

**RE: FET Refund Claim**

Dear Mr. Tauriello:

Per your request, we have included the requested documentation for Locus Telecommunications, Inc.'s filing information with the IRS for Federal Excise Tax Refund Claim purposes. You will find the tax reported per quarter beginning in 2001, and federal tax deposits made. The summary was obtained directly from the IRS and includes all transactions related to the FET account (Form 720). However, the summary only includes information up to second quarter of 2003. For the two quarters thereafter, the deposit receipts verifying payment to the IRS as well as copies of filed Form 720 are provided.

Please be further advised that this documentation was faxed to Ade Adeniji at the IRS office in Cincinnati on July 1, 2004 (see copy of fax attached).

An additional copy of this filing is also enclosed, to be date-stamped and returned in the postage-prepaid envelope provided. Should there be any questions regarding this filing, kindly contact the undersigned.

Regards,

Charles H. Helein

Enclosures

# 6

The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

(703) 714-1300

Writer's E-mail Address

chh@thlglaw.com

May 16, 2005

OVERNIGHT DELIVERY

The Honorable John W. Snow
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The Honorable J. Russell George
Treasury Inspector General For The Tax Administration
1125 15th Street, NW
Washington, D.C. 20005

Re. Complaint for Refund Pursuant to 26 U.S.C. § 7422(a)
Taxpayer: Locus Telecommunications, Inc.
EIN 223488344

Dear Mr. Secretary and Mr. Inspector General:

On behalf of Locus Telecommunications, Inc. ("Locus") and pursuant to 26 U.S.C. § 7422(a), please find filed herewith Locus' Complaint for Refund of Communications Excise Taxes paid for the period of January 01, 2001 through December 31, 2003.

**Summary of Claim**

For the relevant period of January 01, 2001 through December 31, 2003, Locus paid communications excise taxes on communications services. The services for which Locus paid taxes were not due under federal statute and Locus is entitled to a refund. Almost a year ago, May 28, 2004, Locus filed a claim with the IRS for a refund of these overpaid taxes that amounted to $9,287,866.78. However, to date, Locus has received neither its refund nor any indication that it is forthcoming. Locus again, requests the remittance of its refund, plus interest allowable under law, and formally files this

Complaint for Refund thereby placing you and your offices on notice that Locus is prepared to take action in the federal courts and file a Complaint in the event its refund is not received within 30 days.

**Basis for Claim**

The Internal Revenue Code imposes a tax on certain communications services often referred to as communications excise taxes. 26 U.S.C. §4251-4254. As amended in 1965, Section 4251 imposes a three percent (3%) tax on amounts paid for three categories of communications services, namely local telephone service, toll telephone service, and teletypewriter exchange service. Section 4252 defines each type of communication service. Of importance to the instant situation is the definition of "toll telephone service." "Toll telephone service" consists of services: those for which "there is a toll charge [paid in the United States] which varies in amount with the distance and elapsed transmission time of each individual communication " and a service entitling the subscriber to an unlimited number of communications to or from all or a substantial portion of a specified area in exchange for a periodic charge, commonly known as a "WATS" service. *Id.* at § 4252(b) (emphasis added).

Recently, six cases have been decided by federal trial courts and one federal appellate court addressing the applicability of the communications excise tax to toll telephone services. Notably, in each of these cases, the courts have held that the statute did not oblige the taxpayer to pay the excise tax. *See American Bankers Insurance Group v. United States, ___ F.3d ___ (11th Cir. May 10, 2005); America Online, Inc. v. United States*, 2005 WL 741847 (Fed Cl., March 30, 2005); *Honeywell Int'l, Inc. v. United States*, 64 Fed. Cl. 188, 202) (2005); *Reese Bros, Inc. v. United States*, 2004 WL 2901579, at *15 (W.D. Pa. Nov. 30, 2004); *National R.R. Passenger Corp. v. United States*, 338 F.Supp.2d 22, 30 (D.D.C. 2004); *Fortis, Inc. v. United States*, 2004 WL 2085528, at *16 (S.D.N.Y. Sept. 16, 2004); *Office Max, Inc. v. United States*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004). As the courts in these cases found, for the tax to apply, the plain-meaning of Section 4252 "**unambiguously requires that a toll charge vary in amount according to both the distance and duration of calls.**" *AOL v. United States*, at *5 (emphasis added).

