# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: January 11, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Plaintiff's Motion to Amend/Supplement Complaint Exhibits is GRANTED. Defendant does not oppose this motion.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge