# Wireline Services

## Treasury Chief Asked to Help Settle IRS Excise Tax Issue

Twenty telecom carriers and interest groups have signed onto a letter asking U.S. Treasury Secretary John W. Snow to stop the Internal Revenue Service from collecting the communications excise tax in the wake of several federal court decisions against the surcharge.

Although the IRS has been on the losing end of all six cases to date, the agency in October issued a federal notice saying it planned to continue to litigate the issue, and while doing so, to continue assessing and collecting the tax. The notice directed carriers to continue to collect the tax from their customers and pay it to the IRS, pointing out that these customers could preserve their claims of overpayment by filing administrative refund claims with the agency.

The letter says the carriers and groups are seeking Mr. Snow's assistance in an effort to put an end to the legal wrangling surrounding the case and to bring the uncertainty surrounding the issue to an end.

They noted that the one case the IRS won, ***American Bankers Insurance Group v. U.S.,*** was later reversed by the U.S. Court of Appeals in Atlanta, and that it has not been appealed to the Supreme Court. The letter was signed by the U.S. Telecom Association, CTIA, and most major telecom service providers.

"There is clearly an overwhelming consensus among the many courts that have considered this issue that the position being advanced by the IRS is simply wrong," the letter states. "In spite of the fact that the government continues to litigate the cases already pending, it is our understanding that in some instances the IRS Appeals Division has 'settled' a number of refund claims on this issue at 100 cents on the dollar, which is a very clear acknowledgment of the weakness of their position."

The letter comes after a second federal appeals court in Cincinnati last month ruled in ***Office Max v. U.S.*** that the federal statute establishing the 3% surcharge on toll telephone services unambiguously requires variance both by distance and elapsed transmission time if the tax is going to be levied. The parties said that despite the loss, they were not optimistic the IRS would give up the fight unless ordered to do so by Secretary Snow.

To that end, the letter asked him to direct the tax agency to stop litigating the "time and distance" issue by not seeking review by the Supreme Court in the *Office Max* case and by dismissing all of the other pending cases. It also asked the secretary to tell the IRS to issue clear guidance indicating that it will follow "not only the letter but also the spirit of these decisions," so that only communications services that fit within the statutory definitions will be subject to the excise tax.

"The IRS' issuance of broad and inclusive guidance that comprehensively addresses long distance, wireless and [voice-over-Internet-protocol] services will prevent further costly and unnecessary litigation and will limit the amount of tax refunds that the government eventually and inevitably will be required to pay," the letter stated.

## Cities, Carrier Appeal Overlay Decision by Calif. Regulators

A slate of metropolitan Los Angeles-area cities have joined with a competitive carrier to appeal to the FCC an August decision by the California Public Utilities Commission that seeks to implement a new all-services area code overlay in the "310" area code, saying the state's implementation of the decision should be stayed while the FCC reviews its compliance with federal numbering rules and guidelines.

The South Bay Cities Council of Governments (SBCCOG), made up of 16 different localities, and the Telephone Connection of Los Angeles, Inc., (TCLA) filed the petition with federal regulators in late November asking the FCC's Wireline Competition Bureau to halt the CPUC proposed "424" area code because it said it does not follow Commission regulations related to implementing area code overlay dialing patterns.

"If the bureau does not issue an immediate stay of the overlay decision, carriers will be forced to needlessly