# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: March 7, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The Government states that it has not constructively denied plaintiff's claims for refund, but that such claims are "not being processed." Plaintiff may decide whether or when to refile its Complaint(s) when the jurisdictional issues are more clear. Though defendant states that "no party can waive statutory jurisdictional requirements," it also refers to the possibility that the parties could "resolve informally the jurisdictional issues . . . ." Otherwise, defendant intends to file a motion to dismiss. The need for discovery is not clear, but if the parties agree that it is necessary, the 120-day period for discovery begins this date. Discovery would close on July 5.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge