IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1184 T
(JUDGE HODGES)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR PARTIAL DISMISSAL

Pursuant to RCFC 41(a)(1), the parties hereby stipulate to a partial dismissal, without prejudice, in this action with respect to plaintiff's claims for tax refunds for the quarters ended March 31, 2004, through March 31, 2005 (paragraph 27 of the complaint), and the period ended April 30, 2005 (paragraph 31 of the complaint). Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

March 14, 2006
Date

s/Charles H. Helein
CHARLES H. HELEIN
The Helein Law Group, P.C.
8180 Greensboro Drive
Suite 700
McLean, VA 22102
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

March 14, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 14, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant