# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| LOCUS TELECOMMUNICATIONS, INC., | * | |
| Plaintiff, | * | No. 05-1184T |
| v. | * | Filed: July 17, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

Defendant has not filed an amended answer. Discovery closed on July 5. Counsel will advise the court no later than July 24 how they propose to proceed.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge