IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1184 T
(JUDGE HODGES)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT REPORT AND MOTION
FOR SUSPENSION OF PROCEEDINGS

Pursuant to the Court's Order of July 17, 2006, the parties file the following report and motion for suspension of proceedings.

At this juncture, counsel for the parties are making efforts to settle the "damages" portion of this case in the aftermath of IRS Notice 2006-50, which conceded the underlying legal issue in this action. Plaintiff is producing substantiation for the amounts for which it claims a refund and defendant's counsel will be examining plaintiff's documents to verify the amounts claimed. Counsel for the parties expect to be able to resolve informally any discrepancies with respect to the amounts claimed. Thus, the parties believe it would be prudent to pursue settlement of the "damages" without proceeding with any further formal activities in this case. This course of action would allow the parties to avoid the time and expense of conducting such activities, which

would be rendered superfluous in the event of a settlement.

Accordingly, pursuant to RCFC 7(b), the parties respectfully move for a 90-day suspension of all further proceedings.

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
The Helein Law Group, P.C.
8180 Greensboro Drive
Suite 700
McLean, VA 22102
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

July 19, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/David Gustafson
Of Counsel

July 24, 2006
Date

Attorneys for Defendant