# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: August 1, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The joint motion for suspension of proceedings is GRANTED. The stay expires on October 24. The parties will file a status report no later than October 27.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge