# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| LOCUS TELECOMMUNICATIONS, INC., | * | |
| Plaintiff, | * | No. 05-1184T |
| v. | * | Filed: October 27, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

The joint motion for continuation of suspension of proceedings is GRANTED. The stay expires on January 24, 2007. The parties will file a status report no later than January 24.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge