# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: January 23, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties have jointly moved for a 90-day suspension of proceedings in order to pursue settlement activities. The motion is GRANTED. The stay expires on Monday, April 23, 2007. The parties will file a status report no later than April 23, 2007.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge