IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1184 T
(Judge Hodges)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR CONTINUATION OF SUSPENSION OF PROCEEDINGS

Pursuant to RCFC 7(b), Plaintiff respectfully moves for an additional 90-day suspension of all further proceedings in this case. As good reason therefore, Plaintiff states as follows:

A significant portion of the claims in this case has been settled through the administrative process of the Internal Revenue Service. Confirmation of this settlement through the IRS was received this morning.

In consequence of this partial settlement with the IRS, counsel for the parties have previously agreed to file a joint stipulation of partial dismissal as to the portion of the claims that have been settled through the IRS. The joint stipulation of partial dismissal will be promptly filed with the court.

As to the portion of the claims remaining, it is understood by Plaintiff's counsel that counsel for the parties will continue their efforts to settle the damages portion of this case in response to IRS Notice 2006-50, which conceded the underlying legal issue in this action. It is Plaintiff's counsel's

understanding that counsel for the parties will continue to work on resolving informally any questions concerning the remaining refund amount that is due. Thus, Plaintiff believes that the more prudent course is to continue to pursue settlement of the amount of the refunds due without resort to more formal actions and avoid the time and expense of such actions.

Accordingly, Plaintiff respectfully requests that the Court grant an additional 90-day suspension of proceedings in this action.[1]

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

July 23, 2007
Date

1 Our request to G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division to authorize Charles H. Helein of Helein & Marashlian, LLC to e-sign this Motion for Continuation of Suspension of Proceedings on their behalf is pending. Mr. Stewart could not be reached in time to secure his authorization but it is anticipated he will concur in the requested extension.