# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: October 22, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties have jointly moved for an additional 90-day suspension of proceedings in order to continue settlement activities. The motion is GRANTED. The stay expires on Monday, January 21, 2008. The parties will file a status report on or before January 21, 2008.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge