# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| LOCUS TELECOMMUNICATIONS, INC., | * | |
| Plaintiff, | * | No. 05-1184T |
| v. | * | Filed: January 25, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

The parties moved for an additional ninety-day suspension of proceedings to continue settlement discussions. The motion is GRANTED. The stay expires on Thursday, April 24, 2008. The parties will file a status report on or before April 24.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge