# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| LOCUS TELECOMMUNICATIONS, INC., | * | |
| Plaintiff, | * | No. 05-1184T |
| v. | * | Filed: January 25, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

There being no just reason for delay, the Clerk of Court will enter judgment with respect to Locus Telecommunications, in accordance with the Joint Stipulation for Partial Dismissal filed January 22, 2008. *See* Rule 54(b).

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge