# In the United States Court of Federal Claims

**No. 05-1184 T**

**LOCUS TELECOMMUNICATIONS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' January 22, 2008 Joint Stipulation for Partial Dismissal of Proceedings, and the court's Order, filed January 25, 2008, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's claims for the amounts set forth below are dismissed with prejudice. The parties shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

| | |
|---|---|
| 200103 | $513,454.79 |
| 200106 | $544,007.20 |
| 200109 | $630,598.14 |
| 200112 | $583,133.67 |
| 200203 | $595,245.34 |
| 200206 | $626,709.05 |
| 200209 | $668,018.33 |
| 200212 | $707,604.92 |
| 200303 | $711,907.58 |
| 200306 | $786,882.75 |
| 200309 | $953,386.66 |
| 200312 | $760,683.25 |

John S. Buckley
Acting Clerk of Court

**January 31, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.