IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1184 T
(Judge Hodges)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT AND MOTION FOR CONTINUANCE

Pursuant to RCFC 7(b), the parties respectfully submit this joint status report and jointly move for an additional 90-day continuance before proceeding in this case. In support thereof, the following is shown:

1. As reported on the Joint Status Report and Motion for Continuance filed with the court on January 22, 2008, a significant portion of the claims in this case has been settled through the administrative processes of the Internal Revenue Service ("IRS").

2. Also on January 22, 2008, the parties filed a joint stipulation for partial dismissal with respect to the portion of the claims in this case that were refunded by the IRS.

3. On January 25, 2008, the court entered an Order staying the case and ordered the parties to file a status report on April 24, 2008.

4. The amount of Plaintiff's claim in this case was $9,287,877.78.

5. On January 31, 2008, the court entered Judgment dismissing Plaintiff's claims with prejudice in the amount of $8,081,631.67 for the tax periods set forth therein.

6. The part of Plaintiff's claim that remains in controversy in this case is $1,180,929.95.

7. On April 8, 2008, Locus filed papers ("Papers") with the Defendant containing documentation and certifications supporting Locus right to the refund of the $1,180,929.95 remaining in controversy.

8. The Papers filed with Defendant are voluminous and detailed and no decision on what action Defendant will take in response to their filing has been made as of this date.

9. However, counsel for the parties have agreed to continue their efforts to settle informally the remaining amount in controversy.

10. The parties therefore request the Court grant an additional 90-day suspension of proceedings in this action.

11. It is Plaintiff's intent to have a settlement on the balance of its claims within the 90-day period.

12. In the event settlement is not reached on or before that date, the Court will be asked to grant a further deferral of this case while the parties either continue their efforts at settlement, agree to submit cross-motions for summary judgment, or ask for such further relief as may then appear appropriate.

13. Accordingly, the parties respectfully request that the Court grant an additional 90-day suspension of proceedings in this action.[1]

---

[1] G. Robson Stewart, Attorney of Record for the U.S. Department of Justice, Tax Division authorizes Charles H. Helein of Helein & Marashlian, LLC to e-sign this Motion for Continuation of Suspension of Proceedings on their behalf.

Respectfully submitted,

s/Charles H. Helein
CHARLES H. HELEIN
Helein & Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road, Suite 301
McLean, VA 22101
(703) 714-1300
(703) 714-1330 (fax)

Attorneys for Plaintiffs

April 24, 2008
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

April 24, 2008
Date
Attorneys for Defendant