# In the United States Court of Federal Claims

* * * * * * * *

LOCUS TELECOMMUNICATIONS, INC., *

Plaintiff, * No. 05-1184T

v. * Filed: April 28, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties moved for an additional ninety-day suspension of proceedings to continue settlement discussions. The motion is GRANTED. The stay expires on Monday, July 28, 2008. The parties will file a status report on or before July 28.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge