**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOCUS TELECOMMUNICATIONS Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | Case No. 05-1184 T<br><br>Judge Robert H. Hodges, Jr. |

**SUPPLEMENT TO MEMORANDUM IN OPPOSITION TO KDI DISTRIBUTION, INC.'S MOTION TO INTERVENE**

Plaintiff, Locus Telecommunications, Inc, ("Locus") submits this Supplement to Memorandum in Opposition to the Motion to Intervene submitted on behalf of KDI Distribution, Inc. d/b/a Krossland Communications ("KDI"). Attached hereto is a Proposed Order denying the Motion to Intervene.

Respectfully submitted,
Locus Telecommunications, Inc.

Date: August 25, 2008

By: ________________________
Charles H. Helein
Helein & Marashlian, LLC
Counsel of Record
1483 Chain Bridge Road, Suit 301
McLean, VA 22102
703-714-1301
chh@commlawgroup.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOCUS TELECOMMUNICATIONS Inc. ) | |
| Plaintiff, ) | Case No. 05-1184 T |
| v. ) | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES ) | |
| Defendant. ) | |

**ORDER**

This matter came before the Court this ___ day of ____________2008 upon KDI Distribution, Inc.'s Motion To Intervene. After considering the arguments raised by the parties, the Court finds intervention is not warranted.

IT IS THEREFORE ORDERED that KDI Distribution, Inc.'s Motion To Intervene is denied.

IT IS SO ORDERED.

_______________________
Judge Robert H. Hodges, Jr.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KDI DISTRIBUTION, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | Case No. 08-550T<br><br>Judge Robert H. Hodges, Jr. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed Locus Telecommunications, Inc.'s **Supplement to Memorandum in Opposition to KDI Distribution, Inc's Motion to Intervene** with the Clerk of the Court using the ECF system which will send notification of such filing to the following attorneys of record:

G. Robson Stewart
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
202-307-6493

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block and Boothby, LLP
2001 L Street, NW, Suite 900
Washington, DC 20036
202-857-2550

Charles H. Helein
Helein & Marashlian, LLC
Counsel of Record
1483 Chain Bridge Road, Suit 301
McLean, VA 22102
703-714-1301
chh@commlawgroup.com