IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 1:05-cv-1184 T
(Judge Hodges)

LOCUS TELECOMMUNICATIONS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Locus Telecommunications, Inc. ("Locus"), through its undersigned counsel, moves this Court to grant its summary judgment in its favor and against the United States in the amount of $3,150,243.17, in accordance with Rule 56 of the Federal Rules of Civil Procedure. The factual and legal bases for this motion are set forth more fully in the accompanying Memorandum of Law.

Locus hereby gives notice of its intention to file reply papers.

WHEREFORE, Locus prays that this Honorable Court enter summary judgment in its favor and against the United States.

Respectfully submitted,

Dated: September 15, 2008

By:______________________________

Charles H. Helein
Helein and Marashlian, LLC
The CommLaw Group
1483 Chain Bridge Road
Suite 301
McLean, VA 22101
Tel: 703-714-1300
Fax: 703-714-1330