# APPENDIX

## TAB 1: FCC PAPERS

A FCC's grant of Locus' 214 Application

B Copies of Locus' FCC Form 499-A filings

C FCC Instructions for completing FCC Form 499-A

D Consent Decree adopted by FCC and agreed to by Locus

## TAB 2: PROOF SUPPORTING LOCUS' ASSUMPTION OF THE TAX LIABILITY

A WHOLESALE SUPPLIER CONTRACTS
- A-1 List of carriers that Locus contracted with during the Claims Period
- A-2 Sample copy of supplier contract with MCI
- A-3 Memorandum summarizing supplier contract provisions imposing tax obligations on Locus

B TAX EXEMPTION CERTIFICATES
- B-1 Tax Exemption Certificates
- B-2 Sample carrier invoices showing Locus was not invoiced for any taxes

C CUSTOMER (DISTRIBUTOR) CONTRACT
- C-1 Locus' contracts with its Distributor customers
- C-2 Memorandum summarizing the contractual provisions on Locus' Distributors for taxes and that contracts do not require Distributors to furnish tax exemption certificates

D LOCUS' CUSTOMER (DISTRIBUTOR) INVOICES
- D-1 Locus' invoices to its Distributor customer
- D-2 Distributor tax returns showing they did not report any
- D-3 Distributor Customer Consents
- D-4 Letter to Distributors informing them that Locus filed claims to recover the FET it paid

E LOCUS' CUSTOMER (END USER) DOCUMENTS
- E-1 Sample Locus ads
- E-2 Photos of sample prepaid cards

F LOCUS' RECORDS OF TAX PAYMENTS
- F-1 IRS Forms 720 prepared and filed by Locus
- F-2 Locus' records showing its payments of the FET to the IRS

F-3 Examples of Locus and IRS records showing routine processing of Locus' FET filing and payments and IRS issuance of credits for overpayments

G LOCUS CORPORATE TAX RETURNS

G-1 Locus' 1120 Return for 2001 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-2 Locus' 1120 Original Return for 2002 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-3 Locus' 1120 Amended Return for 2002 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-4 Locus' 1120 Original Return for 2003 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-5 Locus' 1120 Amended Return for 2003 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-6 Locus' 1120 Return for 2004 and Statement 2, line 17 itemizing its tax payments expressly listing the FET.

G-7 Locus' 1120 Return for 2005 and Statement 4, line 17 itemizing its tax payments expressly listing the FET.

H LOCUS ACCOUNTING RECORDS

H-1 Representative General Ledger Entries (10/04) and Payment Voucher recording FET as Locus corporate overhead and showing approval for and payment of FET by Locus

H-2 Representative General Ledger Entries (11/04) and Payment Voucher recording FET as Locus corporate overhead and showing Locus approval for and payment of FET by Locus

H-3 KPMG Auditor's Review of Financial Statements 2001 and 2002

H-4 KPMG Auditor's Restated Review of Financial Statements 2003 making the Financial Statements for 2001 and 2002 obsolete and inoperative

H-5 KPMG Auditor's audited Financial Statements 2004

H-6 KPMG Auditor's audited Financial Statements 2004 and 2005

**TAB 3: AFFIDAVITS**

A JASON CHON

B JAE HONG CHOI

C HENRY PARK

D SAM LEE

Exhibit A: Price Analysis showing how Locus prices its prepaid-services

Exhibit B: Reports prepared from Locus' accounting records showing charges for communications services provided by Locus to its Distributors during the Claims Period.

<u>Exhibit C</u>: Spreadsheet prepared from Locus' accounting records showing the total FET paid by Locus applicable to the Services

**TAB 4: STATUTES DIRECTLY INVOLVED IN THE CASE**

A 24 USC § 6402

B 24 USC § 6415

C 24 USC § 6416

D 47 USC § 202