FCC Form 499 Revised, February 2008
Approved by OMB 3060-0855
Estimated Average Burden Hours Per Response: 13.5 Hours

# Telecommunications Reporting Worksheet, FCC Form 499-A (2008)

## Instructions for Completing the Worksheet for Filing Contributions to Telecommunications Relay Service, Universal Service, Number Administration, and Local Number Portability Support Mechanisms

* * * * *

NOTICE: Section 52.17 of the Federal Communications Commission's rules provides that all telecommunications carriers and interconnected voice over Internet protocol (VoIP) providers in the United States shall contribute on a competitively neutral basis to meet the costs of establishing numbering administration, and directs that contributions shall be calculated and paid in accordance with this Telecommunications Reporting Worksheet (FCC Form 499-A or Worksheet). 47 C.F.R. § 52.17. Section 52.32 provides that the local number portability administrators shall recover the shared costs of long-term number portability from all telecommunications carriers and interconnected VoIP providers. 47 C.F.R. § 52.32. Sections 54.706, 54.711, and 54.713 require all telecommunications carriers providing interstate telecommunications services, interconnected VoIP providers, providers of interstate telecommunications that offer interstate telecommunications for a fee on a non-common carrier basis, and payphone providers that are aggregators to contribute to universal service and file this Worksheet once a year and the Telecommunications Reporting Worksheet (FCC Form 499-Q) four times a year. 47 C.F.R. §§ 54.706, 54.711, 54.713. Section 64.604 requires that every common carrier and interconnected VoIP provider contribute to the Telecommunications Relay Services (TRS) Fund on the basis of its relative share of interstate end-user telecommunications revenues, with the calculation based on information provided in this Worksheet. 47 C.F.R. §§ 64.601(b), 64.604(c)(5)(iii)(B). Section 64.1195 and the Commission's orders require all telecommunications carriers and interconnected VoIP providers to register using the FCC Form 499-A. 47 C.F.R. § 64.1195(a).

This collection of information stems from the Commission's authority under sections 151(i), 225, 251, 254, and 258 of the Communications Act of 1934, as amended (Communications Act or Act), 47 U.S.C. §§ 151(i), 225, 251, 254, and 258. The data in the Worksheet will be used to calculate contributions to the universal service support mechanisms, the telecommunications relay services support mechanism, the cost recovery mechanism for numbering administration, and the cost recovery mechanism for shared costs of long-term number portability. Selected information provided in the Worksheet will be made available to the public in a manner consistent with the Commission's rules.

We have estimated that each response to this collection of information will take, on average, 13.5 hours. Our estimate includes the time to read the instructions, look through existing records, gather and maintain the required data, and actually complete and review the form or response. If you have any comments on this estimate, or how we can improve the collection and reduce the burden it causes you, please write the Federal Communications Commission, AMD-PERM, Washington, D.C. 20554, Paperwork Reduction Project (3060-0855). We also will accept your comments via the Internet if you send them to PRA@FCC.gov. Please DO NOT SEND COMPLETED WORKSHEETS TO THIS ADDRESS.

Remember -- You are not required to respond to a collection of information sponsored by the federal government, and the government may not conduct or sponsor this collection, unless it displays a currently valid Office of Management and Budget (OMB) control number. This collection has been assigned an OMB control number of 3060-0855.

The Commission is authorized under the Communications Act to collect the information we request on this form. We will use the information that you provide to determine contribution amounts. If we believe there may be a violation or potential violation of a statute or a Commission regulation, rule, or order, your Worksheet may be referred to the Federal, state, or local agency responsible for investigating, prosecuting, enforcing, or implementing the statute, rule, regulation, or order. In certain cases, the information in your Worksheet may be disclosed to the Department of Justice, court, or other adjudicative body when (a) the Commission; or (b) any employee of the Commission; or (c) the United States government, is a party to a proceeding before the body or has an interest in the proceeding.

With the exception of your employer identification number, if you do not provide the information we request on the Worksheet, the Commission may consider you in violation of sections 1.47, 52.17, 52.32, 54.713, 64.604, and 64.1195 of the Commission's rules. 47 C.F.R. §§ 1.47, 52.17, 52.32, 54.713, 64.604, and 64.1195.

The foregoing Notice is required by the Paperwork Reduction Act of 1995, P.L. No. 104-13, 44 U.S.C. § 3501, *et seq*.

*****

## Table of Contents


I. Introduction 3

II. Filing Requirements and General Instructions 4
- A. Who Must File 4
  - 1. Universal service exemption for *de minimis* telecommunications providers 5
  - 2. Exception for government, broadcasters, schools and libraries 8
  - 3. Exception for systems integrators and self-providers 8
- B. Filing by Legal Entity 8
- C. When and Where to File 9
- D. Rounding of Numbers and Negative Numbers 11
- E. Obligation to File Revisions 11
- F. Record Keeping 12
- G. Compliance 12

III. Specific Instructions 13
- A. Block 1: Filer Identification Information 13
- B. Block 2: Contact Information 16
  - 1. Block 2-A: Regulatory Contact Information 16
  - 2. Block 2-B: Agent for Service of Process 17
  - 3. Block 2-C: FCC Registration Information 17
- C. Block 3, Block 4-A and Block 4-B: Filer Revenue Information 18
  - 1. Separating revenues from other contributors to the federal universal service support mechanisms (Block 3) from end-user and non-telecommunications revenues (Block 4) (carrier's carrier vs. end-user) 18
  - 2. Column (a) - total revenues 20
  - 3. Columns (b), (c), (d), and (e) - interstate & international 21
  - 4. Explanation of Block 3 and Block 4-A revenue categories 24
    - Fixed local service revenue categories 24
    - Mobile service 27
    - Toll service revenue categories 27
    - Other revenues categories 28
  - 5. Block 4-B total revenue and uncollectible revenue information 30

| | | | |
|---|---|---|---|
| | | 6. Notes for carriers that use the USOA | 31 |
| | D. | Block 5: Additional Revenue Breakout | 31 |
| | E. | Block 6: Certification | 32 |
| IV. | Calculation of Contributions | | 34 |
| | A. | Contribution Requirements | 34 |
| | B. | Contribution Bases | 36 |
| V. | Reminders | | 37 |
| Figure 1: | | Table to determine if a filer meets the *de minimis* standard for purposes of universal service contribution | 7 |
| Figure 2: | | Filing schedule | 10 |
| Figure 3: | | Which telecommunications carriers and telecommunications providers must contribute for which purposes | 35 |
| Figure 4: | | Contribution bases | 36 |

File FCC Form 499-A online. See: http://forms.universalservice.org

## I. Introduction

As required under the Communications Act,[1] the Commission has established, in a series of separate proceedings, procedures to finance interstate telecommunications relay services (TRS), universal service support mechanisms, administration of the North American Numbering Plan (NANPA), and shared costs of local number portability administration (LNPA). To accomplish these congressionally directed objectives, contributions are collected from all telecommunications carriers providing interstate telecommunications services and certain other providers of interstate telecommunications (including interconnected VoIP providers). On July 14, 1999, the Commission amended its rules so that contributors to these mechanisms need only file one Telecommunications Reporting Worksheet (Worksheet) for the purpose of determining their contribution(s).[2] This Worksheet sets forth the information that the filer must submit, so that the administrators of these mechanisms may calculate and assess contributions.[3]

---

[1] 47 U.S.C. §§ 151, 225, 251, 254.

[2] On March 9, 2001, the Commission modified its rules to base universal service contributions on information reported on quarterly Telecommunications Reporting Worksheet filings, with an annual true-up based on information reported on annual Telecommunications Reporting Worksheets. *Federal-State Joint Board on Universal Service, Petition for Reconsideration filed by AT&T*, CC Docket No. 96-45, Report and Order and Order on Reconsideration, 16 FCC Rcd 5748 (2001) (*Quarterly Reporting Order*). *See also, 1998 Biennial Regulatory Review -- Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Services, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms*, CC Docket 98-171, Report and Order, 14 FCC Rcd 16602 (1999) (*Consolidated Reporting Order*).

[3] In addition, filers use data submitted on the Form 499-A to calculate their Interstate Telecommunications Service Provider (ITSP) fees. *See Assessment and Collection of Regulatory Fees for Fiscal Year 2003*, MD Docket No. 03-83, Report and Order, 18 FCC Rcd 15985 (2000); *Assessment and Collection of Regulatory Fees for Fiscal Year 2007*, MD Docket No 07-81, Report and Order and Further Notice of Proposed Rulemaking, 22 FCC Rcd 15712 (2007). Section 6003(a) of the Omnibus Budget Reconciliation Act of 1993 (Public Law 103-66) added section 9(a) to the Communications Act, which authorizes the Commission to collect annual regulatory fees to recover the annual costs of its enforcement, policy and rulemaking, user information, and international activities. 47 U.S.C. § 159(a), (b)(1)(A), and (g).

While some entities that file the Telecommunications Reporting Worksheet may not need to contribute to each of the support and cost recovery mechanisms, in general, all telecommunications carriers and certain additional telecommunications providers must complete and file this Worksheet.[4] These instructions contain an explanation of which filers must contribute to particular mechanisms (*see* Section IV-A.), but filers should consult the specific rules that govern contributions for each of the mechanisms.[5] In general, contributions are calculated based on contributors' end-user telecommunications revenue information, as filed in this Worksheet.

By filing this Worksheet, filers may also satisfy their obligations under section 413 of the Act to designate an agent in the District of Columbia for service of process[6] and their obligations to register with the Federal Communications Commission.[7]

## II. Filing Requirements and General Instructions

### A. Who Must File

All intrastate, interstate and international providers of telecommunications within the United States,[8] with very limited exceptions, must file the FCC Form 499-A Telecommunications Reporting Worksheet.[9]

For purposes of determining whether an entity provides telecommunications, please note that the term "telecommunications" means the transmission, between or among points specified by the user, of information of the user's choosing, without change in the form or content of the information as sent and received. For the purpose of filing, the term "interstate telecommunications" includes, but is not limited to, the following types of services: wireless telephony, including cellular and personal communications services (PCS); paging and messaging services; dispatch services; mobile radio services; operator services; access to interexchange service; special access; wide area telecommunications services (WATS); subscriber toll-free services; 900 services; message telephone services (MTS); private line; telex; telegraph; video services; satellite services; resale services; frame relay and ATM services; and interconnected VoIP services. Note, for example, that all incumbent and competitive local exchange

---

[4] Please note that this Worksheet refers to "filers," "reporting entities," and "contributors" interchangeably, except where specifically distinguished.

[5] *See* 47 C.F.R. §§ 52.17 (numbering administration), 52.32 (local number portability), 54.706 (universal service), and 64.604 (TRS).

[6] 47 U.S.C. § 413. *See also,* 47 C.F.R. § 1.47.

[7] 47 C.F.R. § 64.1195.

[8] For this purpose, the United States is defined as the contiguous United States, Alaska, Hawaii, American Samoa, Baker Island, Guam, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Island, Navassa Island, the Northern Mariana Islands, Palmyra, Puerto Rico, the U.S. Virgin Islands, and Wake Island.

[9] Section 254(d) applies not only to "every telecommunications carrier that provides interstate telecommunications *services*" but also to certain "other provider[s] of interstate telecommunications." 47 U.S.C. § 254(d) (emphasis added). For more information on these terms, *see* 47 U.S.C. §§ 153(43), (46); *Federal-State Joint Board on Universal Service*, CC Docket No. 96-45, Report and Order, 12 FCC Rcd 8776 (1997) (*Universal Service Order*); *Universal Service Contribution Methodology, Federal-State Joint Board on Universal Service, 1998 Biennial Regulatory Review – Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Service, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms, Telecommunications Services for Individuals with Hearing and Speech Disabilities, and the Americans with Disabilities Act of 1990, Administration of the North American Numbering Plan and North American Numbering Plan Cost Recovery Contribution Factor and Fund Size, Number Resource Optimization, Telephone Number Portability, Truth-In-Billing and Billing Format, IP-Enabled Services*, WC Docket Nos. 06-122 and 04-36, CC Docket Nos. 96-45, 98-171, 90-571, 92-237, 99-200, 95-116, and 98-170, Report and Order and Notice of Proposed Rulemaking, 21 FCC Rcd 7518 (2006) (*2006 Contribution Methodology Reform Order*).

carriers provide access services and, therefore, provide interstate telecommunications. There are no exemptions for data or non-voice services.

Note also that entities must file this Worksheet, and are subject to the universal service contribution requirement, if they offer interstate telecommunications for a fee to the public even if only a narrow or limited class of users could utilize the services. Included are entities that provide interstate telecommunications to entities other than themselves for a fee on a private, contractual basis. In addition, owners of pay telephones, sometimes referred to as "pay telephone aggregators," must file this Worksheet. Most telecommunications carriers and all interconnected VoIP providers must file this Worksheet even if they qualify for the *de minimis* exemption under the Commission's rules for universal service.[10]

Marketing agents (i.e., entities that market services on behalf of a telecommunications provider) are not themselves telecommunications providers and are not required to file this Worksheet. The amounts remitted to or retained by the marketing agent are treated as expenses of the underlying provider and may not be deducted from underlying carrier revenues. A reseller is not a marketing agent.

The following three sections list types of (non-common carrier) telecommunications providers that are not required to file the FCC Form 499-A Worksheet. Note that some carriers and telecommunications providers are required to file this Worksheet, but may not be required to contribute to all support mechanisms. For example, some carriers may be exempt from contributing directly to the universal service support mechanisms (e.g., because they are *de minimis*), but nevertheless must file because they are required to contribute to TRS, NANPA, or LNPA. These non-contributors must be treated as end users by their underlying carriers and therefore may end up contributing indirectly as a result of pass-through charges.

1. Universal service exemption for *de minimis* telecommunications providers

Section 54.708 of the Commission's rules states that telecommunications carriers and telecommunications providers are not required to contribute to the universal service support mechanisms for a given year if their contribution for that year is less than $10,000.[11] Thus, except as provided below, providers that offer telecommunications for a fee exclusively on a non-common carrier basis need not file this Worksheet if their contribution to the universal service support mechanisms would be *de minimis* under the universal service rules. Note: Entities that provide solely private line service may nevertheless be considered common carriers if they offer their services directly to the public or to such classes of users as to be effectively available directly to the public. In contrast, telecommunications carriers (i.e., entities providing telecommunications services on a common-carriage basis) that meet the *de minimis* standard must file this Worksheet (because they must contribute to other support and cost recovery mechanisms), but need not contribute to the universal service mechanisms. Regardless, interconnected VoIP providers that meet the *de minimis* standard also must file this Worksheet (but need not submit Form 499-Q). (*See* Figure 3 "Which telecommunications carriers and telecommunications providers must contribute for which purposes" at page 32, below.)

Telecommunications providers providing telecommunications on a non-common carrier basis and interconnected VoIP providers should complete the table contained in Figure 1 to determine whether they meet the *de minimis* standard. To complete Figure 1, potential filers must first complete Block 4 of the Telecommunications Reporting Worksheet and enter the amounts from Line 423(d) and 423(e) in Figure 1. Telecommunications providers whose estimated contributions to universal service support mechanisms would be less than $10,000 are considered *de minimis* for universal service contribution purposes and will not be required to contribute directly to universal service support mechanisms. Use Figure 1 to calculate estimated universal service contributions for the period January 2008 through December 2008.

[10] *See* 47 C.F.R. § 54.708.

[11] *Id.*

Telecommunications providers that do not file this Worksheet because they are *de minimis* for purposes of universal service contributions (and need not file for any other purpose) should retain Figure 1 and documentation of their contribution base revenues nonetheless for five calendar years after the date each Worksheet is due.[12] Interconnected VoIP providers who are *de minimis* must file this Worksheet and retain Figure 1 and documentation of their contribution base revenues for 3 calendar years after the date each Worksheet is due.

[12] *See Comprehensive Review of the Universal Service Fund Management, Administration, and Oversight*, WC Docket No. 05-195, Report and Order, 22 FCC Rcd 16372, 16386-87, para. 27 (rel. Aug. 29, 2007) (codified at 47 C.F.R. § 54.706(e)) (*USF Comprehensive Review Order*).

**Figure 1: Table to determine if a filer meets the *de minimis* standard for purposes of universal service contribution**

| | | |
|---|---|---|
| 1 | Net interstate contribution base for filer (amount reportable on filer's FCC Form 499-A; Line 423(d)) | $ |
| 2 | Net international contribution base for filer (amount reportable on filer's FCC Form 499-A; Line 423(e)) | $ |
| 3 | Net interstate contribution base for all affiliates* (total of amounts reportable on FCC Form 499-A; Line 423(d) for all affiliates of the filer) | $ |
| 4 | Net international contribution base for all affiliates (total of amounts reportable on FCC Form 499-A; Line 423(e) for all affiliates of the filer) | $ |
| 5 | Consolidated interstate contribution base: Line (1) + Line (3) | $ |
| 6 | Consolidated international contribution base: Line (2) + Line (4) | $ |
| 7 | Total potential contribution base for filer and its affiliates: Line (5) + Line (6) | $ |
| 8 | Combined interstate contribution base as a percentage of total potential contribution base: Line (5) / Line (7) | % |
| 9 | Interstate contribution base for filer from Line (1) | $ |
| 10 | If the amount on line (8) is equal to or greater than 12%, enter into Line (10) the international contribution base for the filer from Line (2). If the amount on Line (8) is less than 12%, enter $0 | $ |
| 11 | Contribution base for the filer for determining contributions to universal service support mechanisms: Line (9) + Line (10) | $ |
| 12 | Estimation factor for determining whether to file a FCC Form 499-A on April 1, 2008 | 0. 108** |
| 13 | Estimated annual contribution: amount on Line (11) multiplied by Line (12) | $ |

* Unless otherwise specifically provided, an affiliate is a "person that (directly or indirectly) owns or controls, is owned or controlled by, or is under common ownership or control with, another person." For this purpose, the term 'owns' means to own an equity interest (or the equivalent thereof) of more than 10 percent. *See* 47 U.S.C. § 153(1).

