# D

# D-1

LOCUS
TELECOMMUNICATIONS, INC.

**BILL TO:**

TeckTel, Inc
Attn: Accounts Payable
121 West 10th Street, Ste.303
Erie, PA 16501
Fax No: 814-453-5544

Invoice Date: 12/29/2003
Invoice Number: 14399
Account Number: 0200115

Billing Period: 12/22/2003 ~ 12/28/2003

| | |
|---|---|
| Previous Balance | $-298.41 |
| Payments | $0.00 |
| Adjustments(Credit/Debit) | $0.00 |
| Late Payment Charge | $0.00 |
| **Total balance due from previous charges** | |
| Usage Charges | $187.45 |
| **Total balance due from current charges** | |
| **Total Amount Due** | **$-110.96** |

**PAYMENT IS DUE UPON RECEIPT**
**PLEASE PAYMENT REMIT PAYABLE TO**
**LOCUS**

LOCUS
TELECOMMUNICATIONS, INC.

**WIRE TO:**

Bank Name: **Citibank, N.A**
Address: 2071 Lemoine Ave.
Fort Lee, NJ 07024
Tel.: 201.242.1407
Act No.: **383731627**
Routing No.: **021272655**

Invoice Date: 12/29/2003
Account Number: 0200115
Account Name: TeckTel, Inc
Billing Period: 12/22/2003 ~ 12/28/2003

**Locus Telecommunications, Inc**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Total Due: -110.96
Amount Enclosed:
**Please pay by** **1/2/2004**

# Call Summary Report By Country

Account # : 0200115
Invoice # : 14399
Bill Date: 12/29/2003

Page: 1 / 1
Billing Period: 12/22/2003 - 12/28/2003

| cc | Name | Start date | Rate | Minutes | Calls | Amount |
|---|---|---|---|---|---|---|
| 43 | Austria | 12/22/2003 | 0.0260 | 16.90 | 2 | 0.44 |
| 57 | Colombia Pereira | 12/23/2003 | 0.0544 | 26.10 | 4 | 1.42 |
| 682 | Cook Islands | 12/22/2003 | 0.5326 | 1.00 | 1 | 0.53 |
| 45 | Denmark cellular | 12/24/2003 | 0.1557 | 0.50 | 1 | 0.08 |
| 253 | Djibouti | 12/22/2003 | 0.2410 | 1.00 | 1 | 0.24 |
| 33 | France cellular | 12/22/2003 | 0.1398 | 24.90 | 4 | 3.48 |
| 594 | French Guiana | 12/22/2003 | 0.1105 | 420.10 | 150 | 46.42 |
| 594 | French Guiana | 12/27/2003 | 0.1217 | 144.40 | 57 | 17.57 |
| 689 | French Polynesia | 12/22/2003 | 0.1827 | 499.90 | 89 | 91.33 |
| 60 | Malaysia cellular | 12/22/2003 | 0.0324 | 124.40 | 5 | 4.03 |
| 31 | Netherlands | 12/22/2003 | 0.0125 | 16.20 | 2 | 0.20 |
| 507 | Panama cellular | 12/22/2003 | 0.2122 | 0.50 | 1 | 0.11 |
| 7 | Russia | 12/22/2003 | 0.0389 | 3.30 | 1 | 0.13 |
| 34 | Spain | 12/22/2003 | 0.0211 | 26.20 | 2 | 0.55 |
| 971 | United Arab Emirates Dubai | 12/22/2003 | 0.1881 | 54.30 | 9 | 10.21 |
| 685 | Western Samoa | 12/22/2003 | 0.2310 | 46.30 | 4 | 10.70 |
| **Grand Total:** | | | | **1,406.00** | **333** | **187.45** |

**LOCUS**
TELECOMMUNICATIONS, INC.

## OFFSET INVOICE

| | |
|---|---|
| Invoice Date: | 2/3/2003 |
| Invoice Number: | 12660 |
| Account Number: | 0200173 |

**BILL TO:**
**Sonera Corporation U.S**
Attn: Germaine
**FAX. 617-273-8444**

From To

Per




**Sonera** usage:
Dispute filed by Sonera
Net Usage Amount

**Locus** usage: 12/01/02-12/15/02
**Locus** usage: 12/16/02-12/31/02
Dispute Filed by Locus
Net Usage Amount

**Amount due to Locus (Sonera):** **($69,497.79)**

**02/07/03**

**PLEASE REMIT PAYMENT PAYABLE TO LOCUS**

**WIRE TO:**

| | |
|---|---|
| Bank Name: | **Citibank, N.A.** |
| Address: | 2071 Lemoine Ave.<br>Fort Lee, NJ 07024 |
| Tel: | 201-242-1407 |
| Account No: | 383731627 |
| Routhing No: | 021272655 |

**Authorized by:**

Date:

*Estee Choi*

Date: 02/03/03

**TERMS AND CONDITIONS**

-Please sign offset and reply before payment due date. Otherwise Locus will assume that you agree with above offset.

-Locus A/P won't be processed until all our A/R is cleared.

-Electronic signature is valid.

-Carrier may return offset invoice via facsmile or e-mail, which ever is preferred.

-Amount due specdifed here only stands for specified billing period.

