# E

# E-1


MORE Minutes
GREAT Rates
NO Hidden Fees
What YOU SEE Is What YOU GET
VIVA
PREPAID WIRELESS
VIVA℠ PREPAID WIRELESS
✔ SERVICE PROVIDED ON THE MOST RELIABLE WIRELESS NETWORK IN THE NATION*
✔ FREE LONG DISTANCE ANYWHERE THROUGHOUT THE U.S.A.
✔ FREE INTERNATIONAL LONG DISTANCE TO 50+ PRE-SELECTED COUNTRIES
U.K.
Nights & Weekends
9¢ a minute
www.VIVA-Wireless.com
LOCUS


CallPlus® Wireless
Did you hear?!?
Rates 15¢
FREE International Long Distance
Free long distance within the U.S.A. and to over 50 countries*
Live, multi-lingual customer service plus 24-hour automated assistance
No deposits, credit checks or contracts to sign
Bonus More Minutes
NEW
NEW
Card Price: $10 $20 $30 $40 $50
Airtime Rate per Minute: 25¢ 22¢ 19¢ 15¢ 15¢
Anytime Minutes Included: 40 90 157 266 333
Ericsson
Panasonic
Nokia 5165
Nokia

CallPlus




# CallPlus

**Toll Free Access**
PREPAID CALLING CARD

NO CONNECTION FEE

4.4¢/min.

