# F

# F-1

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) March 31, 2001
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-31-2001 | RETURN FILED<br>17420-153-01307-1 200135 | 833,834.18 | | 09-10-2001 |
| 01-24-2001 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 02-09-2001 | FEDERAL TAX DEPOSIT | | 150,000.00 | |
| 02-26-2001 | FEDERAL TAX DEPOSIT | | 160,000.00 | |
| 03-09-2001 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 03-26-2001 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 02-28-2001 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 53,538.16 | |
| 01-09-2001 | FEDERAL TAX DEPOSIT<br>720 200012<br>22-3488343 | | 160,000.00 | |
| 05-31-2001 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (89,703.98) | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2001

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) June 30, 2001
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form 2866 (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-04-2001 | RETURN FILED<br>17420-251-01486-1 200139 | 829,346.12 | | 10-08-2001 |
| 04-10-2001 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 04-24-2001 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 05-09-2001 | FEDERAL TAX DEPOSIT | | 125,000.00 | |
| 05-24-2001 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 06-11-2001 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 06-26-2001 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 05-31-2001 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 89,703.98 | |
| 08-31-2001 | OVERPAYMENT CREDIT TRANSFERRED<br>720 200012 | | (7,392.57) | |
| 08-31-2001 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (17,965.29) | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2001

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) September 30, 2001
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
.under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-04-2001 | RETURN FILED 17420-342-01982-1 200152 | 899,401.63 | | 01-07-2002 |
| 07-10-2001 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 07-24-2001 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 08-09-2001 | FEDERAL TAX DEPOSIT | | 144,000.00 | |
| 08-24-2001 | FEDERAL TAX DEPOSIT | | 145,000.00 | |
| 09-11-2001 | FEDERAL TAX DEPOSIT | | 160,000.00 | |
| 08-31-2001 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 17,965.29 | |
| 09-25-2001 | FEDERAL TAX DEPOSIT | | 160,000.00 | |
| | FAILURE TO PAY TAX PENALTY 200152 | 24.36 | | 01-07-2002 |
| | INTEREST ASSESSED 200152 | 17.35 | | 01-07-2002 |
| 11-30-2001 | OVERPAID CREDIT APPLIED 941 200003 | | 847.03 | |
| 11-30-2001 | INTEREST OVERPAYMENT CREDIT 941 200003 | | 98.74 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-20-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-30-2001 | OVERPAID CREDIT APPLIED 720 200006 | | 1,490.57 | |
| 05-27-2002 | FAILURE TO PAY TAX PENALTY ABATED | 24.36- | | |
| 05-27-2002 | INTEREST ABATED | 17.35- | | |
| 05-27-2002 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-07-2002 | Statutory Notice of Balance Due | | | |
| 02-11-2002 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) December 31, 2001
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-28-2002 | RETURN FILED<br>17420-047-06783-2 200209 | 607,427.49 | | 03-11-2002 |
| 09-27-2001 | FEDERAL TAX DEPOSIT | | 65,000.00 | |
| 10-10-2001 | FEDERAL TAX DEPOSIT | | 36,000.00 | |
| 10-24-2001 | FEDERAL TAX DEPOSIT | | 102,000.00 | |
| 11-13-2001 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 11-23-2001 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 12-11-2001 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 12-24-2001 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 02-28-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (572.51) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2001

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) March 31, 2002
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-30-2002 | RETURN FILED 17420-131-01901-2 200221 | 618,013.89 | | 06-03-2002 |
| 01-10-2002 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 01-25-2002 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 02-12-2002 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 02-28-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 572.51 | |
| 02-27-2002 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 03-12-2002 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 03-27-2002 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 04-10-2002 | FEDERAL TAX DEPOSIT | | 90,000.00 | |
| 04-25-2002 | FEDERAL TAX DEPOSIT | | 100,000.00 | |
| 04-30-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (2,558.62) | |
| 04-10-2002 | CORRECTION OF FEDERAL TAX DEPOSIT 720 200206 22-3488343 | | (90,000.00) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-25-2002 | CORRECTION OF FEDERAL TAX DEPOSIT<br>720 200206<br>22-3488343 | | (100,000.00) | |
| 04-30-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (4,956.23) | |
| 04-30-2002 | CORRECTION OVERPAYMENT CREDIT ELECT | | 4,956.23 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2002

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) June 30, 2002
Form 720
Certification of Assessment and Payments consisting of 6 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

]CUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: JUNE 2002

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 7-31-2002 | RETURN FILED<br>17420-215-08227-2 200234 | 656,513.42 | | 09-02-2002 |
| 05-10-2002 | FEDERAL TAX DEPOSIT | | 105,000.00 | |
| 04-30-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 2,558.62 | |
| 05-28-2002 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 06-12-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 06-26-2002 | FEDERAL TAX DEPOSIT | | 190,000.00 | |
| 07-10-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 07-25-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 07-31-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (61,045.20) | |
| 07-25-2002 | CORRECTION OF FEDERAL TAX DEPOSIT<br>720 200209<br>22-3488343 | | (110,000.00) | |
| 04-30-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 4,956.23 | |
| 04-30-2002 | CORRECTION OF OVERPAID CREDIT<br>720 200203<br>22-3488343 | | (4,956.23) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

_OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-10-2002 | FEDERAL TAX DEPOSIT 720 200203 22-3488343 | | 90,000.00 | |
| 04-25-2002 | FEDERAL TAX DEPOSIT 720 200203 22-3488343 | | 100,000.00 | |
| 09-23-2002 | INTEREST DUE TAXPAYER | | 454.23 | |
| 09-23-2002 | REFUND | | (105,498.00) | |
| | FEDERAL TAX DEPOSIT PENALTY 200240 | 2,282.22 | | 10-14-2002 |
| | ADDITIONAL TAX ASSESSED 17454-667-14025-2 200240 | 0.00 | | 10-14-2002 |
| 11-12-2002 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 08-31-2005 | | | |
| 09-23-2002 | INTEREST DUE TAXPAYER REVERSED | | (454.23) | |
| 09-23-2002 | CANCELED REFUND CHECK | | 105,498.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2002 | CREDIT TRANSFERRED<br>720 200212<br>22-3488343 | | (53,695.75) | |
| 07-10-2002 | CORRECTION OF FEDERAL TAX DEPOSIT<br>720 200209<br>22-3488343 | | (110,000.00) | |
| 07-31-2002 | OVERPAID CREDIT APPLIED<br>720 200212<br>22-3488343 | | 53,695.75 | |
| 07-31-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (4,956.23) | |
| 07-31-2002 | CORRECTION OVERPAYMENT CREDIT ELECT | | 4,956.23 | |
| | FEDERAL TAX DEPOSIT PENALTY<br>200240 | 49,065.80 | | 10-14-2002 |
| 10-14-2002 | FEDERAL TAX DEPOSIT PENALTY ABATED | 49,065.80- | | |
| | ADDITIONAL TAX ASSESSED<br>17454-617-15015-3 200333 | 0.00 | | 08-25-2003 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: JUNE 2002

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-31-2000 | OVERPAID CREDIT APPLIED 720 200006 | | 2,282.22 | |
| 09-16-2002 | Statutory Notice of Balance Due | | | |
| 10-14-2002 | Statutory Notice of Balance Due | | | |
| 11-18-2002 | Statutory Notice of Intent to Levy | | | |
| 08-18-2003 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: JUNE 2002

---

ALANCE 0.00

---

CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
O THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
ND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
AYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
ECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
URTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
PPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

FORM 4340 (REV. 01-2002) PAGE 5

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) September 30, 2002
Form 720
Certification of Assessment and Payments consisting of 5 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: SEPT 2002

