# F-2

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 29 of 246

# DEPOSIT RECEIPT

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 32 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

SUBSCR ID: 1832602

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/3-/03

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 10/2/03

TEL: (718) 242-7737

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 12/09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 12/24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| CALL DATE | *=called in during extended hours, will process next business day |
| TRANS TYPE | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| J7/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

**HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

SUBSCR ID: 1832602

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 8/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 3/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

| | |
|---|---|
| *CALL DATE* | *=called in during extended hours, will process next business day |
| *TRANS TYPE* | L=Late payment<br>P=Payment<br>D=Same Day Deletion<br>C=Cancelled |

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 78 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/3-/03

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 10/2/03

TEL: (718) 242-7737

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 81 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ?/09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..L ..IE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| . 24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

..K ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

; DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 99 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-2 Filed 11/09/2005 Page 108 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-4 Filed 11/09/2005 Page 110 of 246

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 111 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

SUBSCR ID: 1832602

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 115 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 117 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-4 Filed 11/09/2005 Page 118 of 246

**DEPOSIT RECEIPT**

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00323
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

**xpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# AYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your cords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

.n EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120430916092695 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $259,262.64 |
| **Settlement Date** | 11/04/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $259,262.64 |

**Thank You**

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your .ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120431416281184 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

| | |
|---|---|
| **axpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |

## AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220433117774205 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $290,954.50 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 11/26/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $290,954.50 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
| --- | --- |

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
| --- | --- |
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220434484171394 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $332,000.00 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220435918907732 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $330,575.11 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $330,575.11 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220501155272640 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $402,000.00 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/11/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $402,000.00 |

| :payer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## .YMENT CONFIRMATION

### 'ur payment has been accepted.

ı EFT Acknowledgement number has been provided for this payment. Please keep this number for your ɔrds.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 2205025**05356160** |
| **'AYMENT INFORMATION** | **CONFIRMED DATA** |
| **.axpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **'ayment Amount** | $399,420.89 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 1/25/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $399,420.89 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## \YMENT CONFIRMATION

### Jur payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **FT ACKNOWLEDGEMENT NUMBER:** | 220504132072605 |
| **AYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **ax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **ax Type** | Federal Tax Deposit |
| **Payment Amount** | $383,000.00 |
| **Tax Period** | March/2005 |
| **ettlement Date** | 2/10/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $383,000.00 |

| | |
|---|---|
| xpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |

## 'MENT CONFIRMATION

### .ur payment has been accepted.

FT Acknowledgement number has been provided for this payment. Please keep this number for your ~ords.

| | |
|---|---|
| T ACKNOWLEDGEMENT NUMBER: | 220505627411685 |
| .AYMENT INFORMATION | CONFIRMED DATA |
| Taxpayer EIN | 223488343 |
| x Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| x Type | Federal Tax Deposit |
| .ayment Amount | $381,648.72 |
| Tax Period | March/2005 |
| ttlement Date | 2/25/2005 |
| .bcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $381,648.72 |

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 129 of 246



..payer Name: LOCUS TELECOMMUNICATIONS INC

**TIN:** xxxxx8343

## 'MENT DETAILS

· payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent ır trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **'axpayer EIN** | 223488343 |
| **:FT Number ..:knowledgement Number)** | 2205068 **32912252** |
| **ıcellation EFT ^:knowledgement Number)** | |
| **'ax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **'ax Type** | Federal Tax Deposit |
| **'ax Period** | 03/2005 |
| **otal Payment Amount** | $372,000.00 |
| **ayment Input Method** | Web |
| **ettlement Date** | 2005-03-09 |
| **. .d Trace Number** | |
| **/ment Status** | Scheduled |
| **ginal EFT knowledgement Number)** | 2205068 **32912252** |
| **'ansaction Type** | ACH Debit Payment-Savings |
| **:eceived Date** | 2005-03-08 |
| **:eceived Time (ET)** | 15.03.25 |
| **ancellation Date** | |

◀ Previous

me . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## . AYMENT CONFIRMATION

### 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your . ecords.

| EFT ACKNOWLEDGEMENT NUMBER: | 220509104851191 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## . AYMENT CONFIRMATION

