# G

# G-1

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2001 or tax year beginning ____________, 2001, ending ____________

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **2001**

A Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T - see instructions) ☐

Name: LOCUS TELECOMMUNICATIONS, INC.
Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): 111 SYLVAN AVENUE
City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343
C Date incorporated: 01/14/1997
D Total assets (see page 8 of instructions): $ 20,481,015.

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| **Income** | | | | | |
| 1a | Gross receipts or sales | 91,096,334. | b Less returns and allowances ______ c Bal ▶ | 1c | 91,096,334. |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 76,007,311. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 15,089,023. |
| 4 | Dividends (Schedule C, line 19) | | | 4 | |
| 5 | Interest | | | 5 | 351,312. |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | -244. |
| 10 | Other income (see page 8 of instructions - attach schedule) SEE STATEMENT 1 | | | 10 | 8,003. |
| 11 | Total income. Add lines 3 through 10 ▶ | | | 11 | 15,448,094. |
| **Deductions (See instructions for limitations on deductions.)** | | | | | |
| 12 | Compensation of officers (Schedule E, line 4) | | | 12 | 187,920. |
| 13 | Salaries and wages (less employment credits) | | | 13 | 5,325,704. |
| 14 | Repairs and maintenance | | | 14 | 106,934. |
| 15 | Bad debts | | | 15 | 401,644. |
| 16 | Rents | | | 16 | 890,219. |
| 17 | Taxes and licenses SEE STATEMENT 2 | | | 17 | 3,598,749. |
| 18 | Interest | | | 18 | 20,911. |
| 19 | Charitable contributions (see page 10 of instructions for 10% limitation) SEE STATEMENT 3 | | | 19 | NONE |
| 20 | Depreciation (attach Form 4562) | 20 | 1,055,865. | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 1,055,865. |
| 22 | Depletion | | | 22 | |
| 23 | Advertising | | | 23 | 517,809. |
| 24 | Pension, profit-sharing, etc., plans | | | 24 | |
| 25 | Employee benefit programs | | | 25 | 409,155. |
| 26 | Other deductions (attach schedule) SEE STATEMENT 4 | | | 26 | 2,689,205. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | | | 27 | 15,204,115. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 243,979. |
| 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) STMT 5 | 29a | 243,979. | | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c | 243,979. |
| **Tax and Payments** | | | | | |
| 30 | Taxable income. Subtract line 29c from line 28 | | | 30 | |
| 31 | Total tax (Schedule J, line 11) | | | 31 | NONE |
| 32 | Payments: a 2000 overpayment credited to 2001 | 32a | | | |
| | b 2001 estimated tax payments | 32b | | | |
| | c Less 2001 refund applied for on Form 4466 | 32c | ( ) d Bal ▶ | 32d | |
| | e Tax deposited with Form 7004 | 32e | | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | | | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | NONE |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | NONE |
| 36 | Enter amount of line 35 you want: Credited to 2002 estimated tax ▶ | | Refunded ▶ | 36 | NONE |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ ______________________ Signature of officer | Date | ▶ Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

**Paid Preparer's Use Only**

Preparer's signature ▶ [signature] Date 9/11/02 Check if self-employed ☐ Preparer's SSN or PTIN 640...
Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK NY 10154-0102
EIN 13-5565207
Phone no. 212-758-9700

JSA 1C1110 3.000 AGX52N 2231 09/11/2002 18:32:37 V01-7.3 22-3488343

FORM 1120, PAGE 1 DETAIL

LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 3,597,324. |
| ACCRUED STATE AND LOCAL TAXES | 1,425. |
| TOTAL LINE 17 - TAXES | 3,598,749. |

LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 479,014. |
| DE FRANCHISE TAX | 13,936. |
| FEDERAL EXCISE TAX | 3,097,316. |
| STATE EXCISE TAX | 7,004. |
| LICENSE | 54. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 800. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 200. |
| ACCRUED STATE TAXES FOR NEW YORK | 425. |
| TOTAL | 3,598,749. |

STATEMENT 2

# G-2

Original

EXTENSION ATTACHED

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2002 or tax year beginning __________, 2002, ending __________

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **2002**

A Check if a: 1 Consolidated return (attach Form 851) ☐ 2 Personal holding co. (attach Sch. PH) ☐ 3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) - see instructions) ☐

Name: LOCUS TELECOMMUNICATIONS, INC.

Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): 111 SYLVAN AVENUE

City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343

C Date incorporated: 01/14/1997

D Total assets (see page 8 of instructions): $ 29,361,300.

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Inner box | Inner amount | Line box | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 99,332,056. b Less returns and allowances | c Bal ▶ | | 1c | 99,332,056. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 82,425,902. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 16,906,154. |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | 229,327. |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | -6,960. |
| | 10 | Other income (see page 9 of instructions - attach schedule) SEE STATEMENT 1 | | | 10 | 198,598. |
| | 11 | Total income. Add lines 3 through 10 ▶ | | | 11 | 17,327,119. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | 416,000. |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 5,889,858. |
| | 14 | Repairs and maintenance | | | 14 | 54,480. |
| | 15 | Bad debts | | | 15 | 190,865. |
| | 16 | Rents | | | 16 | 934,048. |
| | 17 | Taxes and licenses SEE STATEMENT 2 | | | 17 | 3,526,552. |
| | 18 | Interest | | | 18 | 16,118. |
| | 19 | Charitable contributions (see page 11 of instructions for 10% limitation) SEE STATEMENT 3 | | | 19 | NONE |
| | 20 | Depreciation (attach Form 4562) | 20 | 996,819. | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 996,819. |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | 410,989. |
| | 24 | Pension, profit-sharing, etc., plans | | | 24 | |
| | 25 | Employee benefit programs | | | 25 | 452,679. |
| | 26 | Other deductions (attach schedule) SEE STATEMENT 4 | | | 26 | 2,308,215. |
| | 27 | Total deductions. Add lines 12 through 26 ▶ | | | 27 | 15,196,623. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 2,130,496. |
| | 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) STMT 5 | 29a | 2,130,496. | | |
| | | b Special deductions (Schedule C, line 20) | 29b | | 29c | 2,130,496. |
| Tax and Payments | 30 | Taxable income. Subtract line 29c from line 28 | | | 30 | |
| | 31 | Total tax (Schedule J, line 11) | | | 31 | NONE |
| | 32 | Payments: a 2001 overpayment credited to 2002 | 32a | NONE | | |
| | | b 2002 estimated tax payments | 32b | | | |
| | | c Less 2002 refund applied for on Form 4466 | 32c | ( ) d Bal ▶ | 32d | NONE |
| | | e Tax deposited with Form 7004 | 32e | NONE | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | NONE |
| | 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | | | 33 | |
| | 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | NONE |
| | 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | NONE |
| | 36 | Enter amount of line 35 you want: Credited to 2003 estimated tax ▶ | Refunded ▶ | | 36 | NONE |

**Sign Here**: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ____ Date ▶ Title

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ Date | Check if self-employed ☐ | Preparer's SSN or PTIN: P00201509

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK NY 10154-0102

EIN 13-5565207

Phone no. 212-758-9700

JSA 2C1110 2.000

Form **1120** (2002)

AGX52N 2231 09/04/2003 11:59:16 V02-7.4 22-3488343

## FORM 1120, PAGE 1 DETAIL

### LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 3,298,145. |
| OTHER STATE AND LOCAL TAXES | 15,105. |
| ACCRUED STATE AND LOCAL TAXES | 213,302. |
| TOTAL LINE 17 - TAXES | 3,526,552. |

### LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 518,837. |
| DE FRANCHISE TAX | 11,870. |
| FEDERAL EXCISE TAX | 2,753,859. |
| STATE EXCISE TAX | 4,975. |
| LICENSE | 8,604. |
| PY STATE TAXES | 15,105. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 22,318. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 189,484. |
| ACCRUED STATE TAXES FOR NEW YORK | 1,500. |
| TOTAL | 3,526,552. |

# G-3

Amendment

** AMENDED RETURN **

# Form 1120 U.S. Corporation Income Tax Return

Department of the Treasury Internal Revenue Service

For calendar year 2002 or tax year beginning __________, 2002, ending __________

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 1545-0123

**2002**

A Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) - see instructions) ☐

Name: LOCUS TELECOMMUNICATIONS, INC.

Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): 111 SYLVAN AVENUE

City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343

C Date incorporated: 01/14/1997

D Total assets (see page 8 of instructions): $ 31,692,855.

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Section | Line | Description | Sub | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 92,650,754. b Less returns and allowances ____ c Bal ▶ | 1c | 92,650,754. |
| | 2 | Cost of goods sold (Schedule A, line 8) | 2 | 82,425,902. |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 10,224,852. |
| | 4 | Dividends (Schedule C, line 19) | 4 | |
| | 5 | Interest | 5 | 229,327. |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | -6,960. |
| | 10 | Other income (see page 9 of instructions - attach schedule) SEE STATEMENT 1 | 10 | 198,598. |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 10,645,817. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (Schedule E, line 4) | 12 | 416,000. |
| | 13 | Salaries and wages (less employment credits) | 13 | 5,889,858. |
| | 14 | Repairs and maintenance | 14 | 54,480. |
| | 15 | Bad debts | 15 | 190,865. |
| | 16 | Rents | 16 | 934,048. |
| | 17 | Taxes and licenses SEE STATEMENT 2 | 17 | 3,324,333. |
| | 18 | Interest | 18 | 16,118. |
| | 19 | Charitable contributions (see page 11 of instructions for 10% limitation) SEE STATEMENT 3 | 19 | NONE |
| | 20 | Depreciation (attach Form 4562) | 20: 996,819. | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b: 996,819. |
| | 22 | Depletion | 22 | |
| | 23 | Advertising | 23 | 410,989. |
| | 24 | Pension, profit-sharing, etc., plans | 24 | |
| | 25 | Employee benefit programs | 25 | 452,679. |
| | 26 | Other deductions (attach schedule) SEE STATEMENT 4 | 26 | 2,308,215. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 14,994,404. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -4,348,587. |
| | 29 | Less: a Net operating loss (NOL) deduction (see page 13 STMT 5) | 29a | |
| | | b Special deductions (Schedule C, line 20) | 29b | 29c: |
| Tax and Payments | 30 | **Taxable income.** Subtract line 29c from line 28 | 30 | -4,348,587. |
| | 31 | **Total tax** (Schedule J, line 11) | 31 | NONE |
| | 32 | Payments: a 2001 overpayment credited to 2002 | 32a | NONE |
| | | b 2002 estimated tax payments | 32b | |
| | | c Less 2002 refund applied for on Form 4466 ( ) d Bal ▶ | 32c / 32d | NONE |
| | | e Tax deposited with Form 7004 | 32e | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | 32h: NONE |
| | 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| | 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | NONE |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | NONE |
| | 36 | Enter amount of line 35 you want: Credited to 2003 estimated tax ▶ Refunded ▶ | 36 | NONE |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ____ Date ____ ▶ Title ____

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ ____ Date ____ Check if self-employed ☐ Preparer's SSN or PTIN: P00201509

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK NY 10154-0102

EIN: 13-5565207

Phone no.: 212-758-9700

JSA 2C1110 2.000

Form **1120** (2002)

FORM 1120, PAGE 1 DETAIL

LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 3,298,145. |
| ACCRUED STATE AND LOCAL TAXES | 26,188. |
| TOTAL LINE 17 - TAXES | 3,324,333. |

LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 518,837. |
| DE FRANCHISE TAX | 11,870. |
| FEDERAL EXCISE TAX | 2,753,859. |
| STATE EXCISE TAX | 4,975. |
| LICENSE | 8,604. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 800. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 8,783. |
| ACCRUED STATE TAXES FOR NEW YORK | 1,500. |
| P/Y STATE TAXES | 15,105. |
| TOTAL | 3,324,333. |

STATEMENT 2

# G-4

original

Form **1120** — Department of the Treasury, Internal Revenue Service

# U.S. Corporation Income Tax Return

OMB No. 1545-0123 — **2003**

For calendar year 2003 or tax year beginning ________, 2003, ending ________

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

A Check if a: 1 Consolidated return (attach Form 851) ☐ 2 Personal holding co. (attach Sch. PH) ☐ 3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) - see instructions) ☐

Name: LOCUS TELECOMMUNICATIONS, INC.

Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): 111 SYLVAN AVENUE

City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343

C Date incorporated: 01/14/1997

D Total assets (see page 8 of instructions): $ 35,069,308.

E Check applicable boxes: (1) Initial return (2) Final return (3) Name change (4) Address change

| Section | Line | Description | Inner box | Inner amount | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales 124,921,263. b Less returns and allowances ____ c Bal ▶ | | | 1c | 124,921,263. |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | 102,305,667. |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 22,615,596. |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | | | 5 | 235,004. |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | 9 | -3,234. |
| | 10 | Other income (see page 9 of instructions - attach schedule) SEE STATEMENT 1 | | | 10 | 26,146. |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 22,873,512. |
| Deductions (See instructions for limitations on deductions.) | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | 470,073. |
| | 13 | Salaries and wages (less employment credits) | | | 13 | 6,515,802. |
| | 14 | Repairs and maintenance | | | 14 | 51,979. |
| | 15 | Bad debts | | | 15 | 26,934. |
| | 16 | Rents | | | 16 | 932,665. |
| | 17 | Taxes and licenses SEE STATEMENT 2 | | | 17 | 4,651,281. |
| | 18 | Interest | | | 18 | 267. |
| | 19 | Charitable contributions (see page 11 of instructions for 10% limitation) SEE STATEMENT 3 | | | 19 | 3,250. |
| | 20 | Depreciation (attach Form 4562) | 20 | 968,387. | | |
| | 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | | 21b | 968,387. |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | 569,456. |
| | 24 | Pension, profit-sharing, etc., plans | | | 24 | |
| | 25 | Employee benefit programs | | | 25 | 568,364. |
| | 26 | Other deductions (attach schedule) SEE STATEMENT 4 | | | 26 | 2,689,877. |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | | | 27 | 17,448,335. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | 5,425,177. |
| | 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) | 29a | 3,788,199. | | STMT 5 |
| | | b Special deductions (Schedule C, line 20) | 29b | | 29c | 3,788,199. |
| Tax and Payments | 30 | **Taxable income.** Subtract line 29c from line 28 | | | 30 | 1,636,978. |
| | 31 | **Total tax** (Schedule J, line 11) | | | 31 | 556,573. |
| | 32 | Payments: a 2002 overpayment credited to 2003 | 32a | NONE | | |
| | | b 2003 estimated tax payments | 32b | 710,000. | | |
| | | c Less 2003 refund applied for on Form 4466 | 32c | ( ) | | |
| | | d Bal ▶ | 32d | 710,000. | | |
| | | e Tax deposited with Form 7004 | 32e | 150,000. | | |
| | | f Credit for tax paid on undistributed capital gains (attach Form 2439) | 32f | | | |
| | | g Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | 860,000. |
| | 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | | | 33 | |
| | 34 | **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | |
| | 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | 303,427. |
| | 36 | Enter amount of line 35 you want: Credited to 2004 estimated tax ▶ 303,427 Refunded ▶ | | | 36 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer — Date ▶ Title

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ — Date — Check if self-employed ☐ — Preparer's SSN or PTIN: P00201509

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK, NY 10154-0102 — EIN 13-5565207 — Phone no. 212-758-9700

JSA 3C1110 2.000 — Form **1120** (2003)

AGX52N 2231 09/12/2004 14:50:25 V03-7.2 22-3488343 11

FORM 1120, PAGE 1 DETAIL

LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 4,114,772. |
| ACCRUED STATE AND LOCAL TAXES | 536,509. |
| TOTAL LINE 17 - TAXES | 4,651,281. |

LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 578,298. |
| FEDERAL EXCISE TAX | 3,528,626. |
| STATE EXCISE TAX | 7,848. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 54,428. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 480,581. |
| ACCRUED STATE TAXES FOR NEW YORK | 1,500. |
| TOTAL | 4,651,281. |

STATEMENT 2

# G-5

AMENDED RETURN

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2003 or tax year beginning __________, 2003, ending __________

▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **2003**

A Check if a:
1 Consolidated return (attach Form 851) ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) - see instructions) ☐

Name: LOCUS TELECOMMUNICATIONS INC
Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): 111 SYLVAN AVENUE
City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343
C Date incorporated: 01/14/1997
D Total assets (see page 8 of instructions): $ 37,944,345.

