# H

# H-1

# TAB 2H LOCUS ACCOUNTING RECORDS
## BACKGROUND ON TAB 2H-1 AND 2H-2

The representative General Ledger Entries and Payment Voucher recording FET as Locus corporate overhead and showing approval for and payment of FET by Locus are to be understood as follows.

Locus routinely made two payments per month of the FET after payment approvals were recorded and a payment voucher issued.

Backup calculations to determine Locus' FET payments are clearly shown to be based on Locus' total sales of its services/products and not on the basis of sales to a distributor customer.

Confirmation of payment acceptance is contained in the EFTPS electronic payment printout.

**Charles H. Helein**

**From:** Sam Lee [samlee@locus.net]
**Sent:** Thursday, November 09, 2006 3:21 PM
**To:** 'Charles Helein'
**Cc:** peterk@locus.net; hanaj@locus.net
**Subject:** Accounting Record for FET Treatment as Expense

1. 10_04_GL&Payment Voucher (Generally 2 payments/month)

-General ledger entry for Oct.05 liability accrual (Account# starting from 7 is the expense account while 3 is the withheld account)
-Payment voucher (By the due date, cash is paid by reversing withheld account)
-Payment confirmation and liability calculation backup by total Locus product, not by distributors.

2. 11_04_GL&Payment Voucher (Same with number 1 above)
3. 2004_TR&GL Details

-2004 Locus Tax Return by recognizing FET tax expense
-General ledger details. If you see the last page, total is $6,290,347.89. If you apply KPMG adjustment (AJE29), $19,130.31, total would be $6,271,217 matching with tax return figure.

4. Tax return for sample top10 distributors

-Lunex and Vertex (There is no FET payment expense, which should be 3% of their cost of goods sold (Am I O.K. to release these information without consent from customers? I am sure you will treat the information legally proper manner)

Thanks.
Sam Lee

# Gener[illegible] urnal Entry

POSTED

| | | | | | |
|---|---|---|---|---|---|
| Posting Date | 10/31/04 | Batch Number | 3856 | Control Total | $ 581,954.50 |
| Period To Post | October-04 | | | Debit Total | $ 581,954.50 |
| | | | | Credit Total | $ 581,954.50 |

Date Prepared : 11/14/04

Preparer : Tony Kim

| Approval (Accounting Only) | | |
|---|---|---|
| [signature] | [signature] 11/15/04 | [signature] 11/15/04 |

File Name : FET Actual 1004

| Reason for this entry |
|---|
| To record Federal Excise Tax expense for October Actual Closing    Total = CC PCS Lopeds |
| 582 = 525 + 40 + 17 |

G/L Entry

| Company | Account Name | | Account | Proj | Task | Sub Account | Ref Nbr | Date | Emp ID | Lab Cl | Billable | Qty | Debit | Credit | Description | Rec Status | Clear Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | Fed Ex Tax | NJCC | 71600100 | | | 01-10-00-00-00-00 | FET | 10/31/04 | | | No | | 496,070.88 | | to record Ex Tax on NJ CC | Cleared | 10/31/04 |
| | Fed Ex Tax With | NJCC | 32200100 | | | 01-10-00-00-00-00 | FET | 10/31/04 | | | No | | | 496,070.88 | to record Ex Tax on NJ CC | Cleared | 10/31/04 |
| | Fed Ex Tax | CACC | 71600100 | | | 02-10-00-00-00-00 | FET | 10/31/04 | | | No | | 15,648.65 | | to record Ex Tax on CA CC | Cleared | 10/31/04 |
| | Fed Ex Tax With | CACC | 32200100 | | | 02-10-00-00-00-00 | FET | 10/31/04 | | | No | | | 15,648.65 | to record Ex Tax on CA CC | Cleared | 10/31/04 |
| | Fed Ex Tax | NJ AT&T | 71600100 | | | 01-20-00-00-00-00 | FET | 10/31/04 | | | No | | 20,130.72 | | to record Ex Tax on NJ PCS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax With | NJ AT&T | 32200100 | | | 01-20-00-00-00-00 | FET | 10/31/04 | | | No | | | 20,130.72 | to record Ex Tax on NJ PCS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax | NJ Ver | 71600100 | | | 01-20-00-30-00-00 | FET | 10/31/04 | | | No | | 1,054.96 | | to record Ex Tax on NJ PCS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax With | NJ Ver | 32200100 | | | 01-20-00-30-00-00 | FET | 10/31/04 | | | No | | | 1,054.96 | to record Ex Tax on NJ PCS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax | CA AT&T | 71600100 | | | 02-20-00-00-00-00 | FET | 10/31/04 | | | No | | 16,805.49 | | to record Ex Tax on CA PCS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax With | CA AT&T | 32200100 | | | 02-20-00-00-00-00 | FET | 10/31/04 | | | No | | | 16,805.49 | to record Ex Tax on CA PCS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax | CA Ver | 71600100 | | | 02-20-00-30-00-00 | FET | 10/31/04 | | | No | | 2,137.59 | | to record Ex Tax on CA PCS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax With | CA Ver | 32200100 | | | 02-20-00-30-00-00 | FET | 10/31/04 | | | No | | | 2,137.59 | to record Ex Tax on CA PCS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax | NJWIP | 71600100 | | | 01-40-00-00-00-00 | FET | 10/31/04 | | | No | | 60.00 | | to record Ex Tax on NJ WIP | Cleared | 10/31/04 |
| | Fed Ex Tax With | NJWIP | 32200100 | | | 01-40-00-00-00-00 | FET | 10/31/04 | | | No | | | 60.00 | to record Ex Tax on NJ WIP | Cleared | 10/31/04 |
| | Fed Ex Tax | CAWIP | 71600100 | | | 02-40-00-00-00-00 | FET | 10/31/04 | | | No | | 30.00 | | to record Ex Tax on CA WIP | Cleared | 10/31/04 |
| | Fed Ex Tax With | CAWIP | 32200100 | | | 02-40-00-00-00-00 | FET | 10/31/04 | | | No | | | 30.00 | to record Ex Tax on CA WIP | Cleared | 10/31/04 |
| | Fed Ex Tax | RECH | 71600100 | | | 01-10-00-00-30-00 | FET | 10/31/04 | | | No | | 13,008.50 | | to record Ex Tax on Recharge | Cleared | 10/31/04 |
| | Fed Ex Tax With | RECH | 32200100 | | | 01-10-00-00-30-00 | FET | 10/31/04 | | | No | | | 13,008.50 | to record Ex Tax on Recharge | Cleared | 10/31/04 |
| | Fed Ex Tax | LOPED AT&T | 71600100 | | | 01-50-00-00-10-00 | FET | 10/31/04 | | | No | | 15,961.80 | | to record Ex Tax on LOPEDS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax With | LOPED AT&T | 32200100 | | | 01-50-00-00-10-00 | FET | 10/31/04 | | | No | | | 15,961.80 | to record Ex Tax on LOPEDS AT&T | Cleared | 10/31/04 |
| | Fed Ex Tax | LOPED Ver | 71600100 | | | 01-50-00-30-10-00 | FET | 10/31/04 | | | No | | 555.60 | | to record Ex Tax on LOPEDS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax With | LOPED Ver | 32200100 | | | 01-50-00-30-10-00 | FET | 10/31/04 | | | No | | | 555.60 | to record Ex Tax on LOPEDS Ver | Cleared | 10/31/04 |
| | Fed Ex Tax | HOME | 71600100 | | | 01-60-00-00-00-00 | FET | 10/31/04 | | | No | | 490.31 | | to record Ex Tax on Home LD | Cleared | 10/31/04 |
| | Fed Ex Tax With | HOME | 32200100 | | | 01-60-00-00-00-00 | FET | 10/31/04 | | | No | | | 490.31 | to record Ex Tax on Home LD | Cleared | 10/31/04 |

# Octob_r 2004 Excise Tax Actual Closin_

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 17,743,021.10 | 254,750.89 | 1,481.80 | 256,232.69 | 17,486,788.41 | 524,603.65 |
| NJ | 16,678,665.85 | 147,115.89 | - | 147,115.89 | 16,531,549.96 | 495,946.50 |
| CA | 629,256.75 | 107,635.00 | - | 107,635.00 | 521,621.75 | 15,648.65 |
| RECH | 435,098.50 | - | 1,481.80 | 1,481.80 | 433,616.70 | 13,008.50 |
| PCS (A/T) | 1,394,925.23 | 57,299.94 | - | 57,299.94 | 1,337,625.29 | 40,128.76 |
| NJ | 741,115.23 | 34,925.84 | - | 34,925.84 | 706,189.39 | 21,185.68 |
| Verizon | 42,585.34 | 7,420.00 | - | 7,420.00 | 35,165.34 | 1,054.96 |
| AT&T | 698,529.89 | 27,505.84 | - | 27,505.84 | 671,024.05 | 20,130.72 |
| CA | 653,810.00 | 22,374.10 | - | 22,374.10 | 631,435.90 | 18,943.08 |
| Verizon | 74,720.00 | 3,467.10 | - | 3,467.10 | 71,252.90 | 2,137.59 |
| AT&T | 579,090.00 | 18,907.00 | - | 18,907.00 | 560,183.00 | 16,805.49 |
| WIP | 3,800.00 | 800.00 | - | 800.00 | 3,000.00 | 90.00 |
| NJ | 2,000.00 | - | - | - | 2,000.00 | 60.00 |
| CA | 1,800.00 | 800.00 | - | 800.00 | 1,000.00 | 30.00 |
| LOPEDS | 554,726.00 | - | - | - | 554,726.00 | 16,641.78 |
| Verizon | 18,520.00 | - | - | - | 18,520.00 | 555.60 |
| AT&T | 532,060.00 | - | - | - | 532,060.00 | 15,961.80 |
| Calling Cards | 4,146.00 | - | - | - | 4,146.00 | 124.38 |
| HOME LD | 16,343.63 | - | - | - | 16,343.63 | 490.31 |
| TOTAL | 19,712,815.96 | 312,850.83 | 1,481.80 | 314,332.63 | 19,398,483.33 | 581,954.50 |

# LOCUS
Payment Approval

Date Prepared : 11/24/2004

Preparer / Dept : Tony Kim / Acctg

Payment Amount : $ 290,954.50

Check# :
Others: over the internet.
Date: 11/24/04
Name of Bank : Panasia / Chase / (Citi) / CCB
Savings

Vendor ID# :

Vendor Name : IRS

Payment Method :

| Check | CrCard | Wire | Other |
|---|---|---|---|
| | | | X |

Signature :

| Department | | | Accounting | | | President |
|---|---|---|---|---|---|---|
| [signature] | | | | [signature] | [signature] | [signature] |

| Description of Goods / Service | Reason for Purchase (if applicable) | Price |
|---|---|---|
| Federal Excise Tax Deposit | Monthly Expense : 581,954.50 | $ 290,954.50 |
| Tax Deposit (10/16/04 ~ 10/31/04) | Pmt Made : 291,000.00 | |
| Fourth Quarter 2004 | Remaining : 290,954.50 | |
| EFTPS | | |
| | "OCT". | |
| Verification # [redacted] $ 290,954.50 | | |
| | | $ 290,954.50 |

Invoice# : 112404

ENTERED 11/24/04

Due Date: 11/26/2004

Invoice Date : 11/24/2004

Batch #: 014020

Actual Amount : $ 290,954.50

Ref. #: 014733

| Type | Account Name | | Account Number | Sub Account # | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| VO | FET Fed | Card | 32200100 | 01 | 10 | 00 | 00 | 00 | 00 | $ 290,954.50 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | Total | $ 290,954.50 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220433117774205 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $290,954.50 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 11/26/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $290,954.50 |

# LOCUS
Payment Approval

Date Prepared : 11/8/2004

Preparer / Dept : Tony Kim / Acctg

Payment Amount : $ 291,000.00

Check# :
Others:
Date:
Name of Bank : Panasia / Chase / Citi / CCB

Vendor ID# :

Vendor Name : IRS

Payment Method :

| Check | CrCard | Wire | Other |
|---|---|---|---|
| | | | X |

Signature :

| Department | | |
|---|---|---|
| | | |

| Accounting | | |
|---|---|---|
| | | |

| President |
|---|
| |

| Description of Goods / Service | | | Reason for Purchase (if applicable) | Price |
|---|---|---|---|---|
| Federal Excise Tax Deposit | | | | $ 291,000.00 |
| Tax Deposit (10/1/04 ~ 10/15/04) | | | | |
| Fourth Quarter 2004 | | | | |
| | | | | |
| | | | | |
| Verification # | | $ 291,000.00 | | |
| | | | | $ 291,000.00 |

ENTERED 11/9/04

Invoice# : 110804

Due Date: 11/10/2004

Batch #: 013690

Invoice Date : 11/8/2004

Ref. #: 014424

Actual Amount : $ 291,000.00

| Type | Account Name | | Account Number | Sub Account # | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| VO | FET Fed | Card | 32200100 | 01 | 10 | 00 | 00 | 00 | 00 | $ 291,000.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | Total | $ 291,000.00 |

# October 2004 Excise Tax Preclosing

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 17,743,021.10 | 254,750.89 | 1,481.80 | 256,232.69 | 17,486,788.41 | 524,603.65 |
| NJ | 16,678,665.85 | 147,115.89 | - | 147,115.89 | 16,531,549.96 | 495,946.50 |
| CA | 629,256.75 | 107,635.00 | - | 107,635.00 | 521,621.75 | 15,648.65 |
| RECH | 435,098.50 | - | 1,481.80 | 1,481.80 | 433,616.70 | 13,008.50 |
| PCS (A/T) | 1,394,925.23 | 57,299.94 | - | 57,299.94 | 1,337,625.29 | 40,128.76 |
| NJ | 741,115.23 | 34,925.84 | - | 34,925.84 | 706,189.39 | 21,185.68 |
| Verizon | 42,585.34 | 7,420.00 | - | 7,420.00 | 35,165.34 | 1,054.96 |
| AT&T | 698,529.89 | 27,505.84 | - | 27,505.84 | 671,024.05 | 20,130.72 |
| CA | 653,810.00 | 22,374.10 | - | 22,374.10 | 631,435.90 | 18,943.08 |
| Verizon | 74,720.00 | 3,467.10 | - | 3,467.10 | 71,252.90 | 2,137.59 |
| AT&T | 579,090.00 | 18,907.00 | | 18,907.00 | 560,183.00 | 16,805.49 |
| WIP | 3,800.00 | 800.00 | - | 800.00 | 3,000.00 | 90.00 |
| NJ | 2,000.00 | - | - | - | 2,000.00 | 60.00 |
| CA | 1,800.00 | 800.00 | - | 800.00 | 1,000.00 | 30.00 |
| LOPEDS | 554,726.00 | - | - | - | 554,726.00 | 16,641.78 |
| Verizon | 18,520.00 | - | - | - | 18,520.00 | 555.60 |
| AT&T | 532,060.00 | - | - | - | 532,060.00 | 15,961.80 |
| Calling Cards | 4,146.00 | - | - | - | 4,146.00 | 124.38 |
| HOME LD | 16,124.45 | - | - | - | 16,124.45 | 483.73 |
| TOTAL | 19,712,596.78 | 312,850.83 | 1,481.80 | 314,332.63 | 19,398,264.15 | 581,947.92 |

**Taxpayer Name:** LOCUS TELECOMMUNICATIONS INC **TIN:** xxxxx8343

# PAYMENT CONFIRMATION

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 120431416281184 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 22-3488343 |
| **Tax Form** | 720 Quarterly Federal Excise Tax Return |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | 12/2004 |
| **Payment Amount** | $291,000.00 |
| **Settlement Date** | 11/09/2004 |
| **Subcategories:** | |
| **TOLL TELEPHONE SERVICES** | $291,000.00 |

**Thank You**

# October 2004 Excise Tax Actual Closing

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 17,743,021.10 | 254,750.89 | 1,481.80 | 256,232.69 | 17,486,788.41 | 524,603.65 |
| NJ | 16,678,665.85 | 147,115.89 | - | 147,115.89 | 16.531,549.96 | 495,946.50 |
| CA | 629,256.75 | 107,635.00 | - | 107,635.00 | 521,621.75 | 15,648.65 |
| RECH | 435,098.50 | - | 1,481.80 | 1,481.80 | 433,616.70 | 13,008.50 |
| PCS (A/T) | 1,394,925.23 | 57,299.94 | - | 57,299.94 | 1,337,625.29 | 40,128.76 |
| NJ | 741,115.23 | 34,925.84 | - | 34,925.84 | 706,189.39 | 21,185.68 |
| Verizon | 42,585.34 | 7,420.00 | - | 7,420.00 | 35,165.34 | 1,054.96 |
| AT&T | 698,529.89 | 27,505.84 | - | 27,505.84 | 671.024.05 | 20,130.72 |
| CA | 653,810.00 | 22,374.10 | - | 22,374.10 | 631,435.90 | 18,943.08 |
| Verizon | 74,720.00 | 3,467.10 | - | 3,467.10 | 71,252.90 | 2,137.59 |
| AT&T | 579,090.00 | 18,907.00 | - | 18,907.00 | 560,183.00 | 16,805.49 |
| WIP | 3,800.00 | 800.00 | - | 800.00 | 3,000.00 | 90.00 |
| NJ | 2,000.00 | - | - | - | 2,000.00 | 60.00 |
| CA | 1,800.00 | 800.00 | - | 800.00 | 1,000.00 | 30.00 |
| LOPEDS | 554,726.00 | - | - | - | 554,726.00 | 16,641.78 |
| Verizon | 18,520.00 | - | - | - | 18,520.00 | 555.60 |
| AT&T | 532,060.00 | - | - | - | 532,060.00 | 15,961.80 |
| Calling Cards | 4,146.00 | - | - | - | 4,146.00 | 124.38 |
| HOME LD | 16,343.63 | - | - | - | 16,343.63 | 490.31 |
| TOTAL | 19,712,815.96 | 312,850.83 | 1,481.80 | 314,332.63 | 19,398,483.33 | 581,954.50 |

# H-2

TAB 2H LOCUS ACCOUNTING RECORDS
BACKGROUND ON TAB 2H-1 AND 2H-2

The representative General Ledger Entries and Payment Voucher recording FET as Locus corporate overhead and showing approval for and payment of FET by Locus are to be understood as follows.

Locus routinely made two payments per month of the FET after payment approvals were recorded and a payment voucher issued.

Backup calculations to determine Locus' FET payments are clearly shown to be based on Locus' total sales of its services/products and not on the basis of sales to a distributor customer.

Confirmation of payment acceptance is contained in the EFTPS electronic payment printout.

# Gener. urnal Entry

Posting Date: 11/30/04

Batch Number: 3977

Control Total: $ 662,575.11

Date Prepared: 12/17/04

Preparer: Tony Kim

Period To Post: November-04

POSTED 12/19/04

Debit Total: $ 662,575.11

Approval (Accounting Only)

Credit Total: $ 662,575.11

File Name: FET Actual 1104

Reason for this entry

To record Federal Excise Tax expense for November Actual Closing

G/L Entry

| Company | Account Name | | Account | Proj | Task | Sub Account | Ref No | Date | Emp ID | Lab Cl | Billable | Qty | Debit | Credit | Description | Rec Status | Clear Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000 | Fed Ex Tax | NJCC | 71600100 | | | 01-10-00-00-00-00 | FET | 11/30/04 | | | No | | 573,497.16 | | to record Ex Tax on NJ CC | Cleared | 11/30/04 |
| | Fed Ex Tax With | NJCC | 32200100 | | | 01-10-00-00-00-00 | FET | 11/30/04 | | | No | | | 573,497.16 | to record Ex Tax on NJ CC | Cleared | 11/30/04 |
| | Fed Ex Tax | CACC | 71600100 | | | 02-10-00-00-00-00 | FET | 11/30/04 | | | No | | 12,554.16 | | to record Ex Tax on CA CC | Cleared | 11/30/04 |
| | Fed Ex Tax With | CACC | 32200100 | | | 02-10-00-00-00-00 | FET | 11/30/04 | | | No | | | 12,554.16 | to record Ex Tax on CA CC | Cleared | 11/30/04 |
| | Fed Ex Tax | NJ AT&T | 71600100 | | | 01-20-00-00-00-00 | FET | 11/30/04 | | | No | | 27,347.54 | | to record Ex Tax on NJ PCS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax With | NJ AT&T | 32200100 | | | 01-20-00-00-00-00 | FET | 11/30/04 | | | No | | | 27,347.54 | to record Ex Tax on NJ PCS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax | NJ Ver | 71600100 | | | 01-20-00-30-00-00 | FET | 11/30/04 | | | No | | 1,809.09 | | to record Ex Tax on NJ PCS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax With | NJ Ver | 32200100 | | | 01-20-00-30-00-00 | FET | 11/30/04 | | | No | | | 1,809.09 | to record Ex Tax on NJ PCS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax | CA AT&T | 71600100 | | | 02-20-00-00-00-00 | FET | 11/30/04 | | | No | | 14,867.13 | | to record Ex Tax on CA PCS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax With | CA AT&T | 32200100 | | | 02-20-00-00-00-00 | FET | 11/30/04 | | | No | | | 14,867.13 | to record Ex Tax on CA PCS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax | CA Ver | 71600100 | | | 02-20-00-30-00-00 | FET | 11/30/04 | | | No | | 1,431.48 | | to record Ex Tax on CA PCS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax With | CA Ver | 32200100 | | | 02-20-00-30-00-00 | FET | 11/30/04 | | | No | | | 1,431.48 | to record Ex Tax on CA PCS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax | NJWIP | 71600100 | | | 01-40-00-00-00-00 | FET | 11/30/04 | | | No | | 40.65 | | to record Ex Tax on NJ WIP | Cleared | 11/30/04 |
| | Fed Ex Tax With | NJWIP | 32200100 | | | 01-40-00-00-00-00 | FET | 11/30/04 | | | No | | | 40.65 | to record Ex Tax on NJ WIP | Cleared | 11/30/04 |
| | Fed Ex Tax | CAWIP | 71600100 | | | 02-40-00-00-00-00 | FET | 11/30/04 | | | No | | 84.00 | | to record Ex Tax on CA WIP | Cleared | 11/30/04 |
| | Fed Ex Tax With | CAWIP | 32200100 | | | 02-40-00-00-00-00 | FET | 11/30/04 | | | No | | | 84.00 | to record Ex Tax on CA WIP | Cleared | 11/30/04 |
| | Fed Ex Tax | RECH | 71600100 | | | 01-10-00-00-30-00 | FET | 11/30/04 | | | No | | 12,628.86 | | to record Ex Tax on Recharge | Cleared | 11/30/04 |
| | Fed Ex Tax With | RECH | 32200100 | | | 01-10-00-00-30-00 | FET | 11/30/04 | | | No | | | 12,628.86 | to record Ex Tax on Recharge | Cleared | 11/30/04 |
| | Fed Ex Tax | LOPED AT&T | 71600100 | | | 01-50-00-00-10-00 | FET | 11/30/04 | | | No | | 17,124.45 | | to record Ex Tax on LOPEDS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax With | LOPED AT&T | 32200100 | | | 01-50-00-00-10-00 | FET | 11/30/04 | | | No | | | 17,124.45 | to record Ex Tax on LOPEDS AT&T | Cleared | 11/30/04 |
| | Fed Ex Tax | LOPED Ver | 71600100 | | | 01-50-00-30-10-00 | FET | 11/30/04 | | | No | | 720.30 | | to record Ex Tax on LOPEDS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax With | LOPED Ver | 32200100 | | | 01-50-00-30-10-00 | FET | 11/30/04 | | | No | | | 720.30 | to record Ex Tax on LOPEDS Ver | Cleared | 11/30/04 |
| | Fed Ex Tax | HOME | 71600100 | | | 01-60-00-00-00-00 | FET | 11/30/04 | | | No | | 470.29 | | to record Ex Tax on Home LD | Cleared | 11/30/04 |
| | Fed Ex Tax With | HOME | 32200100 | | | 01-60-00-00-00-00 | FET | 11/30/04 | | | No | | | 470.29 | to record Ex Tax on Home LD | Cleared | 11/30/04 |