Like the taxpayers in the above cases, Locus paid taxes on services that it believed it owed for services under sections 4251 and 4252 of the Code. *See Income Tax Forms attached hereto.* After realizing it mistakenly overpaid its taxes for services not covered under Section 4252, on May 28, 2004, Locus timely filed a claim for refund of the communications excise tax for the taxable period of January 01, 2001 through December 31, 2003. *See attached refund claim and supporting documentation.* On several occasions Locus inquired about the status of its refund. The IRS has offered no reasonable explanations for the delay in the remittance of Locus' refund. Both the plain meaning of Section 4252, as well as the decisions of the federal courts, render any additional delay in the payment of Locus' refund improper.

**Conclusion**

As set forth above and shown through the attached documentation, Locus has overpaid its Federal excise tax for the taxable period at issue. The government has refused or failed to refund any part of the overpayment. Locus is the sole owner of this claim and has made no assignment or transfer of any part of this claim. Locus is entitled to a refund of the communications excise taxes. In the event the refund is not received within the 30 day period specified, Locus will file an action against the United States with the United States Court of Federal Claims for the improper withholding of its refund.

Should there be any questions regarding this matter, kindly contact the undersigned.

Respectfully submitted,

Charles H. Helein*

Enclosures

cc: Arnold I. Havens, Treasury Department General Counsel
Nina E. Olson, National Taxpayer Advocate
Ade Adeniji, Internal Revenue Service
John Tauriello, Internal Revenue Service

* See Form 2848 Power of Attorney for Charles H. Helein.

# The Helein Law Group, LLLP

ecommunications
E Commerce
Technology
porate & Finance
Trademarks
Proprietary Rights
Complex Litigation
eral Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number
703-714-1301

Writer's E-mail Address
chh@thlglaw.com

April 14, 2005

**VIA OVERNIGHT MAIL**

IRS
Attn: John Tauriello
200 Sheffield Street
Mountainside, NJ 07092

**RE: FET Refund Claim**

Dear Mr. Tauriello:

Per your request, we have included the requested documentation for Locus Telecommunications, Inc.'s filing information with the IRS for Federal Excise Tax Refund Claim purposes. You will find the tax reported per quarter beginning in 2001, and federal tax deposits made. The summary was obtained directly from the IRS and includes all transactions related to the FET account (Form 720). However, the summary only includes information up to second quarter of 2003. For the two quarters thereafter, the deposit receipts verifying payment to the IRS as well as copies of filed Form 720 are provided.

Please be further advised that this documentation was faxed to Ade Adeniji at the IRS office in Cincinnati on July 1, 2004 (see copy of fax attached).

An additional copy of this filing is also enclosed, to be date-stamped and returned in the postage-prepaid envelope provided. Should there be any questions regarding this filing, kindly contact the undersigned.

Regards,

Charles H. Helein

Enclosures

# 7

 Chuck

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

INSPECTOR GENERAL
for TAX
ADMINISTRATION

JUN 15 2005

Charles H. Helein
8180 Greensboro Drive, Suite 700
McLean, Virginia 22102

Dear Mr. Helein:

This is to acknowledge receipt of your complaint by the Office of the Treasury Inspector General for Tax Administration (TIGTA). We have reviewed your complaint and determined that this matter would more appropriately be handled by the Internal Revenue Service. Therefore, we have forwarded your complaint to the Internal Revenue Service for appropriate action.

We regret this office cannot be of further assistance to you regarding this matter.

Sincerely,

for

Grace A. Sutton
Assistant Special Agent in Charge
Complaint Management

# EXHIBIT 8

Supplemental Filing on 2004/5 Claim – 07/29/05

# The Helein Law Group, LLLP

Telecommunications
E Commerce
Technology
Corporate & Finance
Trademarks
Proprietary Rights
Complex Litigation
General Business Law

8180 Greensboro Drive
Suite 700
McLean, VA 22102

(703) 714-1300 (Telephone)
(703) 714-1330 (Facsimile)
mail@thlglaw.com

Writer's Direct Dial Number

703-714-1301

Writer's E-mail Address

chh@thlglaw.com


July 29, 2005

**VIA OVERNIGHT COURIER**

John Tauriello
Internal Revenue Service
200 Sheffield Street
Mountainside, NJ 07092

**RE: LOCUS TELECOMMUNICATIONS, INC. EIN 223488343**
**FET REFUND CLAIM 2004 and 1st Quarter 2005**

Dear Mr. Tauriello:

Pursuant to your request, we have attached documentation of the Federal Excise Tax payments made by calendar quarter for the periods 2004 and the first quarter of 2005. Attached are the following documents.