** The estimation factor is based on a contribution factor of .120, which is higher than the contribution factor announced for any quarter of 2007, and a corresponding circularity factor of 0.106185. Actual contribution and circularity factors for 2008 may increase or decrease depending on quarterly changes in program costs and the projected contribution base. Filers whose actual contribution requirements total less than $10,000 for the calendar year will be treated as *de minimis* and will receive refunds, if necessary. Filers whose actual contribution requirements total $10,000 or more are required to contribute to the universal service support mechanisms. Note that telecommunications carriers and interconnected VoIP providers must file this Worksheet regardless of whether they qualify for the *de minimis* exemption. Telecommunications carriers may qualify for one of the exemptions to filing detailed in Sections II-A-2 or II-A-3, below.

2. Exception for government, broadcasters, schools and libraries

Certain entities are explicitly exempted from contributing directly to the universal service support mechanisms and need not file this Worksheet. Government entities that purchase telecommunications services in bulk on behalf of themselves (e.g., state networks for schools and libraries) are not required to file or contribute directly to universal service. Public safety and local governmental entities licensed under Subpart B of Part 90 of the Commission's rules are not required to file or contribute directly to universal service. Similarly, if an entity provides interstate telecommunications exclusively to public safety or government entities and does not offer services to others, that entity is not required to file or contribute directly to universal service. In addition, broadcasters, non-profit schools, non-profit libraries, non-profit colleges, non-profit universities, and non-profit health care providers are not required to file the Worksheet or contribute directly to universal service. As explained above, these non-contributors must be treated as end users by their underlying carriers and therefore may end up contributing indirectly as a result of pass-through charges.

3. Exception for systems integrators and self-providers

Systems integrators that derive less than five percent of their systems integration revenues from the resale of telecommunications are not required to file or contribute directly to universal service. Systems integrators are providers of integrated packages of services and products that may include the provision of computer capabilities, interstate telecommunications services, remote data processing services, back-office data processing, management of customer relationships with underlying carriers and vendors, provision of telecommunications and computer equipment, equipment maintenance, help desk functions, and other services and products. Entities that provide services only to themselves or to commonly-owned affiliates need not file.

B. Filing by Legal Entity

Each legal entity that provides interstate telecommunications service for a fee or that provides interstate interconnected VoIP service, including each affiliate or subsidiary of an entity, must complete separately and file a copy of the attached Telecommunications Reporting Worksheet, except as provided for below. Entities that have distinct articles of incorporation, articles of formation, or similar legal document are separate legal entities. Each affiliate or subsidiary should identify their ultimate controlling parent or entity on Block 1 Line 106 -- Holding Company.

Consolidated filing will be permitted only if the filing entity certifies that all of the following conditions are met:[13]

(1) A single entity oversees the management of the affiliated systems;
(2) A single entity sends bills to customers and these bills identify a single entity (or trade name) as the service provider, rather than identifying the individual legal entities;
(3) All revenues are posted to a single general ledger;[14]
(4) To the extent that separate revenue and expense accounts exist, they are derived from one consolidated set of books and the consolidated filing must cover all revenues contained in the consolidated books;

[13] *Federal-State Joint Board on Universal Service, 1998 Biennial Regulatory Review - Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Service, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms, Telecommunications Services for Individuals with Hearing and Speech Disabilities, and the Americans With Disabilities Act of 1990, Administration of the North American Numbering Plan and North American Numbering Plan Cost Recovery Contribution Factor and Fund Size, Number Resource Optimization, Telephone Number Portability, Truth-in-Billing and Billing Format*, CC Docket Nos. 96-45, 98-171, 90-571, 92-237, 99-200, 95-116, 98-170, Further Notice of Proposed Rulemaking and Report and Order, 17 FCC Rcd 3752 (2002) (*First Further Notice and Report and Order*).

[14] The FCC Form 499 Filings for the consolidated filer must reflect all revenues in this general ledger.

(5) Customers have a single point of contact;
(6) The consolidated filer acknowledges that process served on the consolidated filer would represent process served on any or all of the affiliated legal entities;
(7) The consolidated filer agrees to document and resolve all slamming complaints that might be served on either the filing entity or any of the affiliated legal entities;[15]
(8) The consolidated filer obtains a separate FCC Registration Number (FRN) from those assigned to its affiliated legal entities;
(9) The consolidated filer acknowledges that its obligations with regard to universal service, Telecommunications Relay Services, Local Number Portability, the North American Numbering Plan, and regulatory fees will be based on the data provided in consolidated Worksheet filings, that it bears the responsibility to satisfy those obligations, and that all legal entities covered by the filing are jointly and severally liable for such obligations; and
(10) The consolidated filer acknowledges that it: (A) was not insolvent on the date it undertook to make payments on a consolidated basis or on the date of actual payments to universal service, Telecommunications Relay Services, Local Number Portability, the North American Numbering Plan, and regulatory fees, and did not become insolvent as a result of such undertaking or payments; (B) was not left with unreasonably small capital as a result of such undertaking or payments; and (C) was not left unable to pay debts as they matured as a result of such undertaking or payments.[16]

Each year, entities choosing to file on a consolidated basis must file a statement certifying that they meet all of the above conditions. Such certification also must include: (1) a list of the legal names of all legal entities that are covered by the filing; (2) the FCC Form 499 identification numbers of all legal entities that are covered by the filing; (3) the consolidated filer's FRN; and (4) for wireless carriers, a list of all radio licenses (call signs) issued to each legal entity covered by the filing. Consolidated filers should file this certification with the Commission's Data Collection Agent. Furthermore, a contributor choosing to file on a consolidated basis should recognize that any penalties associated with failure to pay or with underpayment of any of its obligations will be assessed on the total revenue reported on the consolidated basis, rather than on a separate legal entity basis.

### C. <u>When and Where to File</u>

Figure 2 provides the filing schedule and relevant filing addresses. If a filing date is a holiday (as defined in section 1.4(e)(1) of the Commission's rules) Worksheets are due the next business day.

[15] A Commercial Mobile Radio Service (CMRS) carrier that is not subject to certain slamming regulations is not required to certify that it will document and resolve all slamming complaints that might be served on either the filing entity or any of its affiliated legal entities that also are not subject to the slamming regulations.

[16] For purposes of this certification, the term "insolvent" means either unable to pay debts when due or having liabilities greater than assets. *See* 11 U.S.C. § 101(32).

**Figure 2: Filing schedule**

| When to file | What to file | Where to file * |
|---|---|---|
| April 1 | Annual Completed FCC Form 499-A | **Form 499 Data Collection Agent<br>c/o USAC<br>2000 L Street, N.W.<br>Suite 200<br>Washington, DC 20036** |
| February 1<br>May 1<br>August 1<br>November 1 | Completed FCC Form 499-Q (universal service contributors only) | Form 499 Data Collection Agent (address above) |
| February 1<br>May 1<br>August 1<br>November 1 | Traffic Study – Interconnected VoIP and CMRS providers relying on a traffic study to report interstate revenues on the FCC Form 499-Q must file the traffic study relied on. *See pg. 23 below*) | Form 499 Data Collection Agent (address above)<br><br>One Copy to: Chief,<br>Industry Analysis and Technology Division,<br>Wireline Competition Bureau<br>Federal Communications Commission<br>Room 6-A224<br>445 12th Street, S.W.<br>Washington, D.C. 20554 |
| New telecommunications carriers and other providers of telecommunications; filers with changed registration information | Completed Pages 1, 2, 3 and 8 of FCC Form 499-A | Form 499 Data Collection Agent (address above) |
| Telecommunications carriers and interconnected VoIP providers within one week of a change in information concerning their designated agent for service of process | Completed Page 1, Block 2-B and Page 8 of FCC Form 499-A | One Copy to: Chief,<br>Market Disputes Resolution Division,<br>Enforcement Bureau<br>Room 4-C342<br>445 12th Street, S.W.<br>Washington, D.C. 20554 |
| Telecommunications carriers and other providers of telecommunications within one week of a change in other registration information | Appropriate revised Blocks and completed Page 8 of FCC Form 499-A | Form 499 Data Collection Agent (address above) |

* Do not send universal service, TRS, NANPA or LNPA contributions with this Worksheet or to any of these addresses. The appropriate administrators will calculate the amount of contribution due and send a bill to the billing contact person and billing address identified on line 208 of the FCC Form 499-A. **For information on filing electronically**, go to: http://forms.universalservice.org

If you have questions about the Worksheet or the instructions, you may contact:

| | |
|---|---|
| Form 499 Telecommunications Reporting Worksheet Information | Form499@universalservice.org (888) 641-8722 |
| Wireline Competition Bureau | |
| Industry Analysis and Technology Division | (202) 418-0940 |
| TTY | (202) 418-0484 |

If you have questions regarding contribution amounts, billing procedures or the support and cost recovery mechanisms, you may contact:

| | |
|---|---|
| Universal Service Administration | (888) 641-8722 |
| TRS Administration | (973) 884-8173 |
| NANPA Billing and Collection Agent | (613) 236-9191 |
| Local Number Portability Administrators | (877) 245-5277 |

D. Rounding of Numbers and Negative Numbers

All information provided in the Worksheet should be neatly printed in ink or typed. Please provide an original officer signature in ink on Line 606.

Dollar Amounts. Reported revenues in Blocks 3, 4 and 5 that are greater than a thousand dollars may be rounded to the nearest thousand dollars. Regardless of rounding, **all dollar amounts must be reported in whole dollars**. For example, $2,271,881.93 could be reported as $2,271,882 or as $2,272,000, but could not be reported as $2272 thousand, $2,270,000.00, $2,271,881.93, or $2.272 million. Please enter $0 in any line for which the filer had no revenues for the year.

Percentages. Percentages reported in Block 3 and Block 4, columns (b) and (c), should be rounded to the nearest whole percent. For example, if the exact amount of interstate revenues for a line is not known, but the filer estimates that the ratio of interstate to total revenues was .425, then the figure 43% should be reported and used for calculating the amount reported in column (b) and used for calculating the revenue amount reported in column (d).

Negative Numbers. Filers are directed to provide billed revenues without subtracting any expenses, allowances for uncollectibles or settlement payments and without making out-of-period adjustments. Therefore, do not enter negative numbers on any billed revenue lines on the Worksheet. See instructions for Lines 421 and 422 regarding negative uncollectibles.

E. Obligation to File Revisions

Line 612 provides check boxes to show whether the Worksheet is the original April 1 filing for the year, a registration form for a new filer, a revised filing with updated registration information, or a revised filing with updated revenue data for the year. Filers must submit a revised Form 499-A if there is a change in any of the following types of information: contributor identification contained in Block 1; regulatory contact information contained in Block 2-A; agent for service of process in Block 2-B; or FCC registration information in Block 2-C.

A filer must submit a revised Worksheet if it discovers an error in the revenue data that it reports. Companies generally close their books for financial purposes by the end of March. Accordingly, for such telecommunications providers, the April filing should be based on closed books. In filing a revised Worksheet, filers should not include (carry back or bring forward) routine out-of-period adjustments to revenue data unless such adjustments would affect a reported amount by more than ten percent. To file revised revenue data, filers must complete Block 3, Block 4, Block 5, and Block 6.

Filers should not file revised revenue information to reflect mergers, acquisitions, or sales of operating units. In the event that a filer that submitted a Form 499-A no longer exists, the successor company to the contributor's assets or operations is responsible for continuing to make assessed contribution or true-up payments, if any, for the funding period and must notify the Form 499 Data Collection Agent. If the operations of an entity ceased during the previous calendar year and are now part of a successor, the successor must include the previous calendar year revenues of the now-defunct entity with its own Worksheet. The entity that ceased operations may owe, or its successor may owe, additional universal service contributions or may be due refunds, depending on how its FCC Form 499-A Worksheet compares to previously filed FCC Form 499-Q Worksheets. Such entities are not liable for TRS, LNP or NANPA contributions for the upcoming year. Check the appropriate boxes on Line 603 and write "Not in business as of filing date" on the explanation line.

Filers shall submit any revised FCC Form 499-A Worksheet that would result in decreased contributions by March 31 of the year after the original filing due date.[17]

### F. Record Keeping

Filers shall maintain records and documentation to justify information reported in the Telecommunications Reporting Worksheet, including the methodology used to determine projections and to allocate interstate revenues, for five years.[18] Additionally, filers must make available all documents and records that pertain to them, including those of contractors and consultants working on their behalf, to the Commission's Office of Inspector General, to the USF Administrator, and to their auditors upon request.[19] Review by the Commission or the Administrator may cover any existing corporate records, not just those specifically maintained for the five year period.[20] Entities that acquire carrier operations through acquisition of property, consolidation, merger, etc., must maintain the records of the acquired entity.[21]

### G. Compliance

Failure to file the Telecommunications Reporting Worksheet or to pay contributions in a timely fashion may subject entities to the enforcement provisions of the Communications Act and any other applicable law.[22] In addition,

---

[17] *See Federal-State Joint Board on Universal Service; 1998 Biennial Regulatory Review – Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Service, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanism; Changes to the Board of Directors of the National Exchange Carrier Association, Inc.*, CC Docket Nos. 96-45, 98-171, 97-21, Order, 20 FCC Rcd 1012 (2004), applications for review pending.

[18] *See USF Comprehensive Review Order*, 22 FCC Rcd at 16386-87, para. 27 ("These documents and records should include without limitation the following: financial statements and supporting documentation; accounting records; historical customer records; general ledgers; and any other relevant documentation.").

[19] *See id.* Administrator refers to the Universal Service Administrative Company.

[20] *See* 47 U.S.C. § 218.

[21] *See* 47 C.F.R. § 42.1.

[22] In addition, pursuant to the Debt Collection Improvement Act of 1996, the Commission shall withhold action on applications or other requests for benefits by delinquent debtors and dismiss those applications or other requests if the

entities may be billed by the administrators for reasonable costs, including interest and administrative costs that are caused by late, inaccurate, or untruthful filing of the Worksheet or overdue contributions.[23] Inaccurate or untruthful information contained in the Telecommunications Reporting Worksheet may lead to prosecution under the criminal provisions of Title 18 of the United States Code.[24]

## III. Specific Instructions

### A. Block 1: Filer Identification Information

Block 1 of the Telecommunications Reporting Worksheet requires identification information.

Line 101 -- enter the "Filer 499 ID" number for the filing entity. This code is assigned by the Commission's Data Collection Agent after a company files its first FCC Form 499-A. Filer 499 IDs for current filers can be found at http://gullfoss2.fcc.gov/cib/form499/499a.cfm or in the FCC report *Telecommunications Provider Locator*, which is available on the Commission's web site at http://www.fcc.gov/wcb/iatd/stats.html. This code should be entered at the top of each page on the paper version of the Worksheet, the cover letter, and on supporting documentation, if any. First time filers should write "New" in this block. The Data Collection Agent will assign a Filer 499 ID number after it receives a completed FCC Form 499-A Telecommunications Reporting Worksheet.

Line 102 -- enter the legal name of the reporting entity as it appears on articles of incorporation or articles of formation and other legal documents. Each legal entity must file a separate Worksheet unless affiliated entities are filing on a consolidated basis.[25]

Line 103 -- provide the Internal Revenue Service (IRS) employer identification number (EIN) for the filer. This should be the same EIN that the company uses to file federal excise taxes or income taxes, if the company offers services subject to those taxes. Consolidated filers should provide the EIN of the holding company. The EIN is also known as the taxpayer identification number (TIN) or for individuals as the social security number (SSN).

Line 104 -- provide the principal name under which the company conducts telecommunications activities. This would typically be the name that appears on customer bills, or the name used when service representatives answer customer inquiries.

Line 105 -- mark the boxes that describe the telecommunications activity or activities of the filer. If more than one is appropriate, please label the telecommunications activities in order of importance to filer's business, e.g. enter a "1" in the box for type of entity that represents the most important part of the filer's telecommunications business, enter a "2" in the box that represents the next most important part, etc. Select no more than 5 of the following categories:

---

delinquent debt is not paid or satisfactory arrangement for payment is not made. *See* 47 C.F.R. § 1.1910; *Amendment of Parts 0 and 1 of the Commission's Rules, Implementation of the Debt Collection Improvement Act of 1996 and Adoption of Rules Governing Applications or Requests for Benefits by Delinquent Debtors*, MD Docket No. 02-339, 19 FCC Rcd 640 (2004).

[23] *See* 47 C.F.R. § 54.713 (universal service); 47 C.F.R. § 64.604(c)(5)(iii)(B) (TRS). *See also,* 47 C.F.R. § 52.17(b) (NANPA); 47 C.F.R. § 52.32(c) (LNPA).

[24] *See* 47 C.F.R. § 54.711.

[25] *See* Section II-B, page 8, for information on making consolidated filings. *See also,* Figure 1 (defining "affiliate").

| | |
|---|---|
| CAP/CLEC | (Competitive Access Provider/Competitive Local Exchange Carrier) -- competes with incumbent local exchange carriers (LECs) to provide local exchange services, or telecommunications services that link customers with interexchange facilities, local exchange networks, or other customers, other than Coaxial Cable providers. |
| Cellular/PCS/SMR (wireless telephony) | (Cellular, Personal Communications Service, and Specialized Mobile Radio - telephone service provider) -- primarily provides wireless telecommunications services (wireless telephony). This category includes all providers of real-time two-way switched voice services that interconnect with the public switched network, including providers of prepaid phones and public coast stations interconnected with the public switched network.[26] This category includes the provision of wireless telephony by resale. An SMR provider would select this category if it primarily provides wireless telephony rather than dispatch or other mobile services. |
| Coaxial Cable | -- uses coaxial cable (cable TV) facilities to provide local exchange services or telecommunications services that link customers with interexchange facilities, local exchange networks, or other customers. |
| Incumbent LEC | -- provides local exchange service. An incumbent LEC generally is a carrier that was at one time franchised as a monopoly service provider or has since been found to be an incumbent LEC. *See* 47 U.S.C. § 251(h). |
| Interexchange Carrier (IXC) | -- provides long distance telecommunications services substantially through switches or circuits that it owns or leases. |
| Interconnected VoIP Provider | -- provides "interconnected VoIP service" as that term is defined in 47 C.F.R. § 9.3. |
| Local Reseller | -- provides local exchange or fixed telecommunications services by reselling services of other carriers. |
| Operator Service Provider (OSP) | -- serves customers needing the assistance of an operator to complete calls, or needing alternate billing arrangements such as collect calling. |
| Paging and Messaging | -- provides wireless paging or wireless messaging services. This category includes the provision of paging and messaging services by resale. |
| Payphone Service Provider | -- provides customers access to telephone networks through payphone equipment, special teleconference rooms, etc. Payphone service providers also are referred to as payphone aggregators. |
| Prepaid Card | -- provides prepaid calling card services by selling prepaid calling cards to the public, to distributors or to retailers. Prepaid card providers provide consumers the ability to place long distance calls without presubscribing to an interexchange carrier or using a credit card. Prepaid card providers typically resell the toll service of other carriers and determine the price of |

[26] 47 C.F.R. § 80.451.

the service by setting the price of the card and controlling the number of minutes that the card can be used for.

| | |
|---|---|
| Private Service Provider | -- offers telecommunications to others for a fee on a non-common carrier basis. This would include a company that offers excess capacity on a private system that it uses primarily for internal purposes. This category does not include SMR operators. |
| Satellite Service Provider | -- provides satellite space segment or earth stations that are used for telecommunications service. |
| Shared-Tenant Service Provider / Building LEC | -- manages or owns a multi-tenant location that provides telecommunications services or facilities to the tenants for a fee. |
| SMR (dispatch) | (Specialized Mobile Radio Service Provider) -- primarily provides dispatch services and mobile services other than wireless telephony. While dispatch services may include interconnection with the public switched network, this category does not include carriers that primarily offer wireless telephony. This category includes LTR dispatch or community repeater systems. |
| Toll Reseller | -- provides long distance telecommunications services primarily by reselling the long distance telecommunications services of other carriers. |
| Wireless Data | -- provides mobile or fixed wireless data services using wireless technology. This category includes the provision of wireless data services by resale. |

The Worksheet also provides boxes for "Other Local," "Other Mobile," and "Other Toll." If one of these categories is checked, the filer should describe the nature of the service it provides under the check boxes. For example, filers that provide toll service that: (1) uses ordinary customer premises equipment with no enhanced functionality; (2) originates and terminates on the public switched telephone network and (3) undergoes no net protocol conversion and provides no enhanced functionality to end users due to the provider's use of IP technology should enter "VoIP toll" in the explanation field.[27]

Line 106 -- **use this block to provide a common identifier for all affiliated filers**. Typically, this would be the name of the filer's holding company or controlling entity, if any. The common name used by all affiliates need not be a common carrier. All reporting affiliates or commonly controlled entities should have the **identical** name appearing on Line 106.1 and an **identical** IRS employee identification number on Line 106.2.

Line 107 -- provide the FCC Registration Number (FRN) of the filing entity. The FRN is a ten-digit number that includes a check-digit. The FRN is used to identify an entity within all Commission Licensing/Filing systems and RAMIS (the Commission's Revenue Accounting Management Information System.) This number is assigned by CORES (the Commission Registration System) and can be obtained at https://gullfoss2.fcc.gov/cores/CoresHome.html. For assistance, contact the CORES help desk at (877) 480-3201 or by e-mail at CORES@fcc.gov.

[27] See *Petition for Declaratory Ruling that AT&T's Phone-to-Phone IP Telephony Services are Exempt from Access Charges,* WC Docket No. 02-361, Order, 19 FCC Rcd 7457, 7457-58, para. 1 (2004)(*AT&T IP-in-the-Middle Order*).

Line 108 -- provide the name of the management company, if the filer is managed by an entity other than itself. If the reporting entity and one or more other telecommunications provider(s) are commonly managed, then each should show the same management company on Line 108. Filers need not be affiliated to have a common management company. The management company would typically be the point of contact for the administrators of the support mechanisms.

Line 109 -- enter the complete mailing address of the corporate headquarters of the reporting entity.

Line 110 -- provide a business address of the reporting entity that could be used either for customer inquiries or that parties could use to contact the reporting entity in order to resolve complaints. If this address is the same as the mailing address of the corporate headquarters on line 109, then enter "same" on this line.

Line 111 -- enter a telephone number that can be used to resolve customer complaints, for customer service or billing inquiries. Typically, this would be a customer toll-free number, such as an 800 or 888 number.

Line 112 -- provide all names that the reporting entity used in the past three years for providing telecommunications. Consolidated filers should provide all names used by all telecommunications affiliates covered by the filing. The Worksheet provides space for additional names under which the reporting entity conducts telecommunications activities (other than that contained on Line 104). Use an additional sheet if this space is not sufficient. Enter all names by which the filer would be known to customers, government bodies, creditors, the press, etc. This list must include the filer's billing agents if those parties, rather than the reporting entity, are identified on customer bills. This list also should include names of predecessor companies that would have filed a universal service, TRS, NANP, local number portability (LNP) or Telecommunications Reporting Worksheet in the prior year. In such cases, include the prior Filer 499 ID as part of the name. This information will be used by the administrators in instances where other information indicates that a non-reporting entity might exist, and also to ensure that entities are not billed improperly for predecessor companies that no longer exist.

## B. Block 2: Contact Information

### 1. Block 2-A: Regulatory Contact Information

Lines 201-202 -- copy the Filer 499 ID from Line 101 into Line 201. Copy the legal name of the reporting entity from Line 102 into Line 202.

Lines 203-206 -- enter the name, telephone number, fax number, and e-mail address of the person who filled out the FCC Form 499. This should be a person who can provide clarifications or additional information, and, if necessary, who could serve as the first point of contact in the event that either the Commission or an administrator should choose to verify or audit information provided in the Telecommunications Reporting Worksheet. Email addresses must be provided if available. Email addresses, other than those for agents for service of process, will not be shared with parties other than the Commission or the Administrator.

Line 207 -- provide the contact person name, office name, and mailing address of a corporate office to which future Telecommunications Reporting Worksheets should be sent. The next Telecommunications Reporting Worksheet will be mailed to this address unless other arrangements are made. Failure to receive a Telecommunications Reporting Worksheet from an administrator or the FCC does not relieve the filer from its obligation to file in a timely fashion.

Line 208 -- provide a billing contact person name and address for administrators to send billing information for contributions to the mechanisms. Information on establishing electronic fund transfer and bills for universal service, TRS, NANPA or LNPA contributions will be sent to this address unless other arrangements are made via written request. Filers may use a check box on Line 208 to indicate that the address should be used for FCC ITSP

regulatory fee billings. If this box is not checked, an FCC ITSP regulatory fee, if due, will be sent to the address specified on Line 109.

2. Block 2-B: Agent for Service of Process

Section 413 of the Act requires each carrier "to designate in writing an agent in the District of Columbia" upon whom all notices, process, orders, and decisions made by the Commission may be served on behalf of that carrier in any proceeding pending before the Commission.[28]

Lines 209-218 -- The second part of Block 2 contains information on the filer's agents for service of process, including the agent located in the District of Columbia ("D.C. Agent"). All carriers and interconnected VoIP providers must enter the name, business address, telephone or voicemail number, facsimile number, and, if available, Internet e-mail address for their designated D.C. Agent. Note that service of any notice, process, orders, decisions, and requirements of the Commission may be made upon the reporting entity by leaving a copy thereof with this designated agent during normal business hours at the agent's office or other usual place of residence. In addition to providing the required information on the carrier's D.C. Agent, the reporting entity may elect to provide a local or alternate agent for service of process located outside the District of Columbia. Reporting entities other than carriers and interconnected VoIP providers need only report one agent for service of process, whether located inside the District of Columbia or otherwise.

Carriers and interconnected VoIP providers must designate a *single* agent for service of process in the District of Columbia for all Commission business. Although FCC Form 499-A permits carriers and interconnected VoIP providers to designate a preferred alternate or local agents for service of process, each designated agent for a particular carrier or interconnected VoIP provider must accept service for all purposes relating to Commission business. A carrier or interconnected VoIP provider may not limit a designated agent's ability to accept service on behalf of the carrier or interconnected VoIP provider by subject matter, by jurisdiction, by affiliate or by any other grounds. The Commission may assume that the local or alternate agent is the filer's preferred destination for all service of process.

Note: New carriers or interconnected VoIP providers must identify an agent for service of process within 30 days of providing service and all carriers or interconnected VoIP providers must notify the FCC within one week if the contact information changes for their D.C. Agent. *See* Section II-C, above, for filing directions.

3. Block 2-C: FCC Registration Information

New telecommunications carriers and other telecommunications providers must register with the Commission when they begin to provide service. Carriers and other telecommunications providers must update registration information within one week of a material change. See Section II-C, above, for filing directions. Registration information includes information reported in Blocks 1, 2-A, 2-B, and 2-C of FCC Form 499-A.

Lines 219-227 -- The third part of Block 2 contains FCC registration information, as required of all interstate telecommunications carriers and interconnected VoIP providers pursuant to section 64.1195 of the Commission's rules and Commission orders.[29] As explained above, virtually all carriers filing the FCC Form 499 are considered to be interstate carriers. Interstate telecommunications carriers and interconnected VoIP providers must provide the names and business addresses of their Chief Executive Officer, Chairman, and President. If the reporting entity does not have one or more of these officers or if the same person occupies more than one position, then names should be

---

[28] 47 U.S.C. § 413. *See* 47 C.F.R. § 1.47(h) (stating that every common carrier and interconnected VoIP provider subject to the Act "shall designate an agent in the District of Columbia" for service of process).

[29] 47 C.F.R. § 64.1195; *2006 Contribution Methodology Reform Order*, 21 FCC Rcd at 7548, para. 61.

supplied for the three most senior-level officers of the reporting entity. For purposes of this filing, an officer is an occupant of a position listed in the articles of incorporation, articles of formation, or other similar legal document. List only one name if the filing entity is a sole proprietorship. If the filing entity is a partnership, list the managing partner on Line 221. If the legal entity is owned by two partners, list the second partner on Line 223. If there are three or more partners, provide information for the managing partner and the two other partners with the greatest financial interest in the partnership.

Line 227 -- check those jurisdictions where the filing entity provided telecommunications service or interconnected VoIP service in the past 15 months, and any additional jurisdictions in which the filing entity expects to provide telecommunications service or interconnected VoIP service in the next 12 months. Identify jurisdictions where customers physically obtain service. For most switched services, identify jurisdictions where customers can originate calls. However, for services where the called party pays, also identify jurisdictions where calls terminate.[30] For example, an operator service provider that handled inmate calls originating in New Jersey and terminating collect in New Jersey, New York, and Pennsylvania, would identify New Jersey, New York, and Pennsylvania as jurisdictions served.

Line 228 – Enter the year and month that the filing entity first provided telecommunications or interconnected VoIP service. If the filing entity is not yet providing either telecommunications or interconnected VoIP service, then it should indicate the year and month that it expects to begin operations. If operations began before January 1, 1999, the filer may so indicate by using the check box rather than entering a specific date.

C. <u>Block 3, Block 4-A and Block 4: Filer Revenue Information</u>

Report revenues for calendar year 2007.[31]

Lines 301-302; 401-402 -- copy the Filer 499 ID from Line 101 into Lines 301 and 401. Copy the legal name of the reporting entity from Line 102 into Lines 302 and 402.

Lines 303-314; 403-423 contain detailed revenue data.

1. <u>Separating revenues from other contributors to the federal universal service support mechanisms (Block 3) from end-user and non-telecommunications revenues (Block 4) (carrier's carrier vs. end-user)</u>

In the Telecommunications Reporting Worksheet, filers must report revenues using two broad categories: (1) Revenues from other contributors to the federal universal service support mechanisms; and, (2) Revenues from all other sources. Taken together, these revenues should include all revenues billed to customers and should include all revenues on the reporting entities' books of account.

For the purposes of this Worksheet, "Revenues from services provided for resale by other contributors to federal universal service support mechanisms" are revenues from services provided by underlying carriers to other entities that currently are contributors to universal service support mechanisms and that are resold in the form of telecommunications. Such revenues are referred to herein as "carrier's carrier revenues" or "revenues from resellers." An underlying carrier also may include as carrier's carrier revenues any international switched service revenues received from another U.S. reselling carrier where that reselling carrier is using the underlying carrier's service to refile the foreign-billed traffic of a foreign telephone operator. In this case, the reselling carrier must certify to the underlying carrier that it is using the resold international switched service to handle traffic that both

[30] Both parties to a collect call are "consumers." 47 C.F.R § 64.708. *See also,* 47 C.F.R § 64.710(b)(1).

[31] Filers that provided interconnected VoIP and no other subject services report for the period October 1, 2006, through December 31, 2006.

originates and terminates in foreign points. In some instances, reselling carriers are themselves selling the underlying service to another reseller. In these instances, an underlying carrier also may include as carrier's carrier revenue any revenues received from service provided to resellers who certify to the underlying carrier that: a) all of the reseller's customers are themselves FCC Form 499-A worksheet filers; and b) all of the reseller's customers are direct contributors to universal service support mechanisms. Revenues from all other sources consist primarily of revenues from services provided to end users, referred to here as "end-user revenues." This latter category includes foreign and non-telecommunications revenues.

For the purpose of completing Block 3, a "reseller" is a telecommunications carrier or telecommunications provider that: 1) incorporates purchased telecommunications services into its own telecommunications offerings; and 2) can reasonably be expected to contribute to federal universal service support mechanisms based on revenues from such offerings when provided to end users.

Each filer should have documented procedures to ensure that it reports as "revenues from resellers" only revenues from entities that reasonably would be expected to contribute to support universal service. The procedures should include, but not be limited to, maintaining the following information on resellers: Filer 499 ID; legal name; address; name of a contact person; phone number of the contact person; and, as described below, the annual certification by the reseller and evidence of the filer's use of the FCC's website to validate the contributor status of the reseller. Filers shall provide this information to the Commission or the Administrator upon request.

Each year, the filer must obtain a signed statement from the reseller containing the following language:

> I certify under penalty of perjury that the company is purchasing service for resale in the form of telecommunications or interconnected Voice over Internet Protocol service. I also certify under penalty of perjury that either the company contributes directly to the federal universal support mechanisms, or that each entity to which the company provides resold telecommunications is itself an FCC Form 499 worksheet filer and a direct contributor to the federal universal service support mechanisms.

In addition, to facilitate verification of a reseller's certification, current contributors to universal service are identified at http://gullfoss2.fcc.gov/cib/form499/499a.cfm. Filers may use the website to verify the continuing validity of a reseller's certification, and may presume that any reseller identified as a contributor in this website in the month prior to an FCC Form 499-Q filing will be a contributor for the coming quarter, and that it was a contributor for all prior quarters during that calendar year. Filers that do not comply with the above procedures will be responsible for any additional universal service assessments that result if its customers must be reclassified as end users.

Note: For the purposes of filling out this Worksheet -- and for calculating contributions to the universal service support mechanisms -- certain telecommunications carriers and other providers of telecommunications may be exempt from contribution to the universal service support mechanisms. These exempt entities, including "international only" and "intrastate only" providers and providers that meet the *de minimis* universal service threshold, should not be treated as resellers for the purpose of reporting revenues in Block 3. That is, filers that are underlying carriers should report revenues derived from the provision of telecommunications to exempt carriers and providers (including services provided to entities that are *de minimis* for universal service purposes) on Lines 403-417 of Block 4 of the Telecommunications Reporting Worksheet, as appropriate. Underlying carriers must contribute to the universal service support mechanisms on the basis of such revenues. In Block 5, Line 511, however, filers may elect to report the amounts of such revenues (*i.e.*, those revenues from exempt entities that are reported as end-user revenues) so that these revenues may be excluded for purposes of calculating contributions to TRS, LNPA, and NANPA.

2. Column (a) - total revenues

The reporting entity must report gross revenues from all sources, including non-regulated and non-telecommunications services on Lines 303 through 314 and Lines 403 through 418 and these must add to total gross revenues as reported on Line 419. Gross revenues include account set-up, connection, service restoration, termination and other non-recurring charges. These charges should be reported on the same line that the filer reports any associated recurring revenue. For example, an early termination charge for an interstate private line service would be reported as interstate revenue on Line 415. Deposits are not revenue. Gross revenues should include revenues derived from the activation and provision of interstate, international, and intrastate telecommunications, and non-telecommunications services. Gross revenues consist of total revenues billed to customers during the filing period with no allowances for uncollectibles, settlements, or out-of-period adjustments. Gross revenues do not include amounts that cannot be billed to customers. Gross revenues should include collection overages and unclaimed refunds for telecommunications and telecommunications services when not subject to escheats. Gross billed revenues may be distinct from booked revenues. National Exchange Carrier Association (NECA) pool companies should report the actual gross billed revenues (CABS Revenues) reported to the NECA pool and not settlement revenues received from the pool. Entities making consolidated filings must include in their FCC Form 499 Filings all revenue on the consolidated books of account.

Filers that maintain records in accordance with generally accepted accounting principles and that record revenues when earned instead of when billed, may use earned revenues to represent billed revenues as long as they do so consistently from reporting period to reporting period. Filers using earned revenues to represent billed revenues need not impute earned revenue for redeemed credits if no earned revenue is recorded when credits are redeemed. To the extent that earned revenues are net of any uncollectible amounts, these uncollectible amounts must not be included on Line 421 or Line 422.

For filers using billed revenues, credits cannot be deducted from billed revenues when the credit is *issued*. Rather, these filers should include *redeemed* credits with uncollectible amounts reported on Line 421 and Line 422.

An entity is not required to impute or report revenues for services provided to itself or to wholly owned affiliates unless: 1) it is required to record such revenues for some other federal or state regulatory purpose; or 2) the filer is providing service to an affiliate for resale and the affiliate is not a direct universal service contributor.

If revenue category breakout cannot be determined directly from corporate books of account or subsidiary records, filers may provide on the Worksheet a good-faith estimate of the breakout. Good-faith estimates should be based on information that is current for the filing period. Filers should maintain documentation for good-faith estimates. See Section II-D, above. Filers may not simply report all revenues on one of the "other revenue" lines.

Where two contributors have merged prior to the filing date, the successor company should report total revenues for the reporting period for all predecessor operations. The two contributors, however, should continue to report separately if each maintains separate corporate identities and continues to operate.[32] Where an entity obtains, through purchase, merger or transfer, the telecommunications operations or customer base of a telecommunications provider during the calendar year, the acquiring company must report all telecommunications revenues associated with such operations or customer base including revenues billed in the calendar year prior to the date of acquisition.

Gross revenues also should include any surcharges on telecommunications services or interconnected VoIP services that are billed to the customer and either retained by the filer or remitted to a non-government third party under contract. Gross revenues should exclude taxes and any surcharges that are not recorded on the company books as revenues but which instead are remitted to government bodies. Note that any charge included on the customer bill and represented to recover or collect contributions to federal or state universal service support mechanisms must be shown separately on Line 403. Other surcharges treated as revenues should be included in the revenue categories on which the surcharges were levied.

---

[32] *See also*, Section II-E, above.

For international services, gross revenues consist of gross revenues billed by U.S. telecommunications providers with no allowances for settlement or settlement-like payments. International settlement and settlement-like receipts for foreign-billed service should not be included in revenues. For common carriers providing international telecommunications services: except in very limited circumstances, such as receipts from foreign carriers for calls that are reoriginated and reported as U.S. billed traffic, the total revenues identified as international on Line 419(e) should match the total U.S. billed revenues that will be reported each year pursuant to 47 C.F.R. § 43.61. For example, if a filer receives payment from a foreign carrier for traffic that the filer receives outside of the United States, brings into the United States, and then refiles and carries the traffic to a foreign point, the filer would not include those settlement-like payments as revenues on the FCC Form 499-A even though they might be reported as revenues on the filer's 43.61 international traffic data report. Note that if the filer receives the traffic in the United States, then it is providing ordinary international service from the United States to a foreign point and receipts from the originating carrier would be reported as revenue on Line 414.

For international private line services, U.S. providers must report on Line 415 revenues from the U.S. portion of the circuit to the theoretical midpoint of the circuit regardless of whether such revenues were billed to the customer by the reporting carrier or by a partner carrier in a foreign point.

Filers may report international revenues in Section 43.61 reports that are net of credits at the time the credits are issued. For FCC Form 499 purposes, credits may be recognized only when redeemed. In Form 499 worksheets, filers that use earned revenue to represent billed revenue may recognize credits when redeemed but may not report negative revenues. Other filers should include credits in uncollectibles, when earned.

Revenue from circuits within the United States that connect a customer to an international circuit should be reported as interstate. Revenue from circuits that connect foreign points should be reported on Line 418.

If you have any revenues for Lines 303-314 and 403-420, you may not omit the dollar amounts from column (a) even if 100% of the revenues are for interstate or international services.

3. <u>Columns (b), (c), (d), and (e) interstate & international</u>

Columns (b), (c), (d), and (e) are provided to identify the part of gross revenues that arise from interstate and international services for each entry on Lines 303 through 314 and Lines 403 through 417. Intrastate telecommunications means communications or transmission between points within the same State, Territory, or possession of the United States, or the District of Columbia. Interstate and international telecommunications means communications or transmission between a point in one state, territory, possession of the United States or the District of Columbia and a point outside that state, territory, possession of the United States or the District of Columbia. Revenues from services offered under interstate tariffs, such as revenues from federal subscriber line charges and from federally tariffed LNP surcharges, should be identified as interstate revenues. This includes amounts incorporated in or bundled with other local service charges.

For example, if a prepaid calling card provider collects a fixed amount of revenue per minute of traffic, and 65 percent of minutes are interstate, then interstate revenues would include 65 percent of the per-minute revenues. Similarly, if a local exchange carrier bills local measured service charges for calls that originate in one state and terminate in another, these billings should be classified as interstate even though the charges are covered by a state tariff and the revenues are included in a local service account. If over ten percent of the traffic carried over a private or WATS line is interstate, then the revenues and costs generated by the entire line are classified as interstate.[33] In general, flat-rated unbundled network access elements should be classified according to the regulatory agency that has primary jurisdiction over the contracts.

---

[33] *See* 47 C.F.R. § 36.154(a).

Amounts billed to customers to recover federal universal service contribution obligations should be attributed as either interstate or international revenues, as appropriate, but may not be reported as intrastate revenues. Filers should report intrastate revenues on Line 403 only to the extent that actual payments to state universal service programs were recovered by pass-through charges itemized on customer bills.

Note: Where possible, filers should report their amount of total revenues that are interstate and international by using information from their books of account and other internal data reporting systems. Where a filer can determine the precise amount of revenues that it has billed for interstate and international services, it should enter those amounts in columns (d) and (e), respectively.

If interstate and international revenues cannot be determined directly from corporate books of account or subsidiary records, filers may provide on the Worksheet good-faith estimates of these figures. In such cases, the filer should enter the good-faith estimates of the percentage of interstate and the percentage of international revenues in columns (b) and (c), respectively. A reporting entity may not submit a good-faith estimate lower than one percent unless the correct figure should be $0. Good-faith estimates must be based on information that is current for the filing period. Information supporting good-faith estimates must be made available to either the FCC or to the administrators upon request. Using the good-faith estimate, calculate the amount of interstate revenues as the amount in column (a) times the percentage in column (b), and calculate the amount of international revenues as the amount in column (a) times the percentage in column (c). For convenience, calculated interstate and international revenue amounts that are greater than one thousand dollars may be rounded to the nearest thousand dollars. Please enter zero dollars in columns (d) and (e) if, and only if, there were no interstate revenues for the line for the reporting period.

Note that the FCC provides the following safe harbor percentages of interstate revenues associated with Line 309, Line 409, and Line 410:[34]

37.1% of cellular and broadband PCS telecommunications revenues
12.0% of paging revenues
1.0% of analog SMR dispatch revenues

These safe harbor percentages may not be applied to universal service pass-through charges, fixed local service revenues, or toll service charges. **All filers must report the actual amount of interstate and international revenues for these services.** For example, toll charges for itemized calls appearing on mobile telephone customer bills should be reported as intrastate, interstate or international based on the origination and termination points of the calls.

The FCC provides the following safe harbor percentage of interstate interconnected VoIP revenues associated with Line 303.2, Line 404.4, Line 404.5 and Line 414.2.

64.9% of interconnected VoIP telecommunications revenues

[34] *See 2006 Contribution Methodology Reform Order*, 21 FCC Rcd at 7532-33, 7545-46, paras. 25-27, 53-55. *Federal-State Joint Board on Universal Service, 1998 Biennial Regulatory Review - Streamlined Contributor Reporting Requirements Associated with Administration of Telecommunications Relay Service, North American Numbering Plan, Local Number Portability, and Universal Service Support Mechanisms, Telecommunications Services for Individuals with Hearing and Speech Disabilities, and the Americans With Disabilities Act of 1990, Administration of the North American Numbering Plan and North American Numbering Plan Cost Recovery Contribution Factor and Fund Size, Number Resource Optimization, Telephone Number Portability, Truth-in-Billing and Billing Format*, CC Docket Nos. 96-45, 98-171, 90-571, 92-237, 99-200, 95-116, 98-170, Report and Order and Second Further Notice of Proposed Rulemaking, 17 FCC Rcd 24,952 (2002) (*Contribution Methodology Order*); *see also, Federal-State Joint Board on Universal Service*, CC Docket No. 96-45, Memorandum Opinion and Order and Further Notice of Proposed Rulemaking, 13 FCC Rcd 21252, 21258-60 (1998).

These safe harbor percentages may not be applied to universal service pass-through charges or other fixed local service revenues.

Wireless telecommunications providers and interconnected VoIP providers that choose to avail themselves of these safe harbor percentages for interstate revenues may assume that the FCC will not find it necessary to review or question the data underlying their reported percentages. All affiliated wireless telecommunications providers and interconnected VoIP providers must make a single election, each quarter, whether to report actual revenues or to use the current safe harbor within the same safe harbor category.[35] So, for example, if in a calendar quarter a wireless telecommunications provider reports actual interstate revenues for its cellular and broadband PCS telecommunications services, all of its affiliated legal entities must also report actual interstate telecommunications revenues for cellular and broadband PCS offerings. The same wireless telecommunications provider and all affiliates, however, could use the safe harbor for paging services. Annual revenues reported on the FCC Form 499-A should reflect the filer's reporting of revenues in each quarter on FCC Form 499-Q. For example, if a filer projected revenue based on a safe harbor for the first two quarters and based on traffic studies for the final two quarters, the amounts reported in the FCC Form 499-A for the first two quarters would be based on actual billings for those quarters and the relevant safe harbors, and the amounts reported for the final two quarters would be based on actual billings for those quarters and the traffic studies for those quarters.

Many carriers and other providers of telecommunications now offer packages that bundle fixed local exchange service with interstate toll service for a single price. Revenues for the whole bundle, except for tariffed subscriber line and PICC charges, should be reported on Line 404, as described more fully below. The portion of revenues associated with interstate and international toll services must be identified in columns (d) and (e), respectively.[36] Filers should make a good-faith estimate of the amounts of interstate and international revenues from bundled local/toll service if they cannot otherwise determine these amounts from corporate records, and must make their methodology available to the Commission or the Administrator, upon request.

Interconnected VoIP and CMRS providers may rely on traffic studies if they are unable to determine their actual interstate and international revenues.[37] In developing their traffic studies, interconnected VoIP and CMRS providers may rely on statistical sampling to estimate the proportion of minutes that are interstate and international. Any revenues associated with charges on customer bills that are identified as interstate or international must effectively be accounted for (e.g., through proper weighting in a traffic study) as 100 percent interstate or international when reporting revenues.[38] Sampling techniques must be designed to produce a margin of error of no more than one

---

[35] *See Federal-State Joint Board on Universal Service*, CC Docket No. 96-45, Order and Order on Reconsideration, 18 FCC Rcd 1421 (2003). Note: Wireless telecommunications providers are "affiliated" for purposes of making the single election whether to report actual interstate telecommunications revenues or use the applicable interim wireless safe harbor if one entity (1) directly or indirectly controls or has the power to control another, (2) is directly or indirectly controlled by another, (3) is directly or indirectly controlled by a third party or parties that also controls or has the power to control another, or (4) has an "identity of interest" with another contributor. *See also*, 47 C.F.R. § 1.2110(c)(5).

[36] *See Universal Service Contribution Methodology, Petition for Declaratory Ruling of CTIA – The Wireless Association on Universal Service Contribution Obligations, Petition for Declaratory Ruling of Cingular Wireless, LLC*, WC Docket No. 06-122, Declaratory Order, FCC 07-231, para. 5 (rel. Jan 24, 2008) (defining "toll service") (*Separately Stated Toll Order*).

[37] *See 2006 Contribution Methodology Reform Order*, 21 FCC Rcd at 7534-36, 7547, paras. 29-33, 57. See also, Policy and Rules Concerning the Interstate, Interexchange Marketplace; Implementation of Section 254(g) of the Communications Act of 1934, as Amended; 1998 Biennial Regulatory Review – Review of Customer Premises Equipment and Enhanced Services Unbundling Rules in the Interexchange, Exchange Access and Local Exchange Markets, CC Docket Nos. 96-61, 98-183, Report and Order, 16 FCC Rcd 7418, 7446-48, paras. 47-51 (2001) (*CPE Bundling Order*).

[38] *See Separately Stated Toll Order*, FCC 07-231, para. 15. In developing traffic studies, toll service traffic must be identified and treated in a manner that recognizes that such traffic is more likely to be interstate or international than intrastate. *See id.* Additionally, appropriate weighting of the higher revenue that is often associated with toll service must be reflected in the traffic study or studies. *See id.*

percent with a confidence level of 95%. If the sampling technique does not employ a completely random sample (e.g., if stratified samples are used), then the respondent must document the sampling technique and explain why it does not result in a biased sample. Traffic studies should include, at a minimum: (1) an explanation of the sampling and estimation methods employed and (2) an explanation as to why the study results in an unbiased estimate with the accuracy specified above. Mobile wireless providers and interconnected VoIP providers should retain all data underlying their traffic studies as well as all documentation necessary to facilitate an audit of the study data and be prepared to make this data and documentation available to the Commission upon request. In addition, CMRS and interconnected VoIP providers that rely on traffic studies must submit those studies to the Commission and USAC at the addresses below for review.[39]

Chief, Industry Analysis and Technology Division,
Wireline Competition Bureau
Federal Communications Commission
Room 6-A224
445 12th Street, S.W.
Washington, D.C. 20554

Form 499 Data Collection Agent
c/o USAC
2000 L Street, N.W.
Suite 200 Washington, D.C. 20036

Filers report total uncollectible revenue/bad debt expenses on Lines 421 and 422. Filers that maintain separate detail of uncollectibles by type of business should rely on those records in dividing uncollectible expense between carrier's carrier, contribution base and other revenues, and for dividing uncollectibles associated with contribution base revenues between intrastate, interstate and international categories. Filers that do not have such detail should make such assignments in proportion to reported gross revenues.

4. <u>Explanation of Block 3 and Block 4-A revenue categories</u>

The revenue detail provided in Block 3 on Lines 303 through 314 and in Block 4-A on Lines 403 through 418 should total to total gross revenues reported on Line 419. This section explains the detailed revenue categories.

Filers are instructed to report revenues from other universal service contributors on Lines 303 through 314. *See* Section III-C-1, above. Filers are instructed to report all other revenues on Lines 403 through 418. In many cases, the line-item categories are duplicated in the two sections. Carriers that are required to use the Uniform System of Accounts (USOA) prescribed in Part 32 of the Commission's rules should base their responses on their USOA account data and supplemental records, dividing revenues into those received from universal service contributors and those received from end users and other non-contributors. All filers should report revenues based on the following descriptions.

<u>Fixed local service revenue categories</u>

Fixed local services connect a specific point to one or more other points. These services can be provided using either wireline, fixed wireless, or interconnected VoIP technologies and can be used for local exchange service, private communications, or access to toll services.

Line 303 and Line 404 -- Monthly service, local calling including message and local toll charges, connection charges, vertical features, and other local exchange services should include the basic local service revenues except

[39] See *Vonage Holdings Corp. v. FCC*, 589 F.3d 1232, 1243-44 (2007) (vacating the Commission's requirement that traffic studies submitted by interconnected VoIP providers be preapproved.)

for local private line revenues, special access revenues, and revenues from providing mobile or cellular services. Line 303 and Line 404 should include charges for optional extended area service, dialing features, local directory assistance, added exchange services such as automatic number identification (ANI) or teleconferencing, LNP surcharges, connection charges, charges for connecting with mobile service and local exchange revenue settlements. Revenues for services provided to carriers should be divided between Line 303.1 -- provided as unbundled network elements (UNEs) -- and Line 303.2 -- provided under tariffs or arrangements other than unbundled network elements (for example, resale). Line 303.2 should include Presubscribed Interexchange Carrier Charge (PICC) charges levied on carriers.

Line 404.1-404.5 revenues should be divided between local exchange service provided using non-interconnected VoIP methods (Line 404.1, Line 404.2, and Line 404.3) and service provided using interconnected VoIP (Line 404.4 and Line 404.5). Revenue from non-interconnected VoIP plans that include interstate calling as part of the flat monthly fee should be reported on Line 404.1 and Line 404.2, with the local service portion reported on Line 404.1 and the toll portion reported on Line 404.2. If the revenue from the toll portion of such service is attributed to an affiliate, that affiliate must report such revenues on Line 404.2, not on Line 414. Revenue from non-interconnected VoIP local exchange services plans that do not include interstate calling should be reported on Line 404.3.

Local service provided *via* interconnected VoIP service revenues should be reported in Lines 404.4 or 404.5 depending on whether the revenues are earned from interconnected VoIP service offered in conjunction with a broadband connection (Line 404.4) or independent of the broadband connection (Lines 404.5).[40] We note that for incumbent local exchange carriers the interstate subscriber line charge represents the interstate portion of local exchange service revenues. These amounts are separate from toll revenues and correspond to the costs associated with allowing customers to originate and terminate interstate calls. Interconnected VoIP providers not reporting based on the safe harbor must make a similar allocation as well as determine the appropriate portion of revenues to allocate to interstate and international toll service.

Line 404 should not include subscriber line charges levied under a tariff filed by the reporting entity or placed on customer bills as a pass-through of underlying carrier subscriber line charges. Filers should instead report such revenues on line 405. Note that federal subscriber line charges typically represent the interstate portion of fixed local exchange service. Filers without subscriber line charge revenue must identify the interstate portion of fixed local exchange service revenues in column (d) of the appropriate line 404.1-404.5. Line 404.1-404.5 also should include revenues from federally tariffed LNP surcharges and these surcharges should be identified as interstate revenues.

Line 304 -- Line 304 should include per-minute charges for originating or terminating calls. This line also would include revenues to the local exchange carrier for messages between a cellular customer and another station within the mobile service area. The line should include any other gross charges to other carriers for the origination or termination of toll or non-toll traffic. Do not deduct or net payments to carriers for origination or termination of traffic on their networks. Revenues for originating and terminating minutes should be divided between Line 304.1 - provided under state or federal access and Line 304.2 - provided as unbundled network elements or other contract arrangements. Do not include international settlement or settlement-like receipts or transiting fees from international toll services.

Line 405 -- Line 405 should include charges to end users specified in access tariffs, such as tariffed subscriber line charges and PICC charges levied by a local exchange carrier on customers that are not presubscribed to an interexchange carrier (*i.e.*, a no-PIC customer). However, Line 405 should not include charges to end users for special access services (which are reported on Line 406). Telecommunications providers that do not have subscriber

---

[40] Bundled broadband and interconnection offerings include those offered directly by the reporting entity and those offered by the reporting entity through an affiliate.

line charge or PICC tariffs on file with the Commission or with a state utility commission or who are not reselling such tariffed charges, should report $0 on Line 405.

Line 305 and Line 406 -- Local private line and special access service should include revenues from providing local services that involve dedicated circuits, private switching arrangements, digital subscriber lines, and/or predefined transmission paths. Line 406 should include revenues from special access lines resold to end users unless the service is bundled with, and charged as part of a toll service, in which case the revenues should be reported on the appropriate toll service line. Report on Lines 305 and 406 revenues from offering dedicated capacity between specified points even if the service is provided over local area switched ATM or frame relay networks.

Divide amounts reported on Line 305 between Line 305.1 – service provided to other contributors for resale as telecommunications and Line 305.2 – service provided to other contributors for resale as interconnected VoIP.

Amounts reported on Line 406 include revenues from the transmission component of wireline broadband Internet access service to the extent described below as well as other revenue from private line and special access service.[41] Specifically, Line 406 includes all revenue from broadband service (including the transmission component of wireline broadband Internet access service) provided on a common carrier basis. Revenues for the provision of wireline broadband Internet access transmission on a non-common carrier basis should be reported on Line 418.3. All other revenues from local private line service and special access service billed to end users must be reported on Line 406.

Line 306 and Line 407 -- Line 306 should include revenues received from carriers as payphone compensation for originating toll calls. Line 407 should include revenues received from customers paid directly to the payphone service provider, including all coin-in-the-box revenues. Do not deduct commission payments to premises' owners.

Line 307 and Line 408 -- Other local telecommunications service revenues should include local telecommunications service revenues that reasonably would not be included with one of the other fixed local service revenue categories. Line 307 should include charges for physical collocation of equipment pursuant to 47 U.S.C. § 251(c)(6). Report on these lines revenues from offering switched capacity on local area data networks such as ATM or frame relay networks.

Line 308 -- Universal service support revenues should include all amounts that filers receive as universal service support from either states or the federal government. Line 308 should include as revenues Lifeline Assistance reimbursement for the waived portion of subscriber line or presubscribed interexchange carrier charges from the Low Income or High Cost universal service support mechanisms. Line 308 should include amounts received as cash as well as amounts received as credit against contribution obligations. Line 308 should not include any amounts

[41] Wireline broadband Internet access service is a service that uses wireline facilities of the telephone network to provide subscribers with Internet access capabilities. It can be provided over facilities such as copper loops, hybrid copper-fiber loops, fiber-to-the-curb, fiber-to-the-premises, or any other type of wireline facilities, and can use circuit-switched, packet-based, or any other technology. Wireline broadband Internet access service inextricably intertwines information-processing capabilities with data transmission such that the consumer always uses them as a unitary service. Wireline broadband Internet access service should be carefully distinguished from other wireline broadband services such as ATM, frame relay, gigabit Ethernet service, and other high-capacity special access services that end users have traditionally used for basic transmission purposes. These services lack the key characteristics of wireline broadband Internet access service – they do not inextricably intertwine transmission with information-processing capabilities. Because these services typically are used for basic transmission purposes, they are telecommunications services and must be reported on Line 406. *See Appropriate Framework for Broadband Access to the Internet Over Wireline Facilities; Universal Service Obligations of Broadband Providers; Review of Regulatory Requirements for Incumbent LEC Broadband Telecommunications Services; Computer III Further Remand Proceedings*, CC Docket Nos. 02-33, 01-337, 95-20, 98-10, Report and Order, 20 FCC Rcd 14853, 14860, para. 9 (2005) (*Wireline Broadband Internet Access Services Order*), *petitions for review pending, Time Warner Telecom v. FCC*, No. 05-4769 (and consolidated cases) (3rd Cir. filed Oct. 26, 2005).

charged to customers to recover universal service or similar contributions. Line 308 excludes charges or credits for subsidized services provided to schools, libraries, and rural health care providers. Such charges are properly reported as end user revenue.

Mobile service

Mobile services are wireless communications between mobile wireless equipment, such as cellular phones, and other points.

Line 309, Line 409, and Line 410 -- Data reported on these lines should contain mobile service revenues other than toll charges to mobile service customers. Charges associated with customer premises equipment should not be included on these lines. A single category -- Line 309 -- is provided for all mobile service provided to resellers. Line 309 should include revenues received from another carrier for roaming service provided to customers of that carrier. For services provided to end users, Line 409 should contain monthly charges, activation fees, service restoration, and service order processing charges, etc. Line 410 should contain message charges, including any roaming charges assessed on customers for calls placed out of customers' home areas and local directory assistance charges. End-user prepaid wireless service revenues attributable to activation and daily or monthly access charges should be reported on Line 409. End-user prepaid wireless service revenues attributable to airtime should be reported on Line 410. Itemized toll charges to mobile service customers should be included in the Lines 413 or 414, as appropriate.

Roaming charges for service provided by foreign carriers operating in foreign points are not U.S. telecommunications revenues and therefore should be reported on Line 418.

Toll service revenue categories

Toll services are telecommunications services, wireline, wireless, or interconnected VoIP services, that enable customers to communicate outside of local exchange calling areas. Toll service revenues include intrastate, interstate, and international long distance services.

Line 411 -- This line should include revenues from prepaid calling cards provided either to customers, distributors or to retail establishments. Prepaid card includes prepaid service where the customer utilizes the service provider's switching platform and a personal identification number (PIN) for purposes of verification and billing, even if the customer does not receive a physical card.[42] Gross billed revenues should represent the amounts actually paid by end user customers and not the amounts paid by distributors or retailers, and should not be reduced or adjusted for discounts provided to distributors or retail establishments. All prepaid card revenues are classified as end-user revenues. For purposes of completing this Worksheet, prepaid card revenues should be recognized when end-user customers purchase the cards. The international portion of revenue, however, should be reported consistently with the filer's 43.61 international traffic data reports.

Line 412 -- International calls that traverse the United States but both originate and terminate in foreign points are excluded from the universal service contribution base regardless of whether the service is provided to resellers or to end users. These revenues should be segregated from other toll revenues by showing them on Line 412. Telecommunications providers should not report international settlement revenues from traditional settlement transiting traffic on the Worksheet.

[42] *See AT&T Corp. Petition for Declaratory Ruling Regarding Enhanced Prepaid Calling Card Services, Regulation of Prepaid calling Card Services*, WC Docket Nos. 03-133, 05-68, Order and Notice of Proposed Rulemaking, 20 FCC Rcd 4826, 4827-4827, para. 3 (2005).

Line 310 and Line 413 -- Operator and toll calls with alternative billing arrangements should include all calling card or credit card calls, person-to-person calls, and calls with alternative billing arrangements such as third-number billing, collect calls, and country-direct type calls that either originate or terminate in a U.S. point. These lines should include all charges from toll or long distance directory assistance. Lines 310 and 413 should include revenues from all calls placed from all coin and coinless, public and semi-public, accommodation and prison telephones, except that calls that are paid for via prepaid calling cards should be included on Line 411 and calls paid for by coins deposited in the phone should be included on Line 407.

Line 311 and Lines 414.1 and Line 414.2 -- Ordinary long distance and other switched toll services should include amounts from account 5100 -- long distance message revenues-- except for amounts reported on Lines 310, 407, 411, 412 or 413. Line 311 and Line 414.1 and Line 414.2 should include ordinary message telephone service (MTS), WATS, subscriber toll-free, 900, "WATS-like," and similar switched services. This category includes most toll calls placed for a fee and should include flat monthly charges billed to customers, such as account maintenance charges, PICC pass-through charges, and monthly minimums. Ordinary long distance includes separately stated toll revenue from wireline, wireless and interconnected VoIP services.[43] Ordinary long distance provided to end users using non-interconnected VoIP technologies should be reported on Line 414.1. This includes toll service that employs Internet Protocol, but that is not provided on an interconnected VoIP basis.[44] Note that the revenues for the toll portion of flat rated non-interconnected VoIP local service should be reported on Line 404.2, regardless of whether this portion of revenue is reported by a local exchange carrier or by its toll affiliate. Separately billed revenue for ordinary long distance provided to end users using interconnected VoIP should be reported on Line 414.2. Note that the revenue for the toll portion of flat rated interconnected VoIP local service should be reported on Line 404.4 or Line 404.5, as appropriate.

Line 312 and Line 415 -- Long distance private line service should include revenues from dedicated circuits, private switching arrangements, and/or predefined transmission paths, extending beyond the basic service area. Line 312 and Line 415 should include frame relay and similar services where the customer is provided a dedicated amount of capacity between points in different basic service areas. This category should include revenues from the resale of special access services if they are included as part of a toll private line service.

Line 313 and Line 416 -- Satellite services should contain revenues from providing space segment service and earth station link-up capacity used for providing telecommunications or telecommunications services via satellite. Revenues derived from the lease of bare transponder capacity should not be included on Lines 313 and 416.

Line 314 and Line 417 -- All other long distance services should include all other revenues from providing long distance communications services. Line 314 and Line 417 should include toll teleconferencing. Line 314 and Line 417 should include switched data, frame relay and similar services where the customer is provided a toll network service rather than dedicated capacity between two points.

[43] *See 2006 Contribution Methodology Reform Order*, 21 FCC Rcd at 7534, para. 29. Toll services are telecommunications services that enable customers to communicate outside of their local exchange calling areas, which for wireless providers means outside the customer's plan-defined home calling area. *See Separately Stated Toll Order*, at para. 5. The term "home calling area" is used generally by wireless carriers to denote the plan-defined area in which a subscriber may make calls and incur no additional charges beyond the plan-specific per month charge, assuming the subscriber does not exceed the plan allotted minutes. *Id* at n.28.

[44] See *AT&T IP-in-the-Middle Order*, 19 FCC Rcd 7457.

Other revenue categories

Line 403 -- Itemized charges levied by the reporting entity in order to recover contributions to state and federal universal service support mechanisms should be classified as end-user billed revenues and should be reported on Line 403. Any charge that is identified on a bill as recovering contributions to universal service support mechanisms must be shown on Line 403 and should be identified as either interstate or international revenues, as appropriate. Filers should report intrastate revenues on line 403 only to the extent that actual payments to state universal service programs were recovered by pass-through charges itemized on customer bills.

Line 418 -- Other revenues that should not be reported in the contribution bases. Line 418 should include all non-telecommunications service revenues on the reporting entity's books, as well as some revenues that are derived from telecommunications-related functions, but that should not be included in the universal service or other fund contribution bases. For example, information services offering a capability for generating, acquiring, storing, transforming, processing, retrieving, utilizing, or making available information via telecommunications are not included in the universal service or other fund contribution bases. Information services do not include any use of any such capability for the management, control, or operation of a telecommunications system or the management of a telecommunications service. Information services also are called enhanced services because they are offered over transmission facilities used in interstate communications and employ computer processing applications that act on the format, content, code, protocol, or similar aspects of the subscriber's transmitted information; provide the subscriber additional, different, or restructured information; or involve subscriber interaction with stored information. For example, call moderation and call transcription services are information services. These services are exempt from contribution requirements and should be reported on Line 418. Line 418 should include revenues from published directory and billing and collection services. Line 418 should include revenues from the sale, lease, installation, maintenance, or insurance of customer premises equipment (CPE). Line 418 should include inside wiring charges and inside wiring maintenance insurance. Line 418 should include the sale or lease of transmission facilities, such as dark fiber or bare transponder capacity, that are not provided as part of a telecommunications service or as a UNE. Line 418 should include pole attachment revenues. Line 418 should include revenues from providing open video systems (OVS), cable leased access, and direct broadcast satellite (DBS) services. Line 418 should include late payment charges and charges (penalties) imposed by the company for customer checks returned for non-payment. Line 418 should include revenues from telecommunications services provided in a foreign country where the traffic does not transit the United States or where the carrier is providing service as a foreign carrier, *i.e.* a carrier licensed in that country.

Revenue reported on Line 418 should be divided into three categories. Use Line 418.1 to report any revenues from other non-telecommunications goods or services that are bundled with wireline or wireless circuit switched exchange access services. Use Line 418.2 to report any revenues from other non-telecommunications goods or services that are bundled with interconnected VoIP service. Use Line 418.3 to report all other revenues properly reported on line 418. Use Line 418.3 to report revenue from providing wireline broadband Internet access service that is not reportable on Line 406. Line 418.3 includes all non-common carrier wireline broadband internet access service and cable modem service (to the extent that cable modem service is being provided by an entity already filing an FCC Form 499-A).

Allocation of revenues between either wireline or interconnected VoIP telecommunications and bundled non-telecommunications, such as information services and CPE, are governed by the Commissions bundling rules. The Commission adopted two "safe harbor" methods for allocating revenue when telecommunications and CPE/enhanced services are offered as a bundled package.[45] The first option is to report revenues from bundled telecommunications and CPE/enhanced service offerings based on the unbundled service offering prices, with no discount from the bundled offering being allocated to telecommunications. Alternatively, contributors may elect to treat all bundled revenues as telecommunications revenues for purposes of determining their universal service

[45] *CPE Bundling Order*, 16 FCC Rcd 7418.

obligations. Filers may choose to use allocation methods other than the two described above. Filers should realize, however, that any other allocation methods may not be considered reasonable, and will be evaluated on a case-by-case basis in an audit or enforcement context. Prepaid calling card providers may avail themselves of the bundled service safe harbors for separating revenue between telecommunications and information services.[46]

5. Block 4-B total revenue and uncollectible revenue information

The Administrator relies on the detail line information on the Worksheet to arrive at the totals shown in Block 4-B. The Administrator will attempt to resolve conflicts between any sums that differ from the information entered into the totals on Block 4-B.

Line 419 -- Gross billed revenues from all sources should equal the sum of revenues by type of service reported on Lines 303 through 314 and Lines 403 through 418.

Line 420 -- Universal service contribution base revenues should equal the subtotal of Lines 403 through 411 and Lines 413 through 417 for each column. The totals on this line represent gross end-user revenues for the purpose of determining contributions to universal service support mechanisms. See also instructions for Line 511 in Section III-D.

Line 421 -- Show the uncollectible revenue/bad debt expense associated with gross billed revenues amounts reported on Line 419. In addition, for those using billed revenues, this line may include redeemed credits. Reported uncollectible amounts should be the amount reported as bad debt expense in the filer's income statement for the year. Note that it will include uncollectibles associated with all revenue on the filer's books (Line 419), covering carrier's carrier revenues, end-user telecommunications revenues and revenues reported on Line 418. The contributor's uncollectible revenues/bad debt expense should be calculated in accordance with Generally Accepted Accounting Principles. Thus, uncollectibles should represent the portion of gross billed revenues that the contributor reasonably expects will not be collected. Note that uncollectibles may not include any amounts associated with unbillable revenues.[47] Filers that operate on a cash basis should report $0 on this line. Filers that used earned revenue to represent billed revenues should not report as uncollectible any billings that are not included in earned revenues.

Line 422 -- Show the portion of the uncollectible revenue/bad debt expense reported on Line 421 that is associated with just the universal service contribution base amounts reported on Line 420.[48] Filers that maintain separate detail of uncollectibles by type of business should rely on those records in determining the portion of gross uncollectibles reported on Line 421 that should be reported on Line 422. Filers that do not have such detail should make such assignments in proportion to reported gross revenues. Filers must be able to document how the amounts reported on Line 422 relate to the uncollectible revenue/bad debt expense associated with gross billed revenues reported on Line 421.

In exceptional circumstances, amounts reported on Line 422 may exceed amounts reported on Line 421 or either amount might actually be negative. These situations can arise where amounts previously written off as uncollectible subsequently are collected.

---

[46] See *Regulation of Prepaid Calling Card Services*, WC Docket No. 05-68, Declaratory Ruling, Report and Order, 21 FCC Rcd 7290, 7298. para. 22 (2006).

[47] *See Contribution Methodology Order* 17 FCC Rcd at 24970, n.95.

[48] *See Contribution Methodology Order*, 17 FCC Rcd 24952. *See, e.g., Proposed First Quarter 2004 Universal Service Contribution Factor*, CC Docket No. 96-45, Public Notice, 18 FCC Rcd 25111 (2003).

Line 423 -- Net universal service contribution base revenues should equal the amounts reported on Line 420 minus the amounts reported on Line 422.

6. Notes for carriers that use the USOA

The revenue accounts in the USOA as adopted in 1986 generally correspond to specific revenue lines in Block 3 and Block 4. For example, revenue amounts recorded in accounts 5001, 5002, 5050, 5060 and 5069 should be reported on Line 303 or Line 404, as appropriate. Similarly, revenues recorded in account 5280 should be reported on Line 407. There are some exceptions. For example, monthly and connection revenues from mobile services provided to end users in account 5004 should be reported on Line 409. Per-minute revenues from end users in account 5004 should be reported on Line 410. However, revenues in account 5004 from exchanging traffic with mobile service carriers should be reported on Line 304. Similarly, state per-minute access revenues recorded in account 5084 should be reported on Line 304; state special access revenues recorded in account 5084 should be reported on Line 305 and Line 406, as appropriate; and, state subscriber line charge revenues recorded in account 5084 should be reported on Line 405. Uncollectible revenue recorded in account 5300 should be reported on Line 421. The portion of these revenues that correspond to contribution base revenues should be reported on Line 422.

In 2001, the Commission adopted changes to the USOA.[49] These changes in account structure have not changed which revenues should be reported on which FCC Form 499 lines. Most revenues classified in account 5001 -- basic area revenues, should continue to be reported on Line 303 or Line 404. However, local exchange carrier revenues from mobile carriers for calls between wireless and wireline customers should be reported on Line 304 and revenues from mobile services on Line 309, Line 409 or Line 410, as appropriate. Revenues classified in account 5200, miscellaneous revenues, should be divided into several lines for reporting purposes. For example, account 5200 includes revenues derived from UNEs, which should continue to be reported on Line 303 and, reciprocal compensation, which will continue to be reported on Line 304.

Some types of incidental regulated revenues contained in account 5200, miscellaneous revenues, will continue to be reported on Lines 403 through 408. These include collection overages and non-refundable prepaid amounts that are not used by the customer. Note that late payment charges, bad check penalties imposed by the company, enhanced services, billing and collection, customer premises equipment sale, lease or insurance, and published directory revenues should continue to be reported on Line (418).

Revenues recorded in account 5100, long distance network service revenues, will continue to be reported on Line 310 through Line 314 and Line 411 through Line 417, as appropriate.

D. Block 5: Additional Revenue Breakouts

Lines 501-502 -- Copy the Filer 499 ID from Line 101 into Line 501. Copy the legal name of the reporting entity from Line 102 into Line 502.

Lines 503-510 -- In these lines, filers should identify the percentages of their telecommunications revenues by LNPA region. Payphone service providers, private service providers, and shared-tenant service providers that have certified that they are exempt from contributing to the shared costs of LNP need not provide these breakdowns. Carriers and interconnected VoIP providers should calculate or estimate the percentage of revenues that they billed in each region based on the amount of service they actually provided in the parts of the United States listed for each

[49] *See 2000 Biennial Regulatory Review – Comprehensive Review of the Accounting Requirements and ARMIS Reporting Requirements for Incumbent Local Exchange Carriers: Phase 2*, CC Docket No. 00-199, Report and Order in CC Docket Nos. 00-199, 97-212, and 80-286 and Further Notice of Proposed Rulemaking in CC Docket Nos. 00-199, 99-301, and 80-286, 16 FCC Rcd 19911 (2001), on recon., 17 FCC Rcd 4766 (2002).

region. The percentages in column (a) should add to 100% unless the filer did not provide any services for resale by other contributors to the federal universal service support mechanisms. The percentages in column (b) should add to 100% unless the filer did not provide any telecommunications services to end users or non-contributing carriers. Carriers do not need to complete column (a) if they have some end-user revenues in each of the regions in which they have carrier operations. Filers may use a proxy based on the percentage of subscribers a provider serves in a particular region for reaching an estimate for allocating their end-user revenues to the appropriate regional LNPA.

Line 511 -- Identify revenues from resellers that do not contribute to universal service support mechanisms and that are included in Block 4. Revenues from resellers that do not contribute to universal service support mechanisms are included on Line 420 but may be excluded from a filer's TRS, NANPA, LNP, and FCC interstate telephone service provider regulatory fee contribution bases. To have these amounts excluded, the filer has the option of identifying such revenues on Line 511. Line 420 may contain revenues from some FCC Form 499 filers that are exempt from contributing directly to universal service support mechanisms. For example, these would include filers that meet the universal service *de minimis* exception or that provide "international only" service. Since these universal service exempt entities generally do contribute directly to the TRS, LNP, and NANPA mechanisms, revenues from these entities need not be included in the underlying service provider contribution bases for those mechanisms. Filers choosing to report revenues on Line 511 must have the FCC Filer 499 ID for each customer whose revenues are so reported.

E. Block 6: Certification.

Lines 601-602 -- Copy the Filer 499 ID from Line 101 into Line 601. Copy the legal name of the reporting entity from Line 102 into Line 602.

Line 603 -- In this line, filers may certify that they are exempt from one or more contribution requirement(s) by checking the box next to the mechanism(s) from which they are exempt. As explained above, the FCC Form 499 Telecommunications Reporting Worksheet enables telecommunications carriers and service providers to satisfy a number of requirements in one consolidated form. Not all entities that file the Telecommunications Reporting Worksheet must contribute to all of the support and cost-recovery mechanisms (universal service, LNP, TRS, and NANPA). For example, certain telecommunications providers that are not telecommunications carriers must contribute to the universal service support mechanisms, but not to the TRS, LNP, and NANPA mechanisms. Section IV-A below provides summary information on which filers must contribute and which filers are exempt from particular contribution requirements. Filers that certify that they are exempt from one or more mechanism(s) should use the space provided on Line 603 to explain the exemption.

Note: It is not necessary for a filer to certify that it is *de minimis* for universal service purposes because the universal service administrator can determine whether a filer meets the contribution threshold from other information provided on the form. If, however, a reseller or other provider of telecommunications qualifies for the *de minimis* exemption, it must notify its underlying carriers that it is not contributing directly to universal service, so that it may be treated as an end user when the underlying carriers file FCC Form 499.

Line 604 – In this line, filers indicate whether they are exempt from FCC regulatory fees or the filer is an "exempt telecommunications company."[50] A state or local governmental entity is any state, possession, city, county, town, village, municipal corporation, or similar political organization.[51] The second check box identifies organizations duly qualified as a nonprofit, tax exempt entity under section 501 of the Internal Revenue Code, 26 U.S.C. § 501.

[50] 47 C.F.R. § 1.1162(c). The FCC will presume that otherwise exempt carriers prefer to pay FCC regulatory fees unless they check this box.

[51] 47 C.F.R. § 1.1162(b).

These organizations typically qualify for non-profit status under sections 501(c)(3) or 501(c)(12). Note that such entities are not exempt from universal service, TRS, LNP, or NANPA contributions unless they qualify under some other exemption.

Line 605 – Filers may use the box in Line 605 to request nondisclosure of the revenue information contained on the Telecommunications Reporting Worksheet. By checking this box, the officer of the company signing the Worksheet certifies that the information contained on the Worksheet is privileged or confidential commercial or financial information and that disclosure of such information would likely cause substantial harm to the competitive position of the company filing the Worksheet. This box may be checked in lieu of submitting a separate request for confidentiality pursuant to section 0.459 of the Commission's rules.[52] All decisions regarding disclosure of company-specific information will be made by the Commission. The Commission regularly makes publicly available the names (and Block 1 and 2-B contact information) of the entities that file the Telecommunications Reporting Worksheet and information on which filers contribute to which funding mechanisms, including entities that checked the boxes in Line 603.

Lines 606-611 – An officer of the reporting entity must examine the data provided in the Telecommunications Reporting Worksheet and certify that the information provided therein is accurate and complete. Officers of entities making consolidated filings should refer to Section II-B, above and must certify that they comply with the conditions listed in Section II-B. An officer is a person who occupies a position specified in the corporate by-laws (or partnership agreement), and would typically be president, vice president for operations, vice president for finance, comptroller, treasurer, or a comparable position. If the reporting entity is a sole proprietorship, the owner must sign the certification. The signature on Line 606 must be in ink.

Reporting entities have the opportunity to enter data, verify, submit and certify FCC Forms 499-A and 499-Q online via a web-based data entry system. Company officers, who have previously filed a signed paper form, may certify subsequent forms online without being required to submit signed paper forms. For those officers, an electronic signature in the signature block of each form certified by that officer will be considered the equivalent to a handwritten signature on the form. By entering his or her electronic signature into the signature block of each form, the officer, therefore, acknowledges that such electronic signature certifies his or her identity and attests under penalty of perjury as to the truth and accuracy of the information contained in each electronically signed form. Visit http://www.universalservice.org/fund-administration/forms for more information and access to the online filing system.

A person who willfully makes false statements on the Worksheet can be punished by fine or imprisonment under Title 18 of the United States Code.[53]

Line 612 – Indicate whether this filing is an original filing for the year, due on April 1, a registration filing for a new service provider, a filing with revised registration information or a filing with revised revenue information. See Sections II-C and II-E, above, for information on the obligation to file revisions.

[52] 47 C.F.R. § 0.459. *See also, Examination of Current Policy Concerning the Treatment of Confidential Information Submitted to the Commission*, GC Docket No. 96-55, Report and Order, 13 FCC Rcd 24816 (1998) (listing the showings required in a request that information be withheld and stating that the Commission may defer action on such requests until a formal request for public inspection has been made).

[53] *See* 18 U.S.C. § 1001.

IV. Calculation of Contributions

Figure 3 Contribution Requirements

Most filers must contribute to the universal service, TRS, NANPA, and LNPA funding mechanisms. This section provides a short summary to assist carriers and service providers in determining whether they must contribute to one or more of the mechanisms. Filers should consult the Commission's rules and orders to determine whether they must contribute to one or more of the mechanisms.

**Federal universal service support mechanisms.** Entities that provide interstate telecommunications to the public for a fee must contribute to the universal service support mechanisms. *See* 47 C.F.R. § 54.706.

**Telecommunications Relay Services.** Every common carrier providing interstate telecommunications services and every interconnected VoIP provider shall contribute to the TRS Fund. *See* 47 C.F.R. §§ 64.601(b), 64.604.

**North American Numbering Plan Administration.** All telecommunications carriers and interconnected VoIP providers in the United States shall contribute to meet the costs of establishing numbering administration. *See* 47 C.F.R. § 52.17.

**Shared Costs of Local Number Portability.** The shared costs of long-term number portability attributable to a regional database shall be recovered from all telecommunications carriers and interconnected VoIP providers providing service in that region. *See* 47 C.F.R. § 52.32.

Figure 3 summarizes which telecommunications carriers and service providers must file for particular purposes.

**Figure 3: Which telecommunications carriers and telecommunications providers must contribute for which purposes[54]**

| Type of filer | Universal Service | TRS | NANPA | LNPA |
|---|---|---|---|---|
| *De minimis* payphone aggregators that do not also have telecommunications carrier revenues | | X | | |
| Other payphone aggregators that do not also have telecommunications carrier revenues | X | X | | |
| Telecommunications providers with no telecommunications service revenues <u>and</u> that are *de minimis* | | | | |
| Telecommunications providers with no telecommunications service revenues <u>and</u> that are not *de minimis* | X | | | |
| Telecommunications carriers that provide services only to other universal service contributors | | | X | X |
| Telecommunications carriers that provide only international services | | X | X | X |
| Telecommunications carriers that provide only intrastate services | | | X | X |
| Satellite carriers providing interstate telecommunications services | X | X | X | X |
| *De minimis* telecommunications carriers providing interstate telecommunications | | X | X | X |
| All other telecommunications carriers providing interstate telecommunications | X | X | X | X |
| Interconnected VoIP providers | X | X | X | X |
| *De minimis* interconnected VoIP providers | | X | X | X |

[54] This chart is provided for informational purposes only. It is not intended to be exhaustive, nor is it intended to serve as legal guidance or precedent. Filers are instructed to consult the Commission's rules and orders to determine whether they must contribute to one or more of the mechanisms. *See* 47 C.F.R. §§ 52.17, 52.32, 54.706, 64.604.

B. Contribution Bases

Filers do not calculate, in this Worksheet, the amounts that they must contribute. The administrators will use the revenue information on the Worksheet to calculate a funding base and individual contributions for each support mechanism. Individual contributions are determined by the use of "factors" -- factors reflect the total funding requirement of a particular mechanism divided by the total contribution base for that mechanism. Information on the contribution bases and individual filer contributions are shown in Figure 4.

**Figure 4: Contribution bases**

| Support Mechanism | Funding Basis |
|---|---|
| Universal service low income and high cost; Universal service schools and libraries and rural health care | Line 423(d)* + Line 423(e) **<br>less revenues corresponding to universal service contributions*** |
| TRS (Filers with interstate or international end-user revenues must pay a minimum of $25) | Line 420(d) + Line 420(e)<br>plus Line 412(e)<br>less Line 511(b) |
| NANPA (Filers with end-user revenues must pay a minimum of $25. Filers with no end-user revenues must pay $25.) | Line 420(a)<br>plus Line 412(a)<br>less Line 511(a) |
| LNPA - by region (Filers with only carrier's carrier revenue in a region must pay $100 for that region) | Line 420(a)<br>plus Line 412(a)<br>less Line 511(a)<br>times percentage of end-user revenues shown on Lines 503 through 509 |

* As of April 2003, monthly billings for universal service are based on projected collected revenue information filed on the quarterly FCC Form 499-Q. Historical amounts reported on FCC Form 499-Q Line 116(b) and (c) correspond to FCC Form 499-A Line 420(d) and (e), respectively. The FCC Form 499-Q provides instructions for projecting revenues, and for removing uncollectible amounts from billed revenue projections. Projected collected revenues on FCC Form 499-Q Line 120(b) and (c) correspond to net universal service base revenues on FCC Form 499-A Line 423 (d) and (e), respectively. The amounts filed on the FCC Form 499-A are used to review and true-up FCC Form 499-Q filings and associated contributions.

** Line 423(e) is excluded from the contribution base if the total of amounts on Line 423(d) for the filing entity consolidated with all affiliates is less than 12% of the total of Line 423(d) + Line 423(e) for the filing entity consolidated with all affiliates. See 47 C.F.R. §54.706(c).

*** The contribution base for an individual filer is the projected collected interstate and international revenues for the quarter, reduced by an imputed amount of universal service support pass-through charges, based on the actual factor for the quarter.[55]

[55] *See Contribution Methodology Order*, 17 FCC Rcd 24,952. See, e.g., Proposed First Quarter 2004 Universal Service Contribution Factor, CC Docket No. 96-45, Public Notice, 18 FCC Rcd 25111 (2003).

## V. Reminders

- Filers are required to maintain records and documentation to justify information reported on the Telecommunications Reporting Worksheet for five years. Filers also must maintain records detailing the methodology used to determine projections reported on the Telecommunications Reporting Worksheet. Upon request, filers may be required to provide such records and documentation to the Commission or to the administrator.
- File the FCC Form 499-A online at http://forms.universalservice.org.
- Is the filer affiliated with another telecommunications provider? Each legal entity must file separately unless they qualify for filing on a consolidated basis. *See* Section II-B above. Each affiliate or subsidiary must show the same holding company information on Lines 106.1 and 106.2.
- Provide data for all lines that apply. Show a zero for services for which the filer had no revenues for the filing period. Be sure to include on Line 112 all names by which the filer is known to customers, including the names of agents or billers if those names appear on customer bills.
- Telecommunications providers that are required to contribute to universal service support mechanisms must also file quarterly FCC Form 499-Q on February 1, May 1, August 1 and November 1.
- Wherever possible, revenue information should be taken from the telecommunications providers' financial records.
- The Worksheet must be signed by an officer of the reporting entity. An officer is a person who occupies a position specified in the corporate by-laws (or partnership agreement), and would typically be president, vice president for operations, comptroller, treasurer, or a comparable position.
- Do not mail the Worksheet to the FCC. See Section II-C for filing instructions.
- Remember -- you must refile parts of the Worksheet if the Agent for Service of Process or FCC Registration information changes during the year.
- Note that FCC Form 499 is one of several forms that telecommunications carriers and other providers of interstate telecommunications may need to file. Information concerning common filing requirements for such providers may be found on the Commission's web site, at www.fcc.gov/wcb/filing.html

If you have questions about the Worksheet or the instructions, you may contact:

| | |
|---|---|
| Form 499 Telecommunications Reporting Worksheet Information | Form499@ universalservice.org<br>(888) 641-8722 |
| Wireline Competition Bureau | |
| Industry Analysis and Technology Division | (202) 418-0940 |
| TTY | (202) 418-0484 |

If you have questions regarding contribution amounts, billing procedures or the mechanisms, you may contact:

| | |
|---|---|
| Universal Service Administration | (888) 641-8722 |
| TRS Administration | (973) 884-8173 |
| NANPA Billing and Collection Agent | (613) 236-9191 |
| Local Number Portability Administrators | (877) 245-5277 |

- FEDERAL COMMUNICATIONS COMMISSION -

# 2008 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2007 Revenues)

Approval by OMB
3060-0855

>>> Please read instructions before completing. <<<

**Annual Filing -- due April 1, 2008**

**Block 1: Contributor Identification Information**

During the year, filers must refile Blocks 1, 2 and 6 if there are any changes in Lines 104 or 112. See Instructions.

101 Filer 499 ID [If you don't know your number, contact the administrator at (888) 641-8722.
If you are a new filer, write "new" in this block and a Filer 499 ID will be assigned to you.]

102 Legal name of reporting entity

103 IRS employer identification number — [Enter 9 digit number]

104 Name telecommunications provider is doing business as

105 Telecommunications activities of filer [Select up to 5 boxes that best describe the reporting entity. Enter numbers starting with "1" to show the order of importance -- see directions.]

| | | | |
|---|---|---|---|
| ☐ CAP/CLEC | ☐ Cellular/PCS/SMR (wireless telephony incl. by resale) | ☐ Coaxial Cable | ☐ Incumbent LEC |
| ☐ Interconnected VoIP | ☐ Interexchange Carrier (IXC) ☐ Local Reseller | ☐ Operator Service Provider (OSP) | ☐ Paging & Messaging |
| ☐ Payphone Service Provider | ☐ Prepaid Card | ☐ Private Service Provider | ☐ Satellite Service Provider |
| ☐ Shared-Tenant Service Provider / Building LEC | ☐ SMR (dispatch) | ☐ Toll Reseller | ☐ Wireless Data |
| If Other Local, Other Mobile or Other Toll is checked, describe carrier type / services provided: → | ☐ Other Local | ☐ Other Mobile | ☐ Other Toll |

106.1 Holding company name (All affiliated companies must show the same name on this line.)

106.2 Holding company IRS employer identification number — [Enter 9 digit number]

107 FCC Registration Number (FRN) [ https://svartifoss2.fcc.gov/cores/CoresHome.html ]
[For assistance, contact the CORES help desk at 877-480-3201 or CORES@fcc.gov] — [Enter 10 digit number]

108 Management company [if filer is managed by another entity]

109 Complete mailing address of reporting entity corporate headquarters
Note: this address will be used for the ITSP FCC regulatory fee billings unless the appropriate box is checked on Line 208.
Street1
Street 2
Street 3
City — State — Zip (postal code) — Country if not USA

110 Complete business address for customer inquiries and complaints
check if same address as Line 109 ☐
Street1
Street 2
Street 3
City — State — Zip (postal code) — Country if not USA

111 Telephone number for customer complaints and inquiries [Toll-free number if available] ( ) - ext -

112 List all trade names used in the past 3 years in providing telecommunications. Include all names by which you are known by customers.

| | | | |
|---|---|---|---|
| a | | g | |
| b | | h | |
| c | | i | |
| d | | j | |
| e | | k | |
| f | | l | |

Use an additional sheet if necessary. Each reporting entity must provide all names used for telecommunications activities.

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

*Save time, avoid problems -- file electronically at* **http://forms.universalservice.org**

## 2008 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2007 Revenues)



### Block 2-A: Regulatory Contact Information

201 Filer 499 ID [from Line 101]

202 Legal name of reporting entity [from Line 102]

203 Person who completed this Worksheet — First / MI / Last

204 Telephone number of this person — ( ) - ext -

205 Fax number of this person — ( ) -

206 Email of this person || Required if available -- not for public release ||

207 Corporate office, attn. name, and mailing address to which future Telecommunications Reporting Worksheets should be sent
- check if same name as Line 203 ☐
- check if same address as Line 109 ☐

Office / Attn First name / MI / Last
Email ||required if available, not for public release|| / Phone ( ) - ext- / Fax ( ) -
Street1
Street 2
Street 3
City / State / Zip (postal code) / Country if not USA

208 Billing address and billing contact person:
[Plan administrators will send bills for contributions to this address. Please attach a written request for alternative billing arrangements. ]
- check if name and address same as Line 207 ☐
- check to use Line 208 information for FCC ITSP regulatory fee bill ☐

Company / Attn First name / MI / Last
Email ||required if available, not for public release|| / Phone ( ) - ext- / Fax ( ) -
Street1
Street 2
Street 3
City / State / Zip (postal code) / Country if not USA

### Block 2-B: Agent for Service of Process

All carriers and providers of interconnected VoIP must complete Lines 209 through 213. During the year, carriers and providers of interconnected VoIP must refile Blocks 1, 2 and 6 if there are any changes in this section. See Instructions.

209 D.C. Agent for Service of Process per 47 U.S.C. § 413 — Company / Attn First name / MI / Last

210 Telephone number of D.C. agent — ( ) - ext -

211 Fax number of D.C. agent — ( ) -

212 Email of D.C. agent || Required if available ||

213 Complete business address of D.C. agent for hand service of documents
- check to use Line 213 information for FCC ITSP regulatory fee bill ☐
- [If both Line 208 and Line 213 are checked, Line 208 will be used.]

Street1
Street 2
Street 3
City / State DC / Zip

214 Local/alternate Agent for Service of Process (optional) — Company / Attn First name / MI / Last

215 Telephone number of local/alternate agent — ( ) - ext -

216 Fax number of local/alternate agent — ( ) -

217 Email of local/alternate agent || Required if available ||

218 Complete business address of local/alternate agent for hand service of documents
- check to use Line 218 information for FCC ITSP regulatory fee bill ☐
- [If both Line 208 and Line 218 are checked, Line 208 will be used.]

Street1
Street 2
Street 3
City / State / Zip (postal code) / Country if not USA

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

## 2008 FCC Form 499-A Telecommunications Reporting Worksheet (Reporting Calendar 2007 Revenues)

**Block 2-C: FCC Registration and Contact Information**

Filers must refile Blocks 1, 2 and 6 if there are any changes in this section. See Instructions.

219 Filer 499 ID [from Line 101]

220 Legal name of reporting entity [from Line 102]

221 Chief Executive Officer (or, highest ranking company officer if the filing entity does not have a chief executive officer) — First | MI | Last

222 Business address of individual named on Line 221 — Street1 | Street 2 | Street 3 | City | State | Zip (postal code) | Country if not USA

check if same as Line 109 ☐

223 Second ranking company officer, such as Chairman (Must be someone other than the individual listed on Line 221) — First | MI | Last

224 Business address of individual named on Line 223 — Street1 | Street 2 | Street 3 | City | State | Zip (postal code) | Country if not USA

check if same as Line 109 ☐

225 Third ranking company officer, such as President or Secretary (Must be someone other than individuals listed on Lines 221 or 223) — First | MI | Last

226 Business address of individual named on Line 225 — Street1 | Street 2 | Street 3 | City | State | Zip (postal code) | Country if not USA

check if same as Line 109 ☐

227 Indicate jurisdictions in which the filing entity provides service. Include jurisdictions in which service was provided in the past 15 months and jurisdictions in which service is likely to be provided in the next 12 months.

| | | | | |
|---|---|---|---|---|
| ☐ Alabama | ☐ Guam | ☐ Massachusetts | ☐ New York | ☐ Tennessee |
| ☐ Alaska | ☐ Hawaii | ☐ Michigan | ☐ North Carolina | ☐ Texas |
| ☐ American Samoa | ☐ Idaho | ☐ Midway Atoll | ☐ North Dakota | ☐ Utah |
| ☐ Arizona | ☐ Illinois | ☐ Minnesota | ☐ Northern Mariana Islands | ☐ U.S. Virgin Islands |
| ☐ Arkansas | ☐ Indiana | ☐ Mississippi | ☐ Ohio | ☐ Vermont |
| ☐ California | ☐ Iowa | ☐ Missouri | ☐ Oklahoma | ☐ Virginia |
| ☐ Colorado | ☐ Johnston Atoll | ☐ Montana | ☐ Oregon | ☐ Wake Island |
| ☐ Connecticut | ☐ Kansas | ☐ Nebraska | ☐ Pennsylvania | ☐ Washington |
| ☐ Delaware | ☐ Kentucky | ☐ Nevada | ☐ Puerto Rico | ☐ West Virginia |
| ☐ District of Columbia | ☐ Louisiana | ☐ New Hampshire | ☐ Rhode Island | ☐ Wisconsin |
| ☐ Florida | ☐ Maine | ☐ New Jersey | ☐ South Carolina | ☐ Wyoming |
| ☐ Georgia | ☐ Maryland | ☐ New Mexico | ☐ South Dakota | |

228 Year and month filer first provided (or expects to provide) telecommunications in the U.S. ☐ Check if prior to 1/1/1999, otherwise Year | Month

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

**Block 3: Carrier's Carrier Revenue Information**

| | |
|---|---|
| 301 Filer 499 ID [from Line 101] | |
| 302 Legal name of reporting entity [from Line 102] | |

| Report billed revenues for January 1 through December 31, 2007. Do not report any negative numbers. Dollar amounts may be rounded to the nearest thousand dollars. However, report all amounts as whole dollars. See instructions regarding percent interstate & international. | Total Revenues (a) | If breakouts are not book amounts, enter whole percentage estimates: Interstate (b) | International (c) | Breakouts: Interstate Revenues (d) | International Revenues (e) |
|---|---|---|---|---|---|
| **Revenues from Services Provided for Resale as Telecommunications by Other Contributors to Federal Universal Service Support Mechanisms** | | | | | |
| *Fixed local service* | | | | | |
| Monthly service, local calling, connection charges, vertical features, and other local exchange service including subscriber line and PICC charges to IXCs | | | | | |
| 303.1 Provided as unbundled network elements (UNEs) | | | | | |
| 303.2 Provided under other arrangements | | | | | |
| Per-minute charges for originating or terminating calls | | | | | |
| 304.1 Provided under state or federal access tariff | | | | | |
| 304.2 Provided as unbundled network elements or other contract arrangement | | | | | |
| Local private line & special access service | | | | | |
| 305.1 Provided to other contributors for resale as telecommunications | | | | | |
| 305.2 Provided to other contributors for resale as interconnected VoIP | | | | | |
| 306 Payphone compensation from toll carriers | | | | | |
| 307 Other local telecommunications service revenues | | | | | |
| 308 Universal service support revenues received from Federal or state sources | | | | | |
| *Mobile services (including wireless telephony, paging & messaging, and other mobile services)* | | | | | |
| 309 Monthly, activation, and message charges except toll | | | | | |
| *Toll services* | | | | | |
| 310 Operator and toll calls with alternative billing arrangements (credit card, collect, international call-back, etc.) | | | | | |
| 311 Ordinary long distance (direct-dialed MTS, customer toll-free (800/888 etc.) service, "10-10" calls, associated monthly account maintenance, PICC pass-through, and other switched services not reported above) | | | | | |
| 312 Long distance private line services | | | | | |
| 313 Satellite services | | | | | |
| 314 All other long distance services | | | | | |
| 315 Total revenues provided for resale [Lines 303 through 314] | | | | | |

**Note: As stated in the instructions, for all revenues reported on this page, you must retain the Filer 499 ID and contact information for the associated customers. You must verify that each of these customers was a direct contributor to the federal universal service support mechanism for calendar year 2007 and that the customer is purchasing service for resale as telecommunications. These records must be made available to the administrator or the FCC upon request. The FCC website contains information on federal universal service contributors. (See instructions.)**

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

**Block 4-A: End-User and Non-Telecommunications Revenue Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| 401 | Filer 499 ID [from Line 101] | | | | | |
| 402 | Legal name of reporting entity [from Line 102] | | | | | |
| | Report billed revenues for January 1 through December 31, 2007. Do not report any negative numbers. Dollar amounts may be rounded to the nearest thousand dollars. However, report all amounts as whole dollars. See instructions regarding percent interstate & international. | Total Revenues (a) | If breakouts are not book amounts, enter whole percentage estimates — Interstate (b) | International (c) | Breakouts — Interstate Revenues (d) | International Revenues (e) |
| | **Revenues from All Other Sources (end-user telecom. & non-telecom.)** | | | | | |
| 403 | Surcharges or other amounts on bills identified as recovering State or Federal universal service contributions | | | | | |
| | *Fixed local services* | | | | | |
| | Monthly service, local calling, connection charges, vertical features, and other local exchange service charges except for federally tariffed subscriber line charges and PICC charges | | | | | |
| | *traditional circuit switched* | | | | | |
| 404.1 | Provided at a flat rate including interstate toll service -- local portion | | | | | |
| 404.2 | Provided at a flat rate including interstate toll service -- toll portion | | | | | |
| 404.3 | Provided without interstate toll included (see instructions) | | | | | |
| | *interconnected VoIP* | | | | | |
| 404.4 | Offered in conjunction with a broadband connection | | | | | |
| 404.5 | Offered independent of a broadband connection | | | | | |
| 405 | Tariffed subscriber line charges and PICC charges levied by a local exchange carrier on a no-PIC customer | | | | | |
| 406 | Local private line & special access service [Includes the transmission portion of wireline broadband Internet access provided on a common carrier basis.] | | | | | |
| 407 | Payphone coin revenues (local and long distance) | | | | | |
| 408 | Other local telecommunications service revenues | | | | | |
| | *Mobile services (including wireless telephony, paging & messaging, and other mobile services)* | | | | | |
| 409 | Monthly and activation charges | | | | | |
| 410 | Message charges including roaming and air-time charges for toll calls, but excluding separately stated toll charges | | | | | |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

**Block 4-A: Continued**

| | | Total Revenues (a) | If breakouts are not book amounts, enter whole percentage estimates: Interstate | International | Breakouts: Interstate Revenues (d) | International Revenues (e) |
|---|---|---|---|---|---|---|
| | *Toll services* | | | | | |
| 411 | Prepaid calling card (including card sales to customers and non-carrier distributors) reported at face value of cards | | | | | |
| 412 | International calls that both originate and terminate in foreign points | | 0% | 100% | | |
| 413 | Operator and toll calls with alternative billing arrangements (credit card, collect, international call-back, etc.) other than revenues reported on Line 412 | | | | | |
| | Ordinary long distance (direct-dialed MTS, customer toll-free (800/888 etc.) service , "10-10" calls, associated monthly account maintenance, PICC pass-through, and other switched services not reported above) | | | | | |
| 414.1 | All, other than interconnected VoIP, including, but not limited to, itemized toll on wireline and wireless bills | | | | | |
| 414.2 | All interconnected VoIP long distance, including, but not limited to, itemized toll | | | | | |
| 415 | Long distance private line services | | | | | |
| 416 | Satellite services | | | | | |
| 417 | All other long distance services | | | | | |
| | Revenues other than U.S. telecommunications revenues, including information services, inside wiring maintenance, billing and collection customer premises equipment, published directory, dark fiber, Internet access, cable TV program transmission, foreign carrier operations, and non-telecommunications revenues (See instructions.) | | | | | |
| 418.1 | bundled with circuit switched local exchange service | | | | | |
| 418.2 | bundled with interconnected VoIP local exchange service | | | | | |
| 418.3 | other | | | | | |

**Block 4-B: Total Revenue and Uncollectible Revenue Information**

| | | Total Revenues (a) | Interstate | International | Interstate Revenues (d) | International Revenues (e) |
|---|---|---|---|---|---|---|
| 419 | Gross billed revenues from all sources (incl. reseller & non-telecom.) [Lines 303 through 314 plus Lines 403 through 418] | | | | | |
| 420 | Gross universal service contribution base amounts [Lines 403 through 411 Lines 413 through 417] See Figure 4 in instructions. | | | | | |
| 421 | Uncollectible revenue/bad debt expense associated with gross billed revenues amounts shown on Line 419 [See Instructions Page 26] | | | | | |
| 422 | Uncollectible revenue/bad debt expense associated with universal service contribution base amounts shown on Line 420 | | | | | |
| 423 | Net universal service contribution base revenues [Line 420 minus line 422] | | | | | |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

**Block 5: Additional Revenue Breakouts**

| | | |
|---|---|---|
| 501 | Filer 499 ID [from Line 101] | |
| 502 | Legal name of reporting entity [from Line 102] | |

Filers that report revenues in Block 3 and Block 4 must provide the percentages requested in Lines 503 through 510. See page 27 of instructions for limited exceptions.

| | | | Block 3 Carrier's Carrier (a) | Block 4 End-User Telecom. (b) |
|---|---|---|---|---|
| | Percentage of revenues reported in Block 3 and Block 4 billed in each region of the country. Round or estimate to nearest whole percentage. Enter 0 if no service was provided in the region. | | | |
| 503 | Southeast: | Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Puerto Rico, South Carolina, Tennessee, and U.S. Virgin Islands | % | % |
| 504 | Western: | Alaska, Arizona, Colorado, Idaho, Iowa, Minnesota, Montana, Nebraska, New Mexico, North Dakota, Oregon, South Dakota, Utah, Washington, and Wyoming | % | % |
| 505 | West Coast: | California, Hawaii, Nevada, American Samoa, Guam, Johnston Atoll, Midway Atoll, Northern Mariana Islands, and Wake Island. | % | % |
| 506 | Mid-Atlantic: | Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, Virginia, and West Virginia | % | % |
| 507 | Mid-West: | Illinois, Indiana, Michigan, Ohio, and Wisconsin | % | % |
| 508 | Northeast: | Connecticut, Maine, Massachusetts, New Hampshire, New York, Rhode Island, and Vermont | % | % |
| 509 | Southwest: | Arkansas, Kansas, Missouri, Oklahoma, and Texas | % | % |
| 510 | Total | [Percentages must add to 0 or 100.] | % | % |

511 Revenues from resellers that do not contribute to Universal Service support mechanisms are included in Block 4-B, Line 420 but may be excluded from a filer's TRS, NANPA, LNP, and FCC interstate telephone service provider regulatory fee contribution bases. To have these amounts excluded, the filer has the option of identifying such revenues below. **As stated in the instructions, you must have in your records the FCC Filer 499 ID for each customer whose revenues are included on Line 511. (See instructions.)**

| | (a) Total Revenues | (b) Interstate and International |
|---|---|---|
| Revenues from resellers that do not contribute to Universal Service | $ | $ |

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

**Block 6: CERTIFICATION: to be signed by an officer of the filer**

601 Filer 499 ID [from Line 101]

602 Legal name of reporting entity [from Line 102]

Section IV of the instructions provides information on which types of reporting entities are required to file for which purposes. Any entity claiming to be exempt from one or more contribution requirements should so certify below and attach an explanation. [The Universal Service Administrator will determine which entities meet the *de minimis* threshold based on information provided in Block 4, even if you fail to so certify, below.]

603 I certify that the reporting entity is exempt from contributing to: Universal Service ☐ TRS ☐ NANPA ☐ LNP Administration ☐

Provide explanation below:

604 Please indicate whether the reporting entity is **State or Local Government Entity** ☐ **I.R.C. § 501Tax Exempt** ☐

605 I certify that the revenue data contained herein are privileged and confidential and that public disclosure of such information would likely cause substantial harm to the competitive position of the company. I request nondisclosure of the revenue information contained herein pursuant to Sections 0.459, 52.17, 54.711 and 64.604 of the Commission's Rules. ☐

I certify that I am an officer of the above-named reporting entity as defined on page 33 of the instructions, that I have examined the foregoing report and, to the best of my knowledge, information and belief, all statements of fact contained in this Worksheet are true and that said Worksheet is an accurate statement of the affairs of the above-named company for the previous calendar year. In addition, I swear, under penalty of perjury, that all requested identification registration information has been provided and is accurate. If the above-named reporting entity is filing on a consolidated basis, I certify that this filing incorporates all of the revenues for the consolidated entities for the entire year and that the filer adhered to and continues to meet the conditions set forth in Section II-B of the instructions.

606 Signature

607 Printed name of officer First MI Last

608 Position with reporting entity

609 Business telephone number of officer ( ) - ext -

610 Email of officer || Required if available -- not for public release ||

611 Date

612 Check those that apply: ☐ Original April 1 filing for year ☐ New filer, registration only ☐ Revised filing with updated registration ☐ Revised filing with updated revenue data

Do not mail checks with this form. Send this form to: **Form 499 Data Collection Agent c/o USAC 2000 L Street, N.W. Suite 200 Washington DC, 20036**
For additional information regarding this worksheet contact: Telecommunications Reporting Worksheet information: (888) 641-8722 or via email: Form499@universalservice.org

PERSONS MAKING WILLFUL FALSE STATEMENTS IN THE WORKSHEET CAN BE PUNISHED BY FINE OR IMPRISONMENT UNDER TITLE 18 OF THE UNITED STATES CODE, 18 U.S.C. § 1001

# D

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | File No. EB-04-IH-0519 |
| | ) | Acct. No. 200632080001 |
| Locus Telecommunications, Inc. | ) | FRN No. 0010-7295-15 |

**ORDER**

**Adopted: September 30, 2005** **Released: October 3, 2005**

By the Chief, Enforcement Bureau:

1. In this Order, we adopt the attached Consent Decree entered into between the Enforcement Bureau and Locus Telecommunications, Inc. ("Locus"). The Consent Decree terminates the enforcement proceeding initiated by the Enforcement Bureau against Locus for possible violations of the universal service reporting and contribution requirements of section 254 of the Communications Act of 1934, as amended ("the Act")[1] and certain Commission rules relating to universal service, the Telecommunications Relay Service Fund and the North American Numbering Plan Administration, sections 52.17, 54.706, 54.711, 54.713, and 64.604 of the Commission's rules.[2]

2. The Enforcement Bureau and Locus have negotiated the terms of a Consent Decree that would resolve this matter. A copy of the Consent Decree is attached hereto and incorporated by reference.

3. Based on the record before us, and in the absence of material new evidence relating to this matter, we conclude that are no substantial or material questions of fact as to whether Locus possesses the basic qualifications, including those related to character, to hold or obtain any Commission license or authorization.

4. After reviewing the terms of the Consent Decree, we find that the public interest will be served by adopting the Consent Decree.

5. Accordingly, **IT IS ORDERED** that, pursuant to section 4(i) of the Communications Act of 1934, as amended,[3] and sections 0.111 and 0.311 of the commission's rules,[4] the Consent Decree attached to this Order **IS ADOPTED**.

---

[1] 47 U.S.C. § 254.

[2] 47 C.F.R. §§ 52.17, 54.706, 54.711, 54.713, 64.604.

[3] 47 U.S.C. § 154(i).

[4] 47 C.F.R. §§ 0.111, 0.311.

6. **IT IS FURTHER ORDERED** that the above-captioned investigation **IS TERMINATED.**

FEDERAL COMMUNICATIONS COMMISSION

Kris Anne Monteith
Chief, Enforcement Bureau

**Before the**
**Federal Communications Commission**
**Washington, DC 20554**

| | | |
|---|---|---|
| In the Matter of | ) | File No. EB-04-IH-0519 |
| | ) | Acct. No. 200532080146 |
| Locus Telecommunications, Inc. | ) | FRN No. 0010-7295-15 |

**CONSENT DECREE**

1. The Enforcement Bureau ("Bureau") of the Federal Communications Commission ("Commission") and Locus Telecommunications, Inc. ("Locus") hereby enter into this Consent Decree for the purpose of terminating the Bureau's investigation into whether Locus violated the universal service reporting and contribution requirements of section 254 of the Communications Act of 1934, as amended (the "Act")[5] and/or certain Commission rules relating to universal service, the Telecommunications Relay Service Fund and the North American Numbering Plan Administration.

2. For the purposes of this Consent Decree, the following definitions shall apply:

(a) "Commission" and "FCC" mean the Federal Communications Commission.

(b) "Bureau" means the Enforcement Bureau of the Federal Communications Commission.

(c) "Locus" means Locus Telecommunications, Inc. and its predecessors-in-interest and successors-in-interest.

(d) "Parties" means Locus and the Bureau.

(e) "Order" or "Adopting Order" means an Order of the Commission or the Bureau adopting the terms of this Consent Decree without change, addition, deletion, or modification.

(f) "Effective Date" means the date on which the Commission or the Bureau releases the Adopting Order.

(g) "Investigation" means the investigation commenced by the Bureau's October 28, 2004 Letter of Inquiry[6] regarding whether Locus violated the requirements of section 254 of the Act and/or sections 1.1157, 52.17, 54.706, 54.711, 54.713, 64.604 and 64.1195 of the Commission's rules relating to carrier registration, universal service reporting and contribution, number administration, telecommunications relay systems and regulatory fee payment.

[5] 47 U.S.C. § 254.

[6] *See* Letter from Hillary S. DeNigro, Deputy Chief, Investigations and Hearings Division, Enforcement Bureau, FCC to Jason W. Chon, President, Locus Telecommunications, Inc. (October 28, 2004).

## I. BACKGROUND

3. Pursuant to section 254(d) of the Act and sections 52.17, 54.706, 54.711, 54.713, and 64.604 of the Commission's rules, telecommunications carriers that provide interstate telecommunications services and private service providers that provide interstate telecommunications are required to file annual and quarterly Telecommunications Reporting Worksheets (FCC Forms 499-A and 499-Q) and contribute to the Universal Service Fund, Telecommunications Relay Service Fund and North American Numbering Plan Administration.[7]

4. Locus is a provider of prepaid calling services. On October 28, 2004, the Bureau initiated the Investigation by issuing a Letter of Inquiry ("LOI") directing Locus to provide information about its compliance with, among other matters, the Commission's universal service reporting and contribution requirements. Locus submitted a response to the Bureau's LOI on December 1, 2004.[8] On July 15, 2005, Locus submitted supplemental information in response to the Bureau's request.[9]

## II. AGREEMENT

5. The Parties agree that the provisions of this Consent Decree shall be subject to final approval by the Bureau, through entry of the Order, which shall immediately resolve and terminate the Investigation.

6. The Parties agree that this Consent Decree does not constitute either an adjudication on the merits or a factual or legal finding or determination regarding any compliance or noncompliance with the requirements of the Act or the Commission's rules and orders. The Parties agree that this Consent Decree is for settlement purposes only and that by agreeing to this Consent Decree, Locus does not admit or deny liability for violating any statute, regulation, or administrative rule in connection with matters that are the subject of this Consent Decree.

7. Locus agrees that it will make a voluntary contribution to the United States Treasury in the amount of $330,000, in three equal installments of $110,000 each paid over a three month period, with the first payment due 30 days after the Effective Date and each of the two successive payments due 30 days after the previous payment. The payment must be made by check or similar instrument, payable to the order of the Federal Communications Commission. The payment must include "Acct. No. 200532080146" and "FRN No. 0010-7295-15." Payment by check or money order may be mailed to Federal Communications Commission, P.O. Box 358340, Pittsburgh, PA 15251-8340. Payment by overnight mail may be sent to Mellon Bank /LB 358340, 500 Ross Street, Room 1540670, Pittsburgh, PA 15251. Payment by wire transfer may be made to ABA Number 043000261, receiving bank Mellon Bank, and account number 911-6106.

---

[7] 47 U.S.C. § 254(d); 47 C.F.R. §§ 52.17, 54.706, 54.711, 54.713, 64.604.

[8] *See* Letter from Locus' counsel, Jonathan S. Marashlian, The Helein Law Group, to Hillary S. DeNigro, Deputy Chief, Investigations and Hearings Division, Enforcement Bureau (Dec. 1, 2004).

[9] *See* Letter from Jonathan S. Marashlian, The Helein Law Group, to Hillary S. DeNigro, Deputy Chief, Investigations and Hearings Division, Enforcement Bureau (July 15, 2005).

8. For purposes of settling the matters set forth herein, Locus agrees to maintain a compliance program related to future compliance with the Act, the Commission's rules, and the Commission's orders. The program will include, at a minimum, the following components:

(a) **Compliance Manual**. The Company shall maintain and update as necessary its existing Compliance Manual. Company personnel shall have ready access to the Compliance Manual and are to follow the procedures contained in it. The Compliance Manual, among other things, describes the universal service, Telecommunications Relay Service and North American Numbering Plan Administration rules and requirements as they apply to Locus. The Compliance Manual encourages personnel to contact the Company's Designated Contact, President, and/or Chief Financial Officer with any questions or concerns that arise. The Company shall submit to the Bureau a final version of its Compliance Manual 30 days after the Effective Date.

(b) **Compliance Training Program.** The Company will establish an FCC compliance training program for employees who engage in activities subject to FCC regulation. Training sessions will be conducted at least annually to ensure compliance with the Act and the FCC's regulations and policies and, for new employees, within the first 30 days of employment.

(c) **Designated Contact.** The Company will designate one employee as the point of contact for all telecommunications compliance matters.

(d) **Review and Monitoring.** The Company will review the FCC Compliance Training Program annually to ensure that it is maintained in a proper manner and continues to address the objectives set forth therein.

(e) **Audits**. The Company will ensure that external and internal audit reviews specifically address compliance with FCC regulatory requirements.

(f) **Termination**. Locus's obligation under this Paragraph 8 shall expire twenty four (24) months after the Effective Date.

9. The Bureau agrees that it will not use the facts developed in this Investigation through the Effective Date of the Consent Decree or the existence of this Consent Decree to institute, on its own motion, any new proceeding, formal or informal, or take any action on its own motion against Locus concerning the matters that were the subject of the Investigation. The Bureau also agrees that it will not use the facts developed in this Investigation through the Effective Date of this Consent Decree or the existence of this Consent Decree to institute on its own motion any proceeding, formal or informal, or take any action on its own motion against Locus with respect to Locus's basic qualifications, including its character qualifications, to be a Commission licensee or authorized common carrier.

10. Nothing in this Consent Decree shall prevent the Commission or its delegated authority from adjudicating complaints filed pursuant to section 208 of the Act against Locus or its affiliates for alleged violations of the Act, or for any other type of alleged misconduct, regardless of when such misconduct took place. The Commission's adjudication of any such complaint will be based solely on the record developed in that proceeding. Except as expressly provided in this Consent Decree, this Consent Decree shall not prevent the Commission from investigating new evidence of noncompliance by Locus of the Act, the rules, or this Order.

11. Locus waives any and all rights it may have to seek administrative or judicial reconsideration, review, appeal or stay, or to otherwise challenge or contest the validity of this Consent Degree and the

Order adopting this Consent Decree, provided the Bureau issues an Order adopting the Consent Decree without change, addition, modification, or deletion. Locus shall retain the right to challenge Commission interpretation of the Consent Decree or any terms contained herein.

12. Locus's decision to enter into this Consent Decree is expressly contingent upon the Bureau's issuance of an Order that is consistent with this Consent Decree, and which adopts the Consent Decree without change, addition, modification, or deletion.

13. In the event that this Consent Decree is rendered invalid by any court of competent jurisdiction, it shall become null and void and may not be used in any manner in any legal proceeding.

14. If either Party (or the United States on behalf of the Commission) brings a judicial action to enforce the terms of the Adopting Order, neither Locus nor the Commission shall contest the validity of the Consent Decree or the Adopting Order, and Locus shall waive any statutory right to a trial *de novo*.

15. Any violation of the Consent Decree or the Adopting Order will constitute a separate violation of a Commission order, entitling the Commission to exercise any rights or remedies authorized by law attendant to the enforcement of a Commission order.

16. The Parties also agree that if any provision of the Consent Decree conflicts with any subsequent rule or order adopted by the Commission (except an order specifically intended to revise the terms of this Consent Decree to which Locus does not expressly consent) that provision will be superseded by such Commission rule or order.

17. Locus hereby agrees to waive any claims it may otherwise have under the Equal Access to Justice Act, 5 U.S.C. § 504 and 47 C.F.R. § 1.1501 *et seq.*, relating to the matters addressed in this Consent Decree.

18. This Consent Decree may be signed in counterparts.

Kris Anne Monteith
Chief, Enforcement Bureau
Federal Communications Commission

Date

Jason W. Chon
President
Locus Telecommunications, Inc.

Date