**LOCUS**
TELECOMMUNICATIONS, INC.

**BILL TO:**

Sonera
Attn: Accounts Payable
5335 Wisconsin Avenue Suite 950
Washington, DC 20015

Invoice Date: 01/01/2003
Invoice Number: 12660
Account Number: 0200173

Billing Period: 12/01/2002 ~ 12/31/2002

| | |
|---|---|
| Previous Balance | $8,279.21 |
| Payments | $0.00 |
| Adjustments(Credit/Debit) | $0.00 |
| Late Payment Charge | $0.00 |
| **Total balance due from previous charges** | |
| Usage Charges | $8,754.97 |
| **Total balance due from current charges** | |
| **Total Amount Due** | **$17,034.18** |

**PAYMENT IS DUE UPON RECEIPT**
**PLEASE PAYMENT REMIT PAYABLE TO**
**LOCUS**

**LOCUS**
TELECOMMUNICATIONS, INC.

**WIRE TO:**

Bank Name: **Citibank, N.A**
Address: 2071 Lemoine Ave.
Fort Lee, NJ 07024
Tel.: 201.242.1407
Act No.: **383731627**
Routing No.: **021272655**

Invoice Date: 01/01/2003
Account Number: 0200173
Account Name: Sonera
Billing Period: 12/01/2002 ~ 12/31/2002

Total Due: 17,034.18
Amount Enclosed:
**Please pay by** **1/31/2003**

**Locus Telecommunications, Inc**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

## Call Summary Report By Country

Account # : 0200173

Invoice # : 12660

Bill Date: 01/01/2003

Page: 1 / 1

Billing Period: 12/01/2002 - 12/31/2002

| cc | Name | Start date | Rate | Minutes | Calls | Amount |
|---|---|---|---|---|---|---|
| 375 | Belarus | 12/01/2002 | 0.1578 | 111.70 | 13 | 17.63 |
| 375 | Belarus | 12/09/2002 | 0.1597 | 1.00 | 1 | 0.16 |
| 57 | Colombia | 12/01/2002 | 0.0750 | 14,351.30 | 1,748 | 1,076.35 |
| 57 | Colombia Cali | 12/01/2002 | 0.0385 | 100,343.10 | 9,308 | 3,863.21 |
| 20 | Egypt Alexandria | 12/01/2002 | 0.1475 | 325.80 | 101 | 48.06 |
| 30 | Greece cellular | 12/01/2002 | 0.0950 | 39,137.70 | 14,030 | 3,718.08 |
| 36 | Hungary cellular | 12/09/2002 | 0.1485 | 27.40 | 3 | 4.07 |
| 36 | Hungary cellular | 12/18/2002 | 0.1564 | 25.70 | 1 | 4.02 |
| 966 | Saudi Arabia cellular | 12/01/2002 | 0.1719 | 13.40 | 9 | 2.30 |
| 386 | Slovenia cellular | 12/01/2002 | 0.1362 | 154.90 | 90 | 21.10 |
| **Grand Total:** | | | | **154,492.00** | **25,304** | **8,754.97** |

**Locus Telecommunications**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Tel: (201) 947-6100 Fax: (201) 947-6108

# Invoice

Customer No.: INTERCOM, IN
Invoice No.: 17530

Bill To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

Ship To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/01/99 | Fedex Saver | Origin | C.O.D. |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 060199 | 06/01/99 | HOUSE - RODNEY OH | 14883 |

| Quantity Ordered | Quantity Shipped | Quantity B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 500 | 500 | | UNG-005 | UNI GOLD | 5.00 | 2500.00 |
| 500 | 500 | | UNG-010 | UNI GOLD | 10.00 | 5000.00 |
| 200 | 200 | | UNG-020 | UNI GOLD | 20.00 | 4000.00 |

| | |
|---|---|
| Invoice subtotal | 11500.00 |
| Discount | -4025.00 |
| Freight charges | 19.50 |
| Invoice total | 7494.50 |

Thank You For Your Business

Please make checks payable to: Locus Telecommunications, Inc.

**Locus Telecommunications**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Tel: (201) 947-6100 Fax: (201) 947-6108

# Invoice

Customer No.: INTERCOM, IN
Invoice No.: 29821

Bill To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

Ship To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/30/00 | Fedex Saver | Origin | Net 45 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 063000 | 06/30/00 | HOUSE - SANG W. SONG | 27459 |

| Quantity Ordered | Quantity Shipped | Quantity B/O | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4000 | 4000 | | UNW-005 | UNI WORLD | 5.00 | 20000.00 |
| 2000 | 2000 | | UNW-010 | UNI WORLD | 10.00 | 20000.00 |

| | |
|---|---|
| Invoice subtotal | 40000.00 |
| Discount | -12800.00 |
| Freight charges | 72.00 |
| Invoice total | 27272.00 |

Thank You For Your Business

Please make checks payable to: Locus Telecommunications, Inc.

**Locus Telecommunications**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Tel: (201) 947-6100 Fax: (201) 947-6108

# Invoice

Customer No.: INTERCOM, IN
Invoice No.: 39439

Bill To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

Ship To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/28/01 | Fedex Saver | Origin | COD - 45 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 062701 | 06/27/01 | HOUSE - JAMES JU | 37180 |

| Quantity Ordered | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 100 | 100 | | GOH-020 | GO HYANG SAN CHUN | 20.00 | 2000.00 |

| | |
|---|---|
| Invoice subtotal | 2000.00 |
| Discount | -700.00 |
| Freight charges | 0.60 |
| Invoice total | 1300.60 |

Thank You For Your Business

Please make checks payable to: Locus Telecommunications, Inc.

**Locus Telecommunications**
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Tel: (201) 947-6100 Fax: (201) 947-6108

# Invoice

Customer No.: INTERCOM, IN
Invoice No.: 49522

Bill To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

Ship To: **INTERCOM, INC.**
18023 HWY 99
SUITE I, BLDG. C
LYNNWOOD, WA 98037

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 06/25/02 | Fedex Saver | Origin | COD - 45 |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 06/25/02 | 06/25/02 | JH Choi | 47378 |

| Quantity Ordered | Quantity Shipped | B/O | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 29950 | 29950 | | UNS-005 | Uni Special $5 | 5.00 | 149750.00 |
| 5000 | 5000 | | UNS-010 | UNI Special $10 | 10.00 | 50000.00 |
| 500 | 500 | | UNS-020 | UNI Special $20 | 20.00 | 10000.00 |

| | |
|---|---|
| Invoice subtotal | 209750.00 |
| Discount | -71315.00 |
| Freight charges | 212.70 |
| Invoice total | 138647.70 |

Thank You For Your Business

Please make checks payable to: Locus Telecommunications, Inc.

LOCUS TELECOMMUNICATIONS, INC.

**Locus Telecommunications, Inc.**
111 Sylvan Avenue
Englewood Cliffs, NJ 07632
Phone: (201) 585-3600
Fax: (201) 947-6108

# INVOICE

| | |
|---|---|
| Invoice No. | I0017503 |
| Date | 06/30/2003 |
| Order No. | O0012743 |
| Shipper ID | S0013458 |
| Order Type | Sales Order |
| Customer Id | 11INTERCOM, INC |

| BILL TO: | SHIP TO: |
|---|---|
| INTERCOM, INC.<br>18023 HWY 99<br>LYNNWOOD WA 98037 | INTERCOM, INC.<br>18023 HWY 99<br>LYNNWOOD WA 98037 |

Note:

| F.O.B POINT | SHIP VIA | ORDERED BY | CUSTORMER P.O. NO. |
|---|---|---|---|
| | Fedex Standard Overnight | | |

| ORDER DATE | Terms | SALES PERSON | Site |
|---|---|---|---|
| 06/30/2003 | COD - Net 30 days | JH CHOI | NJ |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|
| NJ-005-N-1 UNG | 2,000 | EA | 2,000 | 5.00 | 35.00 | 6,500.00 |

UNI Gold $5

| | |
|---|---|
| Sales Total | 6,500.00 |
| Shipping Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | 6,500.00 |
| Less Paid Amount | 0.00 |
| TOTAL | 6,500.00 |

LOCUS TELECOMMUNICATIONS, INC

**Locus Telecommunications, Inc.**
111 Sylvan Avenue
Englewood Cliffs, NJ 07632
Phone: (201) 585-3600
Fax: (201) 947-6108

# INVOICE

| | |
|---|---|
| **Invoice No.** | I0031398 |
| **Date** | 06/30/2004 |
| **Order No.** | O0027274 |
| **Shipper ID** | S0028219 |
| **Order Type** | Sales Order |
| **Customer Id** | 11INTERCOM, INC |

| BILL TO: | SHIP TO: |
|---|---|
| INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 | INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 |

**Note:**

| F.O.B POINT | SHIP VIA | ORDERED BY | CUSTORMER P.O. NO. |
|---|---|---|---|
| | Fax In Activation Only | | |

| ORDER DATE | Terms | SALES PERSON | Site |
|---|---|---|---|
| 06/30/2004 | COD - Net 30 days | JH CHOI | NJ |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|
| NJ-005-P-1 VTWA<br>VICTORIA WA & OR $5 (Pin & Card) | 4,950 | EA | 4,950 | 5.00 | 34.00 | 16,335.00 |
| NJ-010-P-1 UUM<br>UNI UNO MAS $10(Pin & Card) | 100 | EA | 100 | 10.00 | 34.00 | 660.00 |
| NJ-010-P-1 VTWA<br>VICTORIA WA & OR $10(Pin & Card) | 200 | EA | 200 | 10.00 | 34.00 | 1,320.00 |
| NJ-010-P-1 UNL<br>UNI Latino $10(Pin & Card) | 200 | EA | 200 | 10.00 | 34.00 | 1,320.00 |
| NJ-005-P-1 UOL<br>UNI Oregon Local $5 (Pins & Cards) | 80 | EA | 80 | 5.00 | 35.00 | 260.00 |
| NJ-005-P-1 CORL<br>Caramba Oregon $5 (Pins & Cards) | 80 | EA | 80 | 5.00 | 35.00 | 260.00 |

| | |
|---|---|
| **Sales Total** | 46,555.00 |
| **Shipping Handling** | 0.00 |
| **Misc. Charges** | 0.00 |
| **Tax Total** | 0.00 |
| | **46,555.00** |
| **Less Paid Amount** | 0.00 |
| **TOTAL** | 46,555.00 |

LOCUS TELECOMMUNICATIONS, INC

**Locus Telecommunications, Inc.**
111 Sylvan Avenue
Englewood Cliffs, NJ 07632
Phone: (201) 585-3600
Fax: (201) 947-6108

## INVOICE

| | |
|---|---|
| **Invoice No.** | I0031398 |
| **Date** | 06/30/2004 |
| **Order No.** | O0027274 |
| **Shipper ID** | S0028219 |
| **Order Type** | Sales Order |
| **Customer Id** | 11INTERCOM, INC |

| BILL TO: | SHIP TO: |
|---|---|
| INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 | INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 |

**Note:**

| F.O.B POINT | SHIP VIA | ORDERED BY | CUSTORMER P.O. NO. |
|---|---|---|---|
| | Fax In Activation Only | | |

| ORDER DATE | Terms | SALES PERSON | Site |
|---|---|---|---|
| 06/30/2004 | COD - Net 30 days | JH CHOI | NJ |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|
| NJ-005-P-1 UNL<br>UNI Latino $5 (Pin & Card) | 8,000 | EA | 8,000 | 5.00 | 34.00 | 26,400.00 |

| | |
|---|---|
| **Sales Total** | 46,555.00 |
| **Shipping _Handling** | 0.00 |
| **Misc. Charges** | 0.00 |
| **Tax Total** | 0.00 |
| | **46,555.00** |
| **Less Paid Amount** | 0.00 |
| **TOTAL** | 46,555.00 |

LOCUS TELECOMMUNICATIONS, INC

**Locus Telecommunications, Inc.**
111 Sylvan Avenue
Englewood Cliffs, NJ 07632
Phone: (201) 585-3600
Fax: (201) 947-6108

## RETURN FOR CREDIT

| | |
|---|---|
| Invoice No. | IR001085 |
| Date | 06/30/2004 |
| Order No. | RM001124 |
| Shipper ID | SR001099 |
| Order Type | Return for Credit |
| Customer Id | 11INTERCOM, INC |

| BILL TO: | SHIP TO: |
|---|---|
| INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 | INTERCOM, INC.<br>19505 52nd AVE<br>LYNNWOOD WA 98036 |

Note:

| F.O.B POINT | SHIP VIA | ORDERED BY | CUSTORMER P.O. NO. |
|---|---|---|---|
| | Delivery | | |

| ORDER DATE | Terms | SALES PERSON | Site |
|---|---|---|---|
| 06/30/2004 | COD - Net 30 days | JH CHOI | NJ |

| PART NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | PRICE | DISC % | EXT. PRICE |
|---|---|---|---|---|---|---|
| NJ-005-N-1 UNC<br>UNI Connection $5 | -500 | EA | -500 | 5.00 | 34.00 | -1,650.00 |

| | |
|---|---|
| Sales Total | -1,650.00 |
| Shipping Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 0.00 |
| | -1,650.00 |
| Less Paid Amount | 0.00 |
| TOTAL | -1,650.00 |

**Locus Telecommunications Inc.**
**111 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

# INVOICE

# 21PRI 061205

December 6, 2006 Payment Due Date: 12/9/2006

Prime Time Wireless
1953 Concept Drive
Warren, Michigan 48091
Attn: Eddie Yacoub

| | | | |
|---|---|---|---|
| Previous Balance: | | $ | 84,625.90 |
| Payments Received: | Oct Usage Paymt & past due balanc | | (21,156.48) |
| | | | - |
| Approved Credits: | | | - |
| Remaining Balance: | | **$** | **63,469.42** |

Summary of Current Period Charges

| Usage Period | | 11/01/06 - 11/30/06 | | | |
|---|---|---|---|---|---|
| | | Units (Min) | Rate Per Sub / Unit | | |
| TDMA Units* | | 9,951 | $0.100 | $ | 995.10 |
| CDMA Units | | 774,985 | $0.100 | | 77,498.50 |
| GSM Units | | 11,208 | $0.100 | | 1,120.80 |
| | Total Units | 796,144 | | | 79,614.40 |
| Other charges | | | | | - |
| Credits for CDMA recharge | | 54,817 | $0.100 | | ($5,481.70) |
| Total Current Period Charges: | | | | $ | 74,132.70 |
| | | | **Balance Due:** | **$** | **137,602.12** |

** TDMA usage is based on weekly reports (10/30 - 12/5) and may be different from the actual usage based on the calendar month. Reconciliation will be done for TDMA on the next invoice using the actual results for the calendar month.*

Please mail payment to:

Locus Telecommunications Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632
Attn: Larry Polansky

COMMENT:

# D-2

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2004 or tax year beginning ________, 2004, ending ________, ________
► See separate instructions.

OMB No. 1545-0123
**2004**

A Check if:
1 Consolidated return (attach Form 851) ☐
2 Personal holding company (attach Schedule PH) ☐
3 Personal service corp (see instructions) ☐
4 Schedule M-3 required (attach Sch M-3) ☐

Use IRS label. Otherwise, print or type.

Name: LUNEX CORP.
Number, street, and room or suite number. If a P.O. box, see instructions: 108 W. WALNUT STREET, SUITE 221
City or town: CARSON  State: CA  ZIP code: 90248

B Employer identification number: 95-4890400
C Date incorporated: 12/10/01
D Total assets (see instructions): $ 375,803.

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | Line | Description | | Amount |
|---|---|---|---|---|
| INCOME | 1a | Gross receipts or sales 12,130,363. b Less returns & allowances 898. c Balance ► | 1c | 12,129,465. |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 11,735,391. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 394,074. |
| | 4 | Dividends (Schedule C, line 19) 12,284,141 | 4 | |
| | 5 | Interest | 5 | |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions — attach schedule) COMMISSION INCOME | 10 | 154,676. |
| | 11 | **Total income.** Add lines 3 through 10 ► | 11 | 548,750. |
| DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS) | 12 | Compensation of officers (Schedule E, line 4) | 12 | 162,834. |
| | 13 | Salaries and wages (less employment credits) | 13 | 80,246. |
| | 14 | Repairs and maintenance | 14 | 2,347. |
| | 15 | Bad debts | 15 | |
| | 16 | Rents | 16 | 31,151. |
| | 17 | Taxes and licenses | 17 | 32,020. |
| | 18 | Interest | 18 | |
| | 19 | Charitable contributions (see instructions for 10% limitation) | 19 | 100. |
| | 20 | Depreciation (attach Form 4562) 20 | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return 21a | 21b | |
| | 22 | Depletion | 22 | |
| | 23 | Advertising | 23 | 630. |
| | 24 | Pension, profit-sharing, etc, plans | 24 | |
| | 25 | Employee benefit programs | 25 | |
| | 26 | Other deductions (attach schedule) . See Other Deductions Statement | 26 | 143,018. |
| | 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 452,346. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 96,404. |
| | 29 | Less: a Net operating loss deduction (see instructions) 29a; b Special deductions (Schedule C, line 20) 29b | 29c | |
| TAX AND PAYMENTS | 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions if Sch C, line 12, was completed) | 30 | 96,404. |
| | 31 | **Total tax** (Schedule J, line 11) | 31 | 21,027. |
| | 32 | **Payments:** a 2003 overpayment credited to 2004 32a | | |
| | | b 2004 estimated tax payments 32b 11,500. | | |
| | | c Less 2004 refund applied for on Form 4466 32c; d Bal ► 32d 11,500. | | |
| | | e Tax deposited with Form 7004 32e | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) 32f | | |
| | | g Credit for federal tax on fuels (attach Form 4136). See instructions 32g | 32h | 11,500. |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☒ | 33 | 320. |
| | 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 9,847. |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 | Enter amount of line 35 you want: Credited to 2005 estimated tax ► Refunded ► | 36 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer ______ Date ______ ► SECRETARY Title

May the IRS discuss this return with the preparer shown below? (see instr) ☐ Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ► ______ Date ______ Check if self-employed ☐ Preparer's SSN or PTIN ______

Firm's Name (or yours if self-employed), address, and ZIP code ► Dae Jin Kim, CPA, 975 S. Vermont Ave. Ste. 202, Los Angeles CA 90006

EIN 95-4304319
Phone no.

Form 1120 (2004) LUNEX CORP. 95-4890400 Page 2

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 100,512. |
| 2 | Purchases | 2 | 11,655,171. |
| 3 | Cost of labor | 3 | |
| 4 | Additional Section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 11,755,683. |
| 7 | Inventory at end of year | 7 | 20,292. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 11,735,391. |

9a Check all methods used for valuing closing inventory:

(i) [X] Cost as described in Regulations section 1.471-3

(ii) [ ] Lower of cost or market as described in Regulations section 1.471-4

(iii) [ ] Other (specify method used and attach explanation.) ►

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ► [ ]

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► [ ]

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? [ ] Yes [X] No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation [ ] Yes [X] No

## Schedule C Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs that are subject to the 100% deduction | | 100 | |
| 12 | Dividends from controlled foreign corporations subject to the 85% deduction (attach Form 8895) | | 85 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ► | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ► | | | |

## Schedule E Compensation of Officers (see instructions for page 1, line 12)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| PAUL M. YUN | 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 | 100.0 % | 0.0 % | % | 7,834. |
| MIJA C. YONG | 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 | 100.0 % | 90.0 % | % | 45,000. |
| JUNG H. YONG | 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 | 100.0 % | 10.0 % | % | 110,000. |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | 162,834. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | 162,834. |

## Schedule J Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ► ☐ **Important:** Members of a controlled group, see instructions | | |
| 2a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, & $9,925,000 taxable income brackets (in that order): (1) $ (2) $ (3) $ | | |
| b | Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ (2) Additional 3% tax (not more than $100,000) $ | | |
| 3 | Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see instructions) ► ☐ | 3 | 21,027. |
| 4 | Alternative minimum tax (attach Form 4626) | 4 | |
| 5 | Add lines 3 and 4 | 5 | 21,027. |
| 6a | Foreign tax credit (attach Form 1118) — 6a | | |
| b | Possessions tax credit (attach Form 5735) — 6b | | |
| c | Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) — 6c | | |
| d | General business credit. Check box(es) and indicate which forms are attached. ☐ Form 3800 ☐ Form(s) (specify) ► — 6d | | |
| e | Credit for prior year minimum tax (attach Form 8827) — 6e | | |
| f | Qualified zone academy bond credit (attach Form 8860) — 6f | | |
| 7 | **Total credits.** Add lines 6a through 6f | 7 | |
| 8 | Subtract line 7 from line 5 | 8 | 21,027. |
| 9 | Personal holding company tax (attach Schedule PH (Form 1120)) | 9 | |
| 10 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | 10 | |
| 11 | **Total tax.** Add lines 8 through 10. Enter here and page 1, line 31 | 11 | 21,027. |

## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash b ☒ Accrual c ☐ Other (specify) ► | | |
| 2 | See the instructions and enter the: a Business activity code no. ► 423600 b Business activity ► WHOLESALES c Product or service ► CELLULAR PHONE & ACCESSORIES | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | X |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If 'Yes,' enter name and EIN of the parent corporation ► | | X |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If 'Yes,' attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter % owned ► 90.00 See Ques 5 Stmt | X | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) If 'Yes,' file Form 5452, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? If 'Yes,' enter: (a) Percentage owned ► and (b) Owner's country ► c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ► | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ► ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ 0. | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 75 or fewer) ► 2 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ► ☐ If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3)(i) or (ii) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ► $ | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ► $ | | X |

**Note:** *If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach* **Schedule N (Form 1120)**, *Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

Form 1120 (2004) LUNEX CORP. 95-4890400 Page 4

**Note:** *The corporation is not required to complete Schedules L, M-1 and M-2 if Question 13 on Schedule K is answered 'Yes.'*

## Schedule L Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | -3,420. | | 271,579. |
| 2a Trade notes and accounts receivable | 211,399. | | 78,166. | |
| b Less allowance for bad debts | | 211,399. | | 78,166. |
| 3 Inventories | | 100,512. | | 20,292. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) . . Ln 6 Stmt | | | | 35. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach schedule) . . . . Ln 14 Stmt | | 1,553. | | 5,731. |
| 15 Total assets | | 310,044. | | 375,803. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 167,708. | | 96,676. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) . . Ln 18 Stmt | | 14,137. | | 14,714. |
| 19 Loans from shareholders | | 51,000. | | 103,000. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 6,000. | 6,000. | 6,000. | 6,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Approp (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | 71,199. | | 155,413. |
| 26 Adjmt to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 310,044. | | 375,803. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income per Return (see instructions)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 84,214. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ 0. | 0. |
| 2 Federal income tax per books | 9,989. | | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation . $ | |
| a Depreciation . . . . $ | | b Charitable contribns $ | |
| b Charitable contributions . $ | | | |
| c Travel & entertainment . $ 1,932. | | | |
| See Ln 5 Stmt 269. | 2,201. | 9 Add lines 7 and 8 | 0. |
| 6 Add lines 1 through 5 | 96,404. | 10 Income (page 1, line 28) — line 6 less line 9 | 96,404. |

## Schedule M-2 Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 71,199. | 5 Distributions . . . a Cash | |
| 2 Net income (loss) per books | 84,214. | b Stock | |
| | | c Property | |
| 3 Other increases (itemize): | | 6 Other decreases (itemize): | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | 155,413. | 8 Balance at end of year (line 4 less line 7) | 155,413. |

CPCA0234 12/21/04 Form 1120 (2004)

Form **1120S** — Department of the Treasury, Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has timely filed Form 2553 to elect to be an S corporation.

▶ See separate instructions.

OMB No. 1545-0130 — **2004**

For calendar year 2004, or tax year beginning , and ending

| | | |
|---|---|---|
| A Effective date of S election: 1/16/96 | Name: INTERCOM, INC | C Employer identification number: 91-1706372 |
| B Business code number (see pages 36-38 of the instr.): 421990 | Number, street, and room or suite no.: 19505 52ND AVE W #A | D Date incorporated: 1/16/1996 |
| | City or town, state, and ZIP code: LYNNWOOD WA 98036 | E Total assets (see page 12 of instructions): $ 2,602,979 |

F Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

G Enter number of shareholders in the corporation at end of the tax year ▶ 2

Caution: Include only trade or business income and expenses on lines 1a through 21. See page 13 of the instructions for more information.

| Section | Line | Description | | Amount |
|---|---|---|---|---|
| Income | 1a | Gross rcpt. or sales 22,484,863 b Less rtn. and allowances c Bal ▶ | 1c | 22,484,863 |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 19,978,645 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,506,218 |
| | 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (attach schedule) See Stmt 1 | 5 | 960 |
| | 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | 2,507,178 |
| Deductions (see page 14 of the instructions for limitations) | 7 | Compensation of officers | 7 | 130,000 |
| | 8 | Salaries and wages (less employment credits) | 8 | 208,095 |
| | 9 | Repairs and maintenance | 9 | 1,139 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 72,000 |
| | 12 | Taxes and licenses | 12 | 97,055 |
| | 13 | Interest | 13 | |
| | 14a | Depreciation (attach Form 4562) 14a 5,567 | | |
| | b | Depreciation claimed on Schedule A and elsewhere on return 14b | | |
| | c | Subtract line 14b from line 14a | 14c | 5,567 |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising | 16 | 43,334 |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | 28,241 |
| | 19 | Other deductions (attach schedule) See Stmt 2 | 19 | 1,318,165 |
| | 20 | Total deductions. Add the amounts shown in the far right column for lines 7 through 19 ▶ | 20 | 1,903,596 |
| | 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 603,582 |
| Tax and Payments | 22 | Tax: a Excess net passive income tax (attach schedule) 22a | | |
| | b | Tax from Schedule D (Form 1120S) 22b | | |
| | c | Add lines 22a and 22b (see page 18 of the instructions for additional taxes) | 22c | |
| | 23 | Payments: a 2004 estimated tax payments and amount applied from 2003 return 23a | | |
| | b | Tax deposited with Form 7004 23b | | |
| | c | Credit for Federal tax paid on fuels (attach Form 4136) 23c | | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see page 18 of instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| | 25 | Tax due. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount of line 26 you want: Credited to 2005 estimated tax ▶ Refunded ▶ | 27 | |

FILE COPY

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

▶ Signature of officer — Date ▶ Title

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ [signature] | Date 3/11/05 | Check if self-employed ☐ | Preparer's SSN or PTIN P00412159 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ Alisa S. Na, CPA, 22727 Hwy 99 Ste 101, Edmonds, WA 98026 | | | EIN 91-2017880; Phone no. 425-744-2742 |

DEC-05-2006 01:53 PM KIM,Kenney 425+743+4183 P.02

# D-3

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Jung Y. Kim

Address 6410 Atlantic Blvd. #150
Norcross, GA 30071.

FUTURE EXPO, INC.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ___________

Print Name S K JUN

Address 75 UNION AVE
RUTHERFORD, NJ 07070

TRI-PILLAR, INC.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 ~~and currently~~, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature BY: [signature] ~~EX-PRESIDENT~~

Print Name ADVANCED TELECOM SOLUTIONS, INC.

Address 345 S. FIGUEROA ST. STE. M1

LOS ANGELES, CA 90071

ADVANCED TELECOM SOLUTIONS

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ____________________

Print Name Jae Kim

Address 110 E. La habra Blvd suite 100
La Habra, CA 90631

STAR TELECOM

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name GERALD JC KANG

Address 935 Dillingham BLVD #8
Honolulu, HI 96825

HONOLULU CANDY

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Hyung Yun

Address 2157 Admiral Wilson Blvd

Camden NJ 08109

SUN WHOLESALE, INC.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name James Ju

Address 1355 15th St. #210

Fort Lee, NJ 07024

Ve Nice Co.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. Currently we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature Rafat Mohd

Print Name RAFAT MOHD

Address 3576 Chamblee Tucker Rd, Suite A
Atlanta, GA 30341

HELLO TEL. INVESTMENT, INC.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Young Kim

Address 1364 E. Omaha Ave
Fresno CA 93720

KIM'S SUPPLY

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name BRIAN ANN

Address 2140 W. Olympic #328
L. A. CA 90006

CALLPLUS INT'L

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature Abdoul A Jobah

Print Name ABDUL JOBAH

Address 1200 California Ave
Bakersfield, CA 93304

Discount Comm

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Kyong Su Kwon.

Address 12 Holston Hills Rd.
Henderson, NV. 89052.

PAYLESS LINK

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States,* Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name JIN PARK

Address 3570 N. Avondale Ave
Chicago, IL 60618

DEBIT CONNECTION

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Company Name THE Phone Card Warehouse.

Print Name TINO PATEL

Address 10376 E. Colonial Drive.

Orlando, FL 32817

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern;

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name HIMANSHU C SHAH

Address 192-11 UNION TPKG
Flushing NY 11366

Ambe Sports Cards Inc.
192-11 Union Turnpike
Flushing, NY 11366
(718) 736-1100
Fax (718) 736-1140

Ambe Sports Card, Inc.

Locus Telecommunications, Inc.
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2006, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C.§6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Jin Y. Koh

Address 6281 BEACH BLVD #312
BUENA PARK, CA 90621

United Telecom Group, Inc.

Locus Telecommunications, Inc.
111 Sylvan Ave.
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. §6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in locus Communications, Inc. *v.* United States, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Jin Y Koh

Address 6280 Manchester Blvd
Buena Park CA 90621

Unitel Network, Inc.

# Fax

1200 California Ave
Bakersfield,CA 93304
(661)859-1173
Fax (661)859-1228

| | |
|---|---|
| Send to: Locus. | From: Tracy |
| Attention: Debbie Cho | Date: 6/15/06 |
| Office Location: NJ | Office Location: Bakersfield Ca |
| Fax Number: 201 947 6108 | Phone Number: (661)859-1173 |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☒ For your Information

Total pages, including cover: 2

**Comments:**

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name ABDUL SOBAH

Address 1200 California Ave
Bakersfield Ca. 93304

CRISTEL TELECOM

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ______

Print Name UK Han

Address 19505 52nd Ave W.
Lynnwood, WA 98036

INTERCOM

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name KYUNG T CHANG

Address 8127 Robertson Dr.
Frisco, TX 75034

Unicom

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Jay Lee

Address 7771 Stanton Ave
Buena Park, CA 90620

KDI DISTRIBUTION, INC.

TOTAL P.03

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ____________

Print Name SOO HONG LEE

Address LBInternational
847-G Quince Orchard Blvd
Gaithersburg, MD 20878
(301) 212-9891

LB INTERNATIONAL

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature Fadi Salim

Print Name FADI SALIM

Address 178 lakeview Ave
clifton NJ 07011

Millennium Telecom

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ____________

Print Name S K JUN

Address 75 UNION AVE

RUTHERFORD, NJ 07070

TRI-PILLAR, INC.

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Sing Won Lee

Address CCP 389 Passaic Ave
Fairfield NJ 07801

Calling Card Plus

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature [signature]

Print Name Young O Kim

Address 144 Tremont St
Boston MA 02111

Boston Phonecard Wholesale

Locus Telecommunications, Inc.
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

Attn: Sam Lee, Controller, Director of Accounting

To whom it may concern:

Our company provides pre-paid calling cards to various entities and the general members of the public. At various times since 2001 and currently, we have purchased from Locus the supplies of the pre-paid cards we sell.

We understand that Locus has filed for refunds of the federal excise taxes paid on the communications services it provides by means of the prepaid cards we sell and that it has claims pending before the United States Court of Federal Claims in connection with these refunds.

Being duly authorized on behalf of our company and as provided for in 26 U.S.C. § 6415(a), this letter constitutes the company's irrevocable consent that Locus recover the refunds of the federal excise taxes for which it has filed with the Internal Revenue Service and for which it has claims pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Very truly yours,

Signature ________________

Print Name CHONG S. LEE

Address 5766 N. 5th St.

PHILADELPHIA, PA 19120

NEWTEL USA, INC.

# D-4

To Whom It May Concern::

Locus would like to take a moment to thank you for being a valued customer and to inform you on recent changes affecting our tax liabilities.

As you know, we do not separately charge taxes and other surcharges for sales of our products. Locus assumes these taxes and surcharges on behalf of our customers and pays the proper taxing agencies or assessors. Since the start of operations, Locus has paid the federal excise tax (FET) to the Internal Revenue Service (IRS) with respect to the prepaid telephone cards we sell to our distributor customers.

Within the last few years, Locus has been researching the current tax code to challenge the collection of the FET. This has led our company to initiate a claim against IRS for a possible refund. At the same time, a string of court decisions has been handed down that states the FET does not apply to certain telecommunications services unless the charges are based on both distance and duration. The communications services Locus provides, by means of prepaid cards, are based only on the duration of the calls made. Hence Locus strongly believes the FET does not apply to these communications services.

As a result, Locus has filed a claim with the IRS for refunds of the FET that our company has paid since 2001. A review of Locus' claim is pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Attached is a letter that simply reaffirms that because Locus' sales prices do not include taxes nor does Locus otherwise separately charge taxes on its sales and hence does not collect the FET on top of the value of each prepaid card that we sell, we are requesting these facts simply be acknowledged by printing the letter on your letterhead, sign, date and return. The signed letter will assist Locus with our pending case by expediting the process of receiving a possible refund of the FET even though the matter is still being decided by the IRS.

Your cooperation in assisting Locus recover our federal excise tax is greatly appreciated. If you have any questions or concerns, please call your sales executive for further assistance.

Best Regards,

Sam Lee, Controller
Locus Telecommunications, Inc.
111 Sylvan Ave
Englewood Cliffs, NJ 07632

Tel. 201-585-3633
Email samlee@locus.net

LOCUS
TELECOMMUNICATIONS, INC.

To Whom It May Concern :

Locus would like to take a moment to thank you for being a valued customer and to inform you on recent changes affecting our tax liabilities.

As you know, we do not separately charge taxes and other surcharges for sales of our products. Locus assumes these taxes and surcharges on behalf of our customers and pays the proper taxing agencies or assessors. Since the start of operations, Locus has paid the federal excise tax (FET) to the Internal Revenue Service (IRS) with respect to the prepaid telephone cards we sell to our distributor customers.

Within the last few years, Locus has been researching the current tax code to challenge the collection of the FET. This has led our company to initiate a claim against IRS for a possible refund. At the same time, a string of court decisions has been handed down that states the FET does not apply to certain telecommunications services unless the charges are based on both distance and duration. The communications services Locus provides, by means of prepaid cards, are based only on the duration of the calls made. Hence Locus strongly believes the FET does not apply to these communications services.

As a result, Locus has filed a claim with the IRS for refunds of the FET that our company has paid since 2001. A review of Locus' claim is pending before the United States Court of Federal Claims in *Locus Communications, Inc. v. United States*, Case No. 1:05-cv-1184T.

Attached is a letter that simply reaffirms that because Locus' sales prices do not include taxes nor does Locus otherwise separately charge taxes on its sales and hence does not collect the FET on top of the value of each prepaid card that we sell, we are requesting these facts simply be acknowledged by printing the letter on your letterhead, sign, date and return. The signed letter will assist Locus with our pending case by expediting the process of receiving a possible refund of the FET even though the matter is still being decided by the IRS.

Your cooperation in assisting Locus recover our federal excise tax is greatly appreciated. If you have any questions or concerns, please call your sales executive for further assistance.

Best Regards,

Sam Lee, Controller
Locus Telecommunications, Inc.
111 Sylvan Ave
Englewood Cliffs, NJ 07632

Tel. 201-585-3633
Email samlee@locus.net

LOCUS
TELECOMMUNICATIONS, INC.

LB International
847 G. Quince Orchard
Gaithersburg, MD 20878

Dear Mr. Soo Hong Lee:

We are responding to your inquiry in regards to the federal excise tax letter and consent form mailed to your company in May of this year. To clarify our request, we are confirming that LB International will not assume any liability for the federal excise tax (FET) by signing the consent form.

If you have any questions, please contact me or your Locus sales representative.

Best regards,

Sam Lee,
Controller

**Locus Telecommunications, Inc.**
*Headquarters*
111 Sylvan Avenue Tel 201.585.3600
Englewood Cliffs, NJ 07632 Fax 201.947.6108

*www.locustelecom.com*
*Los Angeles Offices*
10600 Shoemaker Avenue, Suite C Tel 562.944.3133
Santa Fe Springs, CA 90670 Fax 562.944.3242