**INDIA** — 83 -$10 min.
Bangalore, Bombay, Hydrabad, Madras, New Delhi
41min.-$5 167min.-$20

**VIETNAM** — 60 -$20 min.
15min.-$5 30min.-$10

**CAMBODIA** — 31 -$10 min.
13min.-$5 61min.-$20

**CHINA** — 325 -$10 min.
160min.-$5 649min.-$20

**PHILIPPINES** — 67 -$10 min.
34min.-$5 136min.-$20

**SOUTH KOREA** — 4.9¢/min.

**BANGLADESH** — 130 min-$10
8¢ 64 min.-$5 262 min.-$20

**HONG KONG** — 211 min-$10
5¢ 106 min.-$5 424 min.-$20

**INDONESIA** — 190 min-$10
5¢ 94 min.-$5 382 min.-$20

**IRAN** — 163 min-$10
6¢ 82 min.-$5 328 min.-$20

**ISRAEL** — 185 min-$10
5¢ 82 min.-$5 368 min.-$20

**JAPAN** — 221 min-$10
5¢ 110 min.-$5 443 min.-$20

**JORDAN** — 60 min-$10
16¢ 30 min.-$5 120 min.-$20

| COUNTRY | /min. | $5 | $10 | $20 |
|---|---|---|---|---|
| AMERICAN SAMOA | 14¢ | 34 | | 142 |
| ARGENTINA | 8¢ | 61 | | 250 |
| -Buenos Aires | 5¢ | 91 | | 370 |
| ARMENIA | 17¢ | 30 | | 120 |
| -Yerevan | 12¢ | 40 | | 163 |
| AUSTRALIA & AUSTRIA | 5¢ | 106 | | 424 |
| AZERBAIJAN | 24¢ | 20 | | 83 |
| BAHAMAS | 12¢ | 40 | | 166 |
| BAHRAIN | 21¢ | 23 | | 95 |
| BANGLADESH | 18¢ | 26 | | 107 |
| BARBADOS & BELARUS | 28¢ | 16 | | 70 |
| BELGIUM | 5¢ | 106 | | 424 |
| BELIZE & BENIN | 24¢ | 20 | | 83 |
| BERMUDA | 12¢ | 40 | | 168 |
| BHUTAN | 18¢ | 26 | | 107 |
| BOLIVIA | 24¢ | 20 | | 83 |
| -Cochabamba, La Paz, Santa Cruz | 14¢ | 34 | | 142 |
| BOSNIA and Herzegovina | 24¢ | 20 | | 83 |
| BOTSWANA | 17¢ | 30 | | 120 |
| BRAZIL | 14¢ | 34 | | 142 |
| -Rio Dejanero, Sao Paulo | 8¢ | 61 | | 250 |
| BRUNEI | 9¢ | 53 | | 215 |
| BULGARIA | 10¢ | 47 | | 191 |
| -Sophia | 5¢ | 92 | | 368 |
| CAMEROON | 33¢ | 15 | | 60 |
| CANADA | 5¢ | 106 | | 424 |
| CHILE | 7¢ | 70 | | 283 |
| COLOMBIA | 14¢ | 34 | | 142 |
| COSTA RICA | 11¢ | 46 | | 190 |
| CROATIA | 7¢ | 76 | | 304 |
| CYPRUS | 8¢ | 64 | | 259 |
| CZECH REPUBLIC | 5¢ | 110 | | 443 |
| DENMARK | 5¢ | 106 | | 424 |
| DOMINICAN REPUBLIC | 11¢ | 45 | | 180 |
| ECUADOR | 24¢ | [illegible] | | 83 |
| EGYPT | 28¢ | 16 | | 70 |
| EL SALVADOR | 19¢ | 25 | | 106 |
| ESTONIA | [illegible] | 110 | | 443 |
| FIJI ISLANDS | [illegible] | 17 | | 71 |
| FINLAND | [illegible] | 91 | | 370 |
| FRANCE | [illegible] | [illegible] | | 424 |
| GABON REPUBLIC | [illegible] | 20 | | 83 |
| GAMBIA | [illegible] | 16 | | 70 |
| GEORGIA | [illegible] | 64 | | 262 |
| GERMANY | [illegible] | 106 | | 424 |
| GHANA | 19¢ | 25 | | 106 |
| GREECE | 5¢ | 91 | | 367 |
| GUAM | 8¢ | 61 | | 250 |
| GUATEMALA | 21¢ | 22 | | 94 |
| GUINEA | 21¢ | 22 | | 94 |
| HAITI | 24¢ | 20 | | 83 |
| HONDURAS | 42¢ | 10 | | 46 |
| HUNGARY | 6¢ | 86 | | 347 |
| INDIA | 16¢ | 30 | | 120 |
| INDONESIA | 10¢ | 51 | | 207 |
| IRAN | 12¢ | 40 | | 163 |
| IRAQ | 42¢ | 10 | | 46 |
| IRELAND & ITALY | 5¢ | 106 | | 424 |
| IVORY COAST | 24¢ | 20 | | 83 |
| JAMAICA | 21¢ | 22 | | 94 |
| KAZAKHSTAN & KYRGYSTAN | 19¢ | 25 | | 106 |
| KENYA | 21¢ | 22 | | 94 |
| KUWAIT | 11¢ | 46 | | 184 |
| LATVIA | 19¢ | 25 | | 106 |
| LEBANON | 15¢ | 33 | | 135 |

| COUNTRY | /min. | $5 | $10 | $20 |
|---|---|---|---|---|
| LESOTHO & LIBERIA | 17¢ | 30 | | 120 |
| LIBYA & LITHUANIA | 17¢ | 30 | | 120 |
| MACAO | 12¢ | 40 | | 166 |
| MALAWI & MALTA | 14¢ | 34 | | 142 |
| MEXICO | 17¢ | 30 | | 120 |
| MEXICO City, Guadalajara, Monterrey | 8¢ | 61 | | 250 |
| MOLDOVA | 14¢ | 34 | | 142 |
| MONACO | 11¢ | [illegible] | | 190 |
| MONGOLIA | 15¢ | [illegible] | | 131 |
| MOROCCO | 33¢ | 15 | | 60 |
| MYANMAR(BURMA) | 42[illegible] | [illegible] | | 47 |
| NAMIBIA | [illegible] | [illegible] | | 94 |
| NETHERLANDS & NEW ZEALAND | [illegible] | [illegible] | | 424 |
| NICARAGUA | [illegible] | [illegible] | | 83 |
| NIGERIA | [illegible] | 20 | | 83 |
| NORWAY | [illegible] | 106 | | 424 |
| OMAN | 42¢ | 10 | | 46 |
| PAKISTAN | [illegible] | 20 | | 80 |
| PANAMA | 24¢ | 20 | | 83 |
| PARAGUAY | 21¢ | 22 | | 94 |
| -Asuncion | 14¢ | 34 | | 142 |
| PERU | 17¢ | 30 | | 120 |
| -Lima | 7¢ | 70 | | 283 |
| PHILIPPINES | 15¢ | 34 | | 136 |
| POLAND | 5¢ | 91 | | 367 |
| PORTUGAL | 5¢ | 91 | | 367 |
| PUERTO RICO | 8¢ | 61 | | 250 |
| QATAR | 42¢ | 10 | | 46 |
| ROMANIA | 14¢ | 36 | | 144 |
| -Bucharest | 8¢ | 61 | | 250 |
| RUSSIA | 8¢ | 64 | | 262 |
| -Moscow, St. Petersburg | 5¢ | 110 | | 443 |
| RWANDA | 24¢ | 20 | | 83 |
| SAIPAN (N. Mariana) & SAN MARINO | 11¢ | 46 | | 190 |
| SAUDI ARABIA | 28¢ | 16 | | 70 |
| SENEGAL REPUBLIC | 28¢ | 16 | | 70 |
| SLOVAKIA & SLOVENIA | 8¢ | 65 | | 263 |
| SOUTH AFRICA | 12¢ | 40 | | 166 |
| SPAIN | 5¢ | 91 | | 370 |
| SRI LANKA | 24¢ | 20 | | 83 |
| SUDAN | 24¢ | 20 | | 83 |
| SWEDEN & SWITZERLAND | 5¢ | 106 | | 424 |
| SYRIA | 42¢ | 11 | | 47 |
| TAJIKISTAN & TURKMENISTAN | 28¢ | 16 | | 70 |
| THAILAND | 14¢ | 36 | | 144 |
| TONGA ISLANDS | 42¢ | 11 | | 47 |
| TRINIDAD & TOBAGO | 17¢ | 30 | | 120 |
| TUNISIA | 33¢ | 15 | | 60 |
| TURKEY | 19¢ | 25 | | 106 |
| -Istanbul | 9¢ | 56 | | 230 |
| UGANDA | 21¢ | 22 | | 94 |
| UKRAINE | 16¢ | 31 | | 124 |
| -Kiev | 10¢ | 50 | | 203 |
| UNITED ARAB EMIRATES | 28¢ | 16 | | 70 |
| UNITED KINGDOM | 5¢ | 91 | | 370 |
| URUGUAY | 24¢ | 20 | | 83 |
| UZBEKISTAN | 17¢ | 30 | | 120 |
| VENEZUELA | 14¢ | 34 | | 142 |
| -Caracas | 8¢ | 61 | | 250 |
| VIRGIN ISLANDS | 8¢ | 61 | | 250 |
| YEMEN | 24¢ | 20 | | 80 |
| YUGOSLAVIA | 19¢ | 25 | | 106 |
| ZAMBIA | 14¢ | 34 | | 142 |
| ZIMBABWE | 12¢ | 40 | | 166 |

Great Low Rates

**LAOS** — 48 min-$10
20¢ 24 min.-$5 96 min.-$20

**MALAYSIA** — 221 min-$10
5¢ 110 min.-$5 443 min.-$20

**PAKISTAN** — 41 min-$10
24¢ 20 min.-$5 80 min.-$20

**SAUDI ARABIA** — 120 min-$10
Jeddah, Riyadh
8¢ 60 min.-$5 240 min.-$20

**SINGAPORE** — 307 min-$10
3¢ 151 min.-$5 613 min.-$20

**TAIWAN** — 211 min-$10
5¢ 106 min.-$5 424 min.-$20

**THAILAND** — 144 min-$10
Bangkok
7¢ 72 min.-$5 288 min.-$20

Find our entire line of CallPlus wireless products and calling cards at www.callplus.com!

By using this Card, you agree to the following: Rates and fees vary and are subject to change. Rates are higher for international cellular, Alaska and Hawaii termination. Higher rates apply to calls originated from Alaska, Hawaii, Canada, Puerto Rico and US Virgin Islands. Calls are billed in three min. increments. A post call fee applies after each call as low as one cent, and not to exceed two dollars, depending upon country called. All calls made from a payphone are subject to a 65¢ charge. 49¢ semi-monthly charge applies after first day. Advertised and announced minutes are based on per-minute rates, before fees and surcharges are applied. Calls to directory assistance incur $1.50 charge (max. duration 3 min.). Locus is not responsible for lost, stolen or unauthorized use of PIN. This card has no value, is non-refundable. This card expires 180 days after the date of first use. Network service provider's liability shall be limited to an amount equal to the value of this Card. In no event will the provider be liable for punitive, special, indirect, reliance, incidental or consequential damages. The exclusive remedy for all disputes against the provider arising out of purchase or use of Card, except for matters taken to small claims court, is arbitration by a single arbitrator under the Consumer Arbitration Rules of the AAA. Disputes against the provider will not be heard by a jury or in a court and may not be made part of a class action. Network services provided by Locus Telecommunications, Inc. Effective Date: 05/28/2003.

LOCUS
TELECOMMUNICATIONS, INC.

# CallPlus® Wireless

*Did you hear?!?*

**Rates 15¢**

**FREE International Long Distance**



- *Free long distance within the U.S.A. and to over 50 countries**
- *Live, multi-lingual customer service plus 24-hour automated assistance*
- *No deposits, credit checks or contracts to sign*

Bonus More Minutes

| Card Price | $10 NEW | $20 NEW | $30 | $40 | $50 |
|---|---|---|---|---|---|
| Airtime Rate per Minute | 25¢ | 22¢ | 19¢ | 15¢ | 15¢ |
| Anytime Minutes Included | 40 | 90 | 157 | 266 | 333 |



Ericsson R300 | Panasonic TX320 | Nokia 5165 | Nokia 5180 | Nokia 3360 | Nokia 1260 | Motorola V60

CONFIDENTIAL
LOC000016




CONFIDENTIAL
LOC000017

CallPlus




# CallPlus

**Toll Free Access**
**PREPAID CALLING CARD**

NO CONNECTION FEE

**4.4 ¢/min.**

**INDIA** - Bangalore, Bombay, Hydrabad, Madras, New Delhi
**83** - $10 min.
41min.-$5 167min.-$20

**VIETNAM**
**60** - $20 min.
15min.-$5 30min.-$10

**CAMBODIA**
**31** - $10 min.
13min.-$5 61min.-$20

**CHINA**
**325** - $10 min.
160min.-$5 649min.-$20

**PHILIPPINES**
**67** - $10 min.
34min.-$5 136min.-$20

**SOUTH KOREA**
**4.9 ¢/min.**

**BANGLADESH** Dhaka
**130** min-$10
8¢ 64 min.-$5 262 min.-$20

**HONG KONG**
**211** min-$10
5¢ 106 min.-$5 424 min.-$20

**INDONESIA** Jakarta
**190** min-$10
5¢ 94 min.-$5 382 min.-$20

**IRAN** Tehran
**163** min-$10
6¢ 82 min.-$5 328 min.-$20

**ISRAEL**
**185** min-$10
5¢ 92 min.-$5 368 min.-$20

**JAPAN**
**221** min-$10
5¢ 110 min.-$5 443 min.-$20

**JORDAN**
**60** min-$10
16¢ 30 min.-$5 120 min.-$20

| COUNTRY | /min. | $5 | $10 | $20 |
|---|---|---|---|---|
| AMERICAN SAMOA | 14¢ | 34 | | 142 |
| ARGENTINA | 8¢ | 61 | | 250 |
| -Buenos Aires | 5¢ | 91 | | 370 |
| ARMENIA | 17¢ | 30 | | 120 |
| -Yerevan | 12¢ | 40 | | 163 |
| AUSTRALIA & AUSTRIA | 5¢ | 106 | | 424 |
| AZERBAIJAN | 24¢ | 20 | | 83 |
| BAHAMAS | 12¢ | 40 | | 166 |
| BAHRAIN | 21¢ | 23 | | 95 |
| BANGLADESH | 18¢ | 26 | | 107 |
| BARBADOS & BELARUS | 28¢ | 16 | | 70 |
| BELGIUM | 5¢ | 106 | | 424 |
| BELIZE & BENIN | 24¢ | 20 | | 83 |
| BERMUDA | 12¢ | 40 | | 166 |
| BHUTAN | 18¢ | 26 | | 107 |
| BOLIVIA | 24¢ | 20 | | 83 |
| -Cochabamba, La Paz, Santa Cruz | 14¢ | 34 | | 142 |
| BOSNIA and Herzegovina | 24¢ | 20 | | 83 |
| BOTSWANA | 17¢ | 30 | | 120 |
| BRAZIL | 14¢ | 34 | | 142 |
| -Rio Dejanero, Sao Paulo | 8¢ | 61 | | 250 |
| BRUNEI | 9¢ | 53 | | 215 |
| BULGARIA | 10¢ | 47 | | 191 |
| -Sophia | 5¢ | 92 | | 368 |
| CAMEROON | 33¢ | 15 | | 60 |
| CANADA | 5¢ | 106 | | 424 |
| CHILE | 7¢ | 70 | | 283 |
| COLOMBIA | 14¢ | 34 | | 142 |
| COSTA RICA | 11¢ | 46 | | 190 |
| CROATIA | 7¢ | 76 | | 304 |
| CYPRUS | 8¢ | 64 | | 259 |
| CZECH REPUBLIC | 5¢ | 110 | | 443 |
| DENMARK | 5¢ | 106 | | 424 |
| DOMINICAN REPUBLIC | 11¢ | 45 | | 180 |
| ECUADOR | 24¢ | 20 | | 83 |
| EGYPT | 28¢ | 16 | | 70 |
| EL SALVADOR | 19¢ | 25 | | 106 |
| ESTONIA | 5¢ | 110 | | 443 |
| FIJI ISLANDS | 28¢ | 17 | | 71 |
| FINLAND | 5¢ | 91 | | 370 |
| FRANCE | 5¢ | 106 | | 424 |
| GABON REPUBLIC | 24¢ | 20 | | 83 |
| GAMBIA | 28¢ | 16 | | 70 |
| GEORGIA | 8¢ | 64 | | 262 |
| GERMANY | 5¢ | 106 | | 424 |
| GHANA | 19¢ | 25 | | 106 |
| GREECE | 5¢ | 91 | | 367 |
| GUAM | 8¢ | 61 | | 250 |
| GUATEMALA | 21¢ | 22 | | 94 |
| GUINEA | 21¢ | 22 | | 94 |
| HAITI | 24¢ | 20 | | 83 |
| HONDURAS | 42¢ | 10 | | 46 |
| HUNGARY | 6¢ | 86 | | 347 |
| INDIA | 16¢ | 30 | | 120 |
| INDONESIA | 10¢ | 51 | | 207 |
| IRAN | 12¢ | 40 | | 163 |
| IRAQ | 42¢ | 10 | | 46 |
| IRELAND & ITALY | 5¢ | 106 | | 424 |
| IVORY COAST | 24¢ | 20 | | 83 |
| JAMAICA | 21¢ | 22 | | 94 |
| KAZAKHSTAN & KYRGYSTAN | 19¢ | 25 | | 106 |
| KENYA | 21¢ | 22 | | 94 |
| KUWAIT | 11¢ | 46 | | 184 |
| LATVIA | 19¢ | 25 | | 106 |
| LEBANON | 15¢ | 33 | | 135 |

| COUNTRY | /min. | $5 | $10 | $20 |
|---|---|---|---|---|
| LESOTHO & LIBERIA | 17¢ | 30 | | 120 |
| LIBYA & LITHUANIA | 17¢ | 30 | | 120 |
| MACAO | 12¢ | 40 | | 166 |
| MALAWI & MALTA | 14¢ | 34 | | 142 |
| MEXICO | 17¢ | 30 | | 120 |
| MEXICO City, Guadalajara, Monterrey | 8¢ | 61 | | 250 |
| MOLDOVA | 14¢ | 34 | | 142 |
| MONACO | 11¢ | 46 | | 190 |
| MONGOLIA | 15¢ | [illegible] | | 131 |
| MOROCCO | 33¢ | 15 | | 60 |
| MYANMAR(BURMA) | 42¢ | 11 | | 47 |
| NAMIBIA | 21¢ | 22 | | 94 |
| NETHERLANDS & NEW ZEALAND | 5¢ | 106 | | 424 |
| NICARAGUA | 24¢ | 20 | | 83 |
| NIGERIA | 24¢ | 20 | | 83 |
| NORWAY | 5¢ | 106 | | 424 |
| OMAN | 42¢ | 10 | | 46 |
| PAKISTAN | 24¢ | 20 | | 80 |
| PANAMA | 24¢ | 20 | | 83 |
| PARAGUAY | 21¢ | 22 | | 94 |
| -Asuncion | 14¢ | 34 | | 142 |
| PERU | 17¢ | 30 | | 120 |
| -Lima | 7¢ | 70 | | 283 |
| PHILIPPINES | 15¢ | 34 | | 136 |
| POLAND | 5¢ | 91 | | 367 |
| PORTUGAL | 5¢ | 91 | | 367 |
| PUERTO RICO | 8¢ | 61 | | 250 |
| QATAR | 42¢ | 10 | | 46 |
| ROMANIA | 14¢ | 36 | | 144 |
| -Bucharest | 8¢ | 61 | | 250 |
| RUSSIA | 8¢ | 64 | | 262 |
| -Moscow, St. Petersburg | 5¢ | 110 | | 443 |
| RWANDA | 24¢ | 20 | | 83 |
| SAIPAN (N. Marianas) & SAN MARINO | 11¢ | 46 | | 190 |
| SAUDI ARABIA | 28¢ | 16 | | 70 |
| SENEGAL REPUBLIC | 28¢ | 16 | | 70 |
| SLOVAKIA & SLOVENIA | 8¢ | 65 | | 263 |
| SOUTH AFRICA | 12¢ | 40 | | 166 |
| SPAIN | 5¢ | 91 | | 370 |
| SRI LANKA | 24¢ | 20 | | 83 |
| SUDAN | 24¢ | 20 | | 83 |
| SWEDEN & SWITZERLAND | 5¢ | 106 | | 424 |
| SYRIA | 42¢ | 11 | | 47 |
| TAJIKISTAN & TURKMENISTAN | 28¢ | 16 | | 70 |
| THAILAND | 14¢ | 36 | | 144 |
| TONGA ISLANDS | 42¢ | 11 | | 47 |
| TRINIDAD & TOBAGO | 17¢ | 30 | | 120 |
| TUNISIA | 33¢ | 15 | | 60 |
| TURKEY | 19¢ | 25 | | 106 |
| -Istanbul | 9¢ | 55 | | 230 |
| UGANDA | 21¢ | 22 | | 94 |
| UKRAINE | 16¢ | 31 | | 124 |
| -Kiev | 10¢ | 50 | | 203 |
| UNITED ARAB EMIRATES | 28¢ | 16 | | 70 |
| UNITED KINGDOM | 5¢ | 91 | | 370 |
| URUGUAY | 24¢ | 20 | | 83 |
| UZBEKISTAN | 17¢ | 30 | | 120 |
| VENEZUELA | 14¢ | 34 | | 142 |
| -Caracas | 8¢ | 61 | | 250 |
| VIRGIN ISLANDS | 8¢ | 61 | | 250 |
| YEMEN | 24¢ | 20 | | 80 |
| YUGOSLAVIA | 19¢ | 25 | | 106 |
| ZAMBIA | 14¢ | 34 | | 142 |
| ZIMBABWE | 12¢ | 40 | | 166 |

Great Rates

**LAOS**
**48** min-$10
20¢ 24 min.-$5 96 min.-$20

**MALAYSIA**
**221** min-$10
5¢ 110 min.-$5 443 min.-$20

**PAKISTAN**
**41** min-$10
24¢ 20 min.-$5 80 min.-$20

**SAUDI ARABIA** - Jeddah, Riyadh
**120** min-$10
8¢ 60 min.-$5 240 min.-$20

**SINGAPORE**
**307** min-$10
3¢ 151 min.-$5 613 min.-$20

**TAIWAN**
**211** min-$10
5¢ 106 min.-$5 424 min.-$20

**THAILAND** Bangkok
**144** min-$10
7¢ 72 min.-$5 288 min.-$20

**Find our entire line of CallPlus wireless products and calling cards at www.callplus.com!**

By using this Card, you agree to the following: Rates and fees vary and are subject to change. Rates are higher for international cellular, Alaska and Hawaii termination. Higher rates apply to calls originated from Alaska, Hawaii, Canada, Puerto Rico and US Virgin Islands. Calls are billed in three min. increments. A post call fee applies after each call, as low as one cent, and not to exceed two dollars, depending upon country called. All calls made from a payphone are subject to a 65¢ charge. 49¢ semi-monthly charge applies after first day. Advertised and announced minutes are based on per-minute rates, before fees and surcharges are applied. Calls to directory assistance incur $1.50 charge (max. duration 3 min.). Locus is not responsible for lost, stolen or unauthorized use of PIN. This card has no value, is non-refundable. This card expires 180 days after the date of first use. Network service provider's liability shall be limited to an amount equal to the value of this Card. In no event will the provider be liable for punitive, special, indirect, reliance, incidental or consequential damages. The exclusive remedy for all disputes against the provider arising out of purchase or use of Card, except for matters taken to small claims court, is arbitration by a single arbitrator under the Consumer Arbitration Rules of the AAA. Disputes against the provider will not be heard by a jury or in a court and may not be made part of a class action. Network services provided by Locus Telecommunications, Inc. Effective Date: 05/28/2003.

LOCUS
TELECOMMUNICATIONS, INC.

AL

LOC000005

# CallPlus® Wireless

***Did you hear?!?***

# *Rates 15¢*

## *FREE International Long Distance*

- *Free long distance within the U.S.A. and to over 50 countries**
- *Live, multi-lingual customer service plus 24-hour automated assistance*
- *No deposits, credit checks or contracts to sign*

**Bonus More Minutes**

| Card Price | $10 (NEW) | $20 (NEW) | $30 | $40 | $50 |
|---|---|---|---|---|---|
| Airtime Rate per Minute | 25¢ | 22¢ | 19¢ | 15¢ | 15¢ |
| Anytime Minutes Included | 40 | 90 | 157 | 266 | 333 |






CONFIDENTIAL
LOC000016


WOW!
MORE Minutes
GREAT Rates
NO Hidden Fees
What YOU SEE Is What YOU GET
VIVA SM
PREPAID WIRELESS
VIVA SM PREPAID WIRELESS
SERVICE PROVIDED ON THE MOST RELIABLE WIRELESS NETWORK IN THE NATION*
FREE LONG DISTANCE ANYWHERE THROUGHOUT THE U.S.A.
FREE INTERNATIONAL LONG DISTANCE TO 50+ PRE-SELECTED COUNTRIES
Mexico
U.K.
S. Korea
50+ countries overall
*Based on the network reliability studies performed by the underlying carrier. Service provided by Locus Telecommunications, Inc. and is not available in all areas. See store for details.
Nights & Weekends
9¢ a minute
www.VIVA-Wireless.com
LOCUS

# E-2


Toll Free Access
SUPER LOW INTERNATIONAL RATES
Tenemos tarifas internacionales muy bajas
UNI
WORLD
Toll Free Access
UNI
WORLD
5

UNI World back 12/6/06 5:51 PM Page 1

UNI WORLD

Visit our Web
www.callplus.com
www.locustelecom.com

## Service Information

By using this Card, you agree to the following: Rates and fees vary and are subject to charge. Rates are higher for international cellular, Alaska and Hawaii termination. Higher rates apply to calls origniated from Alaska, Hawaii, Canada, Puerto Rico and US Virgin Islands. Calls are billed in three min. increments. A post call fee applies after each call, as low as one cent, and not to exceed two dollars, depending upon country called. All calls made from a payphone are subject to a 79¢ charge. Toll-free access is subject to additional 4¢ per minute surcharge. Network service provider is not responsible for local telephone charges incurred by the customer in gaining access to local telephone network. 49¢ semi-monthly charge applies after first day. Advertised and announced minutes are based on per-minute rates, before fees and surcharges are applied. Calls to directory assistance incur $1.50 charge (max. duration 3 min). Locus is not responsible for lost, stolen or unauthorized use of PIN. This card has no value, is non-refundable. This card expires 180 days after the date of first use. Network service provider's liability shall be limited to an amount equal to the value of this Card. In no event will the provider be liable for punitive, special, indirect, reliance, incidental or consequential damages. The exclusive remedy for all disputes against the provider arising out of purchase or use of Card, except for matters taken to small claims court, is arbitration by a single arbitrator under the Consumer Arbitration Rules of the AAA. Disputes against the provider will not be heard by a jury or in a court and may not be made part of a class action. Network services provided by Locus Telecommunications, Inc.

Barcode

## Información de Servicio

Usando esta Tarjeta, usted concuerda a lo siguiente: Las tarifas y los honorarios varían y son subjetas a uncambio. Las tarifas son más altas para celular internacional, Alaska y la terminación de Hawaii. Las tarifas más altas son aplicadas a llamadas originadas de Alaska, de Hawaii, de Canadá, de Púerto Rico y de US Islas Vírgenes. Llamadas mandados la cuenta en tres incrementos del minudosos. Un honorario de la llamada del posto aplicará después de cada llamada, tan bajo como un centavo, y no exceder dos dólares, dependiendo el país llamado. Las llamadas realizadas desde un teléfono público cuenta con un cargo adicional de 79¢ por llamada. Cargo adicional de 4¢ por minuto a el número gratis. El proveedor del servicio de la red no es responsable de cargas telefónicas locales contraídas por el cliente al adquirir el acceso a la red telefónica local. Un cargo de servicio semi-mensual de 49¢ es aplicado después del primer día. Los minutos anunciados y publicados estan basados entarifas por minuto antes de ser aplicados tasas y sobrcargos. Las llamadas a asistencia de directorio telefónico incurirán un cargo de $1.50 (duración máxima 3 minutos). Locus no es responsable del uso perdido, robado, o PIN no autorizado. Esta tarjeta no tiene valor monetario y no es reembolsable. La tarjeta expira 180 días después de la fecha de primero uso. La responsabilidad del proveedor de la red será limitada a una cantidad igual al valor de esta Tarjeta. El proveedor no será responsable, en ningún caso, para daños punitivos, especiales, indirectos, de dependencia, casuales, o consequentes. El remedio exclusivo para todo disputa contra el proveedor que resulta de compra o uso de Tarjeta, con excepción de cuestiones tomadas al tribunal de reclamos, es el arbitraje por un solo árbitro bajo las ordenes del arbitraje de consumidor del AAA. Disputas contra el proveedor no serán presentada por un jurado ni en un tribunal y no pueden ser hechos parte de un pleito de la acción de la clase. Servicio proporcionado por Locus Telecommunications, Inc.

English: **1-800-941-1987** Español: **1-800-941-1907**
Korean: **1-800-562-3601** Chinese: **1-800-941-1902** Portuguese: **1-800-562-3605**

1. At the prompt, enter your PIN:

**PIN**

1. Cuando se le indique, marque la clave:

Barcode

2. **For calls within U.S., Canada or the Caribbean:**
Dial 1+ area code and telephone number.

**For calls to other countries:**
Dial 0 11 + country code + city code and telephone number + # button.

To make another call, do not hang up. Press ★ for two seconds.

Customer Service: 1-800-628-7936
To purchase additional calling time: 1-800-628-5576

2. **Para llamara dentro de los Estados Unidos, Canada o el Caribe:**
Marque 1 + el código de area + número teléfonico.

**Para llamar a cualquier otro pais:**
Marque 011 + código del pais + codigo de la ciudad + número teléfonico + # boton.

Para hacer otra llamada, no cuelgue. Oprima ★ por dos segundo.

Servicio al Cliente: 1-800-628-7936
Para comprar tiempo adicional de llamar: 1-800-628-5576

LOCUS Card expires 180 days after the date of first use. Network services provided by Locus Telecommunications, Inc.
La tarjeta expira 180 días después de la fecha de primero uso. Servicio proporcionado por Locus Telecommunications, Inc.


CallPlus
$5
CallPlus
ASIA
CRYSTAL CLEAR SOUND
CallPlus
CallPlus
ASIA
Prepaid Calling Card | No Connection Fee
$5

CallPlus
ASIA

Visit our Web
www.ShopLocus.com
www.LocusTelecom.com

**Service Information**

By using this Card, you agree to the following: Rates and fees vary and are subject to change. Rates are higher for international cellular, Alaska and Hawaii termination. Higher rates apply to calls originated from Alaska, Hawaii, Canada, Puerto Rico and US Virgin Islands. Calls are billed in three min. increments. A post call fee applies after each call, as low as one cent, and not to exceed two dollars, depending upon country called. All calls made from a payphone are subject to a 79¢ charge. 49¢ semi-monthly charge applies after first day. Advertised and announced minutes are based on per-minute rates, before fees and surcharges are applied. Calls to directory assistance incur $1.50 charge (max. duration 3 min.). Locus is not responsible for lost, stolen or unauthorized use of PIN. This card has no value, is non-refundable. This card expires 180 days after the date of first use. Network service provider's liability shall be limited to an amount equal to the value of this Card. In no event will the provider be liable for punitive, special, indirect, reliance, incidental or consequential damages. The exclusive remedy for all disputes against the provider arising out of purchase or use of Card, except for matters taken to small claims court, is arbitration by a single arbitrator under the Consumer Arbitration Rules of the AAA. Disputes against the provider will not be heard by a jury or in a court and may not be made part of a class action. Network services provided by Locus Telecommunications, Inc.

| | |
|---|---|
| English | **1-800-719-9564** |
| Korean | **1-800-719-9565** |
| Chinese | **1-800-719-9568** |
| Indonesian | **1-800-719-9572** |

1. At the prompt, enter your PIN:
2. **For calls within U.S., Canada or the Caribbean:**
   Dial 1+ area code and telephone number.

   **For calls to other countries:**
   Dial 011 + country code + city code and telephone number + # button.

   To make another call, do not hang up. Press ★ for two seconds.

Customer Service: 1-800-628-7935
To purchase additional calling time: 1-800-628-6576

**PIN**

Barcode

LOCUS Card expires 180 days after the date of first use. Network services provided by Locus Telecommunications, Inc.