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2002 | RETURN FILED<br>17420-306-06669-2 200248 | 696,009.47 | | 12-09-2002 |
| 08-12-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 07-31-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 61,045.20 | |
| 08-27-2002 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 07-25-2002 | FEDERAL TAX DEPOSIT<br>720 200206<br>22-3488343 | | 110,000.00 | |
| 09-11-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 09-25-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 09-30-2002 | FEDERAL TAX DEPOSIT | | 80,000.00 | |
| 10-10-2002 | FEDERAL TAX DEPOSIT | | 40,000.00 | |
| 10-25-2002 | FEDERAL TAX DEPOSIT | | 110,000.00 | |
| 10-10-2002 | CORRECTION OF FEDERAL TAX DEPOSIT | | (40,000.00) | |
| 09-30-2002 | CORRECTION OF FEDERAL TAX DEPOSIT | | (80,000.00) | |
| 10-31-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (35,035.73) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | FEDERAL TAX DEPOSIT PENALTY 200312 | 25,328.11 | | 03-31-2003 |
| | ADDITIONAL TAX ASSESSED 17454-469-13002-3 200312 | 0.00 | | 03-31-2003 |
| 04-30-2003 | OVERPAID CREDIT APPLIED 720 200303 | | 16,991.72 | |
| 03-31-2003 | FEDERAL TAX DEPOSIT PENALTY ABATED | 25,328.11- | | |
| | ADDITIONAL TAX ASSESSED 17454-612-15030-3 200332 | 0.00 | | 08-18-2003 |
| 07-10-2002 | FEDERAL TAX DEPOSIT 720 200206 22-3488343 | | 110,000.00 | |
| 10-25-2002 | CORRECTION OF FEDERAL TAX DEPOSIT 720 200212 22-3488343 | | (110,000.00) | |
| 04-30-2003 | OVERPAID CREDIT REVERSED 720 200303 22-3488343 | | (16,991.72) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: SEPT 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 4,956.23 | |
| 07-31-2002 | CORRECTION OF OVERPAID CREDIT 720 200206 22-3488343 | | (4,956.23) | |
| 10-31-2002 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (4,956.23) | |
| 10-31-2002 | CORRECTION OVERPAYMENT CREDIT ELECT | | 4,956.23 | |
| 03-31-2003 | Statutory Notice of Balance Due | | | |
| 05-05-2003 | Statutory Notice of Intent to Levy | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2002

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

PAGE 4

FORM 4340 (REV. 01-2002)

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) December 31, 2002
Form 720
Certification of Assessment and Payments consisting of 5 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2003 | RETURN FILED<br>17420-046-01758-3 200314 | 732,916.52 | | 04-14-2003 |
| 11-13-2002 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 10-10-2002 | FEDERAL TAX DEPOSIT | | 40,000.00 | |
| 09-30-2002 | FEDERAL TAX DEPOSIT | | 80,000.00 | |
| 10-31-2002 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 35,035.73 | |
| 11-27-2002 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 12-11-2002 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 07-31-2002 | OVERPAID CREDIT APPLIED<br>720 200206<br>22-3488343 | | 53,695.75 | |
| 12-24-2002 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| | FAILURE TO PAY TAX PENALTY<br>200314 | 438.43 | | 04-14-2003 |
| | INTEREST ASSESSED<br>200314 | 293.73 | | 04-14-2003 |
| | FEDERAL TAX DEPOSIT PENALTY<br>200326 | 9,503.49 | | 07-07-2003 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED<br>17454-568-13000-3 200326 | 0.00 | | 07-07-2003 |
| | FAILURE TO PAY TAX<br>PENALTY<br>200326 | 730.73 | | 07-07-2003 |
| | INTEREST ASSESSED<br>200326 | 346.73 | | 07-07-2003 |
| 07-07-2003 | FEDERAL TAX DEPOSIT<br>PENALTY ABATED | 9,503.49- | | |
| | ADDITIONAL TAX ASSESSED<br>17454-612-15031-3 200332 | 0.00 | | 08-18-2003 |
| 10-25-2002 | FEDERAL TAX DEPOSIT<br>720 200209<br>22-3488343 | | 110,000.00 | |
| 07-31-2002 | CORRECTION OF APPLIED<br>CREDIT<br>720 200206<br>22-3488343 | | (53,695.75) | |
| 10-31-2002 | OVERPAID CREDIT FROM<br>PRIOR TAX PERIOD | | 4,956.23 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2002 | CORRECTION OF OVERPAID CREDIT 720 200209 22-3488343 | | (4,956.23) | |
| 08-18-2003 | FAILURE TO PAY TAX PENALTY ABATED | 1,169.16- | | |
| 08-18-2003 | INTEREST ABATED | 640.46- | | |
| 01-31-2003 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (22,119.21) | |
| 04-14-2003 | Statutory Notice of Balance Due | | | |
| 05-05-2003 | Statutory Notice of Intent to Levy | | | |
| 07-07-2003 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2002

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

FORM 4340 (REV. 01-2002) 

# United States of America

Department of the Treasury
Internal Revenue Service

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) March 31, 2003
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: MAR 2003

| ATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-30-2003 | RETURN FILED 17420-123-08305-3 200324 | 733,008.28 | | 06-23-2003 |
| 01-13-2003 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 01-24-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 02-07-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 02-21-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 03-07-2003 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 03-21-2003 | FEDERAL TAX DEPOSIT | | 120,000.00 | |
| 04-30-2003 | OVERPAYMENT CREDIT TRANSFERRED 720 200209 | | (16,991.72) | |
| 04-30-2003 | CREDIT TRANSFER REVERSED 720 200209 22-3488343 | | 16,991.72 | |
| 01-31-2003 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 22,119.21 | |
| 04-30-2003 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (39,110.93) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2003

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) June 30, 2003
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2003 | RETURN FILED 17420-207-02689-3 200336 | 812,785.44 | | 09-15-2003 |
| 04-04-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 04-18-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 05-12-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 05-27-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 06-11-2003 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 06-26-2003 | FEDERAL TAX DEPOSIT | | 140,000.00 | |
| 04-30-2003 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 39,110.93 | |
| 07-31-2003 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (26,325.49) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

.OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2003

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) September 30, 2003
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: SEPT 2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2003 | RETURN FILED 17420-312-98801-3 200348 | 1,079,996.61 | | 12-08-2003 |
| 07-11-2003 | FEDERAL TAX DEPOSIT | | 150,000.00 | |
| 07-25-2003 | FEDERAL TAX DEPOSIT | | 150,000.00 | |
| 08-11-2003 | FEDERAL TAX DEPOSIT | | 170,000.00 | |
| 08-26-2003 | FEDERAL TAX DEPOSIT | | 170,000.00 | |
| 07-31-2003 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 26,325.49 | |
| 09-09-2003 | FEDERAL TAX DEPOSIT | | 170,000.00 | |
| 09-25-2003 | FEDERAL TAX DEPOSIT | | 170,000.00 | |
| 09-29-2003 | FEDERAL TAX DEPOSIT | | 130,000.00 | |
| 10-31-2003 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (56,328.88) | |
| | FEDERAL TAX DEPOSIT PENALTY 200404 | 11,601.88 | | 02-09-2004 |
| | ADDITIONAL TAX ASSESSED 17454-420-13021-4 200404 | 0.00 | | 02-09-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-09-2004 | OVERPAID CREDIT APPLIED<br>720 200312 | | 11,601.88 | |
| 02-09-2004 | FEDERAL TAX DEPOSIT<br>PENALTY ABATED | 11,601.88- | | |
| | ADDITIONAL TAX ASSESSED<br>17454-598-15006-4 200430 | 0.00 | | 08-09-2004 |
| 02-09-2004 | OVERPAYMENT CREDIT<br>TRANSFERRED<br>720 200403 | | (864.63) | |
| 07-19-2004 | INTEREST DUE TAXPAYER | | 7.89 | |
| 08-09-2004 | INTEREST DUE TAXPAYER | | 103.32 | |
| 08-09-2004 | REFUND | | (10,848.46) | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |
| 02-09-2004 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

OCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

YPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
ORM: 720 TAX PERIOD: SEPT 2003

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

FORM 4340 (REV. 01-2002) PAGE 3

PAGE NO-0001 IRS EMPLOYEE 0215505977

DATE REQUESTED 12-08-2005 PRINT DATE 12-08-2005

FORM NUMBER: 720 TAX PERIOD: DEC 2003

TAXPAYER IDENTIFICATION NUMBER: 22-3488343

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWOOD CLIFFS NJ 07632-1514-119 BODC-LM BODCLC-3

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF 12-19-2005 |
| ACCRUED PENALTY: | 0.00 | AS OF 12-19-2005 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 0.00 | |

TAX PER TAXPAYER: 788,624.73

01-31-2004 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
03-01-2004 PROCESSING DATE

TRANSACTIONS

| CODE | EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED 17420-038-41904-4 | 03-01-2004 | 788,624.73 |
| 650 | FEDERAL TAX DEPOSIT | 10-09-2003 | 40,000.00- |
| 650 | FEDERAL TAX DEPOSIT | 10-24-2003 | 160,000.00- |
| 650 | FEDERAL TAX DEPOSIT | 11-13-2003 | 165,000.00- |
| 716 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | 10-31-2003 | 56,328.88- |
| 650 | FEDERAL TAX DEPOSIT | 11-25-2003 | 167,000.00- |
| 650 | FEDERAL TAX DEPOSIT | 12-10-2003 | 127,500.00- |
| 650 | FEDERAL TAX DEPOSIT | 12-26-2003 | 127,000.00- |
| 826 | OVERPAYMENT CREDIT TRANSFERRED 720 200309 | 01-31-2004 | 11,601.88 |
| 776 | INTEREST DUE TAXPAYER | 02-09-2004 | 11.42- |
| 836 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | 01-31-2004 | 42,602.27 |
| 846 | REFUND | 03-01-2004 | 11.42 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | 12-01-2005 | |

PAGE NO-0001

*BMF MCC TRANSCRIPT-BMF LITERAL* EMP NO 02-155-05977

ACCOUNT NO 22-3488343 12-08-2005
NAME CONT- LOCU CYCLE-200549
*****************************************************************************
FOR-0215505977 BY-0215505977 ON-12082005 TYP-X-03-200403
TIME-12:04 SRC-I PROCESSED ON-342
REQUESTED TAX MODULE FOUND ON MF

**Inspection or Disclosure Limitations**
Unauthorized inspection or disclosure, printing, or publishing of any Federal return or return information, or any information therefrom, may be punishable by fine or imprisonment and in the case of Federal officers or employees, dismissal from office or employment. See section 7213 and 7213A of the Internal Revenue Code and 18 U.S.C. section 1905. In addition, Code section 7431 provides for civil damages for unauthorized inspection or disclosure of such information. Tapes should be degaussed after they have served their purpose, disposed of in accordance with Publication 1075 disposition guidelines or returned to the IRS.
*Department of the Treasury*
*Internal Revenue Service*
*Notice 129A (Rev. 12-97)*
*Cat No. 45547W*

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) March 31, 2004
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Form **2866** (Rev. 09-1997)

Catalog Number 19002E

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-30-2004 | RETURN FILED<br>17420-136-40477-4 200422 | 1,036,248.58 | | 06-14-2004 |
| 01-12-2004 | FEDERAL TAX DEPOSIT | | 181,500.00 | |
| 01-28-2004 | FEDERAL TAX DEPOSIT | | 181,500.00 | |
| 02-11-2004 | FEDERAL TAX DEPOSIT | | 154,000.00 | |
| 01-31-2004 | OVERPAID CREDIT FROM<br>PRIOR TAX PERIOD | | 42,602.27 | |
| 02-26-2004 | FEDERAL TAX DEPOSIT | | 158,000.00 | |
| 03-10-2004 | FEDERAL TAX DEPOSIT | | 155,000.00 | |
| 03-25-2004 | FEDERAL TAX DEPOSIT | | 155,000.00 | |
| 05-03-2004 | PAYMENT WITH RETURN | | 8,646.31 | |
| | FEDERAL TAX DEPOSIT<br>PENALTY<br>200427 | 864.63 | | 07-19-2004 |
| | ADDITIONAL TAX ASSESSED<br>17454-580-13014-4 200427 | 0.00 | | 07-19-2004 |
| 07-19-2004 | OVERPAID CREDIT APPLIED<br>720 200309 | | 864.63 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-01-2005 | LEGAL SUIT PENDING | | | |
| 07-19-2004 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2004

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Beverly S Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) June 30, 2004
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 07-31-2004 | RETURN FILED 17420-213-98404-4 200432 | 1,320,492.89 | | 08-23-2004 |
| 04-12-2004 | FEDERAL TAX DEPOSIT | | 175,000.00 | |
| 04-27-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 05-12-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 05-12-2004 | FEDERAL TAX DEPOSIT | | 24,463.37 | |
| 05-26-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 05-26-2004 | FEDERAL TAX DEPOSIT | | 9,411.17 | |
| 06-09-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 06-09-2004 | FEDERAL TAX DEPOSIT | | 56,000.00 | |
| 06-25-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 06-25-2004 | FEDERAL TAX DEPOSIT | | 55,618.35 | |
| | FEDERAL TAX DEPOSIT PENALTY 200439 | 313.75 | | 10-11-2004 |
| | ADDITIONAL TAX ASSESSED 17454-666-13047-4 200439 | 0.00 | | 10-11-2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-11-2004 | FEDERAL TAX DEPOSIT PENALTY ABATED | | 313.75- | |
| | ADDITIONAL TAX ASSESSED 17454-688-14005-4 200442 | | 0.00 | 11-01-2004 |
| 12-01-2005 | LEGAL SUIT PENDING | | | |
| 10-11-2004 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2004

BALANCE 0.00

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) September 30, 2004
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10-31-2004 | RETURN FILED<br>17420-304-99103-4 200446 | 1,709,601.50 | | 11-29-2004 |
| 07-09-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 07-09-2004 | FEDERAL TAX DEPOSIT | | 102,000.00 | |
| 07-26-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 07-26-2004 | FEDERAL TAX DEPOSIT | | 101,899.02 | |
| 08-10-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 08-10-2004 | FEDERAL TAX DEPOSIT | | 71,500.00 | |
| 08-25-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 08-25-2004 | FEDERAL TAX DEPOSIT | | 71,935.02 | |
| 09-10-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 09-10-2004 | FEDERAL TAX DEPOSIT | | 81,000.00 | |
| 09-24-2004 | FEDERAL TAX DEPOSIT | | 200,000.00 | |
| 09-24-2004 | FEDERAL TAX DEPOSIT | | 81,267.46 | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2004

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) December 31, 2004
Form 720
Certification of Assessment and Payments consisting of 4 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-31-2005 | RETURN FILED 17420-022-98805-5 200507 | 1,787,393.74 | | 02-28-2005 |
| 09-29-2004 | FEDERAL TAX DEPOSIT | | 146,884.79 | |
| 10-13-2004 | FEDERAL TAX DEPOSIT | | 136,716.70 | |
| 10-20-2004 | FEDERAL TAX DEPOSIT | | 136,716.70 | |
| 10-13-2004 | DISHONORED FEDERAL TAX DEPOSIT | | (136,716.70) | |
| | DISHONORED CHECK PENALTY 200443 | 2,734.33 | | 11-08-2004 |
| 11-04-2004 | FEDERAL TAX DEPOSIT | | 259,262.64 | |
| 11-09-2004 | FEDERAL TAX DEPOSIT | | 291,000.00 | |
| 11-26-2004 | FEDERAL TAX DEPOSIT | | 290,954.50 | |
| 12-09-2004 | FEDERAL TAX DEPOSIT | | 332,000.00 | |
| 12-24-2004 | FEDERAL TAX DEPOSIT | | 330,575.11 | |
| | INTEREST ASSESSED 200507 | 10.51 | | 02-28-2005 |
| | FEDERAL TAX DEPOSIT PENALTY 200511 | 19,798.97 | | 03-28-2005 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED 17454-469-13020-5 200511 | 0.00 | | 03-28-2005 |
| | INTEREST ASSESSED 200511 | 10.54 | | 03-28-2005 |
| 03-21-2005 | SUBSEQUENT PAYMENT | | 2,744.84 | |
| 04-01-2005 | SUBSEQUENT PAYMENT | | 19,798.97 | |
| 04-25-2005 | INTEREST ABATED | 10.54- | | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |
| 02-28-2005 | Statutory Notice of Balance Due | | | |
| 03-28-2005 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2004

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) March 31, 2005
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-30-2005 | RETURN FILED<br>17420-127-98718-5 200521 | 2,305,644.12 | | 06-06-2005 |
| 01-11-2005 | FEDERAL TAX DEPOSIT | | 402,000.00 | |
| 01-25-2005 | FEDERAL TAX DEPOSIT | | 399,420.89 | |
| 02-10-2005 | FEDERAL TAX DEPOSIT | | 383,000.00 | |
| 02-25-2005 | FEDERAL TAX DEPOSIT | | 381,648.72 | |
| 03-09-2005 | FEDERAL TAX DEPOSIT | | 372,000.00 | |
| 03-24-2005 | FEDERAL TAX DEPOSIT | | 370,263.68 | |
| 06-06-2005 | REFUND | | (2,689.17) | |
| 12-01-2005 | LEGAL SUIT PENDING | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: MAR 2005

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 14, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

LOCUS TELECOMMMUNICATIONS INC

For tax period(s) June 30, 2005
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NO RECORD OF RETURN FILED | | | |
| 04-12-2005 | FEDERAL TAX DEPOSIT | | 469,000.00 | |
| 11-28-2005 | Taxpayer Deliquency Notice | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

LOCUS TELECOMMUNICATIONS INC EIN/SSN: 22-3488343

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2005

---

BALANCE 469,000.00-

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: [signature]

PRINT NAME: Beverly S. Nadermann

TITLE: Operations Manager, Accounting Control/Services

DELEGATION ORDER: SC-C 198 (Rev.8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 12/09/2005
TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: JUNE 2005