### 'our payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Balance due on return or notice |
| Payment Amount | $2,744.84 |
| Tax Period | December/2004 |
| Settlement Date | 3/21/2005 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508398556411 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00279
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/09/04 | 933437 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 143 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00591
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 01/27/04 | 080880 | 22348XXXX | 720 | P | 181,500.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 181,500.00 DEBIT DATE: 01/27/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00580
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/10/04 | 205632 | 22348XXXX | 720 | P | 154,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 154,000.00 DEBIT DATE: 02/10/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 145 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00206
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 315774 | 22348XXXX | 720 | P | 158,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 158,000.00 DEBIT DATE: 02/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 146 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00558
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/09/04 | 411810 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00204
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 03/24/04 | 535530 | 22348XXXX | 720 | P | 155,000.00 | 1/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 155,000.00 DEBIT DATE: 03/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00268
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/09/04 | 669317 | 22348XXXX | 720 | P | 175,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 175,000.00 DEBIT DATE: 04/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00378
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 04/26/04 | 795534 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 200,000.00 DEBIT DATE: 04/26/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00562
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/11/04 | 940726 | 22348XXXX | 720 | P | 24,463.37 | 2/04 | QUARTERLY |
| 05/11/04 | 940686 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 224,463.37 DEBIT DATE: 05/11/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 154 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00488
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 05/25/04 | 049684 | 22348XXXX | 720 | P | 9,411.17 | 2/04 | QUARTERLY |
| 05/25/04 | 049658 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 209,411.17 DEBIT DATE: 05/25/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00507
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/08/04 | 152456 | 22348XXXX | 720 | P | 56,000.00 | 2/04 | QUARTERLY |
| 06/08/04 | 152435 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 256,000.00 DEBIT DATE: 06/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00267
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 06/24/04 | 275792 | 22348XXXX | 720 | P | 55,618.35 | 2/04 | QUARTERLY |
| 06/24/04 | 275782 | 22348XXXX | 720 | P | 200,000.00 | 2/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 255,618.35 DEBIT DATE: 06/24/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 158 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00274
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/08/04 | 386222 | 22348XXXX | 720 | P | 102,000.00 | 3/04 | QUARTERLY |
| 07/08/04 | 386204 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 302,000.00 DEBIT DATE: 07/08/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00257
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 07/23/04 | 512165 | 22348XXXX | 720 | P | 101,899.02 | 3/04 | QUARTERLY |
| 07/23/04 | 512141 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 301,899.02 DEBIT DATE: 07/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# *DEPOSIT RECEIPT*

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00284
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/09/04 | 642871 | 22348XXXX | 720 | P | 71,500.00 | 3/04 | QUARTERLY |
| 08/09/04 | 642847 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,500.00 DEBIT DATE: 08/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 161 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00445
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 08/24/04 | 750768 | 22348XXXX | 720 | P | 71,935.02 | 3/04 | QUARTERLY |
| 08/24/04 | 750738 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 271,935.02 DEBIT DATE: 08/24/04

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00168
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/09/04 | 863103 | 22348XXXX | 720 | P | 81,000.00 | 3/04 | QUARTERLY |
| 09/09/04 | 863089 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,000.00 DEBIT DATE: 09/09/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 163 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00100
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/23/04 | 965798 | 22348XXXX | 720 | P | 81,267.46 | 3/04 | QUARTERLY |
| 09/23/04 | 965782 | 22348XXXX | 720 | P | 200,000.00 | 3/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 281,267.46 DEBIT DATE: 09/23/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00323
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/28/04 | 986175 | 22348XXXX | 720 | P | 146,884.79 | 4/04 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 146,884.79 DEBIT DATE: 09/28/04

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Velcome to EFTPS

axpayer Name: LOCUS TELECOMMUNICATIONS INC TIN: xxxxx8343

## PAYMENT CONFIRMATION

EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 120428714805631 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $136,716.70 |
| **Settlement Date** | 10/13/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $136,716.70 |

**Thank You**

Welcome to EFTPS

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

.n EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **120430916092695** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $259,262.64 |
| **Settlement Date** | 11/04/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $259,262.64 |

**Thank You**

Welcome to EFTPS

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **120431416281184** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220433117774205** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | **$290,954.50** |
| **Tax Period** | December/2004 |
| **Settlement Date** | 11/26/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $290,954.50 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | **220434484171394** |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | **$332,000.00** |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220435918907732 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $330,575.11 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/24/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $330,575.11 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508013237420 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $2,744.84 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 3/21/2005 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220509104851191 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Balance due on return or notice |
| **Payment Amount** | $19,798.97 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 4/1/2005 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# PAYMENT DETAILS

Your payment details are listed below. The highlighted 8 digits of the EFT Acknowledgement Number represent your trace number.

| PAYMENT INFORMATION | ENTERED DATA |
|---|---|
| **Taxpayer EIN** | 223488343 |
| **EFT Number (Acknowledgement Number)** | 2205011 **55272640** |
| **Cancellation EFT (Acknowledgement Number)** | |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 03/2005 |
| **Total Payment Amount** | $402,000.00 |
| **Payment Input Method** | Web |
| **Settlement Date** | 2005-01-11 |
| **ACH Trace Number** | 061036010015357 |
| **Payment Status** | Settled |
| **Original EFT (Acknowledgement Number)** | 2205011 **55272640** |
| **Transaction Type** | ACH Debit Payment-Savings |
| **Received Date** | 2005-01-10 |
| **Received Time (ET)** | 19.02.04 |
| **Cancellation Date** | |

Previous

**Home . Enrollment . My Profile . Payments . Help & Information . Contact Us . Logout**

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

# PAYMENT CONFIRMATION

## Your payment has been accepted.

EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220502505356160 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $399,420.89 |
| Tax Period | March/2005 |
| Settlement Date | 1/25/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $399,420.89 |

| | |
|---|---|
| **Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC | **TIN:** xxxxx8343 |

# PAYMENT CONFIRMATION

## Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220508398556411 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $370,263.68 |
| **Tax Period** | March/2005 |
| **Settlement Date** | 3/24/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $370,263.68 |

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 184 of 246



| xpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## AYMENT CONFIRMATION

### 'our payment has been accepted.

\ EFT Acknowledgement number has been provided for this payment. Please keep this number for your :ords.

| | |
|---|---|
| EFT ACKNOWLEDGEMENT NUMBER: | 270510200246069 |
| PAYMENT INFORMATION | CONFIRMED DATA |
| 'axpayer EIN | 223488343 |
| 'ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $469,000.00 |
| 'ax Period | June/2005 |
| Settlement Date | 4/12/2005 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $469,000.00 |

| axpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
| --- | --- |

## AYMENT CONFIRMATION

### our payment has been accepted.

n EFT Acknowledgement number has been provided for this payment. Please keep this number for your ecords.

| | |
| --- | --- |
| **EFT ACKNOWLEDGEMENT NUMBER:** | 270510200246069 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $469,000.00 |
| **Tax Period** | June/2005 |
| **Settlement Date** | 4/12/2005 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $469,000.00 |

| :payer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## .YMENT CONFIRMATION

### ›ur payment has been accepted.

. EFT Acknowledgement number has been provided for this payment. Please keep this number for your ›rds.

| | |
|---|---|
| ꞏFT ACKNOWLEDGEMENT NUMBER: | 270510200246069 |
| ᐤAYMENT INFORMATION | CONFIRMED DATA |
| ıxpayer EIN | 223488343 |
| ax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| ıax Type | Federal Tax Deposit |
| ᐤayment Amount | $469,000.00 |
| ıx Period | June/2005 |
| ettlement Date | 4/12/2005 |
| ›ubcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $469,000.00 |

# DEPOSIT RECEIPT

Q3 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00349
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| _7/10/03 | 422541 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/10/03

IS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..ALL ..TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ..7/24/03 | 547610 | 22348XXXX | 720 | P | 150,000.00 | 3/03 | QUARTERLY |

..NK ACCOUNT NUMBER: 8000721252 1965 TOTAL DEBIT: 150,000.00 DEBIT DATE: 07/24/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS -
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00292
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..LL ..ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ..d/08/03 | 686977 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

..NK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/08/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS ..EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL ..ORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

AILEEN CHUN 00302
LTI INTERNATIONAL INC
111 SYLVAN AVENUE
ENGLEWOOD CLIFFS,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| .L .TE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 8/25/03 | 806601 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

'K ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 08/25/03

..; DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS
:IPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL
'RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 9/08/03 | 914557 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/08/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 9/2-/03

TEL: (718) 242-7737

Aileen Chun 00231
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 051397 | 22348XXXX | 720 | P | 170,000.00 | 3/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 170,000.00 DEBIT DATE: 09/24/03

..HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS :CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL 'IFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

RECEIVED 10/2/03

TEL: (718) 242-7737

Aileen Chun 00452
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 09/26/03 | 069694 | 22348XXXX | 720 | P | 130,000.00 | 3/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 80007212521965 TOTAL DEBIT: 130,000.00 DEBIT DATE: 09/26/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 234 of 246

# DEPOSIT RECEIPT

Q4 2003

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00255
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

SUBSCR ID: 1832602

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/08/03 | 166999 | 22348XXXX | 720 | P | 40,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: B0007212521965 TOTAL DEBIT: 40,000.00 DEBIT DATE: 10/08/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00254
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ALL ATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 294780 | 22348XXXX | 720 | P | 160,000.00 | 4/03 | QUARTERLY |

ANK ACCOUNT NUMBER: 800072125 21965 TOTAL DEBIT: 160,000.00 DEBIT DATE: 10/23/03

**HIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS CEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL FORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00747
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| 11/12/03 | 448847 | 22348XXXX | 720 | P | 165,000.00 | 4/03 | QUARTERLY |

BANK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 165,000.00 DEBIT DATE: 11/12/03

THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00526
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| CALL DATE | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| *1/24/03 | 551581 | 22348XXXX | 720 | P | 167,000.00 | 4/03 | QUARTERLY |

BNK ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 167,000.00 DEBIT DATE: 11/24/03

**THIS DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS RECEIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL INFORMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.**

Case 1:05-cv-01184-RHH Document 1-1 Filed 11/09/2005 Page 238 of 246

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00592
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,nj 07632-1514

SUBSCR ID: 1832602

*CALL DATE*

*TRANS TYPE*

**LEGEND**
*=called in during extended hours, will process next business day
L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| ..LL .E | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| ..'09/03 | 666605 | 22348XXXX | 720 | P | 127,500.00 | 4/03 | QUARTERLY |

.K ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,500.00 DEBIT DATE: 12/09/03

..S DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS .EIPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL .)RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# DEPOSIT RECEIPT

JPMORGAN
ELECTRONIC TAX DEPOSIT SERVICE
CUSTOMIZED LOCKBOX - ETDS
4 CHASE METROTECH CTR 8 FLE
BROOKLYN NY 11245

TEL: (718) 242-7737

Aileen Chun 00316
Lti International Inc
111 Sylvan Avenue
Englewood Cliffs,NJ 07632-1514

SUBSCR ID: 1832602

**LEGEND**

*CALL DATE* *=called in during extended hours, will process next business day

*TRANS TYPE* L=Late payment
P=Payment
D=Same Day Deletion
C=Cancelled

| | VERIF. NO | TAX ID NUMBER | TAX TYPE | TRANS. TYPE | DEPOSIT AMOUNT | TAX LIAB. PERIOD | FREQ |
|---|---|---|---|---|---|---|---|
| /24/03 | 804786 | 22348XXXX | 720 | P | 127,000.00 | 4/03 | QUARTERLY |

ACCOUNT NUMBER: 007212521965 TOTAL DEBIT: 127,000.00 DEBIT DATE: 12/24/03

DEPOSIT RECEIPT SHOULD BE KEPT FOR FUTURE REFERENCE. PLEASE REFER TO THIS IPT WHEN CONTACTING YOUR CUSTOMER SERVICE REPRESENTATIVE. FOR ADDITIONAL RMATION, CALL THE TELEPHONE NUMBER LISTED ABOVE.

# F-3

Department of the Treasury

Internal Revenue Service
1 Kalisa Way, 3rd Floor
Paramus, NJ 07652

Date: June 10, 2002

Locus Telecommunications Inc.
111 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

In Reply Refer to:
E:1665:BR
Person to Contact:
Barbara Rickard
Contact Telephone Number:
(201) 634-7001 ext. 119
Tax Years Ended:
December 31, 1999 and
December 31, 2000

Dear Taxpayer:

The examination of your income tax return for the above tax period resulted in the changes shown in our report. Please see the box checked below.

☐ A copy of the report is enclosed.

☒ A copy of the report was previously furnished you.

Since there is no material change in the tax you reported, we are accepting your return with the changes noted. You can contest these changes only when the result changes the amount of your income tax. Changes that affect carryovers to future years or periods cannot be protested at this time because we are not changing the tax reported on your return. If additional tax is proposed for a later year based on an adjustment of a carryover reflected in this report, you can contest the issue at that time.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Karen Ammons
Director Field Operations, HMT

Enclosure
☒ Examination Report

223488343 WP 03 200006 200334 2250 115833 237A
R68066 LM3

Department of the Treasury
Internal Revenue Service
CINCINNATI OH 45999-0035

Date: SEP. 1, 2003
Notice Number: 237A

Employer Identification Number:
22-3488343

Tax Form: 720
Tax Period: JUNE 30, 2000

For customer service, call
1-800-829-0115

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

## We Want to Send You a New Refund Check

*This notice will explain why we are sending you a new refund check, what you should do before we can replace the check, and what we'll do once we hear from you.*

### Why We Are Sending You a New Check

Our records show that you didn't cash your original refund check issued MAY 28, 2002. The original refund check was for $5,492.27. The check isn't good after one year. Please destroy it if you still have it.

### What You Should Do Now

Before we can send you a replacement check, we need to hear from you. Please call us at **1-800-829-0115**.

Helpful Hint: For faster service, try calling us any day except Monday when our call volumes are highest.

### What We'll Do Once We Hear From You

When we hear from you, we'll replace the original refund check.

However, the Treasury's Financial Management Service (FMS) may reduce your refund if you are past-due in payments for child support or debts to other federal agencies. The FMS will tell you where it applied the money if they take part or all of your refund.

United States Treasury 15-51/000 A 301,091,970

Check No.

12 30 03 23 AUSTIN, TEXAS 2306 01303265

01303265 103 206001722LOCU CNCNATIF-720 REF 22-3488343

Pay to the order of

LOCUS TELECOMMUNICATIONS INC 06/00
111 SYLVAN AVE 65
ENGLEWD CLIFFS NJ 07632-1514 $***3210*05

VOID AFTER ONE YEAR

451.86 INTEREST

⑈23067⑈ ⑆000000518⑆ 01303265 7⑈ 051203

200221 R38106

LM 3

Department of the Treasury
Internal Revenue Service
CINCINNATI OH 45999-0038

Date of this notice: JUNE 3, 2002
Taxpayer Identifying Number 22-3488343
Form: 720 Tax Period: SEP. 30, 1999

For assistance you may call us at:

1-800-829-1040

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

WE APPLIED YOUR PAYMENT TO YOUR ACCOUNT

THANK YOU FOR YOUR INQUIRY. WE LOCATED AND APPLIED YOUR PAYMENT(S) TOTALING $13,386.51 TO THE ACCOUNT SHOWN ABOVE.

THE FOLLOWING IS A LIST OF PAYMENT(S) WE HAVE CREDITED TO YOUR ACCOUNT FOR THE ABOVE TAX AND TAX PERIOD.

| DATE OF PAYMENT | AMOUNT |
|---|---|
| APR. 12, 2001 | $13,386.51 |

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

200221 17434-523-00026-2

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0038

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

223488343 WP 08 199909

United States Treasury 15-51/000 A 301,537,693

Check No.

01 13 04 7 AUSTIN, TEXAS 2306 01524399

01524399 I03 209001722LOCU CNCNATIF-720 REF

Pay to the order of

LOCUS TELECOMMUNICATIONS INC 09/00
111 SYLVAN AVE 99
ENGLEWD CLIFFS NJ 07632-1514 $**14679*24

VOID AFTER ONE YEAR

1,292.73 INTEREST

⑈2306⑈ ⑆000000518⑆ 01524399⑈ 050104

United States Treasury

Check No.

03 02 04 99 AUSTIN, TEXAS 2306 09867388

09867388 I03 212031722LOCU CNCNATIF-720 REF

Pay to the order of

LOCUS TELECOMMUNICATIONS INC 12/03
111 SYLVAN AVE 88
ENGLEWD CLFS NJ 07632-1514

$*****11*42

VOID AFTER ONE YEAR

11.42 INTEREST

⑆000000518⑆ 098673883⑈ 050304

United States Treasury 000 A 555,157,915

Check No.

08 10 04 24 AUSTIN, TEXAS 2306 56749398

56749398 I03 209031722LOCU CNCNATIF-720 REF

Pay to the order of LOCUS TELECOMMUNICATIONS INC 09/03
111 SYLVAN AVE 98
ENGLEWD CLFS NJ 07632-1514 $**10848*46

VOID AFTER ONE YEAR

111.21 INTEREST

⑆000000518⑆ 567493982⑈ 050804

COPY

Deposit 8/11/04

**United States Treasury** 15-51/000 A 375,459,013

Check No.

06 07 05 00 AUSTIN, TEXAS 2307 09101872

2307 09101872 20091700 I03 2LOCU CNCNATIF-720 REF

Pay to the order of
LOCUS TELECOMMUNICATIONS INC 03/05 72
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514

$***2689*17

VOID AFTER ONE YEAR

001

23078 000000518 09101872 050605

22488343 WF 03 200389 674 2250 17454-420-13021-4 A0039867 138
200430 002069 07632 IRS USE ONLY LM 3

Department of the Treasury
Internal Revenue Service
CINCINNATI, OH 45999-0038

For assistance, call:
1-800-829-0115

**Notice Number:** CP138
**Date:** August 9, 2004

**Taxpayer Identification Number:**
22-3488343
**Tax Form:** 720
**Tax Period:** September 30, 2003

003410.135696.0014.001 1 MB 0.309 372

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

003410

This is Not a Bill

## We Applied Your Overpayment to Other Federal Taxes

In this notice, we'll tell you what taxes you overpaid and where we applied the overpayment.

### What Taxes You Overpaid

You overpaid $11,601.88 on your Form 720, Federal Excise Tax, for the tax period September 30, 2003.

### Where We Applied Your Overpayment

We applied $864.63 from your overpayment to your Form 720, Federal Excise Tax, for the tax period March 31, 2004.

### About the Remainder of Your Overpayment

$10,737.25 remains from your overpayment. If you indicated on your return that you wanted the overpayment refunded, you should receive your refund in four to six weeks.

If you indicated on your return that you wanted your overpayment applied to your next tax period, we will do so. You do not need to contact us.

If you did not indicate whether you wanted the overpayment refunded or applied to the next tax period, it will be applied to your next tax period.

Please call us at 1-800-829-0115 if you have any questions about this notice. Helpful Hint: For faster service, try calling us any day except Monday when our call volumes are highest.

200430 R22807 2290 17454-598-15006-4 29566 210
LM 3

Department of the Treasury
Internal Revenue Service
CINCINNATI OH 45999-0038

Date of this notice: AUG. 9, 2004
Taxpayer Identifying Number 22-3488343
Form: 720 Tax Period: SEP. 30, 2003

For assistance you may call us at:

1-800-829-0115

HELPFUL HINT: FOR FASTER SERVICE, TRY CALLING US ANY DAY EXCEPT MONDAY WHEN OUR CALL VOLUMES ARE HIGHEST.

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

17454-420-13021-4

STATEMENT OF ADJUSTMENT TO YOUR ACCOUNT

| | |
|---|---|
| BALANCE DUE ON ACCOUNT BEFORE ADJUSTMENT | $.00 |
| ADJUSTMENT COMPUTATION | |
| PENALTY - DECREASE | 11,601.88 |
| INTEREST ALLOWED | 111.21 |
| NET ADJUSTMENT CREDIT | 11,713.09 |
| OVERPAYMENT | $11,713.09 |

THIS IS A RESULT OF YOUR CORRESPONDENCE DATED JULY 13, 2004.
INTEREST ALLOWED MUST BE REPORTED AS INCOME ON YOUR NEXT INCOME TAX RETURN.

STATUS OF YOUR ACCOUNT - REFUND

WE'LL REFUND YOUR OVERPAYMENT (PLUS INTEREST WHEN APPLICABLE), IF YOU OWE NO OTHER TAXES OR HAVE NO OTHER DEBTS THE LAW REQUIRES US TO COLLECT.

STATUS OF YOUR ACCOUNT

THIS NOTICE ISN'T THE RESULT OF AN EXAMINATION OF YOUR RETURN. WE NOTIFY A TAXPAYER WHEN WE SELECT HIS/HER RETURN FOR EXAMINATION.

RETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
YOUR TELEPHONE NUMBER BEST TIME TO CALL
( ) -

REFUND AMOUNT..................$11,713.09

200430 2425 17454-598-15006-4

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0038

210
LM

LOCUS TELECOMMUNICATIONS INC
111 SYLVAN AVE
ENGLEWD CLFS NJ 07632-1514119

223488343 WP 03 200309