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| Line | Description | | Amount |
|---|---|---|---|
| **Income** | | | |
| 1a | Gross receipts or sales 124,921,263. b Less returns and allowances ____ c Bal ▶ | 1c | 124,921,263. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 102,305,667. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 22,615,596. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | 235,004. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | -3,234. |
| 10 | Other income (see page 9 of instructions - attach schedule) SEE STATEMENT 1 | 10 | 26,146. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 22,873,512. |
| **Deductions (See instructions for limitations on deductions.)** | | | |
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 470,073. |
| 13 | Salaries and wages (less employment credits) | 13 | 6,515,802. |
| 14 | Repairs and maintenance | 14 | 51,979. |
| 15 | Bad debts | 15 | 26,934. |
| 16 | Rents | 16 | 932,665. |
| 17 | Taxes and licenses SEE STATEMENT 2 | 17 | 4,651,541. |
| 18 | Interest | 18 | 267. |
| 19 | Charitable contributions (see page 11 of instructions for 10% limitation) SEE STATEMENT 3 | 19 | NONE |
| 20 | Depreciation (attach Form 4562) — 20: 968,387. | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return — 21a: | 21b | 968,387. |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 569,456. |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | 568,364. |
| 26 | Other deductions (attach schedule) SEE STATEMENT 4 | 26 | 2,689,877. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 17,445,345. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 5,428,167. |
| 29 | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) — 29a: 5,428,167. STMT 5 | | |
| | b Special deductions (Schedule C, line 20) — 29b: | 29c | 5,428,167. |
| **Tax and Payments** | | | |
| 30 | Taxable income. Subtract line 29c from line 28 | 30 | |
| 31 | Total tax (Schedule J, line 11) | 31 | 106,429. |
| 32 | Payments: a 2002 overpayment credited to 2003 — 32a: NONE | | |
| | b 2003 estimated tax payments — 32b: 710,000. | | |
| | c Less 2003 refund applied for on Form 4466 — 32c: ( ) d Bal ▶ 32d: 710,000. | | |
| | e Tax deposited with Form 7004 — 32e: 150,000. | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) — 32f: | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions — 32g: | 32h | 860,000. |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | 33 | 4,954. |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 748,617. |
| 36 | Enter amount of line 35 you want: Credited to 2004 estimated tax ▶ 748,617. Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer Date ▶ Title

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's SSN or PTIN P00201509

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK, NY 10154-0102

EIN 13-5565207

Phone no. 212-758-9700

## FORM 1120, PAGE 1 DETAIL

### LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 4,114,772. |
| ACCRUED STATE AND LOCAL TAXES | 536,769. |
| TOTAL LINE 17 - TAXES | 4,651,541. |

### LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 578,298. |
| FEDERAL EXCISE TAX | 3,528,626. |
| STATE EXCISE TAX | 7,848. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 54,426. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 480,843. |
| ACCRUED STATE TAXES FOR NEW YORK | 1,500. |
| TOTAL | 4,651,541. |

STATEMENT 2

# G-6

*** PRO FORMA ***

# Form 1120 U.S. Corporation Income Tax Return

OMB No. 1545-0123 **2004**

Department of the Treasury Internal Revenue Service

For calendar year 2004 or tax year beginning ________, ending ________

▶ See separate instructions.

A Check if: 1 Consolidated return (attach Form 851) ☐ 2 Personal holding co. (attach Sch. PH) ☐ 3 Personal service corp. (see instructions) ☐ 4 Schedule M-3 required (attach Sch. M-3) X

Use IRS label. Otherwise, print or type.

Name: LOCUS TELECOMMUNICATIONS, INC.

Number, street, and room or suite no. If a P.O. box, see page 9 of instructions: 111 SYLVAN AVENUE

City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632

B Employer identification number: 22-3488343

C Date incorporated: 01/14/1997

D Total assets (see page 8 of instructions): $ 52,541,422.

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

COPY

| Line | Description | Line | Amount |
|---|---|---|---|
| **Income** | | | |
| 1a | Gross receipts or sales 175,896,957. b Less returns and allowances ____ c Bal ▶ | 1c | 175,896,957. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 146,129,807. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 29,767,150. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | 385,418. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | NONE |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | NONE |
| 10 | Other income (see page 11 of instructions - attach schedule) SEE STATEMENT 1 | 10 | 37,069. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 30,189,637. |
| **Deductions (See instructions for limitations on deductions.)** | | | |
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 580,000. |
| 13 | Salaries and wages (less employment credits) | 13 | 7,113,655. |
| 14 | Repairs and maintenance | 14 | 66,103. |
| 15 | Bad debts | 15 | 96,668. |
| 16 | Rents | 16 | 881,472. |
| 17 | Taxes and licenses SEE STATEMENT 2 | 17 | 6,915,302. |
| 18 | Interest | 18 | |
| 19 | Charitable contributions (see page 14 of instructions for 10% limitation) SEE STATEMENT 3 | 19 | 9,000. |
| 20 | Depreciation (attach Form 4562) — 20: 1,959,858. | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return — 21a: | 21b | 1,959,858. |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 614,239. |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | 776,646. |
| 26 | Other deductions (attach schedule) SEE STATEMENT 4 | 26 | 4,587,441. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 23,600,384. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 6,589,253. |
| 29 | Less: a Net operating loss deduction (see page 16 of instructions) — 29a: 4,857,711. STMT 5 | | |
| | b Special deductions (Schedule C, line 20) — 29b: | 29c | 4,857,711. |
| **Tax and Payments** | | | |
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | 30 | 1,731,542. |
| 31 | Total tax (Schedule J, line 11) | 31 | 482,296. |
| 32 | Payments: a 2003 overpayment credited to 2004 — 32a: 748,618. | | |
| | b 2004 estimated tax payments — 32b: 2,283,500. | | |
| | c Less 2004 refund applied for on Form 4466 — 32c: ( ) d Bal ▶ 32d: 3,032,118. | | |
| | e Tax deposited with Form 7004 — 32e: 601,000. | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) — 32f: | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions — 32g: | 32h | 3,633,118. |
| 33 | Estimated tax penalty (see page 17 of instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 3,150,822. |
| 36 | Enter amount of line 35 you want: Credited to 2005 estimated tax ▶ 3,150,822. Refunded ▶ | 36 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer Date ▶ Title

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's SSN or PTIN: P00201509

Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK, NY 10154-0102

EIN 13-5565207

Phone no. 212-758-9700

LOCUS TELECOMMUNICATIONS, INC. 22-3488343

FORM 1120, PAGE 1 DETAIL

LINE 17 - TAX SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 6,605,506. |
| ACCRUED STATE AND LOCAL TAXES | 309,796. |
| TOTAL | 6,915,302. |

LINE 17 - TAXES AND LICENSES

| | |
|---|---|
| PAYROLL TAXES | 634,418. |
| FEDERAL EXCISE TAX | 6,271,217. |
| STATE EXCISE TAX | -300,129. |
| ACCRUED STATE TAXES FOR CALIFORNIA | 3,220. |
| ACCRUED STATE TAXES FOR NEW JERSEY | 301,576. |
| ACCRUED STATE TAXES FOR NEW YORK | 5,000. |
| TOTAL | 6,915,302. |

STATEMENT 2

# G-7

# Form 1120 U.S. Corporation Income Tax Return 2005

Department of the Treasury Internal Revenue Service

For calendar year 2005 or tax year beginning ______________, ending ______________

▶ See separate instructions.

OMB No. 1545-0123

| | | |
|---|---|---|
| A Check if: 1 Consolidated return (attach Form 851) X; 2 Personal holding co. (attach Sch. PH); 3 Personal service corp. (see instructions); 4 Schedule M-3 required (attach Sch. M-3) X | Name: LOCUS TELECOMMUNICATIONS, INC. & SUBSIDIARY | B Employer identification number: 22-3488343 |
| Use IRS label. Otherwise, print or type. | Number, street, and room or suite no. If a P.O. box, see instructions: 111 SYLVAN AVENUE | C Date incorporated: 01/14/1997 |
| | City or town, state, and ZIP code: ENGLEWOOD CLIFFS, NJ 07632 | D Total assets (see instructions): $ 83,061,499. |

E Check if: (1) Initial return (2) Final return (3) Name change (4) Address change

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales 278,715,333. b Less returns and allowances | c Bal ▶ 1c | 278,715,333. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 238,114,983. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 40,600,350. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest SEE STATEMENT 3 | 5 | 964,191. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | 38,889. |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | -126. |
| 10 | Other income (see instructions - attach schedule) SEE STATEMENT 3 | 10 | 46,688. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 41,649,992. |

## Deductions (See instructions for limitations on deductions.)

Extension Attached

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 680,000. |
| 13 | Salaries and wages (less employment credits) | 13 | 8,475,470. |
| 14 | Repairs and maintenance | 14 | 69,361. |
| 15 | Bad debts | 15 | -19,937. |
| 16 | Rents | 16 | 911,781. |
| 17 | Taxes and licenses SEE STATEMENT 4 | 17 | 3,571,484. |
| 18 | Interest | 18 | 8,188. |
| 19 | Charitable contributions (see instructions for 10% limitation) SEE STATEMENT 5 | 19 | 8,236. |
| 20a | Depreciation (attach Form 4562) 20a 1,046,081. | | |
| b | Less depreciation claimed on Schedule A and elsewhere on return 20b | 20c | 1,046,081. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 776,357. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 838,596. |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) SEE STATEMENT 7 | 26 | 10,712,117. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 27,077,734. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 14,572,258. |
| 29 | Less: a Net operating loss deduction (see instructions) 29a; b Special deductions (Schedule C, line 20) 29b | 29c | |

## Tax and Payments

| Line | Description | | Amount |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | 30 | 14,572,258. |
| 31 | Total tax (Schedule J, line 11) | 31 | 5,000,290. |
| 32 | Payments: a 2004 overpayment credited to 2005 32a 3,148,552.; b 2005 estimated tax payments 32b 2,338,279.; c Less 2005 refund applied for on Form 4466 32c ( ) d Bal ▶ 32d 5,486,831.; e Tax deposited with Form 7004 32e 1,500,000.; f Credit from (1) Form 2439 ___ (2) Form 4136 ___ 32f | 32g | 6,986,831. |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Tax due. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 1,986,541. |
| 36 | Enter amount of line 35 you want: Credited to 2006 estimated tax ▶ 1,986,541. Refunded ▶ | 36 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ____ Date ____ ▶ Title ____

May the IRS discuss this return with the preparer shown below (see instructions)? X Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ — Preparer's SSN or PTIN: P00201509 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ KPMG LLP, 345 PARK AVENUE, NEW YORK, NY 10154-0102 | | EIN 13-5565207; Phone no. 212-758-9700 |

## 1120 PAGE 1 DETAIL

### LINE 17 - TAXES SUMMARY

| | |
|---|---|
| TAXES (EXCLUDING INCOME TAXES) | 2,850,656. |
| ACCRUED STATE AND LOCAL TAXES | 720,828. |
| TOTAL LINE 17 - TAXES | 3,571,484. |

### LINE 17 - TAXES (EXCLUDING INCOME TAXES)

LOCUS TELECOMMUNICATIONS, INC.

| | |
|---|---|
| PAYROLL TAXES | 759,475. |
| DE FRANCHISE TAX | 75,582. |
| FED EXCISE TAX | 1,980,869. |
| STATE EXCISE TAX | 34,730. |
| SUBTOTAL | 2,850,656. |
| TOTAL - TAXES (EXCLUDING INCOME TAXES) | 2,850,656. |

### LINE 17 - ACCRUED STATE AND LOCAL TAXES

LOCUS TELECOMMUNICATIONS, INC.

| | |
|---|---|
| ACCRUED STATE TAXES FOR NEW JERSEY | 631,695. |
| ACCRUED STATE TAXES FOR NEW YORK | 5,000. |
| SUBTOTAL | 636,695. |

LOCUS TELECOMMUNICATIONS, INC. & SUBSIDIARY

| | |
|---|---|
| ACCRUED STATE TAXES FOR CALIFORNIA | 84,133. |
| SUBTOTAL | 84,133. |
| TOTAL - ACCRUED STATE AND LOCAL TAXES | 720,828. |