# Nove...ber 2004 Excise Tax Actual Clo...ng

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 20,343,006.73 | 391,353.11 | 1,610.00 | 392,963.11 | 19,950,043.62 | 598,501.31 |
| NJ | 19,231,487.97 | 120,878.11 | - | 120,878.11 | 19,110,609.86 | 573,318.30 |
| CA | 678,946.85 | 260,475.00 | - | 260,475.00 | 418,471.85 | 12,554.16 |
| RECH | 432,571.91 | 10,000.00 | 1,610.00 | 11,610.00 | 420,961.91 | 12,628.86 |
| PCS (A/T) | 1,590,065.14 | 74,890.15 | - | 74,890.15 | 1,515,174.99 | 45,455.25 |
| NJ | 971,565.52 | (322.30) | - | (322.30) | 971,887.82 | 29,156.63 |
| Verizon | 60,303.14 | - | - | - | 60,303.14 | 1,809.09 |
| AT&T | 911,262.38 | (322.30) | - | (322.30) | 911,584.68 | 27,347.54 |
| CA | 618,499.62 | 75,212.45 | - | 75,212.45 | 543,287.17 | 16,298.62 |
| Verizon | 48,950.00 | 1,233.90 | - | 1,233.90 | 47,716.10 | 1,431.48 |
| AT&T | 569,549.62 | 73,978.55 | - | 73,978.55 | 495,571.07 | 14,867.13 |
| WIP | 4,155.00 | - | - | - | 4,155.00 | 124.65 |
| NJ | 1,355.00 | - | - | - | 1,355.00 | 40.65 |
| CA | 2,800.00 | - | - | - | 2,800.00 | 84.00 |
| LOPEDS | 600,787.00 | - | - | - | 600,787.00 | 18,023.61 |
| Verizon | 24,010.00 | - | - | - | 24,010.00 | 720.30 |
| AT&T | 570,815.00 | - | - | - | 570,815.00 | 17,124.45 |
| Calling Cards | 5,962.00 | - | - | - | 5,962.00 | 178.86 |
| HOME LD | 15,676.34 | - | - | - | 15,676.34 | 470.29 |
| TOTAL | 22,553,690.21 | 466,243.26 | 1,610.00 | 467,853.26 | 22,085,836.95 | 662,575.11 |

# LOCUS

## Payment Approval

Date Prepared : 12/8/2004

Preparer / Dept : Tony Kim / Acctg

Payment Amount : $ 332,000.00

Check# :
Others: EFTPS on-line
Date: 12/8/04
Name of Bank : Panasia / Chase / Citi / CCB
Savings Acct.

Vendor ID# :

Vendor Name : IRS

Payment Method :

| Check | CrCard | Wire | Other |
|---|---|---|---|
| | | | X |

Signature :

| Department | | |
|---|---|---|
| [signature] | | |

| Accounting | | |
|---|---|---|
| [signature] 12/8 | [signature] | [signature] |

| President |
|---|
| ✓ |

| Description of Goods / Service | Reason for Purchase (if applicable) | Price |
|---|---|---|
| Federal Excise Tax Deposit | | $ 332,000.00 |
| Tax Deposit (11/1/04 ~ 11/15/04) | | |
| Fourth Quarter 2004 | | |
| | | |
| | | |
| | | |
| | | $ 332,000.00 |

Invoice# : 120804

Due Date: 12/10/2004

Invoice Date : 12/8/2004

ENTERED 12/8/04

Batch #: 014302

Ref. #: 015000

Actual Amount : $ 332,000.00

| Type | Account Name | | Account Number | Sub Account # | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| VO | FET Fed | Card | 32200100 | 01 | 10 | 00 | 00 | 00 | 00 | $ 332,000.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | Total | $ 332,000.00 |

# November 2004 Excise Tax Preclosing

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 20,343,006.73 | 348,357.54 | 1,610.00 | 349,967.54 | 19,993,039.19 | 599,791.18 |
| NJ | 19,231,487.97 | 87,882.54 | - | 87,882.54 | 19,143,605.43 | 574,308.16 |
| CA | 678,946.85 | 260,475.00 | - | 260,475.00 | 418,471.85 | 12,554.16 |
| RECH | 432,571.91 | - | 1,610.00 | 1,610.00 | 430,961.91 | 12,928.86 |
| PCS (A/T) | 1,590,065.14 | 74,285.15 | - | 74,285.15 | 1,515,779.99 | 45,473.40 |
| NJ | 971,565.52 | (927.30) | - | (927.30) | 972,492.82 | 29,174.78 |
| Verizon | 60,303.14 | - | - | - | 60,303.14 | 1,809.09 |
| AT&T | 911,262.38 | (927.30) | - | (927.30) | 912,189.68 | 27,365.69 |
| CA | 618,499.62 | 75,212.45 | - | 75,212.45 | 543,287.17 | 16,298.62 |
| Verizon | 48,950.00 | 1,233.90 | - | 1,233.90 | 47,716.10 | 1,431.48 |
| AT&T | 569,549.62 | 73,978.55 | - | 73,978.55 | 495,571.07 | 14,867.13 |
| WIP | 4,155.00 | - | - | - | 4,155.00 | 124.65 |
| NJ | 1,355.00 | - | - | - | 1,355.00 | 40.65 |
| CA | 2,800.00 | - | - | - | 2,800.00 | 84.00 |
| LOPEDS | 600,787.00 | - | - | - | 600,787.00 | 18,023.61 |
| Verizon | 24,010.00 | - | - | - | 24,010.00 | 720.30 |
| AT&T | 570,815.00 | - | - | - | 570,815.00 | 17,124.45 |
| Calling Cards | 5,962.00 | - | - | - | 5,962.00 | 178.86 |
| HOME LD | 15,676.34 | - | - | - | 15,676.34 | 470.29 |
| TOTAL | 22,553,690.21 | 422,642.69 | 1,610.00 | 424,252.69 | 22,129,437.52 | 663,883.13 |

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| | |
|---|---|
| **EFT ACKNOWLEDGEMENT NUMBER:** | 220434484171394 |
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| **Taxpayer EIN** | 223488343 |
| **Tax Form** | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| **Tax Type** | Federal Tax Deposit |
| **Payment Amount** | $332,000.00 |
| **Tax Period** | December/2004 |
| **Settlement Date** | 12/9/2004 |
| **Subcategories:** | |
| **022 Toll,Eletyp,Exchg,Local Phone** | $332,000.00 |

# LOCUS

Payment Approval

| | | | |
|---|---|---|---|
| Date Prepared : | 12/22/2004 | Preparer / Dept : | Tony Kim / Acctg |
| Payment Amount : | $ 330,575.11 | Check# : | |
| | | Others: | Online EFTPS |
| Vendor ID# : | | Date: | 12/23/04 |
| Vendor Name : | IRS | Name of Bank : | Panasia / Chase / Citi / CCB (Savings) |

Payment Method :

| Check | CrCard | Wire | Other |
|---|---|---|---|
| | | | X |

Signature :

| Department | | | Accounting | | | President |
|---|---|---|---|---|---|---|
| [signature] | | | Aug 12.24 | [signature] | [signature] | ✓ |

| Description of Goods / Service | Reason for Purchase (if applicable) | Price |
|---|---|---|
| Federal Excise Tax Deposit | Monthly Expense : 662,575.11 | $ 330,575.11 |
| Tax Deposit (11/16/04 – 11/30/04) | First Payment : 332,000.00 | |
| Fourth Quarter 2004 | Remaining Payment : 330,575.11 | |
| | | |
| | | |
| | | |
| | | $ 330,575.11 |

| | | | |
|---|---|---|---|
| Invoice# : | 12/23/2004 | Due Date: | 12/28/2004 |
| Invoice Date : | 12/23/2004 | Batch #: | 014633 |
| Actual Amount : | $ 330,575.11 | Ref. #: | 015312 |

ENTERED 12/23/04

| Type | Account Name | | Account Number | Sub Account # | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| VO | FET Fed | Card | 32200100 | 01 | 10 | 00 | 00 | 00 | 00 | $ 330,575.11 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | Total | $ 330,575.11 |

# November 2004 Excise Tax Actual Closing

| | INVOICE SALES | S. ADJ | REF&CHG | TOTAL S. ADJ | SALES | EX TAX @ 3% |
|---|---|---|---|---|---|---|
| CALLING CARDS | 20,343,006.73 | 391,353.11 | 1,610.00 | 392,963.11 | 19,950,043.62 | 598,501.31 |
| NJ | 19,231,487.97 | 120,878.11 | - | 120,878.11 | 19,110,609.86 | 573,318.30 |
| CA | 678,946.85 | 260,475.00 | - | 260,475.00 | 418,471.85 | 12,554.16 |
| RECH | 432,571.91 | 10,000.00 | 1,610.00 | 11,610.00 | 420,961.91 | 12,628.86 |
| PCS (A/T) | 1,590,065.14 | 74,890.15 | - | 74,890.15 | 1,515,174.99 | 45,455.25 |
| NJ | 971,565.52 | (322.30) | - | (322.30) | 971,887.82 | 29,156.63 |
| Verizon | 60,303.14 | - | - | - | 60,303.14 | 1,809.09 |
| AT&T | 911,262.38 | (322.30) | - | (322.30) | 911,584.68 | 27,347.54 |
| CA | 618,499.62 | 75,212.45 | - | 75,212.45 | 543,287.17 | 16,298.62 |
| Verizon | 48,950.00 | 1,233.90 | - | 1,233.90 | 47,716.10 | 1,431.48 |
| AT&T | 569,549.62 | 73,978.55 | - | 73,978.55 | 495,571.07 | 14,867.13 |
| WIP | 4,155.00 | - | - | - | 4,155.00 | 124.65 |
| NJ | 1,355.00 | - | - | - | 1,355.00 | 40.65 |
| CA | 2,800.00 | - | - | - | 2,800.00 | 84.00 |
| LOPEDS | 600,787.00 | - | - | - | 600,787.00 | 18,023.61 |
| Verizon | 24,010.00 | - | - | - | 24,010.00 | 720.30 |
| AT&T | 570,815.00 | - | - | - | 570,815.00 | 17,124.45 |
| Calling Cards | 5,962.00 | - | - | - | 5,962.00 | 178.86 |
| HOME LD | 15,676.34 | - | - | - | 15,676.34 | 470.29 |
| TOTAL | 22,553,690.21 | 466,243.26 | 1,610.00 | 467,853.26 | 22,085,836.95 | 662,575.11 |

1st Payment: 332,000
Remaining Payment: 330,575

| Taxpayer Name: LOCUS TELECOMMUNICATIONS INC | TIN: xxxxx8343 |
|---|---|

## PAYMENT CONFIRMATION

### Your payment has been accepted.

An EFT Acknowledgement number has been provided for this payment. Please keep this number for your records.

| EFT ACKNOWLEDGEMENT NUMBER: | 220435918907732 |
|---|---|
| **PAYMENT INFORMATION** | **CONFIRMED DATA** |
| Taxpayer EIN | 223488343 |
| Tax Form | 720 - QUARTERLY FEDERAL EXCISE TAX RETURN |
| Tax Type | Federal Tax Deposit |
| Payment Amount | $330,575.11 |
| Tax Period | December/2004 |
| Settlement Date | 12/24/2004 |
| Subcategories: | |
| 022 Toll,Eletyp,Exchg,Local Phone | $330,575.11 |

# H-3

# LOCUS TELECOMMUNICATIONS, INC.

Financial Statements

December 31, 2002 and 2001

(With Independent Accountants' Review Report Thereon)

KPMG

345 Park Avenue
New York, NY 10154

## Independent Accountants' Review Report

The Board of Directors
Locus Telecommunications, Inc.:

We have reviewed the accompanying balance sheets of Locus Telecommunications, Inc. as of December 31, 2002 and 2001, and the related statements of income, changes in stockholders' equity, and cash flows for the years then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Locus Telecommunications, Inc.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with auditing standards generally accepted in the United States of America, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

KPMG LLP

June 24, 2003

KPMG LLP KPMG LLP a U.S. limited liability partnership, is a member of KPMG International, a Swiss association.

# LOCUS TELECOMMUNICATIONS, INC.

Balance Sheets

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

| Assets | | 2002 | 2001 |
|---|---|---|---|
| Current assets: | | | |
| Cash and cash equivalents | $ | 9,546,768 | 6,864,335 |
| Certificates of deposit | | 563,098 | 180,070 |
| Accounts receivable – trade, less allowance for doubtful accounts of $329,536 and $329,924 in 2002 and 2001, respectively | | 8,252,314 | 5,534,948 |
| Inventories | | 3,726,751 | 1,689,666 |
| Other current assets (note 7) | | 3,089,729 | 1,014,192 |
| Total current assets | | 25,178,660 | 15,283,211 |
| Property and equipment, net (note 3) | | 3,606,129 | 3,297,534 |
| Other assets (note 7) | | 576,511 | 1,900,270 |
| | $ | 29,361,300 | 20,481,015 |
| ***Liabilities and Stockholders' Equity*** | | | |
| Current liabilities: | | | |
| Accounts payable | $ | 10,689,399 | 6,867,920 |
| Deferred revenue | | 8,948,757 | 6,982,598 |
| Payphone surcharge payable (note 7) | | 1,275,575 | 1,774,589 |
| Sales and excise taxes payable | | 536,188 | 508,198 |
| Universal Service Fund payable (note 7) | | 2,029,025 | 1,554,844 |
| Accrued expenses and other current liabilities | | 189,429 | 97,701 |
| Total current liabilities | | 23,668,373 | 17,785,850 |
| Other liabilities | | 451,809 | — |
| Total liabilities | | 24,120,182 | 17,785,850 |
| Stockholders' equity: | | | |
| Series A convertible redeemable preferred stock, par value $0.001 per share. Authorized 4,000,000 shares; issued and outstanding 3,677,041 shares (note 4) | | 13,225,000 | 12,325,000 |
| Common stock, par value $0.001 per share. Authorized 25,000,000 shares, voting; issued and outstanding 10,000,000 shares | | 10,000 | 10,000 |
| Class A common stock, par value $0.001 per share. Authorized 5,000,000 shares, nonvoting; issued and outstanding 1,621,591 shares (note 5) | | 1,622 | 1,622 |
| Additional paid-in capital | | 844,122 | 837,822 |
| Notes receivable from stock sales (note 5) | | (512,802) | (512,802) |
| Unearned compensation (note 5) | | (30,384) | (62,328) |
| Accumulated deficit | | (8,296,440) | (9,904,149) |
| Total stockholders' equity | | 5,241,118 | 2,695,165 |
| Commitments and contingencies (note 7) | | | |
| | $ | 29,361,300 | 20,481,015 |

See accompanying notes to financial statements.

# LOCUS TELECOMMUNICATIONS, INC.

Statements of Income

Years ended December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

| | | 2002 | 2001 |
|---|---|---|---|
| Revenues: | | | |
| Telecommunications services, net | $ | 96,519,121 | 87,839,712 |
| Equipment sales | | 2,812,935 | 3,370,609 |
| Other | | 15,576 | — |
| | | 99,347,632 | 91,210,321 |
| Costs and expenses: | | | |
| Cost of telecommunications services | | 77,720,754 | 71,759,929 |
| Cost of goods sold | | 3,210,134 | 2,861,129 |
| Selling, general, and administrative | | 16,709,324 | 16,667,324 |
| | | 97,640,212 | 91,288,382 |
| Income (loss) from operations | | 1,707,420 | (78,061) |
| *Other income (deductions):* | | | |
| Interest income | | 229,327 | 351,312 |
| Interest expense | | (16,117) | (20,911) |
| Other, net | | 195,245 | 7,153 |
| | | 408,455 | 337,554 |
| Income before income tax (benefit) expense | | 2,115,875 | 259,493 |
| Income tax (benefit) expense (note 6) | | (391,834) | 63,589 |
| Net income | $ | 2,507,709 | 195,904 |

See accompanying notes to financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**

Statements of Changes in Stockholders' Equity

Years ended December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

| | Series A convertible redeemable preferred stock | | Common stock | | Class A common stock | | Additional paid-in capital | Notes receivable from stock sales | Unearned compensation | Accumulated deficit | Total stockholders' equity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | | | | | |
| Balance at December 31, 2000 | 3,677,041 | $ 11,425,000 | 10,000,000 | $ 10,000 | 1,663,637 | $ 1,664 | 659,519 | (340,091) | (91,664) | (9,200,053) | 2,464,375 |
| Issuance of Class A common stock in connection with restricted stock awards (note 5) | — | — | — | — | 100,000 | 100 | 199,900 | (200,000) | — | — | — |
| Collection of notes receivable from stock sales | — | — | — | — | — | — | — | 300 | — | — | 300 |
| Repurchase of Class A common stock in connection with restricted stock awards (note 5) | — | — | — | — | (142,046) | (142) | (26,847) | 26,989 | — | — | — |
| Compensation expense in connection with nonqualified stock options (note 5) | — | — | — | — | — | — | 5,250 | — | — | — | 5,250 |
| Amortization of unearned compensation-restricted stock (note 5) | — | — | — | — | — | — | — | — | 29,336 | — | 29,336 |
| Accrual of dividends on Series A convertible redeemable preferred stock (note 4) | — | 900,000 | — | — | — | — | — | — | — | (900,000) | — |
| Net income | — | — | — | — | — | — | — | — | — | 195,904 | 195,904 |
| Balance at December 31, 2001 | 3,677,041 | 12,325,000 | 10,000,000 | 10,000 | 1,621,591 | 1,622 | 837,822 | (512,802) | (62,328) | (9,904,149) | 2,695,165 |
| Compensation expense in connection with nonqualified stock options (note 5) | — | — | — | — | — | — | 6,300 | — | — | — | 6,300 |
| Amortization of unearned compensation-restricted stock (note 5) | — | — | — | — | — | — | — | — | 31,944 | — | 31,944 |
| Accrual of dividends on Series A convertible redeemable preferred stock (note 4) | — | 900,000 | — | — | — | — | — | — | — | (900,000) | — |
| Net income | — | — | — | — | — | — | — | — | — | 2,507,709 | 2,507,709 |
| Balance at December 31, 2002 | 3,677,041 | $ 13,225,000 | 10,000,000 | $ 10,000 | 1,621,591 | $ 1,622 | 844,122 | (512,802) | (30,384) | (8,296,440) | 5,241,118 |

See accompanying notes to financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**

Statements of Cash Flows

Years ended December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

| | 2002 | 2001 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income | $ 2,507,709 | 195,904 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 678,071 | 622,450 |
| Bad debt expense | 190,477 | 294,651 |
| (Gain) loss on sale of property and equipment | (15,575) | 166 |
| Compensation expense | 38,244 | 34,586 |
| Deferred tax benefit | (1,050,571) | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (2,907,843) | 280,017 |
| Inventories | (2,037,085) | (158,517) |
| Other current assets | 369,343 | (74,206) |
| Other assets | (10,127) | (52,333) |
| Accounts payable | 3,821,479 | (570,997) |
| Deferred revenue | 1,966,159 | (442,832) |
| Payphone surcharge payable | (499,014) | 455,782 |
| Sales and excise taxes payable | 27,990 | (24,802) |
| Universal Service Fund payable | 474,181 | 449,143 |
| Accrued expenses and other current liabilities | 91,728 | 69,401 |
| Other liabilities | 57,500 | — |
| Total adjustments | 1,194,957 | 882,509 |
| Net cash provided by operating activities | 3,702,666 | 1,078,413 |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (1,042,751) | (496,565) |
| Proceeds from sale of property and equipment | 71,660 | — |
| Purchases of certificates of deposit | (1,538,132) | (859,464) |
| Proceeds from redemption of certificates of deposit | 1,488,990 | 550,847 |
| Net cash used in investing activities | (1,020,233) | (805,182) |
| Cash flows from financing activities: | | |
| Collection of notes receivable from restricted stock sales | — | 300 |
| Net cash provided by financing activities | — | 300 |
| Net increase in cash and cash equivalents | 2,682,433 | 273,531 |
| Cash and cash equivalents at beginning of year | 6,864,335 | 6,590,804 |
| Cash and cash equivalents at end of year | $ 9,546,768 | 6,864,335 |
| Noncash financing activities: | | |
| Issuance of Class A common stock | $ — | 200,000 |
| Repurchase of Class A common stock | — | (26,989) |
| Accrual of dividends on Series A convertible redeemable preferred stock | 900,000 | 900,000 |
| Supplemental disclosure of cash flow information: | | |
| Cash paid during the year for: | | |
| Interest | 16,117 | 20,911 |
| Income tax | 128,166 | 24,877 |

See accompanying notes to financial statements.

# LOCUS TELECOMMUNICATIONS, INC.

Notes to Financial Statements

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

## (1) Business Description

Locus Telecommunications, Inc. (the Company), formerly LTI International, Inc., was incorporated on January 14, 1997 under the laws of the State of Delaware. The Company changed its name to Locus Telecommunications, Inc. on May 19, 1999. The Company is the surviving corporation of a series of restructuring transactions which occurred in 1999 with two other related companies, Locus Corporation, a New York corporation, and Locus Telecommunications, Inc., a New Jersey corporation. The Company is primarily engaged in prepaid calling card and prepaid wireless communications services.

The Company is subject to various risks in connection with the operation of its businesses. These risks include, but are not limited to, applicable laws and regulations, dependence on transmission from facilities-based carriers and suppliers, price competition, and competition from larger industry participants.

## (2) Significant Accounting Policies

The significant accounting policies of the Company are as follows:

### *(a) Cash Equivalents*

For the purposes of the statements of cash flows, the Company considers all highly liquid investments with original maturities of three months or less to be cash equivalents.

### *(b) Inventory*

The Company's inventories comprised prepaid phone cards purchased from other carriers and wireless PCS (Personal Communications Services) handsets. Inventories are valued at the lower of cost or market. Cost is determined using the first-in, first-out method.

### *(c) Property and Equipment*

Property and equipment are stated at cost. Depreciation of property and equipment is provided on a straight-line basis over the estimated useful lives of the respective assets, ranging from three to ten years. Leasehold improvements are amortized over the shorter of their useful lives or terms of their related leases.

### *(d) Revenue Recognition and Deferred Revenue*

The Company records revenue on equipment sales upon shipment. Revenue from telecommunications services is recognized when the services are provided.

Sales of prepaid phone cards are made to distributors with no contractual right of return. At the time of sale, the Company becomes legally obligated to provide prepaid phone service. Such sales are initially recorded as deferred revenue upon shipment and revenue is recognized in accordance with the terms of the card as the ultimate card users utilize calling time and service fees are assessed. The terms of the card refer to the rates, fees, and expiration dates of the card as well as any other provisions which govern its use. The Company assesses a monthly service fee per card for certain types of prepaid phone cards, commencing 30 days after the date a prepaid phone card is first used to make a telephone call, by reducing the unused card balance available for calls. All prepaid phone

cards sold by the Company expire upon the expiration date printed on the prepaid phone card. Upon expiration and cancellation of the prepaid phone card, the Company recognizes the related deferred revenue as revenue.

*(e)* ***Cost of Telecommunications Services***

Cost of telecommunications services represents direct charges from vendors that the Company incurs to deliver service to its customers. These primarily consist of rate-per-minute charges from other carriers that carry traffic on behalf of the Company.

*(f)* ***Sales Incentives***

In November 2001, the Emerging Issues Task Force (EITF) of the Financial Accounting Standards Board (FASB) reached a consensus on Issue No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer* (the Issue). The consensus in the Issue addresses the income statement classification of various types of sales incentives, including discounts, consumer coupons, rebates, and free products as well as slotting fees, cooperative advertising arrangements, and buydowns. The consensus requires the expense associated with the free product or service delivered at the time of sale of another product or service to be classified as cost of sales versus a selling, general, and administrative expense. This Issue codifies and reconciles the Issue Nos. 00-14, 00-22, and 00-25, which address the accounting for consideration given by a vendor to a customer. The Company adopted the consensus in the Issue on January 1, 2002. The adoption of the Issue did not have a material impact on the financial statements of the Company.

*(g)* ***Stock-Based Compensation***

The Company continues to account for its stock-based compensation plans using the intrinsic value-based method of accounting prescribed by Accounting Principles Board (APB) Opinion No. 25, *Accounting for Stock Issued to Employees,* and related interpretations including FASB Interpretation No. 44, *Accounting for Certain Transactions Involving Stock Compensation – an Interpretation of APB Opinion No. 25.* Under this method, compensation expense related to stock options is recorded on the date of grant only if the current market price of the underlying stock exceeded the exercise price. Compensation cost related to restricted stock grant is initially recorded as deferred compensation and is recognized as an expense over the requisite vesting periods based on the market value on the date of the grant. Statement of Financial Accounting Standards (SFAS) No. 123, *Accounting for Stock-Based Compensation*, established accounting and disclosure requirements using a fair value method of accounting for stock-based employee compensation plans. The Company has elected to continue to apply the intrinsic value-based method of accounting described above, and has adopted the disclosure requirements of SFAS No. 123, as amended by SFAS No. 148, *Accounting for Stock-Based Compensation – Transition and Disclosure – an amendment of FASB Statement No. 123.*

*(h)* ***Income Taxes***

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases.

Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

(i) *Use of Estimates in the Preparation of Financial Statements*

The financial statements have been prepared in conformity with generally accepted accounting principles. In preparing the financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities as of the date of the balance sheet and the results of operations for the reporting periods. Actual results could differ from those estimates.

(j) *Reclassifications*

Certain 2001 amounts have been reclassified to conform with the 2002 presentation.

**(3) Property and Equipment**

Property and equipment are carried at cost. Depreciation and amortization of property and equipment are computed using the straight-line method over the following estimated useful lives:

| | |
|---|---|
| Switching equipment | 10 years |
| Computer equipment and software | 3 years |
| Office equipment, furniture, and fixtures | 5 years |
| Automobile | 5 years |
| Leasehold improvements | 5 years |

Property and equipment, at cost, as of December 31, 2002 and 2001 are summarized as follows:

| | | 2002 | 2001 |
|---|---|---|---|
| Switching equipment | $ | 4,313,769 | 3,499,007 |
| Computer equipment and software | | 540,828 | 373,282 |
| Office equipment, furniture, and fixtures | | 869,836 | 815,195 |
| Automobile | | — | 49,509 |
| Leasehold improvements | | 366,655 | 418,710 |
| | | 6,091,088 | 5,155,703 |
| Less accumulated depreciation and amortization | | 2,484,959 | 1,858,169 |
| Total | $ | 3,606,129 | 3,297,534 |

**(4) Series A Convertible Redeemable Preferred Stock**

On May 6, 1999, the Company entered into a stock purchase agreement (the Agreement) with GeoCapital V, L.P. and Broadview Partners Group (collectively, the Investors) to sell its Series A



(Continued)

convertible redeemable preferred stock. In conjunction with the Agreement, the Company issued 3,667,041 shares of Series A convertible redeemable preferred stock to the Investors at an aggregate of $10,000,000 or $2.719578 per share on May 20, 1999. Holders of the Series A convertible redeemable preferred stock are entitled to the number of votes, except as required by applicable law, equal to the largest number of full shares of common stock into which each share of Series A convertible redeemable preferred stock could be converted on the record date of vote and to elect one director to the Company's board of directors. In addition, certain changes that would be materially adverse to the rights of holders of the Series A convertible redeemable preferred stock cannot be made without the vote of holders of 50% of the outstanding Series A convertible redeemable preferred stocks. The Series A convertible redeemable preferred stock is senior to the common stock and the Class A common stock with respect to dividends and liquidation events.

Annual cumulative dividends of $0.244762 per share accruing from the date of issuance are payable upon liquidation of the Company or redemption of the shares of Series A convertible redeemable preferred stock, and the accumulated dividends of $3,225,000 and $2,325,000 at December 31, 2002 and 2001, respectively, have been reflected as an increase in the carrying amount of the Series A convertible redeemable preferred stock and an increase in accumulated deficit in the accompanying balance sheets. The accumulated dividends will be forfeited and no longer payable upon closing of the Company's first qualified public offering as defined by the Company or upon conversion of the shares of Series A convertible redeemable preferred stock into shares of the Company's common stock and Series B redeemable preferred stock at the applicable conversion rates.

The Series A convertible redeemable preferred stock is convertible at the option of the holder at any time after its issuance, in whole or in part, into shares of common stock and Series B redeemable preferred stock of the Company at an initial conversion rate of one share of common stock and one share of Series B redeemable preferred stock for each share of Series A convertible redeemable preferred stock, subject to adjustment in certain events. Upon closing of the Company's initial qualified public offering, each share of Series A convertible redeemable preferred stock will automatically be converted into shares of common stock and Series B redeemable preferred stock at the applicable conversion rates.

The shares of the Series A convertible redeemable preferred stock are redeemable at any time on or after May 20, 2004, in whole or in part, at the option of the holder or holders of not less than 50% in voting power of the outstanding Series A convertible redeemable preferred stock, at a predetermined redemption price of $2.719578 per share plus accumulated and unpaid dividends, if any, to the redemption date. The holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in three equal installments due and payable on May 20, 2005, May 20, 2006, and May 20, 2007. At any time on or after May 20, 2005, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in two equal installments due and payable on May 20, 2006 and May 20, 2007. At any time on or after May 20, 2006, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in one installment due and payable on May 20, 2007.

**LOCUS TELECOMMUNICATIONS, INC.**

Notes to Financial Statements

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

**(5) Stock Incentive Plan**

In 1999, the board of directors of the Company approved the Locus Telecommunications, Inc. Stock Option and Grant Plan (the Plan). Pursuant to the Plan, nonqualified stock options to acquire shares of Class A common stock may be granted to the Company's employees, directors, and consultants, and incentive stock options to acquire shares of Class A common stock may be granted to its employees, including employee-directors. The Plan also provides for the grant of shares of restricted and unrestricted Class A common stock to the Company's employees, directors, and consultants.

The Plan is currently administered by the compensation committee of the Company's board of directors. In February 2001, the Company's board of directors authorized additional 500,000 shares of Class A common stock to be available for grant, and the maximum number of shares of Class A common stock available for the issuance under the Plan increased to 3,000,000 shares. As of December 31, 2002 and 2001, a total of 800,225 and 875,225 shares of Class A common stock remain available for grant. Under the Plan, the option price of any incentive stock option may not be less than the fair market value of a share of Class A common stock on the date on which the option is granted. The option price of a nonqualified stock option may be less than the fair market value on the date the nonqualified stock option is granted if the Company's board of directors or the compensation committee so determines. An incentive stock option may not be granted to a 10% stockholder (as that term is defined in Section 422A of the Internal Revenue Code of 1986) unless the exercise price is at least 110% of the fair market value of the Class A common stock and the term of the option may not exceed five years from the date of grant. Each option granted pursuant to the Plan is evidenced by a written agreement, which contains the terms, provisions, and conditions of the grant. Stock options may not be assigned or transferred during the lifetime of the holder except as may be required by law or pursuant to a qualified domestic relations order, as defined. Common stock subject to a restricted stock purchase or bonus agreement is transferable only as provided in that agreement. The maximum term of each stock option granted to persons other than 10% stockholders is ten years from the date of grant.

The Plan provides that 50% of all unvested outstanding options and restricted and unrestricted shares of Class A common stock vest and become exercisable, or with respect to restricted Class A common stock, are released from restrictions on transfer and repurchase rights, in the event of a corporate transaction, unless assumed by the successor corporation. For purposes of the Plan, a corporate transaction includes any of the following stockholder-approved transactions to which the Company is a party:

- The dissolution or liquidation of the Company;
- The sale of all or substantially all of the assets of the Company on a consolidated basis to an unrelated person or entity;
- A merger, reorganization, or consolidation in which the holders of the Company's outstanding voting power immediately prior to such transaction do not own a majority of the outstanding voting power of the surviving or resulting entity immediately upon completion of such transaction;
- The sale of all of the Class A common stock of the Company to an unrelated person or entity; or

- Any other transaction in which the owners of the Company's outstanding voting power of the relevant entity after the transaction do not own at least a majority of the outstanding voting power of the relevant entity after the transaction.

In 2001, the Company sold a total of 100,000 shares of its Class A common stock to certain members of senior management under the Plan, subject to certain restrictions on employment. The weighted average market value of shares sold in 2001 was approximately $2.00 per share or $200,000 in total on the date of sale. The sale price in 2001 was $2.00 per share or $200,000 in total. In May 2001, the Company repurchased 142,046 shares of Class A common stock previously granted to an employee of the Company due to the termination of employment. Such repurchase was made at the grant price and was offset against the notes receivable from stock sales of $26,989. As such, the shares of Class A common stock granted under the Plan decreased from 1,663,637 shares as of December 31, 2000 to 1,621,591 shares as of December 31, 2001. All Class A common stock sold vest over periods up to four years and restrictions related to 1,356,251 shares of restricted stock had lapsed as of December 31, 2002.

Regarding the restricted stock sales, the Company loaned the employees the original principal sum of $513,102 representing the proceeds from the sale of the stock. These loans, which bear interest at the rate of 6% per annum, mature through February 2010 with principal payments due within ten days after receipt of proceeds from any sales of shares of Class A common stock by the grantees or their successors. Interest is payable annually. The notes are full-recourse promissory notes and are collateralized by 1,621,591 shares of Class A common stock sold. The receivable is shown on the balance sheet as a reduction in stockholders' equity. The difference in amount between the estimated market value and the notes receivable was recorded as unearned compensation and is shown as a separate component of stockholders' equity. Unearned compensation is amortized to expense over the vesting period of the restricted stock sold, and the compensation expense amounted to $31,944 and $29,336 for the years ended December 31, 2002 and 2001, respectively.

In 2002 and 2001, the Company granted a total of 75,000 and 145,000 nonqualified stock options and incentive stock options to acquire shares of Class A common stock to the Company's employees and consultants. The grants vest over a four-year period and were made at the fair market value on the date of the grant. The per-share weighted average fair value of stock options granted during 2002 and 2001 was $0.35 and $0.36, respectively, on the date of grant using the Black-Scholes option-pricing model (excluding a volatility assumption) with the following weighted average assumptions: expected dividend yield of 0.0% in each of 2002 and 2001, risk-free interest rate of 4.79% and 4.99% in 2002 and 2001, respectively, and an expected life of four years in each of 2002 and 2001. The Company applies the provisions of SFAS No. 123 in accounting for its nonqualified stock option grants to consultants under the Plan, and the compensation cost of approximately $6,000 and $5,000 was recognized for the years ended December 31, 2002 and 2001, respectively.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**

Notes to Financial Statements

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

Stock option activity during the current year is as follows:

| | Number of shares | Weighted average exercise price |
|---|---|---|
| Balance at December 31, 2000 | 463,184 | $ 1.27 |
| Granted | 145,000 | 2.00 |
| Exercised | — | — |
| Forfeited | (105,000) | 0.52 |
| Expired | — | — |
| Balance at December 31, 2001 | 503,184 | 1.64 |
| Granted | 75,000 | 2.00 |
| Exercised | — | — |
| Forfeited | — | — |
| Expired | — | — |
| Balance at December 31, 2002 | 578,184 | 1.69 |

At December 31, 2002 and 2001, the average exercise price and weighted average remaining contractual life of outstanding options was $1.69 and 1.91 years and $1.64 and 2.55 years, respectively.

The Company applies the provisions of APB Opinion No. 25 in accounting for its 2002 stock option and grant plans and, accordingly, no compensation cost has been recognized for its stock option grants in the financial statements since the purchase price was equal to or greater than the fair market value at the date of the grant. Had the Company determined compensation cost based on the fair market value at the grant date for its stock option grants under SFAS No. 123, the Company's net income would have been decreased to the pro forma amounts indicated below:

| | 2002 | 2001 |
|---|---|---|
| Net income, as reported | $ 2,507,709 | 195,904 |
| Deduct: Total stock-based employee compensation expense determined under fair value based method for all awards, net of related tax effects | 16,137 | 6,750 |
| Net income, pro forma | $ 2,491,572 | 189,154 |

**LOCUS TELECOMMUNICATIONS, INC.**

Notes to Financial Statements

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

## (6) Income Taxes

A summary of income tax (benefit) expense for the years ended December 31, 2002 and 2001 is as follows:

| | | 2002 | 2001 |
|---|---|---|---|
| Current: | | | |
| Federal | $ | 389,651 | — |
| State and local | | 269,086 | 63,589 |
| | | 658,737 | 63,589 |
| Deferred | | (1,050,571) | — |
| | $ | (391,834) | 63,589 |

The income tax (benefit) expense for the years ended December 31, 2002 and 2001 differs from the "expected" tax expense (computed by applying the U.S. Federal income tax rate of 34% for the year to income before income taxes) mainly due to utilization of net operating loss carryforwards, state and local income taxes, net of Federal income tax benefit, adjustments of prior year underaccruals, and permanent differences.

As of December 31, 2002, the Company had net operating loss carryforwards of approximately $3,566,000 available to reduce future taxable income for Federal income tax purposes, which expire in various years through 2020.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**

Notes to Financial Statements

December 31, 2002 and 2001

(See accompanying review report of KPMG LLP)

The tax effects of temporary differences that give rise to the deferred tax assets and deferred tax liabilities at December 31, 2002 and 2001 are presented below:

| | | 2002 | 2001 |
|---|---|---|---|
| Deferred tax assets: | | | |
| Net operating loss carryforwards | $ | 1,424,122 | 2,480,570 |
| Accounts receivable, principally due to allowance for doubtful accounts | | 131,616 | 145,167 |
| Universal Service Fund obligations | | 810,393 | 684,132 |
| Inventory capitalization adjustments pursuant to the Tax Reform Act of 1986 | | 16,411 | — |
| Compensation expense | | 80,382 | — |
| Total gross deferred tax assets | | 2,462,924 | 3,309,869 |
| Less valuation allowance | | (890,775) | (2,892,340) |
| Net deferred tax assets | | 1,572,149 | 417,529 |
| Deferred tax liabilities: | | | |
| Property and equipment, principally due to differences in depreciation | | 521,578 | 417,529 |
| Total gross deferred tax liabilities | | 521,578 | 417,529 |
| Net deferred tax assets | $ | 1,050,571 | — |

The valuation allowance for deferred tax assets as of December 31, 2001 and 2000 was $2,892,340 and $3,566,079, respectively. The net change in the total valuation allowance for the years ended December 31, 2002 and 2001 was a decrease of $2,001,565 and $673,739, respectively. In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Based upon the level of historical taxable income and projections for future taxable income over the periods which the deferred tax assets are deductible, management believes it is more likely than not that the Company will not realize some portion of the benefits of these deductible differences. Accordingly, deferred tax assets have been reduced by a valuation allowance. The amount of deferred tax assets considered realizable, however, could be reduced in the near term if estimates of future taxable income during the periods in which those temporary differences become deductible are reduced.



(Continued)

## (7) Commitments and Contingencies

### *(a) Pledged Assets*

As of December 31, 2002 and 2001, the Company was contingently liable for several outstanding standby letters of credit, which amounted to $425,000 and $1,225,000, respectively. These standby letters of credit were issued to several of the Company's carrier vendors. The Company collateralized its letters of credit with certificates of deposit in the amount of $1,000,000 and $1,333,886 at December 31, 2002 and 2001, respectively. Such certificates of deposit are included in other current assets and other assets, respectively, in the accompanying balance sheets.

### *(b) Regulatory*

The Company is subject to regulation by various government agencies and jurisdictions and management believes that it is in compliance with all applicable laws and regulations. However, implementation and interpretation of the Telecommunications Act of 1996 (the Act) is ongoing and subject to litigation by various Federal and state agencies and courts. As a result, the impact of the Act on the Company is not yet completely determinable and future interpretations and rulings may impact the financial position and results of operations of the Company.

The Act (Section 276) mandated that the Federal Communications Commission (the FCC) promulgate rules to establish a per-call compensation plan to ensure that all payphone providers are fairly compensated for each and every completed intrastate and interstate as well as international calls using payphones in the United States. In February 1999, the FCC set a "default" compensation rate of $0.24 per call for the period beginning April 21, 1999. On April 5, 2001, the FCC modified the rule governing the entity responsible for compensating the payphone service provider (PSP). The modified rules provide that the first facilities-based interexchange carrier (IXC) for which a local exchange carrier (LEC) routes a coin-less payphone call must (1) compensate the PSP for the completed call; (2) track or arrange for tracking of all compensable calls; and (3) provide the PSP call completion information to enable the PSP to verify the accuracy of compensation it receives for compensable calls and/or to bill the underlying facilities-based carrier. The first facilities-based IXC may seek reimbursement from the switchless or switched-based reseller ultimately responsible for the compensation. The modified rules became effective on May 27, 2001 and all carriers were required to comply with the rules by November 23, 2001.

In 1998, the FCC released the Universal Service Order (the Order) to establish universal service support mechanisms with the goal of ensuring the delivery of affordable telecommunications services to all Americans, including consumers in high-cost areas, low-income consumers, eligible schools and libraries, and rural health care providers. The FCC requires that every telecommunications provider shall contribute to the Universal Service Fund (USF), except purely interstate carriers, purely international carriers, and carriers that meet the de minimus USF threshold.

Effective as of February 14, 2002, the FCC permits providers of interstate telecommunications services whose interstate end-user telecommunications revenues account for less than 12% of their combined interstate and international end-user telecommunications revenues contribute to USF only on the basis of interstate end-user telecommunications revenues. The USF contribution is computed based on carriers' interstate and international end-user telecommunications revenues from the prior six months using a quarterly contribution factor calculated by the FCC. The quarterly contribution factor is determined by the FCC based on the ratio of total projected quarterly costs of the universal service support mechanisms to total end-user interstate and international telecommunications revenues. The Order is currently being challenged. The accompanying financial statements reflect the accrual of USF obligations.

### (c) *Operating Lease*

As of December 31, 2002, the Company was obligated under several noncancelable operating leases, primarily for its office space and equipment, which expire on various dates through November 29, 2010. The office leases contain rent escalation clauses for an increase in the base property taxes and wage rate, and provisions for payments for maintenance and certain other operating costs.

The future minimum lease payments under the noncancelable operating leases as of December 31, 2002 are as follows:

| | Amount |
|---|---|
| Year ending December 31: | |
| 2003 | $ 704,000 |
| 2004 | 627,000 |
| 2005 | 480,000 |
| 2006 | 390,000 |
| 2007 | 361,000 |
| Thereafter | 991,000 |
| | $ 3,553,000 |

Total rent expense for operating leases for the years ended December 31, 2002 and 2001 was approximately $934,000 and $890,000, respectively.

## (8) Business and Credit Concentrations

Five customers accounted for approximately 39% and 37% of the Company's total revenue in 2002 and 2001, respectively, and the accounts receivable from the customers was approximately 48% and 38% of the Company's total accounts receivable at December 31, 2002 and 2001, respectively.

# H-4

KPMG

# LOCUS TELECOMMUNICATIONS, INC.
# AND SUBSIDIARY

Consolidated Financial Statements

December 31, 2003

(With Independent Accountants' Review Report Thereon)

KPMG

**KPMG LLP**
345 Park Avenue
New York, NY 10154

## Independent Accountants' Review Report

The Board of Directors
Locus Telecommunications, Inc.:

We have reviewed the accompanying consolidated balance sheet of Locus Telecommunications, Inc. (the Company) and subsidiary as of December 31, 2003, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these consolidated financial statements is the representation of the management of the Company.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with auditing standards generally accepted in the United States of America, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying consolidated financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

As discussed in note 3, the accompanying consolidated financial statements have been restated.

KPMG LLP

May 14, 2004, except as to notes 3, 7, and 10,
for which the date is June 9, 2006

KPMG LLP, a U.S. limited liability partnership, is the U.S. member firm of KPMG International, a Swiss cooperative.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Consolidated Balance Sheet

December 31, 2003

(See accompanying review report of KPMG LLP)

| | | Restated |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ | 17,333,755 |
| Accounts receivable – trade, less allowance for doubtful accounts of $329,536 (note 9) | | 10,040,824 |
| Inventories | | 1,854,766 |
| Other current assets (note 8) | | 4,205,417 |
| Total current assets | | 33,434,762 |
| Property and equipment, net (note 4) | | 3,612,552 |
| Other assets | | 897,031 |
| | $ | 37,944,345 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ | 10,773,716 |
| Deferred revenue (note 3) | | 17,163,023 |
| Payphone surcharge payable (note 8) | | 1,358,298 |
| Sales and excise taxes payable (note 10) | | 617,328 |
| Universal Service Fund payable (notes 8 and 10) | | 3,107,792 |
| Accrued expenses and other current liabilities | | 58,258 |
| Total current liabilities | | 33,078,415 |
| Other liabilities | | 640,317 |
| Total liabilities | | 33,718,732 |
| Stockholders' equity: | | |
| Series A convertible redeemable preferred stock, par value $0.001 per share. Authorized 4,000,000 shares; issued and outstanding 3,677,041 shares (note 5) | | 14,125,000 |
| Common stock, par value $0.001 per share. Authorized 25,000,000 shares, voting; issued and outstanding 10,000,000 shares | | 10,000 |
| Class A common stock, par value $0.001 per share. Authorized 5,000,000 shares, nonvoting; issued and outstanding 1,763,637 shares | | 1,764 |
| Treasury stock, 185,796 shares of class A common stock, at cost | | (186) |
| Additional paid-in capital | | 743,079 |
| Notes receivable from stock sales (note 6) | | (425,302) |
| Accumulated deficit (notes 3 and 10) | | (10,228,742) |
| Total stockholders' equity | | 4,225,613 |
| Commitments and contingencies (note 8) | | |
| | $ | 37,944,345 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARY**

Consolidated Statement of Income

Year ended December 31, 2003

(See accompanying review report of KPMG LLP)

| | |
|---|---|
| Revenues: | |
| Telecommunications services, net | $ 119,033,234 |
| Equipment sales | 5,888,029 |
| | 124,921,263 |
| Costs and expenses: | |
| Cost of telecommunications services | 94,814,161 |
| Cost of goods sold | 5,694,870 |
| Selling, general, and administrative expenses | 19,605,829 |
| | 120,114,860 |
| Income from operations | 4,806,403 |
| Other income (deductions): | |
| Interest income | 235,004 |
| Interest expense | (267) |
| Other, net | 23,340 |
| | 258,077 |
| Income before income tax expense | 5,064,480 |
| Income tax expense (note 7) | 2,290,517 |
| Net income | $ 2,773,963 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Consolidated Statement of Changes in Stockholders' Equity

Year ended December 31, 2003

(See accompanying review report of KPMG LLP)

| | Series A convertible redeemable preferred stock | | Common stock | | Class A common stock | | Class A treasury stock | | Additional paid-in capital | Notes receivable from stock sales | Unearned compensation | Accumulated deficit | Total stockholders' equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | | | | | |
| Balance at December 31, 2002, as previously reported | 3,677,041 | $ 13,225,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (142,046) | $ (142) | 844,122 | (512,802) | (30,384) | (8,296,440) | 5,241,260 |
| Prior period adjustments (note 3) | — | — | — | — | — | — | — | — | — | — | — | (3,806,265) | (3,806,265) |
| Balance at December 31, 2002, as restated | 3,677,041 | 13,225,000 | 10,000,000 | 10,000 | 1,763,637 | 1,764 | (142,046) | (142) | 844,122 | (512,802) | (30,384) | (12,102,705) | 1,434,853 |
| Compensation expense in connection with nonqualified stock options (note 6 | — | — | — | — | — | — | — | — | 6,300 | — | — | — | 6,300 |
| Amortization of unearned compensation-restricted stock (note 6 | — | — | — | — | — | — | — | — | — | — | 10,497 | — | 10,497 |
| Repurchase of Class A common stock in connection with restricted stock awards (note 6) | — | — | — | — | — | — | (43,750) | (44) | (107,343) | 87,500 | 19,887 | — | — |
| Accrual of dividends on Series A convertible redeemable preferred stock (note 5) | — | 900,000 | — | — | — | — | — | — | — | — | — | (900,000) | — |
| Net income | — | — | — | — | — | — | — | — | — | — | — | 2,773,963 | 2,773,963 |
| Balance at December 31, 2003, as restated | 3,677,041 | $ 14,125,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (185,796) | $ (186) | 743,079 | (425,302) | — | (10,228,742) | 4,225,613 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Consolidated Statement of Cash Flows

Year ended December 31, 2003

(See accompanying review report of KPMG LLP)

| | | Restated |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income | $ | 2,773,963 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | | 783,058 |
| Bad debt expense | | 26,934 |
| Loss on sale of property and equipment | | 2,090 |
| Compensation expense | | 16,797 |
| Deferred tax expense | | 1,647,575 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | | (1,815,444) |
| Inventories | | 1,871,985 |
| Other current assets | | (338,233) |
| Other assets | | 212,645 |
| Accounts payable | | 84,317 |
| Deferred revenue | | 1,532,964 |
| Payphone surcharge payable | | 82,723 |
| Sales and excise taxes payable | | 81,140 |
| Universal Service Fund payable | | 1,078,767 |
| Accrued expenses and other current liabilities | | 18,001 |
| Other liabilities | | (11,500) |
| Total adjustments | | 5,273,819 |
| Net cash provided by operating activities | | 8,047,782 |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | | (792,071) |
| Proceeds from sale of property and equipment | | 500 |
| Purchases of certificates of deposit | | (1,078,850) |
| Proceeds from redemption of certificates of deposit | | 1,609,626 |
| Net cash used in investing activities | | (260,795) |
| Net increase in cash and cash equivalents | | 7,786,987 |
| Cash and cash equivalents at beginning of year | | 9,546,768 |
| Cash and cash equivalents at end of year | $ | 17,333,755 |
| Noncash financing activities: | | |
| Repurchase of Class A common stock and termination of related note receivable | $ | (87,500) |
| Accrual of dividends on Series A convertible redeemable preferred stock | | 900,000 |
| Supplemental disclosure of cash flow information: | | |
| Cash paid during the year for: | | |
| Interest | | 267 |
| Income tax | | 1,479,475 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

**(1) Business Description**

Locus Telecommunications, Inc. (the Company), formerly LTI International, Inc., was incorporated on January 14, 1997 under the laws of the State of Delaware. The Company changed its name to Locus Telecommunications, Inc. on May 19, 1999. The Company is the surviving corporation of a series of restructuring transactions which occurred in 1999 with two other related companies, Locus Corporation, a New York corporation, and Locus Telecommunications, Inc., a New Jersey corporation. The Company is primarily engaged in prepaid calling card and prepaid wireless communications services.

The Company is subject to various risks in connection with the operation of its businesses. These risks include, but are not limited to, applicable laws and regulations, dependence on transmission from facilities-based carriers and suppliers, price competition, and competition from larger industry participants.

**(2) Significant Accounting Policies**

The significant accounting policies of the Company are as follows:

***(a) Principles of Consolidation***

The accompanying consolidated financial statements include the financial statements of the Company and its wholly owned subsidiary, LOPEDS, Inc. All significant intercompany transactions and balances have been eliminated in consolidation.

LOPEDS, Inc. was incorporated on July 14, 2003 under the laws of the State of Delaware. As of December 31, 2003, LOPEDS, Inc. was not engaged in active business.

***(b) Cash Equivalents***

For the purposes of the consolidated financial statements, the Company considers all highly liquid investments with original maturities of three months or less to be cash equivalents.

***(c) Inventory***

The Company's inventories comprised prepaid phone cards purchased from other carriers and wireless PCS (Personal Communications Services) handsets. Inventories are valued at the lower of cost or market. Cost is determined using the first-in, first-out method.

***(d) Property and Equipment***

Property and equipment are stated at cost. Depreciation of property and equipment is provided on a straight-line basis over the estimated useful lives of the respective assets, ranging from three to ten years. Leasehold improvements are amortized over the shorter of their useful lives or terms of their related leases.

***(e) Revenue Recognition and Deferred Revenue***

Revenue from telecommunications services is recognized when the services are provided. Equipment sales revenue associated with the sale of wireless handsets and accessories is recognized when the



(Continued)

products are delivered to and accepted by the customer, as this is considered to be a separate earnings process from the sales of wireless services.

Sales of prepaid phone cards are made to distributors with no contractual right of return. At the time of sale, the Company becomes legally obligated to provide prepaid phone service. Such sales are initially recorded as deferred revenue upon shipment and revenue is recognized in accordance with the terms of the card as the ultimate card users utilize calling time and service fees are assessed. The terms of the card refer to the rates, fees, and expiration dates of the card as well as any other provisions which govern its use. The Company assesses a monthly service fee per card for certain types of prepaid phone cards, commencing 30 days after the date a prepaid phone card is first used to make a telephone call, by reducing the unused card balance available for calls. All prepaid phone cards sold by the Company expire upon the expiration date printed on the prepaid phone card. Upon expiration and cancellation of the prepaid phone card, the Company recognizes the related deferred revenue as revenue.

***(f) Cost of Telecommunications Services***

Cost of telecommunications services represents direct charges from vendors that the Company incurs to deliver service to its customers. These primarily consist of rate-per-minute charges from other carriers that carry traffic on behalf of the Company.

***(g) Sales Incentives***

The Company adopted the consensus in Emerging Issues Task Force (EITF) No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer*, on January 1, 2002. Expense associated with the free product or service delivered at the time of sale of another product or service are classified as cost of sales, unless an identifiable benefit having a determinable fair value is received in exchange. The adoption of the consensus did not have a material impact on the consolidated financial statements of the Company.

***(h) Stock-Based Compensation***

The Company continues to account for its stock-based compensation plans using the intrinsic-value-based method of accounting prescribed by Accounting Principles Board (APB) Opinion No. 25, *Accounting for Stock Issued to Employees*, and related interpretations including Financial Accounting Standards Board (FASB) Interpretation No. 44, *Accounting for Certain Transactions Involving Stock Compensation, an Interpretation of APB Opinion No. 25*. Under this method, compensation expense related to stock options is recorded on the date of grant only if the current market price of the underlying stock exceeded the exercise price. Compensation cost related to restricted stock grant is initially recorded as deferred compensation and is recognized as an expense over the requisite vesting periods based on the market value on the date of the grant. Statement of Financial Accounting Standards (SFAS) No. 123, *Accounting for Stock-Based Compensation*, and SFAS No. 148, *Accounting for Stock-Based Compensation—Transition and Disclosure—an amendment of FASB Statement No. 123*, established accounting and disclosure requirements using a fair-value-based method of accounting for stock-based employee compensation plans. As permitted

by existing accounting standards, the Company has elected to continue to apply the intrinsic-value-based method of accounting described above, and has adopted only the disclosure requirements of SFAS No. 123, as amended by SFAS No. 148.

*(i) Income Taxes*

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

*(j) Use of Estimates in the Preparation of Consolidated Financial Statements*

The consolidated financial statements have been prepared in conformity with generally accepted accounting principles. In preparing the consolidated financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities as of the date of the consolidated balance sheet and the results of operations for the reporting periods. Actual results could differ from those estimates.

**(3) Restatement of Consolidated Financial Statements**

The accompanying consolidated financial statements have been restated to correct an accounting error relating to the revenue recognition for the Company's prepaid calling card services. Upon complete implementation of new system features in 2004, the Company discovered that its deferred revenue balance was misstated dating back to periods prior to January 1, 2003.

Consequently, an adjustment was made to the Company's accumulated deficit to correct its accounting for deferred revenue. The deferred revenue as of January 1, 2003 was increased by $6,681,302 and the accumulated deficit as of January 1, 2003 was increased by $3,806,265, net of income tax effects. Resulting income tax effects were also included in other current assets and other assets in the accompanying consolidated balance sheet. The effect of the restatement on the Company's consolidated statement of income for the year ended December 31, 2002 can not be determined.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

The following illustrates the impact of the restatement for the 2003 consolidated balance sheet and consolidated statement of cash flows – cash flows from operating activities:

| | As of December 31, 2003 | |
|---|---|---|
| **Consolidated Balance Sheet** | **As previously reported** | **Restated** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 17,333,755 | 17,333,755 |
| Accounts receivable, net | 10,040,824 | 10,040,824 |
| Inventories | 1,854,766 | 1,854,766 |
| Other current assets | 1,863,545 | 4,205,417 |
| Total current assets | 31,092,890 | 33,434,762 |
| Property and equipment, net | 3,612,552 | 3,612,552 |
| Other assets | 363,866 | 897,031 |
| | $ 35,069,308 | 37,944,345 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 10,773,716 | 10,773,716 |
| Deferred revenue | 10,481,721 | 17,163,023 |
| Payphone surcharge payable | 1,358,298 | 1,358,298 |
| Sales and excise taxes payable | 617,328 | 617,328 |
| Universal Service Fund payable | 3,107,792 | 3,107,792 |
| Accrued expenses and other current liabilities | 58,258 | 58,258 |
| Total current liabilities | 26,397,113 | 33,078,415 |
| Other liabilities | 640,317 | 640,317 |
| Total liabilities | 27,037,430 | 33,718,732 |
| Stockholders' equity: | | |
| Series A convertible redeemable preferred stock | 14,125,000 | 14,125,000 |
| Common stock | 10,000 | 10,000 |
| Class A common stock | 1,764 | 1,764 |
| Treasury stock | (186) | (186) |
| Additional paid-in capital | 743,079 | 743,079 |
| Notes receivable from stock sales | (425,302) | (425,302) |
| Accumulated deficit | (6,422,477) | (10,228,742) |
| Total stockholders' equity | 8,031,878 | 4,225,613 |
| | $ 35,069,308 | 37,944,345 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARY

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

| Consolidated Statement of Cash Flows | For the year ended December 31, 2003 As previously reported | Restated |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income | $ 2,773,963 | 2,773,963 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 783,058 | 783,058 |
| Bad debt expense | 26,934 | 26,934 |
| Loss on sale of property and equipment | 2,090 | 2,090 |
| Compensation expense | 16,797 | 16,797 |
| Deferred tax expense | 1,183,786 | 1,647,575 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (1,815,444) | (1,815,444) |
| Inventories | 1,871,985 | 1,871,985 |
| Other current assets | 274,728 | (338,233) |
| Other assets | 212,645 | 212,645 |
| Accounts payable | 84,317 | 84,317 |
| Deferred revenue | 1,532,964 | 1,532,964 |
| Payphone surcharge payable | 82,723 | 82,723 |
| Sales and excise taxes payable | 81,140 | 81,140 |
| Universal Service Fund payable | 1,078,767 | 1,078,767 |
| Accrued expenses and other current liabilities | (131,171) | 18,001 |
| Other liabilities | (11,500) | (11,500) |
| Total adjustments | 5,273,819 | 5,273,819 |
| Net cash provided by operating activities | $ 8,047,782 | 8,047,782 |

## (4) Property and Equipment

Property and equipment are carried at cost. Depreciation and amortization of property and equipment are computed using the straight-line method over the following estimated useful lives:

| | Years |
|---|---|
| Switching equipment | 10 |
| Computer equipment and software | 3 |
| Office equipment, furniture, and fixtures | 5 |
| Automobile | 5 |
| Leasehold improvements | |



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

Property and equipment, at cost, as of December 31, 2003, are summarized as follows:

| | | |
|---|---|---|
| Switching equipment | $ | 4,894,270 |
| Computer equipment and software | | 549,001 |
| Office equipment, furniture, and fixtures | | 1,030,437 |
| Automobile | | 11,180 |
| Leasehold improvements | | 377,531 |
| | | 6,862,419 |
| Less accumulated depreciation and amortization | | 3,249,867 |
| Total | $ | 3,612,552 |

**(5) Series A Convertible Redeemable Preferred Stock**

On May 6, 1999, the Company entered into a stock purchase agreement (the Agreement) with GeoCapital V, L.P. and Broadview Partners Group (collectively, the Investors) to sell its Series A convertible redeemable preferred stock. In conjunction with the Agreement, the Company issued 3,667,041 shares of Series A convertible redeemable preferred stock to the Investors at an aggregate of $10,000,000 or $2.719578 per share on May 20, 1999. Holders of the Series A convertible redeemable preferred stock are entitled to the number of votes, except as required by applicable law, equal to the largest number of full shares of common stock into which each share of Series A convertible redeemable preferred stock could be converted on the record date of vote, and to elect one director to the Company's board of directors. In addition, certain changes that would be materially adverse to the rights of holders of the Series A convertible redeemable preferred stock cannot be made without the vote of holders of 50% of the outstanding Series A convertible redeemable preferred stocks. The Series A convertible redeemable preferred stock is senior to the common stock and the Class A common stock with respect to dividends and liquidation events.

Annual cumulative dividends of $0.244762 per share accruing from the date of issuance are payable upon liquidation of the Company or redemption of the shares of Series A convertible redeemable preferred stock, and the accumulated dividends of $4,125,000 at December 31, 2003 have been reflected as an increase in the carrying amount of the Series A convertible redeemable preferred stock and an increase in accumulated deficit in the accompanying consolidated balance sheet. The accumulated dividends will be forfeited and no longer payable upon closing of the Company's first qualified public offering as defined by the Company or upon conversion of the shares of Series A convertible redeemable preferred stock into shares of the Company's common stock and Series B redeemable preferred stock at the applicable conversion rates.

The Series A convertible redeemable preferred stock is convertible at the option of the holder at any time after its issuance, in whole or in part, into shares of common stock and Series B redeemable preferred stock of the Company at an initial conversion rate of one share of common stock and one share of Series B redeemable preferred stock for each share of Series A convertible redeemable preferred stock, subject to adjustment in certain events. Upon closing of the Company's initial qualified public offering, each share of

Series A convertible redeemable preferred stock will automatically be converted into shares of common stock and Series B redeemable preferred stock at the applicable conversion rates.

In January 2004, the principal stockholder and the Investors entered into an agreement to amend the Agreement to extend the redemption periods for the Series A convertible redeemable preferred stock by four additional years. Under the original terms of the Agreement, the shares of the Series A convertible redeemable preferred stock were redeemable at any time on or after May 20, 2004, in whole or in part, at the option of the holder or holders of not less than 50% in voting power of the outstanding Series A convertible redeemable preferred stock, at a predetermined redemption price of $2.719578 per share plus accumulated and unpaid dividends, if any, to the redemption date. Under the provisions of the amended Agreement, the shares of the Series A convertible redeemable preferred stock are redeemable at any time on or after May 20, 2008 and the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in three equal installments due and payable on May 20, 2009, May 20, 2010, and May 20, 2011. At any time on or after May 20, 2009, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in two equal installments due and payable on May 20, 2010 and May 20, 2011. At any time on or after May 20, 2010, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in one installment due and payable on May 20, 2011.

The amended Agreement also requires the Company to make reasonable efforts to seek an initial public offering by engaging an investment banker on or prior to May 20, 2010.

**(6) Stock Incentive Plan**

In 1999, the board of directors of the Company approved the Locus Telecommunications, Inc. Stock Option and Grant Plan (the Plan). Pursuant to the Plan, nonqualified stock options to acquire shares of Class A common stock may be granted to the Company's employees, directors, and consultants, and incentive stock options to acquire shares of Class A common stock may be granted to its employees, including employee-directors. The Plan also provides for the grant of shares of restricted and unrestricted Class A common stock to the Company's employees, directors, and consultants.

The Plan is currently administered by the compensation committee of the Company's board of directors. In February 2001, the Company's board of directors authorized an additional 500,000 shares of Class A common stock to be available for grant, and the maximum number of shares of Class A common stock available for the issuance under the Plan increased to 3,000,000 shares. As of December 31, 2003, a total of 928,975 shares of Class A common stock remain available for grant.

In January 2003, the Company repurchased 43,750 shares of Class A common stock previously granted to an employee of the Company due to the termination of employment. Such repurchase was made at the grant price and was offset against the notes receivable from stock sales of $87,500. As such, the shares of Class A common stock granted under the Plan decreased from 1,621,591 shares as of December 31, 2002 to 1,577,841 shares as of December 31, 2003. All Class A common stock sold vest over periods up to four years and restrictions related to all shares of restricted stock have lapsed as of December 31, 2003.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

Regarding the restricted stock sales, the Company loaned the employees the original principal sum of $513,102, representing the proceeds from the sale of the stock. These loans, which bear interest at the rate of 6% per annum, mature through February 2010, with principal payments due within ten days after receipt of proceeds from any sales of shares of Class A common stock by the grantees or their successors. Interest is payable annually. The notes are full-recourse promissory notes and are collateralized by 1,577,841 shares of Class A common stock sold. The receivable is shown on the consolidated balance sheet as a reduction in stockholders' equity. The difference in amount between the estimated market value and the notes receivable was recorded as unearned compensation and is shown as a separate component of stockholders' equity. Unearned compensation is amortized to expense over the vesting period of the restricted stock sold, and compensation expense amounted to approximately $10,000 for the year ended December 31, 2003.

In 2002, the Company granted a total of 75,000 nonqualified stock options and incentive stock options to acquire shares of Class A common stock to the Company's employees and consultants. The grants vest over a four-year period and were made at the fair market value on the date of the grant. The per-share weighted average fair value of stock options granted during 2002 was $0.35 on the date of grant using the Black-Scholes option-pricing model (excluding a volatility assumption), with the following weighted average assumptions: expected dividend yield of 0.0%, risk-free interest rate of 4.79%, and an expected life of four years. The Company applies the provisions of SFAS No. 123 in accounting for its nonqualified stock option grants to consultants under the Plan, and the compensation cost of approximately $6,000 was recognized for the year ended December 31, 2003.

Stock option activity during the current year is as follows:

| | Number of options | Weighted average exercise price |
|---|---|---|
| Balance at December 31, 2002 | 578,184 | 1.69 |
| Granted | — | — |
| Exercised | — | — |
| Forfeited | (85,000) | 1.80 |
| Expired | — | — |
| Balance at December 31, 2003 | 493,184 | 1.67 |

At December 31, 2003, a total of 361,138 stock options were vested and exercisable, and the average exercise price and weighted average remaining contractual life of outstanding options was $1.67 and 0.67 years, respectively.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

The Company applies the provisions of APB Opinion No. 25 in accounting for its 2002 stock option and grant plans and, accordingly, no compensation cost has been recognized for its stock option grants in the consolidated financial statements because the purchase price was equal to or greater than the fair market value at the date of the grant. Had the Company determined compensation cost based on the fair market value at the grant date for its stock option grants under SFAS No. 123, the Company's net income for the year ended December 31, 2003 would have been decreased to the pro forma amounts indicated below:

| | | |
|---|---|---|
| Net income, as reported | $ | 2,773,963 |
| Deduct total stock-based employee compensation expense determined under the fair-value-based method for all awards, net of related tax effects | | 7,729 |
| Net income, pro forma | $ | 2,766,234 |

**(7) Income Taxes**

A summary of income tax expense for the year ended December 31, 2003 is as follows:

| | | Restated |
|---|---|---|
| Current: | | |
| Federal | $ | 106,433 |
| State and local | | 536,509 |
| | | 642,942 |
| Deferred | | 1,647,575 |
| | $ | 2,290,517 |

The income tax expense for the year ended December 31, 2003 differs from the "expected" tax expense (computed by applying the U.S. federal income tax rate of 34% for the year to income before income taxes) mainly due to utilization of net operating loss carryforwards, state and local income taxes, net of federal income tax benefit, and permanent differences.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

The tax effects of temporary differences that give rise to the deferred tax assets and deferred tax liabilities at December 31, 2003 are presented below:

| | Restated |
|---|---|
| Deferred tax assets: | |
| Net operating loss carryforwards | $ 2,420,947 |
| Alternative minimum tax credit carryforwards | 106,433 |
| Accounts receivable, principally due to allowance for doubtful accounts | 131,616 |
| Universal Service Fund obligations | 1,241,252 |
| Inventory capitalization adjustments pursuant to the Tax Reform Act of 1986 | 12,864 |
| Compensation expense | 87,090 |
| Total gross deferred tax assets | 4,000,202 |
| Less valuation allowance | 1,328,342 |
| Net deferred tax assets | 2,671,860 |
| Deferred tax liabilities: | |
| Property and equipment, principally due to differences in depreciation | 594,317 |
| Total gross deferred tax liabilities | 594,317 |
| Net deferred tax assets | $ 2,077,543 |

The valuation allowance for deferred tax assets as of December 31, 2002 was $890,775. The net change in the total valuation allowance for the year ended December 31, 2003 was an increase of $437,567. In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Based upon the level of historical taxable income and projections for future taxable income over the periods which the deferred tax assets are deductible, management believes it is more likely than not that the Company will not realize some portion of the benefits of these deductible differences. Accordingly, deferred tax assets have been reduced by a valuation allowance. The amount of deferred tax assets considered realizable, however, could be reduced in the near term if estimates of future taxable income during the periods in which those temporary differences become deductible are reduced.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

## (8) Commitments and Contingencies

### *(a) Pledged Assets*

As of December 31, 2003, the Company was contingently liable for several outstanding standby letters of credit, which amounted to $845,000. These standby letters of credit were issued to several of the Company's carrier vendors. The Company collateralized its letters of credit with certificates of deposit in the amount of $1,032,323 at December 31, 2003. Such certificates of deposit are included in other current assets in the accompanying consolidated balance sheet.

### *(b) Regulatory*

The Company is subject to regulation by various government agencies and jurisdictions and management believes that it is in compliance with all applicable laws and regulations. However, implementation and interpretation of the Telecommunications Act of 1996 (the Act) is ongoing and subject to litigation by various federal and state agencies and courts. As a result, the impact of the Act on the Company is not yet completely determinable and future interpretations and rulings may impact the financial position and results of operations of the Company.

The Act (Section 276) mandated that the Federal Communications Commission (the FCC) promulgate rules to establish a per-call compensation plan to ensure that all payphone providers are fairly compensated for each and every completed intrastate and interstate call, as well as international calls using payphones in the United States. In February 1999, the FCC set a "default" compensation rate of $0.24 per call for the period beginning April 21, 1999. On April 5, 2001, the FCC modified the rule governing the entity responsible for compensating the payphone service provider (PSP). The modified rules provide that the first facilities-based interexchange carrier (IXC) for which a local exchange carrier (LEC) routes a coin-less payphone call must (1) compensate the PSP for the completed call; (2) track or arrange for tracking of all compensable calls; and (3) provide the PSP call completion information to enable the PSP to verify the accuracy of compensation it receives for compensable calls and/or to bill the underlying facilities-based carrier. The first facilities-based IXC may seek reimbursement from the switch-less or switched-based reseller ultimately responsible for the compensation. The modified rules became effective on May 27, 2001, and all carriers were required to comply with the rules by November 23, 2001.

In 1998, the FCC released the Universal Service Order to establish universal service support mechanisms with the goal of ensuring the delivery of affordable telecommunications services to all Americans, including consumers in high-cost areas, low-income consumers, eligible schools and libraries, and rural health care providers. The FCC requires that every telecommunications provider shall contribute to the Universal Service Fund (USF), except purely interstate carriers, purely international carriers, and carriers that meet the de minimus USF threshold.

Effective as of February 14, 2002, the FCC permits providers of interstate telecommunications services whose interstate end-user telecommunications revenues account for less than 12% of their combined interstate and international end-user telecommunications revenues to contribute to the USF only on the basis of interstate end-user telecommunications revenues. The quarterly contribution

factor is determined by the FCC based on the ratio of total projected quarterly costs of the universal service support mechanisms to total end-user interstate and international telecommunications revenues.

In December 2002, in order to promote competitive neutrality and to simplify the assessment and recovery of universal service contributions for carriers and consumers, the FCC adopted new USF rules, which are effective as of April 1, 2003. Under the new rules, the USF contributions are determined based on the projections provided by contributors of their end-user interstate and international telecommunications revenues for the following quarter. Prior to the new rules, the USF contribution has been computed based on carriers' interstate and international end-user telecommunications revenues from the prior six months using a quarterly contribution factor calculated by the FCC. The accompanying consolidated financial statements reflect the accrual of USF obligations.

*(c)* ***Operating Lease***

As of December 31, 2003, the Company was obligated under several noncancelable operating leases, primarily for its office space and equipment, which expire on various dates through November 29, 2010. The office leases contain rent escalation clauses for an increase in the base property taxes and wage rate, and provisions for payments for maintenance and certain other operating costs.

The future minimum lease payments under the noncancelable operating leases as of December 31, 2003 are as follows:

| | | |
|---|---|---|
| Year ending December 31: | | |
| 2004 | $ | 645,000 |
| 2005 | | 498,000 |
| 2006 | | 396,000 |
| 2007 | | 361,000 |
| 2008 | | 340,000 |
| Thereafter | | 651,000 |
| | $ | 2,891,000 |

Total rent expense for operating leases for the year ended December 31, 2003 was approximately $933,000.

**(9) Business and Credit Concentrations**

Five customers accounted for approximately 32% of the Company's total revenue in 2003, and the accounts receivable from the customers was approximately 36% of the Company's accounts receivable at December 31, 2003.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARY**

Notes to Consolidated Financial Statements

December 31, 2003

(See accompanying review report of KPMG LLP)

## (10) Subsequent Events

### *(a) Dividends*

In January 2004, the Company's board of directors approved cash dividends of $0.196 per share on the Company's preferred and common stock, and total dividends of $2,989,957 were paid.

Subsequently, in January 2006, the Company's board of directors also approved cash dividends of $0.196 per share on preferred and common stock, and total dividends of $2,989,957 were paid.

### *(b) Universal Service Fund*

The implementation and interpretation of the Universal Service Order relating to the USF were ongoing and subject to litigation by various federal and state agencies and courts. Subsequently, in October 2005, the Company entered into a consent decree with the FCC, whereby the Company agreed to make a voluntary contribution to the U.S. Treasury Department of $330,000 in lieu of its obligations for USF contributions up to December 2003 and the FCC terminated its investigation on whether the Company violated the requirements of the USF rules. As a result, the Company reversed excess USF contributions payable of approximately $2,778,000 representing prior years' accruals into income at December 31, 2004.

### *(c) Federal Excise Tax*

The Company has been subject to federal excise tax (FET) for its long-distance telephone service under Section 4251(b)(2) of the Internal Revenue Code. However, implementation and interpretation of the FET rules have been subject to litigation by various telecommunication service providers.

In May 2005, the Company filed a lawsuit against the Internal Revenue Service (IRS) to claim refunds of previously paid FET for the years from 2001 to 2005. Subsequently, on May 25, 2006, the U.S. Treasury Department announced that it is conceding the legal dispute over the FET on long-distance telephone service and, as a result, the Department of Justice will no longer pursue litigation. The IRS will issue refunds of the FET on long-distance telecommunication service to taxpayers for the period from March 2003 to July 2006. However, the ultimate outcome of the Company's claim for refunds cannot be currently determined.

# H-5

KPMG

# LOCUS TELECOMMUNICATIONS, INC.
# AND SUBSIDIARIES

## Consolidated Financial Statements

December 31, 2004

(With Independent Auditors' Report Thereon)

KPMG

KPMG LLP
345 Park Avenue
New York, NY 10154

**Independent Auditors' Report**

The Board of Directors
Locus Telecommunications, Inc.:

We have audited the accompanying consolidated balance sheet of Locus Telecommunications, Inc. (the Company) and subsidiaries as of December 31, 2004, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for the year then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Locus Telecommunications, Inc. and subsidiaries as of December 31, 2004, and the results of their operations and their cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

KPMG LLP

July 11, 2006

KPMG LLP, a U.S. limited liability partnership, is the U.S. member firm of KPMG International, a Swiss cooperative.

## LOCUS TELECOMMUNICATIONS, INC.
## AND SUBSIDIARIES

Consolidated Balance Sheet

December 31, 2004

### Assets

| | |
|---|---|
| Current assets: | |
| Cash and cash equivalents | $ 13,687,319 |
| Certificates of deposit | 6,000,000 |
| Accounts receivable – trade, less allowance for doubtful accounts of $81,196 (note 10) | 21,918,642 |
| Inventories | 1,860,210 |
| Other current assets (notes 3 and 9) | 7,158,077 |
| Total current assets | 50,624,248 |
| Property and equipment, net (note 4) | 4,593,378 |
| Other assets (note 3) | 592,585 |
| | $ 55,810,211 |

### Liabilities and Stockholders' Equity

| | |
|---|---|
| Current liabilities: | |
| Accounts payable | $ 16,302,778 |
| Deferred revenue | 25,616,243 |
| Payphone surcharge payable (note 9) | 2,879,921 |
| Sales and excise taxes payable (notes 9 and 11) | 797,347 |
| Universal Service Fund payable (note 9) | 807,628 |
| Accrued expenses and other current liabilities | 193,824 |
| Total current liabilities | 46,597,741 |
| Other liabilities | 696,091 |
| Total liabilities | 47,293,832 |
| Stockholders' equity: | |
| Series A convertible redeemable preferred stock, par value $0.001 per share. Authorized 4,000,000 shares; issued and outstanding 3,677,041 shares (note 5) | 15,025,000 |
| Common stock, par value $0.001 per share. Authorized 25,000,000 shares, voting; issued and outstanding 10,000000 shares | 10,000 |
| Class A common stock, par value $0.001 per share. Authorized 5,000,000 shares, nonvoting; issued and outstanding 1,763,637 shares | 1,764 |
| Treasury stock, 185,796 shares of class A common stock, at cost | (186) |
| Additional paid-in capital | 794,979 |
| Notes receivable from stock sales (note 6) | (381,076) |
| Accumulated deficit (notes 8 and 11) | (6,957,355) |
| Accumulated other comprehensive income | 23,253 |
| Total stockholders' equity | 8,516,379 |
| Commitments and contingencies (note 9) | |
| | $ 55,810,211 |

See accompanying notes to consolidated financial statements.

## LOCUS TELECOMMUNICATIONS, INC.
## AND SUBSIDIARIES

Consolidated Statement of Income

Year ended December 31, 2004

| | |
|---|---|
| Revenues (note 10): | |
| Telecommunications services, net | $ 172,205,682 |
| Equipment sales | 3,691,275 |
| | 175,896,957 |
| Costs and expenses: | |
| Cost of telecommunications services | 140,126,323 |
| Cost of goods sold | 3,760,245 |
| Selling, general, and administrative expenses | 22,722,549 |
| | 166,609,117 |
| Income from operations | 9,287,840 |
| Other income: | |
| Interest income | 385,418 |
| Other, net | 35,222 |
| | 420,640 |
| Income before income tax expense | 9,708,480 |
| Income tax expense (note 7) | 2,547,136 |
| Net income | $ 7,161,344 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Consolidated Statement of Changes in Stockholders' Equity

Year ended December 31, 2004

| | Series A convertible redeemable preferred stock | | Common stock | | Class A common stock | | Class A treasury stock | | Additional paid-in capital | Notes receivable from stock sales | Accumulated deficit | Accumulated other comprehensive income | Total stockholders' equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | | | | | |
| Balance at December 31, 2003, as restated | 3,677,041 | $ 14,125,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (185,796) | $ (186) | 743,079 | (425,302) | (10,228,742) | — | 4,225,613 |
| Compensation expense in connection with stock options (note 6) | — | — | — | — | — | — | — | — | 51,900 | — | — | — | 51,900 |
| Repayments of note receivable in connection with restricted stock awards (note 6) | — | — | — | — | — | — | — | — | — | 44,226 | — | — | 44,226 |
| Accretion of dividends on Series A convertible redeemable preferred stock (note 5) | — | 900,000 | — | — | — | — | — | — | — | — | (900,000) | — | — |
| Dividends paid (note 8) | — | — | — | — | — | — | — | — | — | — | (2,989,957) | — | (2,989,957) |
| Comprehensive income: Net income | — | — | — | — | — | — | — | — | — | — | 7,161,344 | — | 7,161,344 |
| Other comprehensive income from unrealized gain on available-for-sale securities, net of income tax effect | — | — | — | — | — | — | — | — | — | — | — | 23,253 | 23,253 |
| Total comprehensive income | | | | | | | | | | | | | 7,184,597 |
| Balance at December 31, 2004 | 3,677,041 | $ 15,025,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (185,796) | $ (186) | 794,979 | (381,076) | (6,957,355) | 23,253 | 8,516,379 |

See accompanying notes to consolidated financial statements.

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Consolidated Statement of Cash Flows

Year ended December 31, 2004

| | |
|---|---|
| Cash flows from operating activities: | |
| Net income | $ 7,161,344 |
| Adjustments to reconcile net income to net cash provided by operating activities: | |
| Depreciation and amortization | 888,451 |
| Provision for doubtful accounts and sales return | (121,672) |
| Accretion of discount on securities held to maturity | (197) |
| Loss on sale of securities available for sale | 170 |
| Loss on inventory valuation | 122,746 |
| Compensation expense | 51,900 |
| Deferred tax expense | 1,962,645 |
| Deferred rent | 99,042 |
| Reversal of Universal Service Fund payable | (2,777,792) |
| Changes in operating assets and liabilities: | |
| Accounts receivable – trade | (11,756,146) |
| Inventories | (128,190) |
| Other current assets | (3,632,099) |
| Other assets | (79,329) |
| Accounts payable | 5,529,062 |
| Deferred revenue | 8,453,220 |
| Payphone surcharge payable | 1,521,623 |
| Sales and excise taxes payable | 180,019 |
| Universal Service Fund payable | 477,628 |
| Accrued expenses and other current liabilities | 123,900 |
| Other liabilities | (46,000) |
| Total adjustments | 868,981 |
| Net cash provided by operating activities | 8,030,325 |
| Cash flows from investing activities: | |
| Purchase of securities available for sale | (742,150) |
| Proceeds from sale of securities available for sale | 79,590 |
| Purchase of securities held to maturity | (199,193) |
| Purchases of property and equipment | (1,869,277) |
| Purchases of certificates of deposit | (6,000,000) |
| Net cash used in investing activities | (8,731,030) |
| Cash flows from financing activities | |
| Repayment of notes receivable from stock sales | 44,226 |
| Payment of dividends | (2,989,957) |
| Net cash used in financing activities | (2,945,731) |
| Net decrease in cash and cash equivalents | (3,646,436) |
| Cash and cash equivalents at beginning of year | 17,333,755 |
| Cash and cash equivalents at end of year | $ 13,687,319 |
| Noncash financing activities: | |
| Accretion of dividends on Series A convertible redeemable preferred stock | $ 900,000 |
| Supplemental disclosure of cash flow information: | |
| Cash paid during the year for: | |
| Income tax | 2,737,000 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

## (1) Business Description

Locus Telecommunications, Inc. (the Company), formerly LTI International, Inc., was incorporated on January 14, 1997 under the laws of the State of Delaware. The Company changed its name to Locus Telecommunications, Inc. on May 19, 1999. The Company is the surviving corporation of a series of restructuring transactions which occurred in 1999 with two other related companies, Locus Corporation, a New York corporation, and Locus Telecommunications, Inc., a New Jersey corporation. The Company is primarily engaged in the business of selling and providing prepaid calling cards and prepaid wireless communications services.

The Company is subject to various risks in connection with the operation of its businesses. These risks include, but are not limited to, applicable laws and regulations, dependence on transmission from facilities-based carriers and suppliers, price competition, and competition from larger industry participants.

## (2) Significant Accounting Policies

The significant accounting policies of the Company are as follows:

### (a) *Principles of Consolidation*

The accompanying consolidated financial statements include the financial statements of the Company and its wholly owned subsidiaries, LOPEDS, Inc. and Geo Wireless, Inc. All significant intercompany transactions and balances have been eliminated in consolidation.

LOPEDS, Inc. was incorporated on July 14, 2003 under the laws of the State of Delaware. Geo Wireless, Inc., located in Santa Fe Springs, CA, was incorporated on March 9, 2004 under the laws of the State of Delaware.

### (b) *Cash Equivalents*

For the purposes of the consolidated statement of cash flows, the Company considers all highly liquid investments with original maturities of three months or less to be cash equivalents.

### (c) *Inventories*

The Company's inventories comprised prepaid phone cards purchased from other carriers and wireless PCS (Personal Communications Services) handsets. Inventories are valued at the lower of cost or market. Cost is determined using the first-in, first-out method.

### (d) *Property and Equipment*

Property and equipment are reported at acquisition cost in addition to any associated costs incurred to make the equipment usable for the purpose for which it was intended, including but not limited to installation costs. Depreciation of property and equipment is provided on a straight-line basis over the estimated useful lives of the respective assets, ranging from three to ten years. Leasehold improvements are amortized over the shorter of their estimated useful lives or terms of their related leases.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

(e) *Impairment of Long-Lived Assets*

In accordance with Statement of Financial Accounting Standards (SFAS) No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets*, long-lived assets, such as property and equipment, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of the asset exceeds the fair value of the asset. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale would be presented separately in the appropriate asset and liability sections of the balance sheet.

(f) *Investment Securities*

The Company classifies its investment securities in one of three categories: trading, available-for-sale, or held-to-maturity. Trading securities are bought and held principally for the purpose of selling them in the near term. Held-to-maturity securities are those securities in which the Company has the positive ability and intent to hold the securities until maturity. All securities not included in trading or held to maturity are classified as available for sale.

Trading and available-for-sale securities are recorded at fair value. Held-to-maturity debt securities are recorded at amortized cost, adjusted for the amortization or accretion of premiums or discounts. Unrealized holding gains and losses on trading securities are included in earnings. Unrealized holding gains and losses, net of the related tax effect, on available-for-sale securities are excluded from earnings and are reported as a separate component of other comprehensive income until realized.

Securities transactions and related income and expense are recorded on a trade-date basis. In determining gains or losses on securities transactions, the moving-average method is used. Dividend and interest income are recognized when earned.

(g) *Revenue Recognition and Deferred Revenue*

Revenue from telecommunications services is recognized when the services are provided. Equipment sales revenue associated with the sale of wireless handsets and accessories is recognized when the products are delivered to and accepted by the customer, as this is considered to be a separate earnings process from the sales of wireless services.

Sales of prepaid phone cards are made to distributors with no contractual right of return. At the time of sale, the Company becomes legally obligated to provide prepaid phone service. Such sales are initially recorded as deferred revenue upon shipment and revenue is recognized in accordance with the terms of the card as the ultimate card users utilize calling time and service fees are assessed. The terms of the card refer to the rates, fees, and expiration dates of the card as well as any other provisions which govern its use. The Company assesses a monthly service fee per card for certain types of prepaid phone cards, generally commencing 30 days after the date a prepaid phone card is first used to make a telephone call, by reducing the unused card balance available for calls. All

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

prepaid phone cards sold by the Company expire upon the expiration date printed on the prepaid phone card. Upon expiration and cancellation of the prepaid phone card, the Company recognizes the related deferred revenue as revenue.

For revenue arrangements with multiple deliverables, revenue is allocated based on the relative fair values of the individual components and is recognized based on the revenue recognition criteria of individual components under the provisions of Emerging Issues Task Force (EITF) Issue No. 00-21, *Revenue Arrangements with Multiple Deliverables*.

*(h)* ***Cost of Telecommunications Services***

Cost of telecommunications services represents direct charges from vendors that the Company incurs to deliver service to its customers. These primarily consist of rate-per-minute charges from other carriers that carry traffic on behalf of the Company.

*(i)* ***Sales Incentives***

Expense associated with the free product or service delivered at the time of sale of another product or service are classified as cost of sales, unless an identifiable benefit having a determinable fair value is received in exchange, in accordance with the provisions of EITF No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer*.

*(j)* ***Advertising Expense***

Advertising costs are expensed as incurred.

*(k)* ***Stock-Based Compensation***

The Company continues to account for its stock-based compensation plans using the intrinsic-value-based method of accounting prescribed by Accounting Principles Board (APB) Opinion No. 25, *Accounting for Stock Issued to Employees*, and related interpretations, including Financial Accounting Standards Board (FASB) Interpretation No. 44, *Accounting for Certain Transactions Involving Stock Compensation, an Interpretation of APB Opinion No. 25*. Under this method, compensation expense related to stock options is recorded on the date of grant only if the current market price of the underlying stock exceeds the exercise price. Compensation cost related to restricted stock grant is initially recorded as deferred compensation and is recognized as an expense over the requisite vesting periods based on the market value on the date of the grant. SFAS No. 123, *Accounting for Stock-Based Compensation*, and SFAS No. 148, *Accounting for Stock-Based Compensation—Transition and Disclosure—an amendment of FASB Statement No. 123*, established accounting and disclosure requirements using a fair-value-based method of accounting for stock-based employee compensation plans. As permitted by existing accounting standards, the Company has elected to continue to apply the intrinsic-value-based method of accounting described above, and has adopted only the disclosure requirements of SFAS No. 123, as amended by SFAS No. 148.

*(l)* ***Income Taxes***

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the

financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

*(m) Use of Estimates in the Preparation of Consolidated Financial Statements*

The financial statements have been prepared in conformity with generally accepted accounting principles. In preparing the consolidated financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities as of the date of the consolidated balance sheet and the results of operations for the reporting periods. Actual results could differ from those estimates.

**(3) Investment Securities**

Investment securities at December 31, 2004 consisted of stocks, mutual funds, managed futures, and corporate debt securities. Investment securities have been classified as available for sale and held to maturity according to management's intent, which are recorded as other current assets or other assets in the accompanying consolidated balance sheet.

The amortized cost, gross unrealized holding gains, gross unrealized holding losses, and fair value of available-for-sale and held-to-maturity securities by major type and class of security at December 31, 2004 were as follows:

| | Amortized cost | Gross unrealized holding gains | Gross unrealized holding losses | Fair value |
|---|---|---|---|---|
| Available for sale: | | | | |
| Stocks | $ 462,390 | 54,488 | (6,586) | 510,292 |
| Mutual funds | 100,000 | — | (10,141) | 89,859 |
| Managed futures | 100,000 | 1,989 | (1,070) | 100,919 |
| | $ 662,390 | 56,477 | (17,797) | 701,070 |
| Held to maturity: | | | | |
| Corporate debt securities | $ 199,389 | 861 | (1,538) | 198,712 |
| | $ 199,389 | 861 | (1,538) | 198,712 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2004

Maturities of debt securities classified as held to maturity were as follows at December 31, 2004:

| | | Amortized cost | Fair value |
|---|---|---|---|
| Due in one year or less | $ | 50,000 | 49,529 |
| Due after one year through five years | | 149,389 | 149,183 |
| | $ | 199,389 | 198,712 |

(4) **Property and Equipment**

Property and equipment are carried at cost. Depreciation and amortization of property and equipment are computed using the straight-line method over the following estimated useful lives:

| | Years |
|---|---|
| Switching equipment | 10 |
| Computer equipment and software | 3 |
| Office equipment, furniture, and fixtures | 5 |
| Automobile | 5 |
| Leasehold improvements | 5 |

Property and equipment, at cost, as of December 31, 2004, are summarized as follows:

| | | |
|---|---|---|
| Switching equipment | $ | 6,215,930 |
| Computer equipment and software | | 625,053 |
| Office equipment, furniture, and fixtures | | 1,498,027 |
| Automobile | | 11,180 |
| Leasehold improvements | | 380,466 |
| | | 8,730,656 |
| Less accumulated depreciation and amortization | | 4,137,278 |
| Total | $ | 4,593,378 |

(5) **Series A Convertible Redeemable Preferred Stock**

On May 6, 1999, the Company entered into a stock purchase agreement (the Agreement) with GeoCapital V, L.P. and Broadview Partners Group (collectively, the Investors) to sell its Series A convertible redeemable preferred stock. In conjunction with the Agreement, the Company issued 3,677,041 shares of Series A convertible redeemable preferred stock to the Investors at an aggregate of $10,000,000 or $2.719578 per share on May 20, 1999. Holders of the Series A convertible redeemable preferred stock are entitled to the number of votes, except as required by applicable law, equal to the largest number of full shares of common stock into which each share of Series A convertible redeemable preferred stock could be converted on the record date of vote and to elect one director to the Company's



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

board of directors. In addition, certain changes that would be materially adverse to the rights of holders of the Series A convertible redeemable preferred stock cannot be made without the vote of holders of 50% of the outstanding Series A convertible redeemable preferred stock. The Series A convertible redeemable preferred stock is senior to the common stock and the Class A common stock with respect to dividends and liquidation events.

Annual cumulative dividends of $0.244762 per share accruing from the date of issuance are payable upon liquidation of the Company or redemption of the shares of Series A convertible redeemable preferred stock, and the accumulated dividend of $5,025,000 at December 31, 2004 has been reflected as an increase in the carrying amount of the Series A convertible redeemable preferred stock and an increase in accumulated deficit in the accompanying consolidated balance sheet. The accumulated dividend will be forfeited and no longer payable upon closing of the Company's first qualified public offering as defined by the Company or upon conversion of the shares of Series A convertible redeemable preferred stock into shares of the Company's common stock and Series B redeemable preferred stock at the applicable conversion rates.

The Series A convertible redeemable preferred stock is convertible at the option of the holder at any time after its issuance, in whole or in part, into shares of common stock and Series B redeemable preferred stock of the Company at an initial conversion rate of one share of common stock and one share of Series B redeemable preferred stock for each share of Series A convertible redeemable preferred stock, subject to adjustment in certain events. Upon closing of the Company's initial qualified public offering, each share of Series A convertible redeemable preferred stock will automatically be converted into shares of common stock and Series B redeemable preferred stock at the applicable conversion rates.

In January 2004, the principal stockholder and the Investors entered into an agreement to amend the Agreement to extend the redemption periods for the Series A convertible redeemable preferred stock by four additional years. Under the original terms of the Agreement, the shares of the Series A convertible redeemable preferred stock were redeemable at any time on or after May 20, 2004, in whole or in part, at the option of the holder or holders of not less than 50% in voting power of the outstanding Series A convertible redeemable preferred stock, at a predetermined redemption price of $2.719578 per share plus accumulated and unpaid dividends, if any, to the redemption date. Under the provisions of the amended Agreement, the shares of the Series A convertible redeemable preferred stock are redeemable at any time on or after May 20, 2008 and the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in three equal installments due and payable on May 20, 2009, May 20, 2010, and May 20, 2011. At any time on or after May 20, 2009, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in two equal installments due and payable on May 20, 2010 and May 20, 2011. At any time on or after May 20, 2010, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in one installment due and payable on May 20, 2011.

The amended Agreement also requires the Company to make reasonable efforts to seek an initial public offering by engaging an investment banker on or prior to May 20, 2010.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

**(6) Stock Incentive Plan**

In 1999, the board of directors of the Company approved the Locus Telecommunications, Inc. Stock Option and Grant Plan (the Plan). Pursuant to the Plan, nonqualified stock options to acquire shares of Class A common stock may be granted to the Company's employees, directors, and consultants, and incentive stock options to acquire shares of Class A common stock may be granted to its employees, including employee-directors. The Plan also provides for the grant of shares of restricted and unrestricted Class A common stock to the Company's employees, directors, and consultants.

The Plan is currently administered by the compensation committee of the Company's board of directors. In February 2001, the Company's board of directors authorized additional 500,000 shares of Class A common stock to be available for grant, and the maximum number of shares of Class A common stock available for the issuance under the Plan increased to 3,000,000 shares. As of December 31, 2004, a total of 888,975 shares of Class A common stock remain available for grant.

As of December 31, 2004, 1,763,637 shares of restricted Class A common stock were granted to employees of the Company, and 185,796 shares out of total granted shares were previously repurchased due to the termination of employment. Such repurchase was made at the grant price and was offset against the notes receivable from stock sales. In 2004, the Company did not repurchase any shares of restricted Class A common stock. As such, the shares of restricted Class A common stock granted under the Plan remain unchanged as of December 31, 2003 to December 31, 2004 at 1,577,841. All Class A common stock granted vest over periods up to four years and restrictions related to all shares of restricted stock have lapsed as of December 31, 2004.

Regarding the restricted stock grants, the Company loaned the employees the principal sum of $425,302, representing the proceeds from the sale of the stock. In 2004, $44,226 of the loans was paid in cash. As such, the loans to the employees decreased from $425,302 as of December 31, 2003 to $381,076 as of December 31, 2004. These loans, which bear interest at the rate of 6% per annum, mature through February 2010 with principal payments due within ten days after receipt of proceeds from any sales of shares of Class A common stock by the grantees or their successors. Interest is payable annually. The notes are full-recourse promissory notes and are collateralized by 1,577,841 shares of Class A common stock sold. The receivable is shown on the consolidated balance sheet as a reduction in stockholders' equity. The difference in amount between the estimated market value of shares of Class A common stock and the notes receivable was recorded as unearned compensation and was shown as a separate component of stockholders' equity in the accompanying consolidated balance sheet.

In 2004, the Company granted a total of 40,000 incentive stock options to acquire shares of Class A common stock to the Company's two employees. On the date of grant, the fair market value per share and exercise price was $3.44 and $2.00, respectively, which resulted in $1.44 intrinsic option value under APB Opinion No. 25. The grants vest over a four-year period but the commencing dates of vesting period were backdated to April 2002 and May 2001, respectively, for each grantee. As such, the Company recorded compensation expenses of $45,600 allocated to both the previous and the current vesting period in 2004. The per-share fair value of stock options granted to two employees in 2004 was $1.85 and $1.81, respectively, on the date of grant using the Black-Scholes option-pricing model (excluding a volatility assumption) with the following weighted average assumptions: expected dividend yield of 0.0%, risk-free

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2004

interest rate of 2.55%, and an expected life ranging from eight to nine years depending on the commencing date of the vesting period.

The Company applies the provisions of SFAS No. 123 in accounting for its nonqualified stock option grants to consultants under the Plan, and the compensation cost of approximately $6,300 was recognized for the year ended December 31, 2004.

Stock option activity during the current year is as follows:

| | Number of shares | Weighted average exercise price |
|---|---|---|
| Balance at December 31, 2003 | 493,184 | 1.67 |
| Granted | 40,000 | 2.00 |
| Exercised | — | — |
| Forfeited | — | — |
| Expired | — | — |
| Balance at December 31, 2004 | 533,184 | 1.69 |

At December 31, 2004, a total of 501,934 of stock options were vested and exercisable, and the average exercise price and weighted average remaining contractual life of outstanding options was $1.69 and 5.66 years, respectively.

The Company applies the provisions of APB Opinion No. 25 in accounting for its stock option and grant plans. Had the Company determined compensation cost based on the fair market value at the grant date for its stock option grants under SFAS No. 123, the Company's net income would have been decreased to the pro forma amounts indicated below:

| | | |
|---|---|---|
| Net income, as reported | $ | 7,161,344 |
| Add back total stock-based employee compensation expense determined under APB Opinion No. 25 | | 45,600 |
| Deduct total stock-based employee compensation expense determined under fair-value-based method for all awards, net of related tax effects | | (63,451) |
| Income tax effect | | 7,130 |
| Net income, pro forma | $ | 7,150,623 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2004

(7) **Income Taxes**

A summary of income tax expense for the year ended December 31, 2004 is as follows:

| | | |
|---|---|---|
| Current: | | |
| Federal | $ | 286,982 |
| State and local | | 297,509 |
| | | 584,491 |
| Deferred | | 1,962,645 |
| | $ | 2,547,136 |

Income tax expense for the year ended December 31, 2004 differs from the "expected" tax expense (computed by applying the U.S. federal income tax rate of 34% for the year to income before income taxes) mainly due to the following:

| | | |
|---|---|---|
| Computed "expected" tax expense | $ | 3,300,883 |
| Reduction in income taxes resulting from: | | |
| State and local income taxes, net of federal income tax benefit | | 575,658 |
| Permanent differences | | 20,132 |
| Change in the beginning-of-the-year balance of the valuation allowance for deferred tax assets allocated to income tax expense | | (1,241,252) |
| Other, net | | (108,285) |
| | $ | 2,547,136 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2004

Tax effects of temporary differences that give rise to the deferred tax assets and deferred tax liabilities at December 31, 2004 are presented below:

| | | |
|---|---|---|
| Deferred tax assets: | | |
| Net operating loss carryforwards | $ | 357,920 |
| Accounts receivable, principally due to allowance for doubtful accounts | | 32,384 |
| Universal Service Fund obligations | | 322,116 |
| Inventory capitalization adjustments pursuant to the Tax Reform Act of 1986 | | 11,193 |
| Compensation expense | | 89,482 |
| Deferred rent | | 39,502 |
| Total gross deferred tax assets | | 852,597 |
| Less valuation allowance | | 89,482 |
| Net deferred tax assets | | 763,115 |
| Deferred tax liabilities: | | |
| Property and equipment, principally due to differences in depreciation and amortization | | 648,217 |
| Unrealized gain on available-for-sale securities | | 15,427 |
| Total gross deferred tax liabilities | | 663,644 |
| Net deferred tax assets | $ | 99,471 |

The valuation allowance for deferred tax assets as of December 31, 2004 was $89,482. The net change in the total valuation allowance for the year ended December 31, 2004 was a decrease of $1,238,860. In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Based upon the level of historical taxable income and projections for future taxable income over the periods in which the deferred tax assets are deductible, management believes it is more likely than not that the Company will not realize some portion of the benefits of these deductible differences. Accordingly, deferred tax assets have been reduced by a valuation allowance. The amount of deferred tax assets considered realizable, however, could be reduced in the near term if estimates of future taxable income during the periods in which those temporary differences become deductible are reduced.

## (8) Dividends

In January 2004, the Company's board of directors approved cash dividends of $0.196 per share of preferred and common stock, and total dividends of $2,989,957 were paid in January 2004.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

## (9) Commitments and Contingencies

### *(a) Pledged Assets*

As of December 31, 2004, the Company was contingently liable for several outstanding standby letters of credit, which amounted to $870,000. These standby letters of credit were issued to several of the Company's carrier vendors. The Company collateralized its letters of credit with certificates of deposit in the amount of $1,052,997 at December 31, 2004. Such certificates of deposit are included in other current assets in the accompanying consolidated balance sheet.

### *(b) Regulatory*

The Company is subject to rules and regulations by various government agencies and jurisdictions, and management believes that it is in compliance with all applicable laws and regulations.

***Payphone Compensation***

The Telecommunications Act of 1996 (the Act) mandates that the Federal Communications Commission (FCC) promulgate rules to establish a per-call compensation plan to ensure that all payphone service providers (PSPs) are fairly compensated for each and every completed intrastate and interstate call, as well as international calls using payphones in the United States. In February 1999, the FCC set a "default" compensation rate of $0.24 per call for the period beginning April 21, 1999. On August 12, 2004, the FCC released, in Docket No. 03-225, modifications to the payphone per-call compensation rate from $0.24 per call to $0.494 per call. The new "default" rate went into effect on September 27, 2004.

On October 3, 2003, the FCC released a Report and Order (the Order) in FCC Docket No. 96-128 which substantially modified the existing payphone compensation rules to (i) transfer compensation responsibility to switch-based resellers (SBRs) and (ii) expand compensation and call-completion tracking requirements. Effective July 1, 2004, the Order places direct responsibility for compensating PSPs and tracking compensable calls upon long distance providers that own or lease a switch (including prepaid calling card providers) and use that switch to complete calls. The Order finds that the primary economic beneficiary of a dial-around call is the SBR, or the carrier that completes the dial-around call, and, thus, when a dial-around call is completed on an SBR's platform, it is the SBR's responsibility for payphone compensation. The accompanying consolidated financial statements reflect the accrual of payphone surcharge obligations.

***Universal Service Fund***

In 1998, pursuant to the Act, the FCC released the Universal Service Order (Universal Service). The goals of Universal Service, as mandated by the Act, are to: promote the availability of quality services at just, reasonable, and affordable rates; increase access to advanced telecommunications services throughout the Nation; and advance the availability of such services to all consumers, including those in low-income, rural, insular, and high-cost areas at rates that are reasonably comparable to those charged in urban areas. In addition, the Act states that: all providers of telecommunications services should contribute to federal universal service in some equitable and nondiscriminatory manner except purely interstate carriers, purely international carriers, and carriers that meet the de minimis rule; there should be specific, predictable, and sufficient federal and state



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

mechanisms to preserve and advance universal service; all schools, classrooms, health care providers, and libraries should, generally, have access to advanced telecommunications services; and finally, that the Federal-State Joint Board and the FCC should determine those other principles that, consistent with the Act, are necessary to protect the public interest.

Effective as of February 14, 2002, the FCC permits providers of interstate telecommunications services whose six-month historical gross billed interstate end-user telecommunications revenues account for less than 12 percent of their combined interstate and international end-user telecommunications revenues to contribute to the Universal Service Fund (USF) only on the basis of interstate end-user telecommunications revenues. Furthermore, cellular, broadband PCS, and digital Specialized Mobile Radio providers are allowed to assume that 15% of their telecommunications revenues are interstate for purposes of Universal Service contribution calculations. In December 2002, in order to promote competitive neutrality and to simplify the assessment and recovery of Universal Service contributions for carriers and consumers, the FCC adopted new USF rules, which went into effect on April 1, 2003. Under the new rules, the USF contributions are determined based on the projections provided by contributors of their end-user interstate and international telecommunications revenues for the following quarter. Prior to the new rules, the USF contribution had been computed based on carriers' interstate and international end-user telecommunications revenues from the prior six months using a quarterly contribution factor calculated by the FCC. Telecommunications companies are obligated to pay a percentage of their interstate end-user revenues to the USF. This percentage is called the contribution factor. The contribution factor changes on a quarterly basis and is increased or decreased depending on the needs of the Universal Service programs. Quarterly administrative filings are submitted each quarter to the FCC by the Universal Service Administrator. The quarterly administrative filings contain information about the needs of the USF in the upcoming quarter. The FCC uses this information to calculate the contribution factor along with the circularity discount factor applied by the Universal Service Administrator in order to reduce each provider's contribution obligation.

However, implementation and interpretation of Universal Service was ongoing and subject to litigation by various federal and state agencies and courts. Subsequently, in October 2005, the Company entered into a consent decree with the FCC, whereby the Company agreed to make a voluntary contribution to the U.S. Treasury Department of $330,000 in lieu of its obligations for USF contributions up to December 2003 in the amount of $3,107,792. The FCC terminated its investigation into whether the Company violated the requirements of USF rules. As a result, the Company reversed excess USF contributions payable of approximately $2,778,000 representing prior years' accruals into income at December 31, 2004, which is included in selling, general, and administrative expenses in the accompanying consolidated statement of income.

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

*(c) Operating Leases*

As of December 31, 2004, the Company was obligated under several noncancelable operating leases, primarily for its office space and equipment, which expire on various dates through November 29, 2010. The office leases contain rent escalation clauses for an increase in the base property taxes and wage rate, and provisions for payments for maintenance and certain other operating costs. The future minimum lease payments under the noncancelable operating leases as of December 31, 2004 are as follows:

| | | |
|---|---|---|
| Year ending December 31: | | |
| 2005 | $ | 774,000 |
| 2006 | | 423,000 |
| 2007 | | 378,000 |
| 2008 | | 340,000 |
| 2009 | | 340,000 |
| Thereafter | | 311,000 |
| | $ | 2,566,000 |

Total rent expense for operating leases for the year ended December 31, 2004 was approximately $881,000.

*(d) Legal Matters*

The Company is subject to various legal proceedings and claims that arise in the ordinary course of business. In the opinion of management, the outcome of these matters will not have a material adverse effect on the financial position or results of operations of the Company.

**(10) Business and Credit Concentrations**

Five customers accounted for approximately 45% of the Company's total revenue in 2004, and the accounts receivable from these customers were approximately 51% of the Company's accounts receivable at December 31, 2004.

**(11) Subsequent Events**

***(a) Dividends***

In January 2006, the Company's board of directors approved cash dividends of $0.196 per share of preferred and common stock, and total dividends of $2,989,957 were paid in January 2006.

***(b) Federal Excise Tax***

The Company has been subject to federal excise tax (FET) for its long-distance telecommunication service under Section 4251 (b)(2) of the Internal Revenue Code. However, implementation and interpretation of the FET has been subject to litigation by various federal and state agencies and courts.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2004

In May 2005, the Company filed a lawsuit against the Internal Revenue Service (IRS) to claim refunds of FET previously paid to IRS for the years 2001 to 2005. Subsequently, on May 25, 2006, the U.S. Treasury Department announced that it is conceding the legal dispute over the FET on long-distance telecommunication service. As a result, the Department of Justice will no longer pursue litigation and the IRS will issue refunds of the FET on long-distance telecommunication service for the period from March 2003 to July 2006. However, the ultimate outcome of the Company's claim for refunds cannot be currently determined.

# H-6

# LOCUS TELECOMMUNICATIONS, INC. AND SUBSIDIARIES

Consolidated Financial Statements

December 31, 2005 and 2004

(With Independent Auditors' Report Thereon)

KPMG

**KPMG LLP**
345 Park Avenue
New York, NY 10154

**Independent Auditors' Report**

The Board of Directors
Locus Telecommunications, Inc.:

We have audited the accompanying consolidated balance sheets of Locus Telecommunications, Inc. (the Company) and subsidiaries as of December 31, 2005 and 2004, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Locus Telecommunications, Inc. and subsidiaries as of December 31, 2005 and 2004, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

KPMG LLP

October 31, 2006

KPMG LLP, a U.S. limited liability partnership, is the U.S. member firm of KPMG International, a Swiss cooperative.

## LOCUS TELECOMMUNICATIONS, INC.
## AND SUBSIDIARIES

Consolidated Balance Sheets

December 31, 2005 and 2004

| Assets | 2005 | 2004 |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | $ 11,220,354 | 13,687,319 |
| Certificates of deposit | 20,290,211 | 6,000,000 |
| Accounts receivable – trade, less allowance for doubtful accounts of $40,717 and $81,196, respectively (note 10) | 26,369,798 | 21,918,642 |
| Inventories | 6,782,972 | 1,860,210 |
| Other current assets (notes 3 and 9) | 6,440,078 | 7,158,077 |
| Total current assets | 71,103,413 | 50,624,248 |
| Property and equipment, net (note 4) | 4,974,757 | 4,593,378 |
| Other assets (note 3) | 572,676 | 592,585 |
| | $ 76,650,846 | 55,810,211 |

| Liabilities and Stockholders' Equity | 2005 | 2004 |
|---|---|---|
| Current liabilities: | | |
| Accounts payable | $ 18,024,261 | 16,302,778 |
| Deferred revenue | 36,509,097 | 25,616,243 |
| Payphone surcharge payable (note 9) | 2,518,298 | 2,879,921 |
| Sales and excise taxes payable (notes 11) | — | 797,347 |
| Universal Service Fund payable (note 9) | 477,627 | 807,628 |
| Accrued expenses and other current liabilities | 715,937 | 193,824 |
| Total current liabilities | 58,245,220 | 46,597,741 |
| Other liabilities | 467,891 | 696,091 |
| Total liabilities | 58,713,111 | 47,293,832 |
| Stockholders' equity: | | |
| Series A convertible redeemable preferred stock, par value $0.001 per share. Authorized 4,000,000 shares; issued and outstanding 3,677,041 shares (note 5) | 15,925,000 | 15,025,000 |
| Common stock, par value $0.001 per share. Authorized 25,000,000 shares, voting; issued and outstanding 10,000,000 shares | 10,000 | 10,000 |
| Class A common stock, par value $0.001 per share. Authorized 5,000,000 shares, nonvoting; issued and outstanding 1,763,637 shares (note 6) | 1,764 | 1,764 |
| Treasury stock, 185,796 shares of Class A common stock, at cost (note 6) | (186) | (186) |
| Additional paid-in capital | 960,929 | 794,979 |
| Notes receivable from stock sales (note 6) | (381,076) | (381,076) |
| Unearned compensation (note 6) | (138,585) | — |
| Retained earning (accumulated deficit) (notes 8 and 11) | 1,497,678 | (6,957,355) |
| Accumulated other comprehensive income | 62,211 | 23,253 |
| Total stockholders' equity | 17,937,735 | 8,516,379 |
| Commitments and contingencies (note 9) | | |
| | $ 76,650,846 | 55,810,211 |

See accompanying notes to consolidated financial statements.

# LOCUS TELECOMMUNICATIONS, INC.
# AND SUBSIDIARIES

Consolidated Statements of Income

Years ended December 31, 2005 and 2004

| | 2005 | 2004 |
|---|---|---|
| Revenues (note 10): | | |
| Telecommunications services, net | $ 274,143,346 | 172,205,682 |
| Equipment sales | 4,571,986 | 3,691,275 |
| | 278,715,332 | 175,896,957 |
| Costs and expenses: | | |
| Cost of telecommunications services | 229,989,500 | 140,126,323 |
| Cost of goods sold | 6,041,366 | 3,760,245 |
| Selling, general, and administrative expenses | 28,280,125 | 22,722,549 |
| | 264,310,991 | 166,609,117 |
| Income from operations | 14,404,341 | 9,287,840 |
| Other income: | | |
| Interest income | 964,191 | 385,418 |
| Other, net | 77,099 | 35,222 |
| | 1,041,290 | 420,640 |
| Income before income tax expense | 15,445,631 | 9,708,480 |
| Income tax expense (note 7) | 6,090,598 | 2,547,136 |
| Net income | $ 9,355,033 | 7,161,344 |

See accompanying notes to consolidated financial statements.

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Consolidated Statements of Changes in Stockholders' Equity

Years ended December 31, 2005 and 2004

| | Series A convertible redeemable preferred stock | | Common stock | | Class A common stock | | Class A treasury stock | | Additional paid-in capital | Notes receivable from stock sales | Unearned compensation | Accumulated deficit / Retained earnings | Accumulated other comprehensive income | Total stockholders' equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | Number of shares | Amount | | | | | | |
| Balance at December 31, 2003, as restated | 3,677,041 | $ 14,125,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (185,796) | $ (186) | 743,079 | (425,302) | $ — | (10,228,742) | — | 4,225,613 |
| Compensation expense in connection with stock options (note 6) | — | — | — | — | — | — | — | — | 51,900 | — | — | — | — | 51,900 |
| Repayments of note receivable in connection with restricted stock awards (note 6) | — | — | — | — | — | — | — | — | — | 44,226 | — | — | — | 44,226 |
| Accretion of dividends on Series A convertible redeemable preferred stock (note 5) | — | 900,000 | — | — | — | — | — | — | — | — | — | (900,000) | — | — |
| Dividends paid (note 8) | — | — | — | — | — | — | — | — | — | — | — | (2,989,957) | — | (2,989,957) |
| Comprehensive income: Net income | — | — | — | — | — | — | — | — | — | — | — | 7,161,344 | — | 7,161,344 |
| Other comprehensive income from unrealized gain on available-for-sale securities, net of income tax effect (note 3) | — | — | — | — | — | — | — | — | — | — | — | — | 23,253 | 23,253 |
| Total comprehensive income | | | | | | | | | | | | | | 7,184,597 |
| Balance at December 31, 2004 | 3,677,041 | 15,025,000 | 10,000,000 | 10,000 | 1,763,637 | 1,764 | (185,796) | (186) | 794,979 | (381,076) | — | (6,957,355) | 23,253 | 8,516,379 |
| Compensation expense in connection with stock options (note 6) | — | — | — | — | — | — | — | — | 27,365 | — | — | — | — | 27,365 |
| Issuance of stock options (note 6) | — | — | — | — | — | — | — | — | 138,585 | — | (138,585) | — | — | — |
| Accretion of dividends on Series A convertible redeemable preferred stock (note 5) | — | 900,000 | — | — | — | — | — | — | — | — | — | (900,000) | — | — |
| Comprehensive income: Net income | — | — | — | — | — | — | — | — | — | — | — | 9,355,033 | — | 9,355,033 |
| Other comprehensive income from unrealized gain on available-for-sale securities, net of income tax effect (note 3) | — | — | — | — | — | — | — | — | — | — | — | — | 38,958 | 38,958 |
| Total comprehensive income | | | | | | | | | | | | | | 9,393,991 |
| Balance at December 31, 2005 | 3,677,041 | $ 15,925,000 | 10,000,000 | $ 10,000 | 1,763,637 | $ 1,764 | (185,796) | $ (186) | 960,929 | (381,076) | (138,585) | 1,497,678 | 62,211 | 17,937,735 |

See accompanying notes to consolidated financial statements.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Consolidated Statements of Cash Flows

Years ended December 31, 2005 and 2004

| | 2005 | 2004 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net income | $ 9,355,033 | 7,161,344 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 1,027,095 | 888,451 |
| Provision for doubtful accounts and sales return | (28,187) | (121,672) |
| Accretion of discount on securities held to maturity | (611) | (197) |
| (Gain) loss on sale of securities available for sale | (38,278) | 170 |
| Loss on inventory valuation | 66,940 | 122,746 |
| Loss on disposal of fixed assets | 275 | — |
| Compensation expense | 27,365 | 51,900 |
| Deferred tax expense | 344,063 | 1,962,645 |
| Deferred rent | 99,400 | 99,042 |
| Reversal of Universal Service Fund payable | — | (2,777,792) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable – trade | (4,422,969) | (11,756,146) |
| Inventories | (4,989,702) | (128,190) |
| Other current assets | 1,260,958 | (3,632,099) |
| Other assets | (13,924) | (79,329) |
| Accounts payable | 1,721,483 | 5,529,062 |
| Deferred revenue | 10,892,854 | 8,453,220 |
| Payphone surcharge payable | (361,623) | 1,521,623 |
| Sales and excise taxes payable | (797,347) | 180,019 |
| Universal Service Fund payable | (330,001) | 477,628 |
| Accrued expenses and other current liabilities | 522,113 | 123,900 |
| Other liabilities | 11,666 | (46,000) |
| Total adjustments | 4,991,570 | 868,981 |
| Net cash provided by operating activities | 14,346,603 | 8,030,325 |
| Cash flows from investing activities: | | |
| Purchase of securities available for sale | (2,936,659) | (742,150) |
| Proceeds from sale of securities available for sale | 1,786,106 | 79,590 |
| Purchase of securities held to maturity | — | (199,193) |
| Proceeds from sale of securities held to maturity | 101,502 | — |
| Purchases of property and equipment | (1,404,111) | (1,869,277) |
| Additions to intangible assets | (70,195) | — |
| Purchases of certificates of deposit | (14,290,211) | (6,000,000) |
| Net cash used in investing activities | (16,813,568) | (8,731,030) |
| Cash flows from financing activities | | |
| Repayment of notes receivable from stock sales | — | 44,226 |
| Payment of dividends | — | (2,989,957) |
| Net cash used in financing activities | — | (2,945,731) |
| Net decrease in cash and cash equivalents | (2,466,965) | (3,646,436) |
| Cash and cash equivalents at beginning of year | 13,687,319 | 17,333,755 |
| Cash and cash equivalents at end of year | $ 11,220,354 | 13,687,319 |
| Noncash financing activities: | | |
| Accretion of dividends on Series A convertible redeemable preferred stock | $ 900,000 | 900,000 |
| Supplemental disclosure of cash flow information: | | |
| Cash paid during the year for: | | |
| Income tax | $ 3,852,495 | 2,737,000 |

See accompanying notes to consolidated financial statements.

# LOCUS TELECOMMUNICATIONS, INC.
# AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

## (1) Business Description

Locus Telecommunications, Inc. (the Company), formerly LTI International, Inc., was incorporated on January 14, 1997 under the laws of the State of Delaware. The Company changed its name to Locus Telecommunications, Inc. on May 19, 1999. The Company is the surviving corporation of a series of restructuring transactions which occurred in 1999 with two other related companies, Locus Corporation, a New York corporation, and Locus Telecommunications, Inc., a New Jersey corporation. The Company is primarily engaged in the business of selling and providing prepaid calling cards and prepaid wireless communications services.

The Company is subject to various risks in connection with the operation of its businesses. These risks include, but are not limited to, applicable laws and regulations, dependence on transmission from facilities-based carriers and suppliers, price competition, and competition from larger industry participants.

## (2) Significant Accounting Policies

The significant accounting policies of the Company are as follows:

### *(a) Principles of Consolidation*

The accompanying consolidated financial statements include the financial statements of the Company and its wholly owned subsidiaries, LOPEDS, Inc. and Geo Wireless, Inc. All significant intercompany transactions and balances have been eliminated in consolidation.

LOPEDS, Inc. was incorporated on July 14, 2003 under the laws of the State of Delaware. Geo Wireless, Inc., located in Santa Fe Springs, CA, was incorporated on March 9, 2004 under the laws of the State of Delaware.

### *(b) Cash Equivalents*

For the purposes of the consolidated statements of cash flows, the Company considers all highly liquid investments with original maturities of three months or less to be cash equivalents.

### *(c) Inventories*

The Company's inventories comprised prepaid phone cards purchased from other carriers and wireless PCS (Personal Communications Services) handsets. Inventories are valued at the lower of cost or market. Cost is determined using the first-in, first-out method.

### *(d) Property and Equipment*

Property and equipment are reported at acquisition cost in addition to any associated costs incurred to make the equipment usable for the purpose for which it was intended, including but not limited to installation costs. Depreciation of property and equipment is provided on a straight-line basis over the estimated useful lives of the respective assets, ranging from three to ten years. Leasehold improvements are amortized over the shorter of their estimated useful lives or terms of their related leases.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

*(e)* ***Impairment of Long-Lived Assets***

In accordance with Statement of Financial Accounting Standards (SFAS) No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets*, long-lived assets, such as property and equipment, are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of the asset exceeds the fair value of the asset. Assets to be disposed of would be separately presented in the balance sheet and reported at the lower of the carrying amount or fair value less costs to sell, and are no longer depreciated. The assets and liabilities of a disposal group classified as held for sale would be presented separately in the appropriate asset and liability sections of the balance sheets.

*(f)* ***Investment Securities***

The Company classifies its investment securities in one of three categories: trading, available-for-sale, or held-to-maturity. Trading securities are bought and held principally for the purpose of selling them in the near term. Held-to-maturity securities are those securities in which the Company has the positive ability and intent to hold the securities until maturity. All securities not included in trading or held to maturity are classified as available for sale.

Trading and available-for-sale securities are recorded at fair value. Held-to-maturity debt securities are recorded at amortized cost, adjusted for the amortization or accretion of premiums or discounts. Unrealized holding gains and losses on trading securities are included in earnings. Unrealized holding gains and losses, net of the related tax effect, on available-for-sale securities are excluded from earnings and are reported as a separate component of other comprehensive income until realized.

Securities transactions and related income and expense are recorded on a trade-date basis. In determining gains or losses on securities transactions, the moving-average method is used. Dividend and interest income are recognized when earned.

*(g)* ***Revenue Recognition and Deferred Revenue***

Revenue from telecommunications services is recognized when the services are provided. Equipment sales revenue associated with the sale of wireless handsets and accessories is recognized when the products are delivered to and accepted by the customer, as this is considered to be a separate earnings process from the sales of wireless services.

Sales of prepaid phone cards are made to distributors with no contractual right of return. At the time of sale, the Company becomes legally obligated to provide prepaid phone service. Such sales are initially recorded as deferred revenue upon shipment and revenue is recognized in accordance with the terms of the card as the ultimate card users utilize calling time and service fees are assessed. The terms of the card refer to the rates, fees, and expiration dates of the card as well as any other provisions which govern its use. The Company assesses a monthly service fee per card for certain types of prepaid phone cards, generally commencing 30 days after the date a prepaid phone card is first used to make a telephone call, by reducing the unused card balance available for calls. All



(Continued)

prepaid phone cards sold by the Company expire upon the expiration date printed on the prepaid phone card. Upon expiration and cancellation of the prepaid phone card, the Company recognizes the related deferred revenue as revenue.

For revenue arrangements with multiple deliverables, revenue is allocated based on the relative fair values of the individual components and is recognized based on the revenue recognition criteria of individual components under the provisions of Emerging Issues Task Force (EITF) Issue No. 00-21, *Revenue Arrangements with Multiple Deliverables.*

*(h)* *Cost of Telecommunications Services*

Cost of telecommunications services represents direct charges from vendors that the Company incurs to deliver service to its customers. These primarily consist of rate-per-minute charges from other carriers that carry traffic on behalf of the Company.

*(i)* *Sales Incentives*

Expense associated with the free product or service delivered at the time of sale of another product or service are classified as cost of sales, unless an identifiable benefit having a determinable fair value is received in exchange, in accordance with the provisions of EITF No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer.*

*(j)* *Advertising Expense*

Advertising costs are expensed as incurred.

*(k)* *Stock-Based Compensation*

The Company continues to account for its stock-based compensation plans using the intrinsic-value-based method of accounting prescribed by Accounting Principles Board (APB) Opinion No. 25, *Accounting for Stock Issued to Employees*, and related interpretations, including Financial Accounting Standards Board (FASB) Interpretation No. 44, *Accounting for Certain Transactions Involving Stock Compensation, an Interpretation of APB Opinion No. 25*. Under this method, compensation expense related to stock options is recorded on the date of grant only if the current market price of the underlying stock exceeds the exercise price. Compensation cost related to restricted stock grant is initially recorded as deferred compensation and is recognized as an expense over the requisite vesting periods based on the market value on the date of the grant. SFAS No. 123, *Accounting for Stock-Based Compensation,* and SFAS No. 148, *Accounting for Stock-Based Compensation – Transition and Disclosure – an Amendment of FASB Statement No. 123*, established accounting and disclosure requirements using a fair-value-based method of accounting for stock-based employee compensation plans. As permitted by existing accounting standards, the Company has elected to continue to apply the intrinsic-value-based method of accounting described above, and has adopted only the disclosure requirements of SFAS No. 123, as amended by SFAS No. 148.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

(l) *Income Taxes*

Income taxes are accounted for under the asset and liability method. Deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date.

(m) *Use of Estimates in the Preparation of Consolidated Financial Statements*

The financial statements have been prepared in conformity with generally accepted accounting principles. In preparing the consolidated financial statements, management is required to make estimates and assumptions that affect the reported amounts of assets and liabilities as of the date of the consolidated balance sheets and the results of operations for the reporting periods. Actual results could differ from those estimates.

**(3) Investment Securities**

Investment securities at December 31, 2005 and 2004 consisted of stocks, mutual funds, managed futures, and corporate debt securities. Investment securities have been classified as available for sale and held to maturity according to management's intent, which are recorded as other current assets or other assets in the accompanying consolidated balance sheets.

The amortized cost, gross unrealized holding gains, gross unrealized holding losses, and fair value of available-for-sale and held-to-maturity securities by major type and class of security at December 31, 2005 and 2004 were as follows:

| | 2005 | | | |
|---|---|---|---|---|
| | **Acquisition / Amortized cost** | **Gross unrealized holding gains** | **Gross unrealized holding losses** | **Fair value** |
| Available for sale: | | | | |
| Stocks | $ 1,512,077 | 144,504 | (20,532) | 1,636,049 |
| Mutual funds | 160,095 | — | (15,674) | 144,421 |
| Others | 177,149 | — | (4,360) | 172,789 |
| | $ 1,849,321 | 144,504 | (40,566) | 1,953,259 |
| Held to maturity: | | | | |
| Corporate debt securities | $ 100,000 | — | (3,549) | 96,451 |
| | $ 100,000 | — | (3,549) | 96,451 |



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

| | | 2004 | | | |
|---|---|---|---|---|---|
| | | **Acquisition / Amortized cost** | **Gross unrealized holding gains** | **Gross unrealized holding losses** | **Fair value** |
| Available for sale: | | | | | |
| Stocks | $ | 462,390 | 54,488 | (6,586) | 510,292 |
| Mutual funds | | 100,000 | — | (10,141) | 89,859 |
| Managed futures | | 100,000 | 1,989 | (1,070) | 100,919 |
| | $ | 662,390 | 56,477 | (17,797) | 701,070 |
| Held to maturity: | | | | | |
| Corporate debt securities | $ | 199,389 | 861 | (1,538) | 198,712 |
| | $ | 199,389 | 861 | (1,538) | 198,712 |

Maturities of debt securities classified as held to maturity were as follows at December 31, 2005 and 2004:

| | | 2005 | |
|---|---|---|---|
| | | **Amortized cost** | **Fair value** |
| Due in one year or less | $ | 50,000 | 48,169 |
| Due after one year through five years | | 50,000 | 48,282 |
| | $ | 100,000 | 96,451 |

| | | 2004 | |
|---|---|---|---|
| | | **Amortized cost** | **Fair value** |
| Due in one year or less | $ | 50,000 | 49,529 |
| Due after one year through five years | | 149,389 | 149,183 |
| | $ | 199,389 | 198,712 |



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

The gross change in other comprehensive income from unrealized gain on available-for-sale securities and related tax effects for the years ended December 31, 2005 and 2004 is as follows:

| | | 2005 | | |
|---|---|---|---|---|
| | | Before-Tax Amount | Tax (Expense) or Benefit | Net-of-Tax Amount |
| Unrealized gains arising during period | $ | 103,138 | (41,184) | 61,954 |
| Less: reclassification adjustment for gain Realized in net income | | (38,278) | 15,282 | (22,996) |
| Net unrealized gains | $ | 64,860 | (25,902) | 38,958 |

| | | 2004 | | |
|---|---|---|---|---|
| | | Before-Tax Amount | Tax (Expense) or Benefit | Net-of-Tax Amount |
| Unrealized gains arising during period | $ | 38,510 | (15,358) | 23,152 |
| Less: reclassification adjustment for loss Realized in net income | | 170 | (69) | 101 |
| Net unrealized gains | $ | 38,680 | (15,427) | 23,253 |

## (4) Property and Equipment

Property and equipment are carried at cost. Depreciation and amortization of property and equipment are computed using the straight-line method over the following estimated useful lives:

| | Years |
|---|---|
| Switching equipment | 10 |
| Computer equipment and software | 3 |
| Office equipment, furniture, and fixtures | 5 |
| Automobile | 5 |
| Leasehold improvements | Shorter of useful life or lease term |

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

Property and equipment, at cost, as of December 31, 2005 and 2004, are summarized as follows:

| | | 2005 | 2004 |
|---|---|---|---|
| Switching equipment | $ | 6,733,931 | 6,215,930 |
| Computer equipment and software | | 742,250 | 625,053 |
| Office equipment, furniture, and fixtures | | 2,130,031 | 1,498,027 |
| Automobile | | 11,180 | 11,180 |
| Leasehold improvements | | 516,276 | 380,466 |
| | | 10,133,669 | 8,730,656 |
| Less accumulated depreciation and amortization | | 5,158,911 | 4,137,278 |
| | $ | 4,974,758 | 4,593,378 |

## (5) Series A Convertible Redeemable Preferred Stock

On May 6, 1999, the Company entered into a stock purchase agreement (the Agreement) with GeoCapital V, L.P. and Broadview Partners Group (collectively, the Investors) to sell its Series A convertible redeemable preferred stock. In conjunction with the Agreement, the Company issued 3,677,041 shares of Series A convertible redeemable preferred stock to the Investors at an aggregate of $10,000,000 or $2.719578 per share on May 20, 1999. Holders of the Series A convertible redeemable preferred stock are entitled to the number of votes, except as required by applicable law, equal to the largest number of full shares of common stock into which each share of Series A convertible redeemable preferred stock could be converted on the record date of vote and to elect one director to the Company's board of directors. In addition, certain changes that would be materially adverse to the rights of holders of the Series A convertible redeemable preferred stock cannot be made without the vote of holders of 50% of the outstanding Series A convertible redeemable preferred stock. The Series A convertible redeemable preferred stock is senior to the common stock and the Class A common stock with respect to dividends and liquidation events.

Annual cumulative dividends of $0.244762 per share accruing from the date of issuance are payable upon liquidation of the Company or redemption of the shares of Series A convertible redeemable preferred stock, and the accumulated dividend of $5,925,000 and $5,025,000 at December 31, 2005 and 2004, respectively, has been reflected as an increase in the carrying amount of the Series A convertible redeemable preferred stock and an decrease in retained earnings in the accompanying consolidated balance sheet. The accumulated dividend will be forfeited and no longer payable upon closing of the Company's first qualified public offering as defined by the Company or upon conversion of the shares of Series A convertible redeemable preferred stock into shares of the Company's common stock and Series B redeemable preferred stock at the applicable conversion rates.

The Series A convertible redeemable preferred stock is convertible at the option of the holder at any time after its issuance, in whole or in part, into shares of common stock and Series B redeemable preferred stock of the Company at an initial conversion rate of one share of common stock and one share of Series B redeemable preferred stock for each share of Series A convertible redeemable preferred stock, subject to adjustment in certain events. Upon closing of the Company's initial qualified public offering, each share of

Series A convertible redeemable preferred stock will automatically be converted into shares of common stock and Series B redeemable preferred stock at the applicable conversion rates.

In January 2004, the principal stockholder and the Investors entered into an agreement to amend the Agreement to extend the redemption periods for the Series A convertible redeemable preferred stock by four additional years. Under the original terms of the Agreement, the shares of the Series A convertible redeemable preferred stock were redeemable at any time on or after May 20, 2004, in whole or in part, at the option of the holder or holders of not less than 50% in voting power of the outstanding Series A convertible redeemable preferred stock, at a predetermined redemption price of $2.719578 per share plus accumulated and unpaid dividends, if any, to the redemption date. Under the provisions of the amended Agreement, the shares of the Series A convertible redeemable preferred stock are redeemable at any time on or after May 20, 2008 and the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in three equal installments due and payable on May 20, 2009, May 20, 2010, and May 20, 2011. At any time on or after May 20, 2009, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in two equal installments due and payable on May 20, 2010 and May 20, 2011. At any time on or after May 20, 2010, the holders may require the Company to redeem the outstanding shares of Series A convertible redeemable preferred stock in one installment due and payable on May 20, 2011.

The amended Agreement also requires the Company to make reasonable efforts to seek an initial public offering by engaging an investment banker on or prior to May 20, 2010.

## (6) Stock Incentive Plan

In 1999, the board of directors of the Company approved the Locus Telecommunications, Inc. Stock Option and Grant Plan (the Plan). Pursuant to the Plan, nonqualified stock options to acquire shares of Class A common stock may be granted to the Company's employees, directors, and consultants, and incentive stock options to acquire shares of Class A common stock may be granted to its employees, including employee-directors. The Plan also provides for the grant of shares of restricted and unrestricted Class A common stock to the Company's employees, directors, and consultants.

The Plan is currently administered by the compensation committee of the Company's board of directors. In February 2001, the Company's board of directors authorized additional 500,000 shares of Class A common stock to be available for grant, and the maximum number of shares of Class A common stock available for the issuance under the Plan increased to 3,000,000 shares. As of December 31, 2005 and 2004, a total of 783,975 and 888,975 shares, respectively, of Class A common stock remain available for grant.

As of December 31, 2005 and 2004, 1,763,637 shares of restricted Class A common stock were granted to employees of the Company, and 185,796 shares out of total granted shares were previously repurchased due to the termination of employment. Such repurchase was made at the grant price and was offset against the notes receivable from stock sales. In 2005 and 2004, the Company did not repurchase any shares of restricted Class A common stock. As such, the shares of restricted Class A common stock granted under the Plan remain unchanged as of December 31, 2004 to December 31, 2005 at 1,577,841. All Class A common stock granted vest over periods up to four years and restrictions related to all shares of restricted stock have lapsed as of December 31, 2004.

Regarding the restricted stock grants, the Company loaned the employees the principal sum of $425,302, representing the proceeds from the sale of the stock. In 2005 and 2004, $0 and $44,226, respectively, of the loans was paid in cash. As such, the loans to the employees remain unchanged as of December 31, 2004 to December 31, 2005 at $381,076. These loans, which bear interest at the rate of 6% per annum, mature through February 2010 with principal payments due within ten days after receipt of proceeds from any sales of shares of Class A common stock by the grantees or their successors. Interest is payable annually. The notes are full-recourse promissory notes and are collateralized by 1,577,841 shares of Class A common stock sold. The receivable is shown on the consolidated balance sheet as a reduction in stockholders' equity. The difference in amount between the estimated market value of shares of Class A common stock and the notes receivable was recorded as unearned compensation and was shown as a separate component of stockholders' equity in the accompanying consolidated balance sheets. As of December 31, 2004, the balance of unearned compensation was fully amortized.

In 2005 and 2004, the Company granted a total of 130,000 and 40,000, respectively, incentive stock options to acquire shares of Class A common stock. The incentive stock options were granted to the Company's thirteen employees in 2005 and two employees in 2004, respectively. On the date of grant, the fair market value per share and exercise price was $6.30 and $5.11 in 2005 and $3.44 and $2.00 in 2004, respectively, which resulted in $1.19 and $1.44 intrinsic option value under APB Opinion No. 25. As such, the Company recorded compensation expenses of $26,315 and $45,600 in 2005 and 2004, respectively.

The incentive stock options granted in 2005 and 2004 vest over a four-year period. The vesting period of grants commenced on the grant date in 2005 but on April 8, 2002 and May 21, 2001, respectively, for each grantees in 2004. As such, the compensation expenses of $45,600 in 2004 were allocated to both the previous and the current vesting period in 2004.

The per-share fair value of stock options granted in 2005 was $2.15 on the date of grant using the Black-Scholes option-pricing model (excluding a volatility assumption) with the following weighted average assumptions: expected dividend yield of 0.0%, risk-free interest rate of 4.15%, and an expected life of five years.

The per-share fair value of stock options granted to two employees in 2004 was $1.85 and $1.81, respectively, on the date of grant using the Black-Scholes option-pricing model (excluding a volatility assumption) with the following weighted average assumptions: expected dividend yield of 0.0%, risk-free interest rate of 2.55%, and an expected life ranging from eight to nine years depending on the commencing date of the vesting period.

The Company applies the provisions of SFAS No. 123 in accounting for its nonqualified stock option grants to consultants under the Plan, and the compensation cost of $1,050 and $6,300 was recognized for the years ended December 31, 2005 and 2004, respectively.

**LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

Stock option activity during the current year is as follows:

| | Number of shares | Weighted average exercise price |
|---|---|---|
| Balance at December 31, 2003 | 493,184 | $ 1.67 |
| Granted | 40,000 | 2.00 |
| Exercised | — | — |
| Forfeited | — | — |
| Expired | — | — |
| Balance at December 31, 2004 | 533,184 | 1.69 |
| Granted | 130,000 | 5.11 |
| Exercised | — | — |
| Forfeited | (25,000) | 1.31 |
| Expired | — | — |
| Balance at December 31, 2005 | 638,184 | $ 2.40 |

At December 31, 2005 and December 31, 2004, a total of 505,684 and 501,934 of stock options were vested and exercisable, respectively. Weighted average remaining contractual life of outstanding options was 5.66 years at the end of both years.

The Company applies the provisions of APB Opinion No. 25 in accounting for its stock option and grant plans. Had the Company determined compensation cost based on the fair market value at the grant date for its stock option grants under SFAS No. 123, the Company's net income would have been decreased to the pro forma amounts indicated below:

| | 2005 | 2004 |
|---|---|---|
| Net income, as reported | $ 9,355,033 | 7,161,344 |
| Add back total stock-based employee compensation expense determined under APB Opinion No. 25 | 26,315 | 45,600 |
| Deduct total stock-based employee compensation expense determined under fair-value-based method for all awards, net of related tax effects | (41,936) | (63,451) |
| Income tax effect | 6,233 | 7,130 |
| Net income, pro forma | $ 9,345,645 | 7,150,623 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

## (7) Income Taxes

A summary of income tax expense for the years ended December 31, 2005 and 2004 is as follows:

| | | 2005 | 2004 |
|---|---|---|---|
| Current: | | | |
| Federal | $ | 5,056,015 | 286,982 |
| State and local | | 690,520 | 297,509 |
| | | 5,746,535 | 584,491 |
| Deferred | | 344,063 | 1,962,645 |
| | $ | 6,090,598 | 2,547,136 |

Income tax expense for the years ended December 31, 2005 and 2004 differs from the "expected" tax expense (computed by applying the U.S. federal income tax rate of 34% for the years to income before income taxes) mainly due to the following:

| | | 2005 | 2004 |
|---|---|---|---|
| Computed "expected" tax expense | $ | 5,251,515 | 3,300,883 |
| Reduction in income taxes resulting from: | | | |
| State and local income taxes, net of federal income tax benefit | | 455,744 | 575,658 |
| Permanent differences | | 30,730 | 20,132 |
| Change in deferred tax assets arising from State net operating loss carryover due to temporary suspension in the State of California and New Jersey in prior years | | 357,920 | — |
| Change in the beginning-of-the-year balance of the valuation allowance for deferred tax assets allocated to income tax expense | | (89,482) | (1,241,252) |
| Other, net | | 84,171 | (108,285) |
| | $ | 6,090,598 | 2,547,136 |



(Continued)

LOCUS TELECOMMUNICATIONS, INC.
AND SUBSIDIARIES

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

Tax effects of temporary differences that give rise to the deferred tax assets and deferred tax liabilities at December 31, 2005 and 2004 are presented below:

| | | 2005 | 2004 |
|---|---|---|---|
| Deferred tax assets: | | | |
| Net operating loss carryforwards | $ | — | 357,920 |
| Accounts receivable, principally due to allowance for doubtful accounts | | 16,252 | 32,384 |
| Universal Service Fund obligations | | 190,647 | 322,116 |
| Inventory capitalization adjustments pursuant to the Tax Reform Act of 1986 | | 24,032 | 11,193 |
| Compensation expense | | 118,676 | 89,482 |
| Deferred rent | | 79,208 | 39,502 |
| Total gross deferred tax assets | | 428,815 | 852,597 |
| Less valuation allowance | | — | 89,482 |
| Net deferred tax assets | | 428,815 | 763,115 |
| Deferred tax liabilities: | | | |
| Property and equipment, principally due to differences in depreciation and amortization | | 657,980 | 648,217 |
| Unrealized gain on available-for-sale securities | | 41,329 | 15,427 |
| Total gross deferred tax liabilities | | 699,309 | 663,644 |
| Net deferred tax (liabilities) assets | $ | (270,494) | 99,471 |

The valuation allowance for deferred tax assets as of December 31, 2005 and 2004 was $0 and $89,482, respectively. As such, the net change in the total valuation allowance for the years ended December 31, 2005 and 2004 was a decrease of $89,482. In assessing the realizability of deferred tax assets, management considers whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which those temporary differences become deductible. Based upon the level of historical taxable income and projections for future taxable income over the periods in which the deferred tax assets are deductible, management believes it is more likely than not that the Company will realize the benefits of these deductible differences and no valuation allowance was provided at December 31, 2005. The amount of deferred tax assets considered realizable, however, could be reduced in the near term if estimates of future taxable income during the periods in which those temporary differences become deductible are reduced.

## (8) Dividends

In January 2004, the Company's board of directors approved cash dividends of $0.196 per share of preferred and common stock, and total dividends of $2,989,957 were paid in January 2004. No cash dividends were paid in 2005.



(Continued)

## (9) Commitments and Contingencies

### (a) *Pledged Assets*

As of December 31, 2005 and 2004, the Company was contingently liable for several outstanding standby letters of credit, which amounted to $1,276,000 and $870,000, respectively. These standby letters of credit were issued to several of the Company's carrier vendors. The Company collateralized its letters of credit with certificates of deposit in the amount of $1,689,407.70 and $1,052,997 at December 31, 2005 and 2004, respectively. Such certificates of deposit are included in other current assets in the accompanying consolidated balance sheets.

### (b) *Regulatory*

The Company is subject to rules and regulations by various government agencies and jurisdictions, and management believes that it is in compliance with all applicable laws and regulations.

**Payphone Compensation**

The Telecommunications Act of 1996 (the Act) mandates that the Federal Communications Commission (FCC) promulgate rules to establish a per-call compensation plan to ensure that all payphone service providers (PSPs) are fairly compensated for each and every completed intrastate and interstate call, as well as international calls using payphones in the United States. In February 1999, the FCC set a "default" compensation rate of $0.24 per call for the period beginning April 21, 1999. On August 12, 2004, the FCC released, in Docket No. 03-225, modifications to the payphone per-call compensation rate from $0.24 per call to $0.494 per call. The new "default" rate went into effect on September 27, 2004.

On October 3, 2003, the FCC released a Report and Order (the Order) in FCC Docket No. 96-128 which substantially modified the existing payphone compensation rules to (i) transfer compensation responsibility to switch-based resellers (SBRs) and (ii) expand compensation and call-completion tracking requirements. Effective July 1, 2004, the Order places direct responsibility for compensating PSPs and tracking compensable calls upon long distance providers that own or lease a switch (including prepaid calling card providers) and use that switch to complete calls. The Order finds that the primary economic beneficiary of a dial-around call is the SBR, or the carrier that completes the dial-around call, and, thus, when a dial-around call is completed on an SBR's platform, it is the SBR's responsibility for payphone compensation. The accompanying consolidated financial statements reflect the accrual of payphone surcharge obligations.

**Universal Service Fund**

In 1998, pursuant to the Act, the FCC released the Universal Service Order (Universal Service). The goals of Universal Service, as mandated by the Act, are to: promote the availability of quality services at just, reasonable, and affordable rates; increase access to advanced telecommunications services throughout the Nation; and advance the availability of such services to all consumers, including those in low-income, rural, insular, and high-cost areas at rates that are reasonably comparable to those charged in urban areas. In addition, the Act states that: all providers of telecommunications services should contribute to federal universal service in some equitable and nondiscriminatory manner except purely interstate carriers, purely international carriers, and carriers

that meet the de minimis rule; there should be specific, predictable, and sufficient federal and state mechanisms to preserve and advance universal service; all schools, classrooms, health care providers, and libraries should, generally, have access to advanced telecommunications services; and finally, that the Federal-State Joint Board and the FCC should determine those other principles that, consistent with the Act, are necessary to protect the public interest.

Effective as of February 14, 2002, the FCC permits providers of interstate telecommunications services whose six-month historical gross billed interstate end-user telecommunications revenues account for less than 12% of their combined interstate and international end-user telecommunications revenues to contribute to the Universal Service Fund (USF) only on the basis of interstate end-user telecommunications revenues. Furthermore, cellular, broadband PCS, and digital Specialized Mobile Radio providers are allowed to assume that 15% of their telecommunications revenues are interstate for purposes of Universal Service contribution calculations. In December 2002, in order to promote competitive neutrality and to simplify the assessment and recovery of Universal Service contributions for carriers and consumers, the FCC adopted new USF rules, which went into effect on April 1, 2003. Under the new rules, the USF contributions are determined based on the projections provided by contributors of their end-user interstate and international telecommunications revenues for the following quarter. Prior to the new rules, the USF contribution had been computed based on carriers' interstate and international end-user telecommunications revenues from the prior six months using a quarterly contribution factor calculated by the FCC. Telecommunications companies are obligated to pay a percentage of their interstate end-user revenues to the USF. This percentage is called the contribution factor. The contribution factor changes on a quarterly basis and is increased or decreased depending on the needs of the Universal Service programs. Quarterly administrative filings are submitted each quarter to the FCC by the Universal Service Administrator. The quarterly administrative filings contain information about the needs of the USF in the upcoming quarter. The FCC uses this information to calculate the contribution factor along with the circularity discount factor applied by the Universal Service Administrator in order to reduce each provider's contribution obligation.

However, implementation and interpretation of Universal Service was ongoing and subject to litigation by various federal and state agencies and courts. In October 2005, the Company entered into a consent decree with the FCC, whereby the Company agreed to make a voluntary contribution to the U.S. Treasury Department of $330,000 in lieu of its obligations for USF contributions up to December 2003 in the amount of $3,107,792. The FCC terminated its investigation into whether the Company violated the requirements of USF rules. As a result, the Company reversed excess USF contributions payable of approximately $2,778,000 representing prior years' accruals into income at December 31, 2004, which is included in selling, general, and administrative expenses in the accompanying consolidated statements of income.



(Continued)

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

*(c) Operating Leases*

As of December 31, 2005, the Company was obligated under several noncancelable operating leases, primarily for its office space and equipment, which expire on various dates through November 29, 2010. The office leases contain rent escalation clauses for an increase in the base property taxes and wage rate, and provisions for payments for maintenance and certain other operating costs. The future minimum lease payments under the noncancelable operating leases as of December 31, 2005 are as follows:

| | | Amount |
|---|---|---|
| Year ending December 31: | | |
| 2006 | $ | 749,000 |
| 2007 | | 751,000 |
| 2008 | | 653,000 |
| 2009 | | 622,000 |
| 2010 | | 609,000 |
| Thereafter | | 985,000 |
| | $ | 4,369,000 |

Total rent expense for operating leases for the years ended December 31, 2005 and 2004 was approximately $912,000 and $881,000, respectively.

*(d) Legal Matters*

The Company is subject to various legal proceedings and claims that arise in the ordinary course of business. In the opinion of management, the outcome of these matters will not have a material adverse effect on the financial position or results of operations of the Company.

**(10) Business and Credit Concentrations**

Five customers accounted for approximately 41% and 45% of the Company's total revenue in 2005 and 2004, respectively, and the accounts receivable from these customers were approximately 44% and 51% of the Company's accounts receivable at December 31, 2005 and December 31, 2004, respectively.

**(11) Subsequent Events**

*(a) Dividends*

In January 2006, the Company's board of directors approved cash dividends of $0.196 per share of preferred and common stock, and total dividends of $2,989,957 were paid in January 2006.

**LOCUS TELECOMMUNICATIONS, INC.**
**AND SUBSIDIARIES**

Notes to Consolidated Financial Statements

December 31, 2005 and 2004

*(b) Federal Excise Tax*

The Company has been subject to federal excise tax (FET) for its long-distance telecommunication service under Section 4251(b)(2) of the Internal Revenue Code. However, implementation and interpretation of the FET has been subject to litigation by various federal and state agencies and courts.

Subsequently, on May 25, 2006, the U.S. Treasury Department announced that it is conceding the legal dispute over the FET on long-distance telecommunication service. As a result, the Department of Justice will no longer pursue litigation and the IRS will issue refunds of the FET on long-distance telecommunication service for the period from March 2003 to July 2006. In May 2005, the Company filed a lawsuit against the Internal Revenue Service (IRS) to claim refunds of FET previously paid to IRS for the periods from January 2001 to March 2005, and commencing April 2005, the Company no longer accrues FET. However, the ultimate outcome of the Company's claim for refunds cannot be currently determined.