1. A summary spreadsheet that lists the total amount of the payments made of $8,142,011.54, comprised of the total amount of payments made for calendar year 2004 in the amount of $5,833,678.25 and the total amount of payments made for the first calendar quarter of 2005 in the amount of $2,308,333.29 broken out by the:

   (a) seven (7) payments on account for the 1st quarter of 2004 totaling $993,646.31;

   (b) ten (10) payments on account for the 2nd quarter of 2004 totaling $1,320492.89; (c) twelve (12) payments on account for the 3rd quarter of 2004 totaling $1,709,601.50;

   (c) nine (9) payments on account for the 4th quarter totaling $1,809,937.55; and

   (d) six (6) payments on account for the first quarter of 2005 totaling $2,308,333.29.

2. A copy of the signed 8849 Form for these periods.

3. Copies of the proofs of payment of these amounts as follows:

(a) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 7 1stQ 2004 payments 1/9/04 through 3/24/04 and the 720-V IRS Payment Voucher for the 7th payment 1stQ 2004 4/29/04;

(b) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 10 2dQ 2004 payments 4/9/04 through 6/24/04 (although ten payments were made as shown in the summary spreadsheet, two payments were made on three of the dates (5/25/04, 6/8/04 and 6/24/04) and were recorded on only one Deposit Receipt;

(c) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 6 of the 12 3dQ 2004 payments 7/8/04 through 9/23/04 (although twelve payments were made as shown in the summary spreadsheet, two payments were made on each of the six dates (7/8/04, 7/23/04, 8/9/04, 8/24/04, 9/9/04 and 9/23/04) but recorded on only one Deposit Receipt;

(d) Deposit Receipts by date of payment to JP Morgan Electronic Deposit Service for 1 of the 9 4thQ 2004 payments 9/28/04 through 4/1/05; and 8 EFTPS Payment Confirmations for the other payments in this quarter; and

(e) Six EFTPS Payment Confirmations for the 1stQ 2005 payments 1/11/05 through 3/24/05.

Please contact the undersigned if there are any questions.

Respectfully submitted,
Docus Telecommunications, Inc.

By: Charles H. Helein, Its Attorney In Fact

Enclosures

# 3

# e

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

Make a Tax Payment
Cancel a Tax Payment
Check Payment History

## PAYMENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **Taxpayer EIN** | 223488343 |
| **EFT Number (Acknowledgement Number)** | 2205011 **55272640** |
| **Cancellation EFT (Acknowledgement Number)** | |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 03/2005 |
| **Total Payment Amount** | $402,000.00 |
| **Payment Input Method** | Web |
| **Settlement Date** | 2005-01-11 |
| **ACH Trace Number** | 061036010015357 |
| **Payment Status** | Settled |
| **Original EFT (Acknowledgement Number)** | 2205011 **55272640** |
| **Transaction Type** | ACH Debit Payment-Savings |
| **Received Date** | 2005-01-10 |
| **Received Time (ET)** | 19.02.04 |
| **Cancellation Date** | |

Previous

**Home** . **Enrollment** . **My Profile** . **Payments** . **Help & Information** . **Contact Us** . **Logout**

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220502505356160 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $399,420.89 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/25/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $399,420.89 |

| | |
|---|---|
| **Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220504132072605 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $383,000.00 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 2/10/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $383,000.00 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## P 'MENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220505627411685 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $381,648.72 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 2/25/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $381,648.72 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# P 'MENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **Taxpayer EIN** | 223488343 |
| **EFT Number (Acknowledgement Number)** | 2205068 **32912252** |
| **Cancellation EFT (Acknowledgement Number)** | |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 03/2005 |
| **Total Payment Amount** | $372,000.00 |
| **Payment Input Method** | Web |
| **Settlement Date** | 2005-03-09 |
| **ACH Trace Number** | |
| **Payment Status** | Scheduled |
| **Original EFT knowledgement Number)** | 2205068 **32912252** |
| **Transaction Type** | ACH Debit Payment-Savings |
| **Received Date** | 2005-03-08 |
| **Received Time (ET)** | 15.03.25 |
| **Cancellation Date** | |

Previous

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220508398556411** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |