# TAB 3

## AFFIDAVITS

A Jason Chon

B Jae Hong Choi

C Henry Park

D Sam Lee

Exhibit A: Price Analysis showing how Locus prices its prepaid-services

Exhibit B: Reports prepared from Locus' accounting records showing charges for communications services provided by Locus to its Distributors during the Claims Period.

Exhibit C: Spreadsheet prepared from Locus' accounting records showing the total FET paid by Locus applicable to the Services

# A

**Locus Communications, Inc. v. United States**
**Case Nos. 1:05-cv-01184T-RHH**
**United States Court of Federal Claims**

# AFFIDAVIT OF JASON CHON, PRESIDENT AND CEO OF LOCUS TELECOMMUNICATIONS, INC.

I, Jason Chon, am the President and CEO of Locus Telecommunications, Inc. ("Locus" or "Company"), a provider of pre-paid phone cards ("Cards") to various entities and general members of the public.

1. I make this Affidavit based on the best of my knowledge, information and belief and subject to the penalties of perjury.

2. I make this Affidavit in support of claims for refund pending in the above-captioned case and in support of my company's practice governing responsibility for the Federal Excise Tax as provided for in Sections 4251 and 4252 of the Internal Revenue Code ("FET") as applied to the communications services provided by us.

Amount of Claim Remaining At Issue

3. On November 9, 2005, Plaintiff filed its Complaint in the above-captioned case claiming refunds of FET it paid for 2001 through April 2005 in the amount of $17,898,889.32.

4. For reasons not relevant here, Locus amended its original complaint limiting its claims for refunds to the 2001-2003 periods of the Claims Period and on April 4, 2006 filed a second complaint to cover the 2004 and first quarter 2005 periods of the Claims Period, *Locus Telecommunications, Inc. v. United States*, 1:06-cv-00277 T VJW (the "Cases"). On August 6, 2008, Case No. 1:06-cv-0277T VJW was transferred by Order and reassigned to Senior Judge Robert H. Hodges, Jr.

5. In December 2007, the Internal Revenue Service ("IRS"), through its administrative process, issued refunds to Locus in the amount of $14,723,329.98, plus $2,658,632.13 in interest.

6. With the refunds and credits awarded by Defendant IRS, the balance of Locus' claim is $3,150,243.17.

7. On January 22, 2008, Locus and Defendant filed a Joint Stipulation for Partial Dismissal of Proceedings in both cases pursuant to which Locus voluntarily dismissed that portion of its refund claims that totaled $14,723,329.98.

8. On January 25, 2008 the Court issued its Order dismissing that portion of Locus' refund claims that totaled $14,723,329.98.

9. The amount in controversy remaining before the court totals $3,150,243.17.

10. The amount remaining in controversy set forth by tax quarter is:

| | |
|---|---|
| 200103 | $320,379.39 |
| 200106 | $285,338.92 |
| 200109 | $268,803.49 |
| 200112 | $ 24,293.82 |
| 200203 | $ 22,768.55 |
| 200206 | $ 29,804.37 |
| 200209 | $ 27,991.14 |
| 200212 | $ 25,311.60 |
| 200303 | $ 21,100.80 |
| 200306 | $ 25,902.69 |
| 200309 | $126,609.95 |
| 200312 | $ 27,941.48 |
| 200403 | $ 85,131.71 |
| 200406 | $207,019.78 |
| 200409 | $369,878.03 |
| 200412 | $426,600.30 |
| 200503 | $880,683.40 |
| Less IRS Credits | (25,316.25) |
| Total Existing Claim | $3,150,243.17 |

Locus' Provisioning of Services Without Passing on the FET to Its Customers

11. Locus has been providing Cards since 1994.

12. Since Locus has sold Cards, it has done so without passing the FET on to its customers.

13. Locus does not and never has invoiced or billed the FET to its customers nor has it ever collected the FET from its customers.

14. I established this policy adhered to by Locus.

15. I have read the Affidavits of the Company's officers and administrative directors, Jae Hong Choi, Henry Park and Sam Lee ("Affidavits") submitted in support of the fact that Locus has borne the economic burden of the FET for the "Claims Period" (as defined in the Affidavit of Henry Park).

16. I attest that based on my knowledge, information and belief, the assertions made in the Affidavits are accurate and truthfully reflect the manner in which Locus conducts its business and in its accounting and treatment of the FET paid during the Claims Period.

Distributor Consents

17. As part of its collection of evidence to prove it did not pass on the FET to its customers, Locus obtained the consents of its Distributors that Locus receive the refunds knowing they had not been charged and did not pay Locus the FET on the services they purchased from Locus.

18. Although informed by Locus why they were being asked for their consents and having signed the irrevocable consent form provided to them by Locus, three Distributors withdrew their consents.

19. It is my understanding that the amounts of the FET paid by Locus on the services provided these three Distributors were not refunded by the IRS and remain part of the refund for which recovery is being sought by Locus in this case.

20. At all times, Locus assumed the liability of the tax and paid the tax.

21. It would be improper for any entity other than Locus to claim the FET refund.

22. At all times, Locus believed it was the entity responsible for the payment of the FET on the services it purchased.

23. Locus translated this belief into the express terms of its contracts with its Distributors.

24. In its contracts with its Distributors, Locus expressly provided that each Distributor was responsible to pay any taxes that applied to it in connection with the services Locus rendered directly to the proper taxing authority. *See,* Affidavit of Sam Lee, Controller and Director of Accounting for Locus ¶¶ 56-59 and TAB2C-1.

25. On the other hand, our contracts with other carriers with whom we traded traffic provided we each provide tax exemption certificates to the other.

26. Locus did not trade traffic with its Distributors.

27. If a Distributor believed it was paying FET when it paid its charges to Locus, it would do so in violation of the express provision to pay the taxing authority directly, i.e., the IRS.

28. At no time during Claims Period did any Distributor question its obligation to pay directly all applicable taxes, make any inquiry of Locus whether it had included the FET in its charges or make inquiry whether they were liable to be paying the FET directly to the IRS.

LOCUS
TELECOMMUNICATIONS, INC.

29. Locus did not include the FET in its charges for services because to have done so would be in direct contradiction of the express terms of its own contracts.

30. At all times, Locus bore the economic burden of the FET, i.e., paid the FET for the Claims Period.

Date: September 15, 2008

Signature
Jason Chon
President and CEO
Locus Telecommunications, Inc.



**Locus Telecommunications, Inc.**
*Headquarters*
111 Sylvan Avenue Tel 201.585.3600
Englewood Cliffs, NJ 07632 Fax 201.947.6108

*www.locustelecom.com*
*Los Angeles Offices*
10600 Shoemaker Avenue, Suite C Tel 562.944.3133
Sante Fe Springs, CA 90670 Fax 562.944.3234

# B

**Locus Communications, Inc. v. United States**
**Case Nos. 1:05-cv-01184T-RHH**
**United States Court of Federal Claims**

**AFFIDAVIT OF**

**JAE HONG CHOI, VICE PRESIDENT IN CALLING CARD SALES**

**FOR**

**LOCUS TELECOMMUNICATIONS, INC.**

I, Jae Hong Choi, am a Vice President of Locus Telecommunications, Inc. ("Locus" or "Taxpayer"), a provider of pre-paid phone cards ("Cards") to various entities and general members of the public.

1. I make this Affidavit based on the best of my knowledge, information and belief and subject to the penalties of perjury.

2. I make this Affidavit in support of claims for refund pending in the above captioned case and in support of the pre-paid phone card industry practice governing the taxpayer responsibility for the Federal Excise Tax as provided for in Sections 4251 and 4252 of the Internal Revenue Code ("FET"), as applied to the communications services provided by the industry.

3. I am aware of the pending case identified in the above caption.

4. Locus has been providing Cards since 1994.

5. Since Locus has sold Cards, it has done so without passing the FET on to its customers.

6. Locus does not and never has invoiced or billed the FET to its customers nor has it ever collected the FET from its customers.

7. Supporting proof that Locus never invoiced or billed its customers for the FET is shown by the representative copies of the Locus' Standard Invoices that are provided at TAB 2D-1 of Locus' supporting documentation.

8. Locus' Standard Invoices contain no line item for the FET or any other taxes.

9. Locus' Standard Invoices are the only invoices used by Locus to bill and collect for its communications services.

10. As explained in the Affidavit of Henry Park, Senior Director of Carrier Sales for the Company, referred to hereinafter as the "Park Affidavit," Locus' contracts with its wholesale carriers require Locus to pay all taxes, including the FET or provide a certificate that Locus is exempt from paying taxes/FET on the wholesale services the Company purchases from these carriers.

11. As attested to in the Park Affidavit, Locus does not pay the FET to its wholesale carriers.

12. Instead, Locus provides its wholesale carriers with tax exemption certificates as explained in the Park Affidavit.

13. Locus does not invoice its direct end user customers.

14. Locus sells its prepaid cards to end users for the face value that appears on the card.

15. The face value of the card sold to an end user does not contain a 3% factor for the FET.

16. Because Locus did not pay the FET to its wholesale carriers and did not pass it on to its contracted and invoiced customers, or in its direct unit sales to end users, Locus

computed the FET applicable to the charges it billed its customers during the Claims Period (as defined in the Park Affidavit).

17. Locus is a regulated common carrier subject to the Federal Telecommunications Act of 1934 ("FCA"). *See* 47 U.S.C. §§ 151 et seq. (1996).

18. The customers that are under contract and invoiced for their services, "Distributors," represent approximately 97% of Locus' total sales of Cards.

19. Direct unit sales to end users therefore represent approximately 3% of Locus' sales.

20. It is my understanding that Locus may not collect the FET from its direct unit sales to end users, while not collecting it from its Distributor customers, because in such a case Locus would be providing its Distributor customers with a preference in pricing and discriminating against its direct unit sale end user customers by charging them an extra 3% for FET.

21. It is my understanding, based on advice of counsel, that undue preferences or discrimination are violations of the FCA that would subject Locus to complaints that would result in forfeitures and damages being assessed against Locus by the Federal Communications Commission or the federal courts, plus attorneys fees.

22. It is my understanding that the amount of forfeitures and damages, inclusive of attorneys' fees, would exceed the amount of a 3% assessment on the charges to direct unit sales end user customers causing Locus to lose money on such sales.

23. To avoid such forfeitures and damages Locus complied with its obligations under the FCA and does not discriminate against its customers in any way.

LOCUS
TELECOMMUNICATIONS, INC.

24. Locus acted consistently and lawfully and did not recover the FET from either its Distributor customers or its direct unit sale end user customers.

25. Instead, Locus computed the FET applicable to all its services sold over the "Claims Period" on a calendar quarterly basis and filed IRS forms 720, reporting its quarterly revenues and the calculations of the applicable FET for each calendar quarter during the Claims Period.

26. All of Locus' 720 filings for the Claims Period are attached as Exhibits to the Complaint filed in the above-captioned case.

27. All of Locus' 720 filings were accompanied with the payment of the applicable FET on that calendar quarter's subject revenues.

Date: September 15, 2008

Signature
Jae Hong Choi
Vice President, Calling Card Sales
Locus Telecommunications, Inc.



**Locus Telecommunications, Inc.**
*Headquarters*
111 Sylvan Avenue Tel 201.585.3600
Englewood Cliffs, NJ 07632 Fax 201.947.6108

*www.locustelecom.com*
*Los Angeles Offices*
10600 Shoemaker Avenue, Suite C Tel 562.944.3133
Sante Fe Springs, CA 90670 Fax 562.944.3234

# C

**Locus Communications, Inc. v. United States**
**Case Nos. 1:05-cv-1184T RHH**
**United States Court of Federal Claims**

**AFFIDAVIT OF**

**HENRY PARK, SENIOR DIRECTOR IN CARRIER SALES**

**FOR**

**LOCUS TELECOMMUNICATIONS, INC.**

I, Henry Park, am a Senior Director of Locus Telecommunications, Inc. ("Locus" or "Taxpayer") and under the penalty of perjury, do hereby make this Affidavit based on the best of my knowledge, information and belief in support of the claims for refunds of the Federal Excise Taxes on communications services ("FET") Locus filed with and paid to the Internal Revenue Service ("Service") for each calendar quarter in the years 2001 through and including the first quarter 2005, (collectively, the "Claims Period") and which claims are now before this court in the action captioned above (collectively, the "Claims").

1. I was a Director of Locus from 1999 to 2003 and have held my position of Senior Director from 2003 to the present.

2. Based on my duties and responsibilities in this position, I have personal knowledge about and management authority to negotiate and deal with Locus' facilities-based wholesale carriers ("Carriers") to purchase the wholesale capacity needed to transport the calls and services available from the sale of prepaid calling cards and other toll telephone services sold by Locus.

3. In my position I did negotiate and deal with the Carriers during the Claims Period.

4. The Carriers with which I dealt included Broadwing, El Salvador Telecom, IBasis, IDT, Global Crossing, Latin Node, MCI, Novolink, Primus, Qwest, Teleglobe, Telecom Italia, and others that provided services to Locus.

5. Locus' consistent practice throughout the Claims Period was to supply each Carrier that required a tax exemption certificate ("Certificate") with such a certificate so that any otherwise applicable taxes, surcharges, fees or assessments, including the FET, (collectively, "All Taxes") on the wholesale services being purchased would not be imposed by the Carriers on Locus.

6. Each Carrier that supplied services to Locus during the Claims Period that requested a Certificate was supplied with a Certificate, however, as this became a routine practice, at times the request was not made or the parties did not always retain file copies of the Certificates. Each Certificate that was supplied was issued on an annual basis to cover each of the years from 2001 through and including the first quarter 2005, that is, the entire Claims Period.

Locus' Tax Obligation on Purchases of Communications at Wholesale

7. Locus purchased network capacity and services at wholesale by contract with Carriers such as MCI Communications, Inc., now Verizon ("MCI"). *See* TAB 2A-1 (list of Carriers by name and amount of wholesale services provided); TAB 2A-2 (sample copy of a Carrier contract with MCI).

8. Pursuant to the express terms of these Carrier contracts, the burden of paying taxes and surcharges associated with the wholesale communications services provided is imposed on Locus. A memorandum summarizing the contract provisions imposing tax obligations on Locus is at TAB 2A-3.

9. Pursuant to the express terms of these Carrier contracts, Taxpayer agreed to bear the burden of all taxes and surcharges, including the FET. *Id.*

10. These contracts also expressly provide that Locus would not be billed or required to pay taxes to the Carrier if Locus furnished a tax exemption certificate. *See* TAB 2B-1 (sample tax exemption certificates provided by Taxpayer to its Carriers).

11. Locus furnished such certificates and was not invoiced and did not pay any taxes to its Carriers. *See* TAB 2B-2 (sample Carrier invoices that show that Locus was not invoiced for any taxes).

12. These contractual provisions and practices governing the obligation for taxes applicable to the wholesale purchase and sale of telecommunications services to be used for resale are standard throughout the industry.

13. Once a course of dealings was established between Locus and its Carriers, including the furnishing of tax exemption certificates, annual or repeated submissions of such certificates was not always required.

14. At all times relevant, Locus retained the burden of paying all taxes applicable to its wholesale purchases of communications services for resale, including the FET.

15. Substantiation of this fact is contained in the invoices of Locus' Carriers.

16. Attached hereto are representative copies of the Carriers' respective invoices showing that no taxes were billed to Locus. TAB 3D.

**[Remainder of Page Intentionally Left Blank]**

LOCUS
TELECOMMUNICATIONS, INC.

17. Internally, I kept Locus' Accounting Department advised when these Certificates were issued and to which Carriers so that All Taxes, including the FET, otherwise applicable to the purchase of wholesale services, could be properly accounted for on Locus' books.

18. I also kept the Accounting Department advised that Locus was not to pay any taxes to any of its Carriers regardless of whether a Certificate was issued so that Locus' payment of All Taxes could be properly accounted for on its books.

Date: September 15, 2008

Signature

HENRY PARK
Henry Park

Vice President in Carrier Sales



**Locus Telecommunications, Inc.**
*Headquarters*
111 Sylvan Avenue Tel 201.585.3600
Englewood Cliffs, NJ 07632 Fax 201.947.6108

*www.locustelecom.com*
*Los Angeles Offices*
10600 Shoemaker Avenue, Suite C Tel 562.944.3133
Sante Fe Springs, CA 90670 Fax 562.944.3234

# D

**Locus Communications, Inc. v. United States**
**Case Nos. 1:05-cv-01184T-RHH**
**United States Court of Federal Claims**

**AFFIDAVIT**
**of**
**SAM LEE**
**CONTROLLER AND DIRECTOR OF ACCOUNTING**
**LOCUS TELECOMMUNICATIONS, INC.**

I, Sam Lee, am the Controller and Director of Accounting for Locus Telecommunications, Inc. ("Locus" or "Taxpayer").

1. I make this Affidavit based on the best of my knowledge, information and belief and subject to the penalties of perjury.

2. I make this Affidavit in support of Locus' claims for refund of the Federal Excise Tax ("FET") paid on communications services for the four calendar quarters of 2001, 2002, 2003 and 2004 and the first calendar quarter of 2005 (the "Claims Period").

3. I make this Affidavit based on the knowledge and experience I have gained as Controller and Director of Accounting for Locus, a position I have held since January 2005 and as its Accounting Manager from 2003 to 2005.

4. Locus provides pre-paid phone card services and has done so since 1994.

5. In my position I am responsible for the accounting by which the costs incurred by Locus to provide its services are recorded on the company books.

6. Locus' accounting practices separate the costs incurred to sell its prepaid services, its cost of goods sold (COGS), from its operating costs and expenses.

7. Locus' accounting practices have consistently recorded taxes, including the FET, as an operating cost and not as part of its COGS.

Locus is Regulated by Federal Regulations

8. Locus is regulated by the Federal Communications Commission ("FCC"). *See* TAB 1-A, FEDERAL REGULATION, attaching a copy of the FCC notice of the grant of Locus' application for a Certificate of Public Convenience and Necessity Pursuant to Section 214 of the Communications Act of 1934, 47 U.S.C. § 214, as amended (1996) ("214 Certificate").

9. As regulated by the FCC, Locus is subject to and must comply with the provisions of Title II of the Communications Act of 1934, 47 U.S.C. §§ 201, et sec., as amended (1996) (the "FCA").

Payment of FET on Communications Services Purchased by Locus

10. Locus purchases communications services from facilities-based wholesale carriers ("Carriers") on a price per minute of use basis. *See* TAB 3D.

11. The communications services Locus purchases are allocated to the prepaid phone cards it sells to its distributor or agent customers ("Distributors") with a small portion used to recharge some cards for additional use after being fully decremented by end users, the members of the public they use the cards for their own communications. *Id.*

12. Locus was not charged and did not pay its Carriers the FET on the communications services it purchased from them during the Claims Period.

13. Locus paid the FET itself and did not pass the FET on to its customers as part of the price Locus charged them for the pre-paid cards they purchased.

Documentary Evidence that Locus Bore the Economic Burden

14. In my position for Locus, I was chiefly responsible for gathering the documentary evidence to prove that Locus paid the FET itself during the Claims Period and bore the economic burden of the FET for which refunds are being sought.

15. The documentary evidence gathered includes the following: Wholesaler Supplier Contracts, Tax Exemption Certificates, Distributor Corporate Tax Returns, Advisory of Locus' FET Refund Claims, Distributor Consents, Expense Account Recording FET as Corporate Overhead, Ledger Entries Recording FET as Corporate Overhead, Customer (Distributors) Contracts, Locus Customer (Distributor) Invoices, Customer (End User) Documents, Records of Locus' FET Payments, Locus Corporate Tax Returns, and relevant Locus Accounting Records.

16. Except as otherwise identified, each of the documents referenced and attached are business records kept in the ordinary course of business by Locus.

17. I further attest that the documents referenced and attached are authentic and true copies of Locus' business records that I retrieve from company files or caused to have them retrieved.

Locus' Business Practices and Course of Dealings

18. In addition to the documents provided, based on my personal knowledge obtained in the performance of my duties, I attest as true the following practices and course of dealings with Locus' suppliers and customers, as they relate to payment of the FET for which refunds are sought.

***Direct Cost Pricing***

19. The prices charged to Locus' customers are and always have been based on the direct cost of providing Locus' services.

20. In general, direct cost means the cost of the Carriers' wholesale charges to Locus' doe use of their networks and general corporate overhead exclusive of FET and other taxes and regulatory surcharges.

21. As accounted for, Locus' direct costs are "destination specific."

22. "Destination specific" means that Locus must market its services based on customer demand for specific call destinations (country or global areas).

23. At one or more times a year, determinations are made about what wholesale services are to be purchased from which Carriers for origination of traffic from specific state or states for termination in specific countries, e.g., Mexico, or country groups, i.e., geographically contiguous or nearby, e.g., the Caribbean or Central America.

24. In pricing its services the predominant cost that Locus must cover is the cost of transporting calls to a specified country or country group.

***Locus' Pricing Methodology Could Not Accommodate FET***

25. An example of how Locus prices its prepaid-services is provided in the pricing analysis attached at Exhibit A to this Affidavit.

26. First, the targeted markets for sales are identified, in this case, the states of Rhode Island, Massachusetts and New Hampshire. *Id.*

27. The name of the proposed distributor is provided, in this case, referred to in short hand as "Voice." *Id.*

28. Next the destination markets are identified, in this case, Brazil, Dominican Republic, Columbia, Mexico, El Salvador, Guatemala and Vietnam. *Id.*

29. Estimates are made of anticipated revenues, minutes of use and expected margins. In this case, as follows:

Gross Revenues - $112,887
Gross Minutes – 1,878,234
Gross Margin $: (-$9,295)
Gross Margin %: (-8.23%)

30. Next, the discount % to the distributor is established. In this case it was 32%. *Id.*

31. Locus then identifies its costs of goods sold ("COGS") .

32. In this case, Locus' COGS primarily consist of the per-minute wholesale charges by Locus' Carriers that vary by call destination and local loop costs, i.e. use of local networks to terminate the call off of the inter-country network of the Carriers. *Id.*

33. Locus then lists its anticipated revenues, listing the per-minute decrements on the cards that will vary by call destination and local loop costs, plus other costs imposed on it or resulting from its internal operations, here identified as service fees. *Id.*

34. In this case, other than wholesale carrier and local loop costs, Locus had to account for exogenous costs that Locus recouped by adding a surcharge of $0.69 every 15 days after first usage and the costs it incurs under FCC regulations to compensate payphone service providers whenever a call is made using a pay-phone which Locus recoups by a $0.99/call surcharge. *Id.*

35. In columnar form Gross Revenues and Gross Costs of Goods Sold may be calculated as follows:

| | | |
|---|---|---|
| Costs: | | |
| | Per minute wholesale charges: | $113,682 |
| | Local Loop Charges: | 8,500 |
| | Total Costs: | $122,182 |
| Revenues: | | |
| | Per minute decrement charges: | $ 96,146 |
| | Cost recoupment ("Service Fees") | 16,741 |
| | Total Revenues | $112,887 |

36. Gross margin is calculated by subtracting Gross Cost of Goods Sold from Gross Revenues, the result being Locus' Gross Margin, i.e., COGS of $122,182 - Gross Revenues of $112,887 = a negative gross margin of $9,295.

37. Locus' pricing methodology therefore does not allow inclusion in its pricing of taxes of any kind, including FET.

***Audited Financial Statements Supports Direct Cost Pricing***

38. Locus' Auditor's (KPMG) Reviewed and Audited Financial Statements covering the years in the Claims Period.

39. These audited statements confirm that Locus bases its prices solely on its direct costs, i.e., the charges it pays its Carriers, local loop costs, and recovery of operating costs and regulatory fees.

40. The consolidated financial statements defines Locus' Cost of Telecommunications Services as:

> Cost of telecommunications services represents direct charges from vendors that the Company incurs to deliver service to its customers. These primarily consist of rate-per-

minute charges from other carriers that carry traffic on behalf of the Company. *KPMG Review of Financial Statements 2003* at 7 (TAB 2H-4); *KPMG Review of Financial Statements 2002-2001* at 7 (TAB 2H-3); *KMPH Audited Financial Statements 2004*, at 8 (TAB2H-5); and *KPMG Audited Financial Statements 2005 and 2004*, at 8 (TAB2H-6).

41. Locus did not include the FET cost as part of its COGS.

42. Having undertaken the obligations for all taxes assessed against the wholesale services it purchased as is shown by the supplier contracts, Locus accounted for the FET as a corporate expense as shown in its corporate tax returns. *See* TAB 2A-2 (Supplier Contracts); TAB 2B-1 (Tax Exemption Certificates); TAB 2G-1, 2 (Corporate Tax Returns).

43. By accounting for the FET in this fashion, Locus directly prepared and made the quarterly filings during the Claims Period. *See* TAB 2F-1.

44. Locus paid the FET in each quarter of the Claims Period by multiplying the revenues it received from its sales by 3%. *See* TAB 2F-2, 3.

45. The revenues Locus received did not include the 3% FET because its distributor customers were billed only in lump sums for the services they purchased. *See* TAB 2C (the Company's contracts with its Distributor customers); TAB 2D (the Company's invoices to its distributor customers).

46. Because Locus did not pass on any taxes to its direct end user customers, *See* TAB 2E (the Company's ads and cards which make no mention of any taxes), my accounting for these revenues would not have and did not include the FET.

47. Because it was my understanding that Locus could not charge the FET to direct end user customers because it was not charging the FET to the Company's distributor customers,

for reasons explained in more detail in the Affidavit of Locus' Vice President Calling Card Sales, Mr. Jae Hong Choi ("Choi Aff."), my accounting for direct end user revenues could not have included the FET.

48. In order to record Locus' payment of the FET in accordance with good accounting practices, Locus' accounting practice was to enter the FET amounts as corporate overhead in Locus' expense accounts and in its general ledger. *See* TAB 2H-1 (representative expense account recording FET as corporate overhead); TAB 2H-2 (representative general ledger entries recording FET as corporate overhead).

***Accounting for the FET/Taxes***

49. Locus' did not account for the FET and other taxes as deductions to revenue.

50. This accounting treatment, confirmed by the tax returns and accompanying statements, is further substantiated by KPMG's reviews and audits of Locus' Financial Statements for each year in the Claims Period and the line items on Locus' Consolidated Balance Sheets and Consolidated Statements of Cash Flow. *See* TAB 2G; TAB 2H-5 (*KPMG Audited Financial Statements 2004* at 2 (Balance Sheet) listing "Sales and excise taxes payable" under "Liabilities and Stockholders Equity," and at 5 (Statement of Cash Flow) listing "Sales and excise taxes payable" under "Changes in operating assets and liabilities."

51. Locus' accounting treatment of the FET was approved as being consistent with good accounting practices as shown by KPMG's opinion on the Company's Financial Statements. *See* TAB 2H-5

52. For example, in the July 11, 2006, "Independent Auditor's Report" of KPMG, it is reported –

> In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Locus Telecommunications, Inc. and subsidiaries as of December 31, 2004, and the results of their operations and their cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America. *Id.*

53. KPMG rendered the same opinion for each year of the Claims Period. *See* TAB 2H-3 - 2H-6.

54. Reports prepared from the accounting records of Locus that show charges for communications services provided by Locus to its Distributors during the Claims Periods are attached to this Affidavit at Exhibit B.

***Locus Did Not Bill or Collect From Its Distributors***

55. Locus' contracts with its Distributors represent the vast majority of its prepaid phone cards sales/revenues, as high as 97%.

56. Locus' contracts with its Distributors TAB 2C-1 impose no contractual obligation on them to pay any taxes to Locus (sample copies of Locus' Distributor customer contracts).

57. To the contrary, Distributors were expressly required to pay any taxes to the taxing authority that levies the tax. TAB 2C-2 contains a memorandum summarizing the contractual provisions on Locus' Distributors' obligations for taxes and also shows that these contracts do not require the Distributors to furnish tax exemption certificates to Locus).

58. Locus' invoices to its Distributors contain no line items for FET or any other tax, but only contain the charges for its services. *See* TAB 2D-1 (sample copies of Locus' invoices to its Distributors).

59. Having expressly required the Distributors' to pay any taxes they owe to any taxing authority is further proof that Locus did not include the FET tax in its charges for to do so would contradict this provision's requirements and represents application of its corporate policy was not to pass through to its Distributors the FET on the communications services.

***Locus' Pricing Methodology Never Changed***

60. Locus used the same cost-based pricing during the Claims Period and continues to use that methodology today.

61. Locus' methodology never included the FET.

62. After the FET was declared to have been invalidly applied to Locus' services, Locus did not change its pricing methodology nor its prices relative to its costs.

IRS Has Recognized Locus as the Taxpayer

63. The IRS audited Locus' corporate tax return in 2000.

64. In its return for 2000, consistent with its accounting practices, Locus listed the FET and other taxes as expenses on line 17 of its corporate income tax return, the 1120.

65. The IRS did not question Locus' practice of reporting the FET, along with other taxes, on line 17 at any time during the audit and upon its conclusion, the IRS did not require any change in the manner in which Locus reported its FET as an expense on line 17 of its 1120 form.

66. By reporting its FET on line 17 of the 1120, the FET was not and could not be included in Locus' COGS as reported on line 2 of the 1120 Form.

67. Locus reported the FET on line 17 as an expense that it bore and did not recover by passing it on to its customers in its COGS.

68. The IRS audit and its results show that the IRS recognized Locus as the taxpayer of the FET, as it did in regard to the other taxes Locus paid.

69. Locus consistently reported its FET on line 17 of the 1120 returns for all the years of the Claims Period.

70. IRS refunded certain FET payments made by Locus directly to Locus.

71. IRS made these refunds without requiring a showing that Locus had refunded the FET to its customers or obtained their consents.

72. At the bottom of the IRS notice of the refund, the IRS identifies its intercept program pursuant to which any validly established tax refunds are to be offset by other debts owing by the taxpayer to the U.S. Government.

73. No offset was required because Locus did not, at the time of the refund, have any outstanding debts owing to the U.S. Government.

74. It is my understanding that the IRS advisory about offsetting Locus' FET refunds against other debts owed to the U.S. Government meant that the IRS recognized Locus as the taxpayer of the FET in 2000.

75. My understanding that the IRS advisory on offsets constituted its recognition of Locus as taxpayer in 2000 as a result of its audit is because I am unaware of any authority of the

IRS to use tax refunds due one taxpayer to offset another taxpayer's debts owed the U.S. Government.

76. It is my understanding that the IRS had no authority to offset Locus' other debts to the U.S. Government by using its FET refunds in 2000 if the IRS had not recognized Locus as the FET taxpayer.

Additional Documents prepared to show bore the Economic Burden

77. In addition to sponsoring the records of Locus kept in the ordinary course of business, for convenience of reference and review, I caused several documents to be prepared in support of the claim that Locus assumed the liability and bore the economic burden of the FET.

78. TAB 2A-1 provides two lists of Carriers with which Locus contracted during the Claims Period .

79. TAB 2A-1.1 lists the Carriers with which Locus contracted during the Claims Period showing business transaction based on December of each year 2001-2005.

80. An "X" in the year columns indicates the December for each year that Locus purchased services from the Carriers.

81. For example, Locus made purchases from MCI Worldcom (now Verizon) during each of the years 2001-2005 (accounting for over 22% of all wholesale purchases made by Locus during the Claims Period), while Locus purchases from Broadwing (see line 9), ended in 2003.

82. TAB 2A-1.1 also indicates by an "A" that Locus has copies of their contracts and invoices still available in its records.

83. TAB 2A-1.1 also records that 20 carriers constituted over 81% of the total wholesale purchases made by Locus over the Claims Period and that 40 carriers constituted over 95% of the wholesale purchases made over the Claims Period.

84. TAB 2A-1.2 repeats the listings of TAB 2A-1.1, and adds columns that list the tax or resale exemption certificates for which Locus retains copies.

85. The column "By Locus" lists other carriers to which Locus provided the exemption certificates.

86. Those marked with an "A" mean that Locus still has copies of the certificates in its records. *See* Choi Affidavit for representative copies of such certificates and for attestation that Locus' consistent practice was to furnish its exemption certificates to its Carriers, although due to the routine nature and continuous dealings between the Company and its wholesale carriers over time, the formality of providing or retaining copies of the exemption certificates was not assiduously followed.

87. The column "To Locus" lists the carriers that supplied exemption certificates to Locus.

88. Those marked with an "A" indicate that Locus has retained copies of the exemption certificates in its records.

89. The carriers in the "To Locus" column include carriers that purchased services from Locus and those with which Locus had reciprocal arrangements with both parties buying from and selling their respective services to each other and differ from Locus' Distributors contracts because Locus did not buy any services from its Distributors.

90. Again, the practice of requiring exemption certificates was consistently followed or acknowledged in all intercarrier contracts and transactions, but due the continuous course of dealings, their routine nature, costs of the formality and the absence of any issue arising about the party responsible for taxes, copies were not always retained and in many situations were not requested.

Consents

91. Other documents prepared in support of the fact that Locus assumed the tax liability and bore the economic burden of the FET, based on Locus' records kept in the ordinary course of business and which were prepared subject to my direction for convenience of reference and review, include the memoranda under TAB 2A-3, and TAB 2C-2 and the Distributor Customer Consents under TAB 2D-3.

92. Although Locus paid the FET and bore its economic burden, Locus solicited the "consents" of its distributor customers that Locus recover the FET paid during the Claims Period. *See* TAB 2D-3 (listing the results from the actions taken by Locus in furtherance of its proof that it bore the economic burden).

93. The purpose and basis for soliciting these "consents" was not based on any claim of right by the Distributors to FET refunds because Locus did not include the FET in the charges it collected from them for its services and could not because its contracts required the Distributors to pay the taxing authorities directly for any tax applicable to them.

94. It was determined that seeking these consents aided Locus' efforts in providing irrefutable proof of Locus' right to the FET refunds on the grounds that it assumed the liability of the FET, paid the tax and bore the economic burden of the FET.

95. These "consents" were provided based on the distributors' acknowledgement and agreement that Locus did not bill or collect the FET as part of its service charges to the Distributors, that the Distributors did not bill and collect the FET from their customers, that they did not prepare nor file IRS forms 720 at any time during the Claims Period as to the services provided by Locus, and that they had no standing or right to a refund of the FET paid by Locus during the Claims Period.

96. In obtaining these "consents," each Distributor was advised in advance of the cases filed by Locus to recover the refunds of the FET paid during the Claims Period. *See* TAB 2D-4.

97. Obtaining consents from all of Locus' customers was not possible due to circumstances beyond Locus' control. For example, some Distributor are no longer in business. Moreover, the small percentage of customers that buy prepaid cards for their own communications purposes make their purchases without providing their names or addresses or other identifying information. More importantly, Locus limited its use of consents to large customers because its purpose was not to rely on such consents but to obtain corroboration that Locus paid the FET and did not pass it on.

98. In addition, two customers were requested to provide and did voluntarily provide their own corporate tax returns.

99. These Distributors' tax returns show that they did not report any FET expenditures on their returns. *See* TAB 2D-2.

Locus Did Not Pass Through The FET on the Prepaid Cards Sold Directly to the Public

100. It had always been understood that Locus' sale of prepaid phone cards to the public is subject to regulation by the FCC under Title II of the Communications Act of 1934, as amended (1996) ("Act").

101. Locus' management understood that it is a violation of Section 202(a) of the Act for a regulated telecommunications provider to engage in undue discrimination or to provide undue preferences in providing its services. 47 U.S.C. § 202(a).

102. Locus' management understood that its obligations under Section 202(a) required it to apply its corporate policy not to charge or collect FET from its Distributors to the end using members of the public to whom Locus sold its prepaid cards directly (through recharging of cards after initial decrementing or expiration).

103. Locus' management further understood that if it did not follow the same corporate policy and refrain from charging or collecting FET from its end using members of the public, it would be subject to a complaint for violating Section 202(a) of the Act pursuant to either Section 207 or 208 of the Act. 47 U.S.C. §§ 207, 208.

104. Locus' management further understood that should it be found to have violated Section 202(a) in a complaint proceeding, it would be subject to damages, including attorneys' fees under Section 206 of the Act. 47 U.S.C. §206 and to fines and forfeitures under Sections 501 and 503 of the Act. 47 U.S.C. §§ 501, 503.

105. In part, that Locus observed its obligations under the Act not to discriminate against end using members of the public is shown in its advertising and the information imprinted on its prepaid phone cards. *See* TAB 2E-1 (sample Locus ads), TAB 2E-2 (photos of sample prepaid cards) (collectively showing that Locus' advertising materials, card artwork and usage instructions advise that the face value of each card is decremented by applicable per minute usage rates, fixed charges but no taxes).

106. Locus has made no FET rebates to its Distributors.

107. To issue such rebates would contradict its wholesale and distributor contracts and Locus' general business practices that Locus was obligated for the tax and paid it out of its own pocket.

<u>Corporate Tax Returns</u>

108. In regard to Locus' corporate tax returns for 2001-2005 (TAB 2G), the following should be noted.

109. The 2001, 2004 and 2005 returns were complete as filed (TAB 2G-1, 2G-6 and 2G-7).

110. The 2002 and 2003 returns (2G-2 and 2G-4) were amended (2G-3 and 2G-5), and copies of both the original and amended returns are submitted.

111. The amended returns for 2002 and 2003 did not affect the FET as reported on the Statement 2(s) for 1120, line 17 for 2001-2004 and Statement 4, 1120, line 17 for 2005.

112. Statements 2 and Statement 4, 1120, line 17 are attached to their respective returns. *See* TABs 2G-1 thru 2G-7.

Accounting Records Spreadsheet

113. A spreadsheet prepared from the accounting records of Locus that show the total FET paid by Locus applicable to the Services ("FET Paid") is attached hereto as Exhibit C.

114. The accounting records showing the charges for the Services and the FET Paid were made in real time, in the normal course of business during the Claims Period.

115. The accounting records on the charges for Services reflect sales to Distributors on a quarterly basis during the Claims Period.

116. These accounting records were generated from Locus' accounting software.

117. Business Works accounting software was used during the portion of the Claims Periods from 2001 through August 2002.

118. Solomon accounting software was substituted in September 2002.

119. The formats of the reports produced by these two accounting software programs are different because the accounting data was not transferred from Business Works to Solomon, rather, a complete substitution was made.

120. For this reason also, there are two sets of reports for the 3rd quarter of 2002.

121. In addition, the Solomon program contains a feature that filtered the gross sales amounts before discounts and after adjustment for the refund amounts.

122. The Business Works program did not have this feature.

123. These adjustments must be added back to sales amounts from the Business Works program to obtain the actual gross sales amounts.

124. During the Claims Period, the amount of each sale of Services was recorded in Locus' accounting records in real time by sales representatives in Locus' employ using the customer's purchase order.

125. These recorded amounts were retrieved by me from these records for each customer that signed consents to Locus' recovery of the FET Paid.

126. The accuracy of Locus' accounting records is attested to by independent external review and audit.

127. For the years 1998 to 2003, Locus' independent auditor, KPMG LLP ("KPMG"), conducted an accounting review of these records.

128. Since 2004, KPMG has audited Locus' accounting and financial information.

129. As further attestation of the accuracy of Locus' accounting records and financial information, in May 2006, the Internal Revenue Service ("IRS") completed its audit of Locus' accounting and financial information for 2004 requiring no major adjustments.

<u>Gross Revenues Reported on 1120 Return and FCC 499 Form</u>

130. Locus is required to report its gross revenues from the sale of its prepaid cards on FCC Form 499, line 416. *See* TAB 1B (copy of Taxpayer's FCC Form 499 for 2005).

131. FCC Instructions for completing Form 499 requires that any taxes paid on the communications services sold for the year reported be excluded from the total of gross revenues reported on line 416. *See* TAB 1C at page 18 (FCC Instructions for completing FCC Form 499).

132. Although Locus was required to file FCC Form 499s for 2001, 2002, 2003 and 2004, it did not do so due to a lack of understanding of the FCC requirements. *See* TAB 3D.

133. Having retained counsel that practices before the FCC, Locus negotiated and entered into a Consent Decree with the FCC that cured its failures to file the necessary FCC Forms. *See* TAB 1D (copy of the Consent Decree adopted by the FCC and agreed to by Locus).

134. Further proof that Locus did not pass on the FET is provided by its 2006 499-A report filed with the FCC reporting on total revenues for 2005. *See* TAB 1-B.

135. In April 2007, copies of Locus's 499 forms were filed with Defendant's counsel at its request. *See* TAB 1-B

136. Pursuant to the Instructions for completing the 499-A forms, all gross revenues are to be reported on line 416 of the form, namely, at page 18 of the Instructions it provides –

> Gross revenues also should include any surcharges on telecommunications services that are billed to the customer and either retained by the filer or remitted to a non-government third party under contract. **Gross revenues should exclude taxes** and any surcharges that are not recorded on the company books as revenues but which instead are remitted to government bodies. (Emphasis added.) *See* TAB 1-C.

137. Locus' sales revenues reported on line 1 of its 1120 Form for 2005 is nearly identical with the gross revenues reported on its 2006 499-A form reporting revenues for 2005. *See* TAB 1-B and TAB 2G-7.

138. The nearly identical reports on gross revenues confirm that Locus' gross revenues did not include the 3% FET.

139. The IRS 1120 Tax Return form for 2005 shows gross revenues of $278,715,333. *See* TAB 1-B.

140. The FCC 2006 499-A, line 416, reports grossed billed revenues from all sources for 2005 as $278,567,482. *See* TAB 1-B.

141. The difference is $157,851. *See* 2I-1 and 2I-4.

142. On line 421 of FCC 2006 499-A, bad debt/uncollectible revenues of $12,292 is shown. *See* TAB 2I-1.

143. Adding this to the $157,851 difference makes the difference of $170,143 self-evident.

144. In 2004, total FET payments equaled $5,988,079, a quarterly average of $1,497,020 and a monthly average of $499,007.

145. In Quarter 1 for 2005, total FET payments equaled $2,308,333, a monthly average of $769,444.

146. For the first month of Quarter 2 for 2005 (April), the total FET paid was $469,000.

147. The differences between total gross revenues as reported for 2005 on the 1120 and the grossed billed revenues reported on the FCC 499-A form of $157,581 cannot result from deducting FET from the revenues reported to the FCC.

148. The amount of $157,581 is the correct amount for comparison because it is known that the higher figure of $170,143 results from bad debt.

149. The $157,851 represents only 34% of the FET paid in April for Q2 2005.

150. The $157,851 represents less than 21% of the monthly FET paid for Q1 2005.

151. The $157,851 represents less than 32% of the average monthly FET paid for all of 2004.

152. Had Locus excluded the FET paid from the revenues it reported on its FCC Form 499-A for 2005, its gross revenues from all sources would be $275,790,149.

153. It is therefore impossible for the difference between the gross revenues reported on the 1120 and the 499-A to be attributed to FET.

154. In addition, however, it can be shown that the inconsequential difference is due to the accounting and filing practices that were followed by Locus at the time.

155. First, for 2005, the audit papers of Locus' outside accounting firm, KPMG, recorded gross revenues of (rounding off) $278,715,000.

156. Locus' 1120 Tax Return for 2005 prepared by KPMG listed the same gross revenue amount of $278,715,000. *See* TAB 2G-7.

157. Locus' FCC 2006 499-A form reporting 2005 revenues reported gross revenues of $278,546,000, only a .06% (.0006) difference. *See* TAB 1-B.

158. The miniscule difference is explained by two main factors - one is the timing of the various filings and the other is accounting practice.

159. The due date for the tax return is March 15, 2005; however, Locus obtained an extension to file until September 15, 2005 in order to start its annual audit that is routinely commenced in either April or May.

160. The 499-A filing is due by April of each year.

161. Therefore, the order of work in 2005 was 1st the 499-A, 2nd the annual audit and 3rd the 2005 tax return with the filing extension.

**[Remainder of Page Intentionally Left Blank]**

LOCUS
TELECOMMUNICATIONS, INC.

162. Had Locus not obtained the extension on its tax return filing, the order of work would have been 1st the 1120 for 2005, 2nd that 499-A and 3rd the annual audit.

163. The timing and order in which these reports/filings are addressed and completed affects the final gross revenue figures each contains due to such normal variances in reported amounts caused by the amounts of sales returns and other adjustments that exist as of the time the particular report is being completed.

164. Another reason for the small difference arises from accounting treatments for such matters as the valuation of inventory and investment, revenue recognition associated with the natures of different products, decisions on when to cutoff further recognition of revenues, accounting for stock compensation expenses, etc.

165. By way of further illustration, if the FCC's 2006 499-A report on 2005 revenues were filed after the annual audit statement, total revenue would be the same in all three reports.

166. However, even filed before the audit is complete, there is only a 0.06% deviation that is not relevant to the FET issue. Therefore, because the total revenue reported on the 2006 499-A form reporting 2005 revenues is nearly identical with the gross revenues reported on Locus's 2005 1120 and in the annual audit for 2005, it is clear that Locus did not recover and could not have recovered the FET as part of its charges.

Date: September 15, 2008

Signature
Sam Lee
Controller and Director of Accounting
Locus Telecommunications, Inc.



**Locus Telecommunications, Inc.**
*Headquarters*
111 Sylvan Avenue Tel 201.585.3600
Englewood Cliffs, NJ 07632 Fax 201.947.6108

*www.locustelecom.com*
*Los Angeles Offices*
10600 Shoemaker Avenue, Suite C Tel 562.944.3133
Sante Fe Springs, CA 90670 Fax 562.944.3234

# EXHIBIT INDEX

**Exhibit A** Price Analysis showing how Locus prices its prepaid-services

**Exhibit B** Reports prepared from Locus' accounting records showing charges for communications services provided by Locus to its Distributors during the Claims Periods

**Exhibit C** Spreadsheet prepared from Locus' accounting records showing the total FET paid by Locus applicable to the Services

# EXHIBIT

# A

| LOCUS Telecommunications, Inc. | APPLICATION FOR | | Prepared | MGR. | HEAD | CEO |
|---|---|---|---|---|---|---|
| DATE: 2/22/2005 | REPORT | | 2/22/05 | | [signature/initials] | [initials] |
| NAME: HONG JOON AHN | APPROVAL | x | [initials] | | [signature] | [mark] |
| DEPT.: CALLING CARD | PURCHASE | | | | | |
| E-MAIL: joonahn@locus.net | SALE | | | | | |
| EXT.: 3646 | OTHER | | | | | |

| CONCERNED PARTY | | | PRODUCT INFO. | |
|---|---|---|---|---|
| NAME | DATE | SIGNATURE | CARD NAME | GEO WORLD MA, RI |
| | | | DISTRIBUTOR LOCATION | VOICE |
| | | | CARD DESCRIPTION | THREE MINUTE BILLING |
| | | | SERVICE CHARGE | $0.69 EVERY 15 DAYS AFTER FIRST DAY |
| | | | PAY-PHONE CHARGE MARGIN | $0.99 MAX 32% |

SUBJECT: NEW PRODUCT

PROCEDURES/ MEMO

CARD NAME: GEO WORLD MA, RI, NH (GWMA)

1. OBJECTIVE

A. Increase distribution channel and market share in MA, RI, NH through new distributor "Voice"

B. The most profitable method of adding sales of an existing service.

C. New product with penetrate pricing to target countries and low distributor discount.
It will effect lower contribution margin for each product sold complemented by increased sales volumes

2. Major Target
Brazil, DR, Colombia, Mexico, El Salvador, Guatemala, and Vietnam

2.ESTIMATED & EXPECTED ANALYSIS

| | CURRENT | ESTIMATED ANALYSIS | BREAK EVEN | DIFF. FROM TARGET |
|---|---|---|---|---|
| LOCUS REVENUE | | 112,887 | | |
| RATED MINS | | 1,878,234 | | |
| G.M. | | -9,295 | | |
| G.M.% | | -8.23% | | |

CC: ANALYSIS CHART ATTACHED

# CARD NAME: GEO WORLD MA,RI, NH (GWMA)

DISCOUNT 32%

| RANK | COUNTRY NAME | RATE | 5/MIN | 10/MIN | PM $5 | B.COST | RATED MINS | MINS% | COST | LOCUS REVENUE | SERVICE | TOTAL REV. | TOTAL LOOP | G.M | G.M% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BRAZIL | 0.030 | 166 | 331 | **250** | **0.0340** | 314,244 | 16.73% | 10,684 | 7,631 | 2,801 | 10,432 | 1,422 | -1,675 | -16.05% |
| 2 | DOMINICAN REP | 0.044 | 112 | 226 | **202** | **0.0483** | 288,599 | 15.37% | 13,925 | 10,494 | 2,572 | 13,066 | 1,306 | -2,165 | -16.57% |
| 3 | COLOMBIA | 0.050 | 100 | 199 | **136** | **0.0504** | 246,932 | 13.15% | 12,433 | 9,705 | 2,201 | 11,906 | 1,117 | -1,645 | -13.81% |
| 4 | EL SALVADOR | 0.080 | 61 | 124 | **100** | **0.0730** | 215,966 | 11.50% | 15,761 | 13,230 | 1,925 | 15,155 | 977 | -1,584 | -10.45% |
| 5 | US | 0.016 | 312 | 624 | **400** | **0.0103** | 154,484 | 8.22% | 1,588 | 1,783 | 1,377 | 3,160 | 699 | 873 | 27.62% |
| 6 | GUATEMALA | 0.093 | 52 | 106 | **91** | **0.0856** | 85,839 | 4.57% | 7,344 | 6,209 | 765 | 6,974 | 388 | -759 | -10.88% |
| 7 | VIETNAM | 0.180 | 25 | 55 | **31** | **0.1686** | 63,541 | 3.38% | 10,710 | 9,393 | 566 | 9,959 | 288 | -1,038 | -10.42% |
| 8 | CAMBODIA | 0.180 | 25 | 55 | **34** | **0.1553** | 62,336 | 3.32% | 9,679 | 8,650 | 556 | 9,206 | 282 | -755 | -8.21% |
| 9 | MEXICO | 0.044 | 112 | 226 | **151** | **0.0410** | 53,847 | 2.87% | 2,208 | 1,703 | 480 | 2,183 | 244 | -268 | -12.30% |
| 10 | HAITI | 0.200 | 25 | 49 | **40** | **0.1592** | 43,348 | 2.31% | 6,900 | 6,699 | 386 | 7,085 | 196 | -11 | -0.15% |
| 11 | ECUADOR | 0.105 | 46 | 94 | **70** | **0.1002** | 37,128 | 1.98% | 3,720 | 3,078 | 331 | 3,409 | 168 | -479 | -14.06% |
| 12 | PERU | 0.050 | 100 | 199 | **124** | **0.0349** | 37,169 | 1.98% | 1,295 | 1,366 | 331 | 1,697 | 168 | 234 | 13.77% |
| 13 | HONDURAS | 0.240 | 19 | 40 | **31** | **0.2098** | 29,108 | 1.55% | 6,105 | 5,498 | 259 | 5,757 | 132 | -480 | -8.33% |
| 14 | LEBANON | 0.088 | 55 | 112 | **76** | **0.0847** | 25,844 | 1.38% | 2,189 | 1,849 | 230 | 2,079 | 117 | -227 | -10.90% |
| 15 | JAMAICA | 0.034 | 145 | 292 | **190** | **0.0272** | 25,102 | 1.34% | 683 | 653 | 224 | 877 | 114 | 80 | 9.14% |
| 16 | LAOS | 0.070 | 70 | 142 | **91** | **0.0502** | 24,150 | 1.29% | 1,212 | 1,303 | 215 | 1,518 | 109 | 197 | 12.95% |
| 17 | CANADA | 0.013 | 384 | 768 | **500** | **0.0069** | 19,995 | 1.06% | 137 | 187 | 178 | 365 | 90 | 138 | 37.72% |
| 18 | CHINA | 0.014 | 356 | 714 | **500** | **0.0119** | 18,490 | 0.98% | 219 | 186 | 165 | 351 | 84 | 48 | 13.69% |
| 19 | TRINIDAD & TOB | 0.088 | 55 | 112 | **76** | **0.0764** | 17,863 | 0.95% | 1,364 | 1,239 | 159 | 1,398 | 81 | -46 | -3.32% |
| 20 | INDIA | 0.111 | 43 | 88 | **61** | **0.0930** | 17,334 | 0.92% | 1,612 | 1,473 | 155 | 1,628 | 78 | -63 | -3.87% |
| 21 | PUERTO RICO | 0.017 | 294 | 588 | **400** | **0.0116** | 14,444 | 0.77% | 167 | 177 | 129 | 306 | 65 | 74 | 24.06% |
| 22 | UNITED KINGDO | 0.016 | 312 | 624 | **400** | **0.0092** | 12,678 | 0.67% | 117 | 146 | 113 | 259 | 57 | 85 | 32.72% |
| 23 | ALGERIA | 0.088 | 55 | 112 | **70** | **0.0827** | 12,007 | 0.64% | 993 | 816 | 107 | 923 | 54 | -124 | -13.48% |
| 24 | FRANCE | 0.020 | 250 | 500 | **330** | **0.0102** | 10,344 | 0.55% | 106 | 149 | 92 | 241 | 47 | 89 | 36.72% |
| 25 | THAILAND | 0.050 | 100 | 199 | **124** | **0.0332** | 9,349 | 0.50% | 310 | 353 | 83 | 436 | 42 | 84 | 19.17% |
| 26 | PHILIPPINES | 0.120 | 40 | 82 | **55** | **0.1131** | 8,659 | 0.46% | 979 | 841 | 77 | 918 | 39 | -100 | -10.93% |
| 27 | COSTA RICA | 0.040 | 124 | 250 | **151** | **0.0327** | 8,821 | 0.47% | 289 | 272 | 79 | 351 | 40 | 22 | 6.25% |
| 28 | BANGLADESH | 0.100 | 49 | 100 | **64** | **0.0609** | 7,308 | 0.39% | 445 | 558 | 65 | 623 | 33 | 145 | 23.33% |
| 29 | POLAND | 0.022 | 226 | 454 | **300** | **0.0152** | 6,822 | 0.36% | 104 | 108 | 61 | 169 | 31 | 34 | 20.32% |
| 30 | URUGUAY | 0.080 | 61 | 124 | **82** | **0.0621** | 6,483 | 0.35% | 402 | 397 | 58 | 455 | 29 | 23 | 5.10% |
| | | | | | | | **RATED MINS** | **MINS%** | **COST** | **LOCUS REVENU** | **SERVICE** | **TOTAL REV.** | **TOTAL LOOP** | **G.M** | **G.M%** |
| | $0.69 EVERY 15 DAYS AFTER FIRST DAY | | | | | | **1,878,234** | | **113,682** | **96,146** | **16,741** | **112,887** | **8,500** | **(9,295)** | **-8.23%** |

# EXHIBIT

# B

Date: Thursday, June 07, 2007
Time: 09:53AM
User: SYSADMIN

# Locus Telecommunications inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 954,081.80 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 751,452.50 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 113,870.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,819,404.30 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,819,404.30 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 09:53AM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/7/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,492,180.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,024,400.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 511,850.00 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 52,000.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 486,534.05 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 4,566,964.05 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 4,566,964.05 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 10:06AM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-GLOBAL C | | | Customer Name: | GLOBAL COMMUNICATIONS NETWORK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 47,500.00 | 100.00 % |
| Cust ID: 11-HELLO TE | | | Customer Name: | Hello Tel. Investment Inc. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 321,470.19 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: | Honolulu Candy | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 49,580.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: | INTERCOM, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,583,845.44 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 3,002,395.63 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 3,002,395.63 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:44AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KIM S SUP | | | Customer Name: | KIM'S SUPPLY | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 234,500.00 | 100.00 % |
| Cust ID: 11-KROSSLA | | | Customer Name: | KDI DISTRIBUTION, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 4,083,691.99 | 100.00 % |
| Cust ID: 11-KYUNG TA | | | Customer Name: | UNICOM | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 27,400.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 4,345,591.99 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 4,345,591.99 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:45AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: | PAYLESS LINK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 572,500.00 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: | LB INTERNATIONAL | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,158,955.04 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: | MILLENNIUM TELECARD-FADI SALIM | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,166,202.98 | 100.00 % |
| Cust ID: 11-SOS TELE | | | Customer Name: | SOS TELECOM | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 173,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 6,071,158.02 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 6,071,158.02 | 100.00 % |

Date Wednesday, June 13, 2007
Time. 11:46AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/13/2007


Report 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-SUN WHOI | | | Customer Name: | SUN WHOLESALE, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 95,500.00 | 100.00 % |
| Cust ID: 11-THE PHON | | | Customer Name: | The Phone Card Warehouse Inc. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 946,280.00 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: | T-IN-T MARKETING INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 12,500.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: | TRI-PILLAR, INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 56,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,110,780.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,110,780.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:47AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 04-05 As of: 6/13/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-UNITEL NE | | | Customer Name: | UNITED TELECOM GROUP, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,298,526.55 | 100.00 % |
| Cust ID: 11-VE NICE C | | | Customer Name: | VE NICE CO. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 184,000.00 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: | NEWTEL USA, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 932,550.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 3,415,076.55 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 3,415,076.55 | 100.00 % |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2001 to March 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| BOSTON PHON | | | BOSTON PHONECARD WH | 210500.00 | 65690.00 | 340.20 | 145150.20 |
| | | | Freight charges | | | 340.20 | |
| | | | Adjustments | | | | -673.35 |
| | | | Payments received | | | | 123218.75 |
| | | | Open credits applied | | | | 3.35 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1716000.00 | 570849.00 | 2194.65 | 1147345.65 |
| | | | Freight charges | | | 2194.65 | |
| | | | Adjustments | | | | -6989.00 |
| | | | Payments received | | | | 1047148.35 |
| | | | Open credits applied | | | | 4000.00 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 500500.00 | 162715.00 | 832.20 | 338617.20 |
| | | | Freight charges | | | 832.20 | |
| | | | Adjustments | | | | -482.40 |
| | | | Payments received | | | | 209380.00 |
| RAFAT MOHD | | | HELLO TEL CORP. | 925950.00 | 284231.00 | 886.20 | 642605.20 |
| | | | Freight charges | | | 886.20 | |
| | | | Adjustments | | | | -1040.25 |
| | | | Payments received | | | | 618929.61 |
| | | | Open credits applied | | | | 787.75 |
| | | | Report Total | 3352950.00 | 1083485.00 | 4253.25 | 2273718.25 |
| | | | Freight charges | | | 4253.25 | |
| | | | Adjustments | | | | -9185.00 |
| | | | Payments received | | | | 1998676.71 |
| | | | Open credits applied | | | | 4791.10 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2001 to March 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 2877688.00 | 969437.33 | 0.00 | 1908250.67 |
| | | | Adjustments | | | | -18079.98 |
| | | | Payments received | | | | 2036654.05 |
| | | | Open credits applied | | | | 112.21 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 36525.00 | 11784.65 | 36.00 | 24776.35 |
| | | | Freight charges | | | 36.00 | |
| | | | Adjustments | | | | 24121.15 |
| | | | Payments received | | | | 202796.00 |
| | | | Open credits applied | | | | 27.00 |
| HONOLULU C | | | HONOLULU CANDY SALE | 11085.00 | 3672.60 | 24.00 | 7436.40 |
| | | | Freight charges | | | 24.00 | |
| | | | Adjustments | | | | -13636.20 |
| | | | Payments received | | | | 9028.00 |
| | | | Open credits applied | | | | 2672.00 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 343280.00 | 108312.70 | 336.00 | 235303.30 |
| | | | Freight charges | | | 336.00 | |
| | | | Adjustments | | | | -2769.40 |
| | | | Payments received | | | | 231943.00 |
| | | | Open credits applied | | | | 2.00 |
| STAR TELECO | | | STAR TELECOM NETWOR | 152985.00 | 51235.05 | 0.00 | 101749.95 |
| | | | Adjustments | | | | -44791.60 |
| | | | Payments received | | | | 70785.00 |
| | | | Open credits applied | | | | 44494.95 |
| | | | Report Total | 3421563.00 | 1144442.33 | 396.00 | 2277516.67 |
| | | | Freight charges | | | 396.00 | |
| | | | Adjustments | | | | -55156.03 |
| | | | Payments received | | | | 2551206.05 |
| | | | Open credits applied | | | | 47308.16 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2001 to March 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| FADI SALIM | | | FADI SALIM DBA | 124000.00 | 39550.00 | 160.50 | 84610.50 |
| | | | Freight charges | | | 160.50 | |
| | | | Adjustments | | | | -25901.60 |
| | | | Payments received | | | | 49532.55 |
| | | | Open credits applied | | | | 25901.60 |
| INTERCOM, IN | | | INTERCOM, INC. | 4410000.00 | 1496025.00 | 3597.72 | 2917572.72 |
| | | | Freight charges | | | 3597.72 | |
| | | | Adjustments | | | | -23747.10 |
| | | | Payments received | | | | 3115557.32 |
| | | | Cash refund | | | | 23824.35 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1223200.00 | 367103.00 | 2458.60 | 858555.60 |
| | | | Freight charges | | | 2458.60 | |
| | | | Adjustments | | | | -19635.43 |
| | | | Payments received | | | | 832846.61 |
| | | | Open credits applied | | | | 17909.85 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 233560.00 | 74979.80 | 372.36 | 158952.56 |
| | | | Freight charges | | | 372.36 | |
| | | | Adjustments | | | | -3400.70 |
| | | | Payments received | | | | 123294.06 |
| | | | Open credits applied | | | | 391.10 |
| LB INT'L | | | LB INTERNATIONAL | 3009000.00 | 865370.00 | 2826.20 | 2146456.20 |
| | | | Freight charges | | | 2826.20 | |
| | | | Adjustments | | | | -26260.00 |
| | | | Payments received | | | | 1845718.30 |
| | | | Open credits applied | | | | 24037.70 |
| SKY TELECOM | | | THE PHONECARD WAREH | 1812045.00 | 618989.85 | 746.10 | 1193801.25 |
| | | | Freight charges | | | 746.10 | |
| | | | Adjustments | | | | -3250.00 |
| | | | Payments received | | | | 1139186.10 |
| | | | Open credits applied | | | | 3250.00 |
| STAR TELECO | | | STAR TELECOM NETWOR | 242500.00 | 82000.00 | 61.50 | 160561.50 |
| | | | Freight charges | | | 61.50 | |
| | | | Payments received | | | | 125083.50 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 111875.00 | 34210.75 | 466.81 | 78131.06 |
| | | | Freight charges | | | 466.81 | |
| | | | Adjustments | | | | -235.20 |
| | | | Payments received | | | | 75003.46 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2001 to March 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Open credits applied | | | | 235.20 |
| | | | Report Total | 11166180.00 | 3578228.40 | 10689.79 | 7598641.39 |
| | | | Freight charges | | | 10689.79 | |
| | | | Adjustments | | | | -102430.03 |
| | | | Payments received | | | | 7306221.90 |
| | | | Open credits applied | | | | 71725.45 |
| | | | Cash refund | | | | 23824.35 |

10:57 am

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2001 to September 30, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| AMBE SPORTS | | | AMBE SPORTS CARD, INC. | 29000.00 | 8990.00 | 79.90 | 20089.90 |
| | | | Freight charges | | | 79.90 | |
| | | | Adjustments | | | | -2512.50 |
| | | | Payments received | | | | 17774.30 |
| | | | Open credits applied | | | | 2954.50 |
| BOSTON PHON | | | BOSTON PHONECARD WH | 272650.00 | 86937.00 | 274.35 | 185987.35 |
| | | | Freight charges | | | 274.35 | |
| | | | Payments received | | | | 163016.85 |
| CALLING CAR | | | CALLING CARD PLUS INC | 192700.00 | 65161.25 | 0.00 | 127538.75 |
| | | | Adjustments | | | | -585.00 |
| | | | Payments received | | | | 121956.75 |
| | | | Open credits applied | | | | 925.00 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1985250.00 | 656885.00 | 0.00 | 1328365.00 |
| | | | Adjustments | | | | -39989.37 |
| | | | Payments received | | | | 1378635.00 |
| | | | Open credits applied | | | | 41098.27 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 773500.00 | 251010.00 | 1631.50 | 524121.50 |
| | | | Freight charges | | | 1631.50 | |
| | | | Adjustments | | | | -10274.46 |
| | | | Payments received | | | | 513327.31 |
| | | | Open credits applied | | | | 12136.97 |
| RAFAT MOHD | | | HELLO TEL CORP. | 780954.00 | 243528.40 | 543.08 | 537968.68 |
| | | | Freight charges | | | 543.08 | |
| | | | Adjustments | | | | -3293.50 |
| | | | Payments received | | | | 538151.18 |
| | | | Open credits applied | | | | 4442.89 |
| | | | Report Total | 4034054.00 | 1312511.65 | 2528.83 | 2724071.18 |
| | | | Freight charges | | | 2528.83 | |
| | | | Adjustments | | | | -56654.83 |
| | | | Payments received | | | | 2732861.39 |
| | | | Open credits applied | | | | 61557.63 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2001 to September 30, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 2837020.00 | 959847.60 | 0.00 | 1877172.40 |
| | | | Adjustments | | | | -38219.45 |
| | | | Payments received | | | | 1697572.42 |
| | | | Open credits applied | | | | 74448.43 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 319025.00 | 102603.75 | 288.00 | 216709.25 |
| | | | Freight charges | | | 288.00 | |
| | | | Adjustments | | | | -503.20 |
| | | | Payments received | | | | 234213.86 |
| | | | Open credits applied | | | | 2779.85 |
| | | | Report Total | 3156045.00 | 1062451.35 | 288.00 | 2093881.65 |
| | | | Freight charges | | | 288.00 | |
| | | | Adjustments | | | | -38722.65 |
| | | | Payments received | | | | 1931786.28 |
| | | | Open credits applied | | | | 77228.28 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2001 to September 30, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| FADI SALIM | | | FADI SALIM DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Adjustments | | | | -3159.29 |
| | | | Open credits applied | | | | 10635.44 |
| INTERCOM, IN | | | INTERCOM, INC. | 5780050.00 | 1959893.20 | 5411.88 | 3825568.68 |
| | | | Freight charges | | | 5411.88 | |
| | | | Adjustments | | | | -27434.02 |
| | | | Payments received | | | | 3299211.66 |
| | | | Open credits applied | | | | 40306.05 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1435000.00 | 431895.00 | 2181.80 | 1005286.80 |
| | | | Freight charges | | | 2181.80 | |
| | | | Adjustments | | | | -4301.82 |
| | | | Payments received | | | | 964851.32 |
| | | | Open credits applied | | | | 4341.82 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 638250.00 | 207348.50 | 0.00 | 430901.50 |
| | | | Adjustments | | | | -470.27 |
| | | | Payments received | | | | 437282.10 |
| | | | Open credits applied | | | | 6212.50 |
| LB INT'L | | | LB INTERNATIONAL | 4044320.00 | 1196305.80 | 4141.95 | 2852156.15 |
| | | | Freight charges | | | 4141.95 | |
| | | | Adjustments | | | | -2076.45 |
| | | | Payments received | | | | 2912301.15 |
| | | | Open credits applied | | | | 2118.85 |
| SKY TELECOM | | | THE PHONECARD WAREH | 1841500.00 | 607315.00 | 32.00 | 1234217.00 |
| | | | Freight charges | | | 32.00 | |
| | | | Adjustments | | | | -4443.36 |
| | | | Payments received | | | | 1258869.64 |
| | | | Open credits applied | | | | 7410.36 |
| STAR TELECO | | | STAR TELECOM NETWOR | 895000.00 | 313175.00 | 161.60 | 581986.60 |
| | | | Freight charges | | | 161.60 | |
| | | | Adjustments | | | | -4295.18 |
| | | | Payments received | | | | 516908.30 |
| | | | Open credits applied | | | | 3418.70 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 98425.00 | 30543.25 | 416.60 | 68298.35 |
| | | | Freight charges | | | 416.60 | |
| | | | Adjustments | | | | -1082.00 |
| | | | Payments received | | | | 65422.45 |
| | | | Open credits applied | | | | 1082.00 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2001 to September 30, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Report Total | 14732545.00 | 4746475.75 | 12345.83 | 9998415.08 |
| | | | Freight charges | | | 12345.83 | |
| | | | Adjustments | | | | -47262.39 |
| | | | Payments received | | | | 9454846.62 |
| | | | Open credits applied | | | | 75525.72 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: October 1, 2001 to December 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| AMBE SPORTS | | | AMBE SPORTS CARD, INC. | 29900.00 | 9388.00 | 100.50 | 20612.50 |
| | | | Freight charges | | | 100.50 | |
| | | | Payments received | | | | 26840.40 |
| BOSTON PHON | | | BOSTON PHONECARD WH | 302650.00 | 96399.50 | 26.70 | 206277.20 |
| | | | Freight charges | | | 26.70 | |
| | | | Adjustments | | | | -5100.00 |
| | | | Payments received | | | | 205131.70 |
| CALLING CAR | | | CALLING CARD PLUS II | 4500.00 | 1530.00 | 0.00 | 2970.00 |
| CALLING CAR | | | CALLING CARD PLUS INC | 175885.00 | 59682.10 | 0.00 | 116202.90 |
| | | | Adjustments | | | | -4797.57 |
| | | | Payments received | | | | 110624.65 |
| | | | Open credits applied | | | | 395.50 |
| DEBIT CON II | | | DEBIT CONNECTION II | 65000.00 | 22100.00 | 0.00 | 42900.00 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1961080.00 | 650490.00 | 0.00 | 1310590.00 |
| | | | Payments received | | | | 1207994.51 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 717500.00 | 232020.00 | 944.00 | 486424.00 |
| | | | Freight charges | | | 944.00 | |
| | | | Adjustments | | | | -3849.15 |
| | | | Payments received | | | | 440493.12 |
| | | | Open credits applied | | | | 6126.68 |
| RAFAT MOHD | | | HELLO TEL CORP. | 725265.00 | 234897.45 | 353.96 | 490721.51 |
| | | | Freight charges | | | 353.96 | |
| | | | Adjustments | | | | -15114.31 |
| | | | Payments received | | | | 401816.58 |
| | | | Open credits applied | | | | 3079.21 |
| | | | Report Total | 3981780.00 | 1306507.05 | 1425.16 | 2676698.11 |
| | | | Freight charges | | | 1425.16 | |
| | | | Adjustments | | | | -28861.03 |
| | | | Payments received | | | | 2392900.96 |
| | | | Open credits applied | | | | 9601.39 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: October 1, 2001 to December 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 2538541.00 | 852887.35 | 0.00 | 1685653.65 |
| | | | Adjustments | | | | -6205.05 |
| | | | Payments received | | | | 1712502.19 |
| | | | Open credits applied | | | | 24476.31 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 295810.00 | 94676.20 | 276.00 | 201409.80 |
| | | | Freight charges | | | 276.00 | |
| | | | Payments received | | | | 204579.54 |
| | | | Open credits applied | | | | 1096.71 |
| | | | Report Total | 2834351.00 | 947563.55 | 276.00 | 1887063.45 |
| | | | Freight charges | | | 276.00 | |
| | | | Adjustments | | | | -6205.05 |
| | | | Payments received | | | | 1917081.73 |
| | | | Open credits applied | | | | 25573.02 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: October 1, 2001 to December 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| INTERCOM, IN | | | INTERCOM, INC. | 4926390.00 | 1669861.20 | 4620.75 | 3261149.55 |
| | | | Freight charges | | | 4620.75 | |
| | | | Adjustments | | | | -12586.86 |
| | | | Payments received | | | | 3840270.57 |
| | | | Open credits applied | | | | 11243.80 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1486550.00 | 449916.00 | 2072.84 | 1038706.84 |
| | | | Freight charges | | | 2072.84 | |
| | | | Adjustments | | | | -15729.04 |
| | | | Payments received | | | | 1101253.60 |
| | | | Open credits applied | | | | 8497.84 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 458700.00 | 149605.00 | 0.00 | 309095.00 |
| | | | Adjustments | | | | -8815.93 |
| | | | Payments received | | | | 302188.10 |
| | | | Open credits applied | | | | 6572.60 |
| LB INT'L | | | LB INTERNATIONAL | 4781425.00 | 1420231.00 | 2517.69 | 3363711.69 |
| | | | Freight charges | | | 2517.69 | |
| | | | Adjustments | | | | -58308.86 |
| | | | Payments received | | | | 3368890.58 |
| | | | Open credits applied | | | | 58278.21 |
| SKY TELECOM | | | THE PHONECARD WAREH | 1139000.00 | 380395.00 | 0.00 | 758605.00 |
| | | | Adjustments | | | | -569.79 |
| | | | Payments received | | | | 875859.06 |
| | | | Open credits applied | | | | 537.94 |
| STAR TELECO | | | STAR TELECOM NETWOR | 620985.00 | 221484.60 | 86.70 | 399587.10 |
| | | | Freight charges | | | 86.70 | |
| | | | Adjustments | | | | -22720.70 |
| | | | Payments received | | | | 291747.92 |
| | | | Open credits applied | | | | 41130.88 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 76125.00 | 23609.25 | 377.13 | 52892.88 |
| | | | Freight charges | | | 377.13 | |
| | | | Adjustments | | | | -69.00 |
| | | | Payments received | | | | 56103.43 |
| | | | Report Total | 13489175.00 | 4315102.05 | 9675.11 | 9183748.06 |
| | | | Freight charges | | | 9675.11 | |
| | | | Adjustments | | | | -118800.18 |
| | | | Payments received | | | | 9836313.26 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: October 1, 2001 to December 31, 2001)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Open credits applied | | | | 126261.27 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2002 to March 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| AMBE SPORTS | | | AMBE SPORTS CARD, INC. | 20000.00 | 6220.00 | 65.50 | 13845.50 |
| | | | Freight charges | | | 65.50 | |
| | | | Payments received | | | | 10103.00 |
| | | | Open credits applied | | | | 624.40 |
| BOSTON PHON | | | BOSTON PHONECARD WH | 253250.00 | 81022.50 | 0.00 | 172227.50 |
| | | | Payments received | | | | 165043.00 |
| CALLING CAR | | | CALLING CARD PLUS II | 17400.00 | 6090.00 | 0.00 | 11310.00 |
| | | | Payments received | | | | 9145.00 |
| CALLING CAR | | | CALLING CARD PLUS INC | 221175.00 | 75062.75 | 0.00 | 146112.25 |
| | | | Adjustments | | | | -432.80 |
| | | | Payments received | | | | 145563.58 |
| | | | Open credits applied | | | | 1225.97 |
| DEBIT CON II | | | DEBIT CONNECTION II | 155000.00 | 52700.00 | 0.00 | 102300.00 |
| | | | Adjustments | | | | -14854.08 |
| | | | Payments received | | | | 54445.92 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1698200.00 | 569335.00 | 20.00 | 1128885.00 |
| | | | Freight charges | | | 20.00 | |
| | | | Adjustments | | | | -9576.30 |
| | | | Payments received | | | | 1115690.00 |
| | | | Open credits applied | | | | 1330.00 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 769000.00 | 249780.00 | 1178.30 | 520398.30 |
| | | | Freight charges | | | 1178.30 | |
| | | | Adjustments | | | | -10048.17 |
| | | | Payments received | | | | 568040.67 |
| | | | Open credits applied | | | | 11871.42 |
| RAFAT MOHD | | | HELLO TEL CORP. | 870400.00 | 284931.00 | 283.76 | 585752.76 |
| | | | Freight charges | | | 283.76 | |
| | | | Adjustments | | | | -5815.34 |
| | | | Payments received | | | | 583017.60 |
| | | | Open credits applied | | | | 1254.24 |
| Y/LAND CORP | | | FUTURE COMMUNICATIO | 68000.00 | 23770.00 | 108.60 | 44338.60 |
| | | | Freight charges | | | 108.60 | |
| | | | Payments received | | | | 16270.30 |
| | | | Open credits applied | | | | 6515.50 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2002 to March 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Report Total | 4072425.00 | 1348911.25 | 1656.16 | 2725169.91 |
| | | | Freight charges | | | 1656.16 | |
| | | | Adjustments | | | | -40726.69 |
| | | | Payments received | | | | 2667319.07 |
| | | | Open credits applied | | | | 22821.53 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2002 to March 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 3053715.00 | 1028866.59 | 0.00 | 2024848.41 |
| | | | Adjustments | | | | -239941.60 |
| | | | Payments received | | | | 1609880.80 |
| | | | Open credits applied | | | | 32057.36 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 343550.00 | 111791.50 | 348.00 | 232106.50 |
| | | | Freight charges | | | 348.00 | |
| | | | Adjustments | | | | -13539.00 |
| | | | Payments received | | | | 206995.62 |
| | | | Open credits applied | | | | 560.18 |
| | | | Report Total | 3397265.00 | 1140658.09 | 348.00 | 2256954.91 |
| | | | Freight charges | | | 348.00 | |
| | | | Adjustments | | | | -253480.60 |
| | | | Payments received | | | | 1816876.42 |
| | | | Open credits applied | | | | 32617.54 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2002 to March 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| INTERCOM, IN | | | INTERCOM, INC. | 6096590.00 | 2067234.50 | 5702.94 | 4035058.44 |
| | | | Freight charges | | | 5702.94 | |
| | | | Adjustments | | | | -22275.49 |
| | | | Payments received | | | | 3361907.24 |
| | | | Open credits applied | | | | 85148.50 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1797000.00 | 551020.00 | 2624.60 | 1248604.60 |
| | | | Freight charges | | | 2624.60 | |
| | | | Adjustments | | | | -2885.91 |
| | | | Payments received | | | | 1038451.19 |
| | | | Open credits applied | | | | 10976.91 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 614800.00 | 201465.00 | 0.00 | 413335.00 |
| | | | Adjustments | | | | -916.38 |
| | | | Payments received | | | | 408357.27 |
| | | | Open credits applied | | | | 4550.00 |
| LB INT'L | | | LB INTERNATIONAL | 3395500.00 | 1019200.00 | 7681.25 | 2383981.25 |
| | | | Miscellaneous charges | | | 7500.00 | |
| | | | Freight charges | | | 181.25 | |
| | | | Adjustments | | | | -11018.05 |
| | | | Payments received | | | | 2615373.35 |
| | | | Open credits applied | | | | 55134.75 |
| SKY TELECOM | | | THE PHONECARD WAREH | 1387000.00 | 459510.00 | 87.90 | 927577.90 |
| | | | Freight charges | | | 87.90 | |
| | | | Adjustments | | | | -73875.04 |
| | | | Payments received | | | | 806878.07 |
| | | | Open credits applied | | | | 74444.83 |
| STAR TELECO | | | STAR TELECOM NETWOR | 862000.00 | 310455.00 | 19.50 | 551564.50 |
| | | | Freight charges | | | 19.50 | |
| | | | Adjustments | | | | -23556.75 |
| | | | Payments received | | | | 497663.40 |
| | | | Open credits applied | | | | 53840.81 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 84450.00 | 26082.75 | 281.78 | 58649.03 |
| | | | Freight charges | | | 281.78 | |
| | | | Adjustments | | | | -3054.95 |
| | | | Payments received | | | | 57619.53 |
| | | | Open credits applied | | | | 3049.15 |
| | | | Report Total | 14237340.00 | 4634967.25 | 16397.97 | 9618770.72 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: January 1, 2002 to March 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Miscellaneous charges | | | 7500.00 | |
| | | | Freight charges | | | 8897.97 | |
| | | | Adjustments | | | | -137582.57 |
| | | | Payments received | | | | 8786250.05 |
| | | | Open credits applied | | | | 287144.95 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: April 1, 2002 to June 30, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| ADVANCED TE | | | ADVANCED TELECOM SO | 61500.00 | 20880.00 | 0.00 | 40620.00 |
| AMBE SPORTS | | | AMBE SPORTS CARD, INC. | 12000.00 | 3755.00 | 60.10 | 8305.10 |
| | | | Freight charges | | | 60.10 | |
| | | | Payments received | | | | 9682.70 |
| BOSTON PHON | | | BOSTON PHONECARD WH | 224000.00 | 71670.00 | 11.50 | 152341.50 |
| | | | Freight charges | | | 11.50 | |
| | | | Payments received | | | | 142850.00 |
| CALLING CAR | | | CALLING CARD PLUS II | 14000.00 | 4900.00 | 0.00 | 9100.00 |
| | | | Payments received | | | | 14235.00 |
| CALLING CAR | | | CALLING CARD PLUS INC | 246625.00 | 84676.50 | 0.00 | 161948.50 |
| | | | Adjustments | | | | -1470.25 |
| | | | Payments received | | | | 147152.60 |
| | | | Open credits applied | | | | 666.60 |
| CRISTEL TELE | | | CRISTEL TELECOM, INC. | 382500.00 | 142050.00 | 0.00 | 240450.00 |
| | | | Payments received | | | | 37950.00 |
| DEBIT CON II | | | DEBIT CONNECTION II | 323000.00 | 110550.00 | 0.00 | 212450.00 |
| | | | Payments received | | | | 173550.00 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1742750.00 | 585760.00 | 0.00 | 1156990.00 |
| | | | Adjustments | | | | -7306.50 |
| | | | Payments received | | | | 1209965.00 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 999000.00 | 329975.00 | 1647.10 | 670672.10 |
| | | | Freight charges | | | 1647.10 | |
| | | | Adjustments | | | | -5520.96 |
| | | | Payments received | | | | 582404.10 |
| | | | Open credits applied | | | | 2892.44 |
| RAFAT MOHD | | | HELLO TEL CORP. | 1229500.00 | 406980.00 | 220.90 | 822740.90 |
| | | | Freight charges | | | 220.90 | |
| | | | Adjustments | | | | -4256.95 |
| | | | Payments received | | | | 833310.87 |
| | | | Open credits applied | | | | 6647.03 |
| Y/LAND CORP | | | FUTURE COMMUNICATIO | 189100.00 | 65095.00 | 472.74 | 124477.74 |
| | | | Freight charges | | | 472.74 | |
| | | | Adjustments | | | | -1139.00 |
| | | | Payments received | | | | 111413.00 |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: April 1, 2002 to June 30, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Open credits applied | | | | 1254.54 |
| | | | Report Total | 5423975.00 | 1826291.50 | 2412.34 | 3600095.84 |
| | | | Freight charges | | | 2412.34 | |
| | | | Adjustments | | | | -19693.66 |
| | | | Payments received | | | | 3262513.27 |
| | | | Open credits applied | | | | 11460.61 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: April 1, 2002 to June 30, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 3125375.00 | 1061235.63 | 2.00 | 2064141.37 |
| | | | Miscellaneous charges | | | 2.00 | |
| | | | Adjustments | | | | -3321.20 |
| | | | Payments received | | | | 1774703.97 |
| | | | Open credits applied | | | | 4808.80 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 421050.00 | 133738.50 | 384.00 | 287695.50 |
| | | | Freight charges | | | 384.00 | |
| | | | Adjustments | | | | -15295.35 |
| | | | Payments received | | | | 248898.00 |
| | | | Open credits applied | | | | 2523.36 |
| | | | Report Total | 3546425.00 | 1194974.13 | 386.00 | 2351836.87 |
| | | | Miscellaneous charges | | | 2.00 | |
| | | | Freight charges | | | 384.00 | |
| | | | Adjustments | | | | -18616.55 |
| | | | Payments received | | | | 2023601.97 |
| | | | Open credits applied | | | | 7332.16 |

Jan 1, 2002

5:21 pm



# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: April 1, 2002 to June 30, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| INTERCOM, IN | | | INTERCOM, INC. | 5746750.00 | 1948715.00 | 5540.70 | 3803575.70 |
| | | | Freight charges | | | 5540.70 | |
| | | | Adjustments | | | | -3123.21 |
| | | | Payments received | | | | 3699562.62 |
| | | | Open credits applied | | | | 28653.88 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1744400.00 | 541350.00 | 2684.50 | 1205734.50 |
| | | | Freight charges | | | 2684.50 | |
| | | | Payments received | | | | 1296499.80 |
| | | | Open credits applied | | | | 4817.80 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 500150.00 | 165927.50 | 0.00 | 334222.50 |
| | | | Adjustments | | | | -14096.65 |
| | | | Payments received | | | | 320874.60 |
| | | | Open credits applied | | | | 15232.90 |
| LB INT'L | | | LB INTERNATIONAL | 3335750.00 | 1009795.00 | 318.50 | 2326273.50 |
| | | | Freight charges | | | 318.50 | |
| | | | Adjustments | | | | -4648.90 |
| | | | Payments received | | | | 2367208.04 |
| | | | Open credits applied | | | | 9138.56 |
| SKY TELECOM | | | THE PHONECARD WAREH | 2107500.00 | 698020.00 | 0.00 | 1409480.00 |
| | | | Adjustments | | | | -7185.13 |
| | | | Payments received | | | | 1344975.00 |
| STAR TELECO | | | STAR TELECOM NETWOR | 704000.00 | 254390.00 | 0.00 | 449610.00 |
| | | | Adjustments | | | | -6300.00 |
| | | | Payments received | | | | 498555.00 |
| | | | Open credits applied | | | | 12800.00 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 68100.00 | 21517.75 | 284.69 | 46866.94 |
| | | | Freight charges | | | 284.69 | |
| | | | Adjustments | | | | -1765.30 |
| | | | Payments received | | | | 44438.24 |
| | | | Open credits applied | | | | 1135.60 |
| | | | Report Total | 14206650.00 | 4639715.25 | 8828.39 | 9575763.14 |
| | | | Freight charges | | | 8828.39 | |
| | | | Adjustments | | | | -37119.19 |
| | | | Payments received | | | | 9572113.30 |
| | | | Open credits applied | | | | 71778.74 |

Jan 1. 2002

5:12 pm



# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2002 to August 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| ADVANCED TE | | | ADVANCED TELECOM SO | 143500.00 | 48020.00 | 0.00 | 95480.00 |
| | | | Payments received | | | | 94550.00 |
| | | | Open credits applied | | | | 6450.00 |
| AMBE SPORTS | | | AMBE SPORTS CARD, INC. | 2500.00 | 775.00 | 11.50 | 1736.50 |
| | | | Freight charges | | | 11.50 | |
| | | | Payments received | | | | 3477.00 |
| BOSTON PHON | | | BOSTON PHONECARD WH | 73985.00 | 23750.05 | 73.00 | 50307.95 |
| | | | Freight charges | | | 73.00 | |
| | | | Payments received | | | | 85989.50 |
| CALLING CAR | | | CALLING CARD PLUS INC | 220750.00 | 78364.50 | 0.00 | 142385.50 |
| | | | Adjustments | | | | -1326.87 |
| | | | Payments received | | | | 127246.35 |
| | | | Open credits applied | | | | 1347.15 |
| CRISTEL TELE | | | CRISTEL TELECOM, INC. | 876000.00 | 328540.00 | 0.00 | 547460.00 |
| | | | Adjustments | | | | -329.83 |
| | | | Payments received | | | | 600080.00 |
| DEBIT CON II | | | DEBIT CONNECTION II | 337500.00 | 115600.00 | 0.00 | 221900.00 |
| | | | Payments received | | | | 187450.00 |
| DEBIT CONNE | | | DEBIT CONNECTION | 1330580.00 | 446371.40 | 263.00 | 884471.60 |
| | | | Freight charges | | | 263.00 | |
| | | | Adjustments | | | | -7631.30 |
| | | | Payments received | | | | 874116.10 |
| | | | Open credits applied | | | | 12595.30 |
| DISCOUNT CO | | | DISCOUNT COMMUNICATI | 674000.00 | 223145.00 | 860.00 | 451715.00 |
| | | | Freight charges | | | 860.00 | |
| | | | Adjustments | | | | -3307.50 |
| | | | Payments received | | | | 463369.45 |
| | | | Open credits applied | | | | 2628.25 |
| RAFAT MOHD | | | HELLO TEL CORP. | 832500.00 | 281340.00 | 97.61 | 551257.61 |
| | | | Freight charges | | | 97.61 | |
| | | | Adjustments | | | | -4681.91 |
| | | | Payments received | | | | 506256.05 |
| | | | Open credits applied | | | | 1119.95 |
| Y/LAND CORP | | | FUTURE COMMUNICATIO | 109750.00 | 38192.50 | 171.70 | 71729.20 |
| | | | Freight charges | | | 171.70 | |

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2002 to August 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| | | | Adjustments | | | | -0.50 |
| | | | Payments received | | | | 78608.24 |
| | | | Open credits applied | | | | 2746.36 |
| | | | Report Total | 4601065.00 | 1584098.45 | 1476.81 | 3018443.36 |
| | | | Freight charges | | | 1476.81 | |
| | | | Adjustments | | | | -17277.91 |
| | | | Payments received | | | | 3021142.69 |
| | | | Open credits applied | | | | 26887.01 |

# Locus Telecommunications, Inc.

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2002 to August 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| CALLPLUS INT | | | CALLPLUS INT'L (2140) | 1783720.00 | 603803.35 | 2.00 | 1179918.65 |
| | | | Miscellaneous charges | | | 2.00 | |
| | | | Adjustments | | | | -9131.50 |
| | | | Payments received | | | | 1332279.12 |
| | | | Open credits applied | | | | 17231.96 |
| KIM'S SUPPL | | | KIM'S SUPPLY CO. | 268500.00 | 87061.00 | 216.00 | 181655.00 |
| | | | Freight charges | | | 216.00 | |
| | | | Adjustments | | | | -1000.10 |
| | | | Payments received | | | | 179150.54 |
| | | | Report Total | 2052220.00 | 690864.35 | 218.00 | 1361573.65 |
| | | | Miscellaneous charges | | | 2.00 | |
| | | | Freight charges | | | 216.00 | |
| | | | Adjustments | | | | -10131.60 |
| | | | Payments received | | | | 1511429.66 |
| | | | Open credits applied | | | | 17231.96 |

5:23 pm

# Locus Telecommunications

## Sales Analysis Report, by Customer (Filtered)

(Report period: July 1, 2002 to August 31, 2002)

| Inv # | Rep | Date | Description | Invoice Subtotal | Discounts | Misc, Tax, & Freight | Total |
|---|---|---|---|---|---|---|---|
| INTERCOM, IN | | | INTERCOM, INC. | 4318000.00 | 1469240.00 | 4095.00 | 2852855.00 |
| | | | Freight charges | | | 4095.00 | |
| | | | Adjustments | | | | -9194.11 |
| | | | Payments received | | | | 2775310.00 |
| | | | Open credits applied | | | | 15938.40 |
| KWON'S ENTE | | | KWON'S ENTERPRISES | 1300000.00 | 398280.00 | 1903.00 | 903623.00 |
| | | | Freight charges | | | 1903.00 | |
| | | | Adjustments | | | | -22253.30 |
| | | | Payments received | | | | 817995.90 |
| | | | Open credits applied | | | | 22253.30 |
| KYUNG TAEK | | | KYUNG TAEK CHANG | 275500.00 | 94319.00 | 0.00 | 181181.00 |
| | | | Adjustments | | | | -2590.87 |
| | | | Payments received | | | | 226701.00 |
| LB INT'L | | | LB INTERNATIONAL | 2305750.00 | 702090.00 | 367.25 | 1604027.25 |
| | | | Freight charges | | | 367.25 | |
| | | | Adjustments | | | | -8104.45 |
| | | | Payments received | | | | 1571885.41 |
| | | | Open credits applied | | | | 15938.19 |
| SKY TELECOM | | | THE PHONECARD WAREH | 259600.00 | 88453.00 | 0.00 | 171147.00 |
| | | | Adjustments | | | | -933.15 |
| | | | Payments received | | | | 330842.12 |
| | | | Open credits applied | | | | 1624.88 |
| STAR TELECO | | | STAR TELECOM NETWOR | 439500.00 | 158940.00 | 0.00 | 280560.00 |
| | | | Payments received | | | | 293790.00 |
| | | | Open credits applied | | | | 3200.00 |
| TNT MARKETI | | | T-IN-T MARKETING INC. | 48700.00 | 15406.50 | 167.01 | 33460.51 |
| | | | Freight charges | | | 167.01 | |
| | | | Adjustments | | | | -0.40 |
| | | | Payments received | | | | 31495.80 |
| | | | Report Total | 8947050.00 | 2926728.50 | 6532.26 | 6026853.76 |
| | | | Freight charges | | | 6532.26 | |
| | | | Adjustments | | | | -43076.28 |
| | | | Payments received | | | | 6048020.23 |
| | | | Open credits applied | | | | 58954.77 |

Date: Thursday, June 07, 2007
Time: 02:34PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 4,500.00 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: | Advanced Telecom Solutions | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 51,500.00 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 78,402.00 | 100.00 % |
| Cust ID: 11-CALLING C | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 98,860.00 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 233,262.00 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 233,262.00 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:34PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: | CRISTEL TELECOM INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 386,500.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | DEBIT CONNECTION 2 | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 170,000.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | Inactive | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 700,000.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: | DISCOUNT COMMUNICATIONS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 262,345.62 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: | FUTURE EXPO, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 60,000.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: | CALLPLUS INT'L | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,019,659.82 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,598,505.44 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,598,505.44 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:35PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 418,540.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,264,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,683,040.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,683,040.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:21AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|

**Company: 0000**

Cust ID: 11-KYUNG TA Customer Name: UNICOM

| | | | | |
|---|---|---|---|---|
| Customer Total: | | 0.00 | 182,400.00 | 100.00 % |

Cust ID: 51-KIM S SUP Customer Name: KIM'S SUPPLY CO.

| | | | | |
|---|---|---|---|---|
| Customer Total: | | 0.00 | 124,647.07 | 100.00 % |
| Company Total: | | 0.00 | 307,047.07 | 100.00 % |
| Report Total: | | 0.00 | 307,047.07 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:21AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 633,920.66 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,138,860.73 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 167,115.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,939,896.39 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,939,896.39 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:21AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Period: 09-02 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 93,020.00 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 14,860.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 107,880.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 107,880.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:22AM
User: PETERKIM

Page: 1 of 1
Report: 08740.rpt
Company: 0000

**Sales by Customer - Summary**
Period: 09-02 As of: 6/13/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|

Company:

Cust ID: Customer Name:

Customer Total: %

Company Total: %

Report Total: %

Date: Thursday, June 07, 2007
Time: 02:24PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,500.00 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: Advanced Telecom Solutions | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,375,910.00 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 140,564.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 354,636.95 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,873,610.95 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,873,610.95 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:24PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL 1 | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 5,341,551.50 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 750,000.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,556,682.20 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 843,719:93 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 128,850.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,277,196.62 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 10,898,000.25 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 10,898,000.25 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02.24PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,175,825.37 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,358,414.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 7,534,239.37 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 7,534,239.37 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:25AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 331,155.00 | 100.00 % |
| Cust ID: 51-KIM S SUP | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 383,899.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 715,054.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 715,054.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:25AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,156,949.92 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,661,197.50 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 529,550.96 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 5,347,698.38 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 5,347,698.38 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:26AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-02 Through 12-02 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 600,699.86 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 41,375.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 642,074.86 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 642,074.86 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:26AM
User: PETERKIM


Report: 08740.rpt
Company: 0000

**Sales by Customer - Summary**

**Periods: 10-02 Through 12-02 As of: 6/13/2007**

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|

**Company:**

Cust ID: Customer Name:

Customer Total: %

Company Total: %

Report Total: %

Date Thursday, June 07, 2007
Time 01:28PM
User SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,500.00 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: | Advanced Telecom Solutions | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,244,158.98 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 172,895.25 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 276,195.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,695,749.23 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,695,749.23 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:30PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/7/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | Customer Name: CRISTEL TELECOM INC | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 5,678,257.64 | 100.00 % |
| Cust ID: 11-DEBIT COI | | Customer Name: DEBIT CONNECTION 2 | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 976,025.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | Customer Name: Inactive | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,087,980.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 703,360.33 | 100.00 % |
| Cust ID: 11-FUTURE C | | Customer Name: FUTURE EXPO, INC. | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 115,086.25 | 100.00 % |
| Cust ID: 51-CALLPLU | | Customer Name: CALLPLUS INT'L | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,392,191.68 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 10,952,900.90 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 10,952,900.90 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:32PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/7/2007

Page 1 of 1
Report 08740.rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | Customer Name: Hello Tel. Investment Inc. | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 875,414.37 | 100.00 % |
| Cust ID: 11-INTERCO | | Customer Name: INTERCOM, INC. | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,051,095.82 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 6,926,510.19 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 6,926,510.19 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:28AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/13/2007

Page. 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 246,123.23 | 100.00 % |
| Cust ID: 51-KIM S SUF | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 359,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 605,623.23 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 605,623.23 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:29AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,935,729.55 | 100.00 % |
| Cust ID: 11-LB INTERI | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,306,016.80 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 559,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 4,801,246.35 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 4,801,246.35 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:29AM
User: PETERKIM

# Locus Telecommunications inc.

## Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 589,365.17 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 36,489.15 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 625,854.32 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 625,854.32 | 100.00 % |

Date: Wednesday, June 13, 2007
Time 11:29AM
User: PETERKIM

Page: 1 of 1
Report: 08740.rpt
Company: 0000

# Sales by Customer - Summary

Periods: 01-03 Through 03-03 As of: 6/13/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|

Company:

Cust ID: Customer Name:

Customer Total: %

Company Total: %

Report Total: %

Date: Thursday, June 07, 2007
Time: 01:29PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-ATS | | | Customer Name: | Advanced Telecom Solutions | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,225,439.49 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 183,651.28 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 416,080.66 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,825,171.43 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,825,171.43 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:31PM
User: SYSADMIN

Page: 1 of 1
Report: 08740.rpt
Company: 0000

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/7/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,920,638.77 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,057,100.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 747,455.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 863,423.12 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 98,020.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,925,334.52 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 11,611,971.41 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 11,611,971.41 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:32PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 882,704.37 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,848,376.14 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 7,731,080.51 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 7,731,080.51 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:07AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 160,755.00 | 100.00 % |
| Cust ID: 51-KIM S SUF | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 411,046.95 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 571,801.95 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 571,801.95 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:07AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,052,987.11 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,522,068.02 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 696,395.50 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 5,271,450.63 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 5,271,450.63 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

**Periods: 04-03 Through 06-03 As of: 6/13/2007**

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: | The Phone Card Warehouse Inc. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 389,701.70 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: | T-IN-T MARKETING INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 22,940.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: | TRI-PILLAR, INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 35,000.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 447,641.70 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 447,641.70 | 100.00 % |

Date Wednesday, June 13, 2007
Time 11:08AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-03 Through 06-03 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-VE NICE C | | | Customer Name: VE NICE CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 34,000.00 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: NEWTEL USA, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 56,000.00 | 100.00 % |
| Cust ID: 51-UNITEL NE | | | Customer Name: -> NJ Do not use! | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 12,000.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 102,000.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 102,000.00 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:29PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 92,110.00 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: | Advanced Telecom Solutions | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,355,393.82 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 38,390.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 444,775.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,930,668.82 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,930,668.82 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/7/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL C | | | Customer Name: | CRISTEL (OCGB) - Inactive | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 57,500.00 | 100.00 % |
| Cust ID: 11-CRISTEL T | | | Customer Name: | CRISTEL TELECOM INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,872,077.30 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | DEBIT CONNECTION 2 | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,368,550.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | Inactive | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 599,900.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: | DISCOUNT COMMUNICATIONS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 932,990.00 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: | FUTURE EXPO, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 125,960.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: | CALLPLUS INT'L | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,421,367.11 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 12,378,344.41 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 12,378,344.41 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/7/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,013,039.53 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,925,775.53 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 7,938,815.06 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 7,938,815.06 | 100.00 % |

Date Wednesday, June 13, 2007
Time 11:12AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/13/2007


Report 08740.rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 201,295.11 | 100.00 % |
| Cust ID: 51-KIM S SUP | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 380,286.36 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 581,581.47 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 581,581.47 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:12AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **0000** | | | | | | | | | |
| Cust ID: | 11-KWON S E | | Customer Name: | PAYLESS LINK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,265,170.13 | 100.00 % |
| Cust ID: | 11-LB INTERN | | Customer Name: | LB INTERNATIONAL | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,078,042.64 | 100.00 % |
| Cust ID: | 11-STAR TEL | | Customer Name: | STAR TELECOM NETWORK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,154,957.91 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 6,498,170.68 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 6,498,170.68 | 100.00 % |

Date. Wednesday, June 13, 2007
Time: 11:13AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/13/2007

Page: 1 of 1
Report. 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,669,790.00 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 29,025.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 54,100.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,752,915.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,752,915.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:14AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-03 Through 09-03 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 0000** | | | | | | | | | | |
| Cust ID: 11-VE NICE C | | | Customer Name: | VE NICE CO. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 217,800.00 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: | NEWTEL USA, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 418,000.00 | 100.00 % |
| Cust ID: 51-UNITEL NE | | | Customer Name: | -> NJ Do not use! | | | | | | |
| | | | | | | Customer Total: | | 0.00 | -3,750.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 632,050.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 632,050.00 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:29PM
User SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/7/2007

Page: 1 of 1
Report 08740 rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 308,574.59 | 100.00 % |
| Cust ID: 11-ATS | | Customer Name: | Advanced Telecom Solutions | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,198,147.22 | 100.00 % |
| Cust ID: 11-BOSTON F | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 101,200.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | Customer Name: | CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 359,093.10 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 3,967,014.91 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 3,967,014.91 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:31PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL C | | | Customer Name: CRISTEL (OCGB) - Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 12,500.00 | 100.00 % |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 5,818,389.90 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,705,410.00 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 498,780.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 931,382.54 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 129,750.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,079,096.83 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 11,175,309.27 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 11,175,309.27 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 01:33PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 1,019,284.10 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: Honolulu Candy | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 66,750.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 5,872,429.63 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 6,958,463.73 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 6,958,463.73 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:16AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 150,400.00 | 100.00 % |
| Cust ID: 51-KIM S SUP | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 294,616.67 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 445,016.67 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 445,016.67 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:16AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: | PAYLESS LINK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,342,541.74 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: | LB INTERNATIONAL | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,761,661.74 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: | STAR TELECOM NETWORK | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,575,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 5,679,703.48 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 5,679,703.48 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:16AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/13/2007


Report: 08740.rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | 0000 | | | | | | | | | |
| Cust ID: 11-THE PHON | | Customer Name: | The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,186,540.60 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | Customer Name: | T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 20,515.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | Customer Name: | TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 53,860.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,260,915.60 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,260,915.60 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:18AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-03 Through 12-03 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-VE NICE C | | | Customer Name: VE NICE CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 297,962.41 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: NEWTEL USA, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 959,350.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,257,312.41 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,257,312.41 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:10PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/7/2007

Page: 1 of 1
Report: 08740 rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 660,249.36 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: | Advanced Telecom Solutions | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,739,977.96 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 107,500.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 386,676.04 | 100.00 % |
| Cust ID: 11-TRIPLE TI | | | Customer Name: | TRIPLE TIGER TRADING, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 239,750.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 3,134,153.36 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 3,134,153.36 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:12PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL ( | | | Customer Name: CRISTEL (OCGB) - Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | -19,668.45 | 100.00 % |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,300,383.64 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,934,523.90 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: Inactive | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | -906.40 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 779,402.15 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 107,250.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,885,173.29 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 10,986,158.13 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 10,986,158.13 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:13PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 922,300.23 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: Honolulu Candy | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 137,620.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 6,578,843.70 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 7,638,763.93 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 7,638,763.93 | 100.00 % |

Date Wednesday, June 13, 2007
Time 11:31AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 156,955.00 | 100.00 % |
| Cust ID: 51-KIM S SUP | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 385,985.01 | 100.00 % |
| Cust ID: 51-KROSSLA | | | Customer Name: -> NJ Do not use! | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 559,133.01 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,102,073.02 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,102,073.02 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:31AM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,264,134.90 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,417,818.40 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: MILLENNIUM TELECARD-FADI SALIM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 112,500.00 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 831,583.93 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 5,626,037.23 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 5,626,037.23 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:32AM
User PETERKIM

# Locus Telecommunications inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/13/2007

Page 1 of 1
Report: 08740.rpt
Company 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,220,132.27 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 27,625.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 49,000.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,296,757.27 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,296,757.27 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:32AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-04 Through 03-04 As of: 6/13/2007

Page: 1 of 1
Report: 08740 rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-VE NICE C | | | Customer Name: VE NICE CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 425,462.12 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: NEWTEL USA, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,525,450.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,950,912.12 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,950,912.12 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:10PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 930,520.56 | 100.00 % |
| Cust ID: 11-ATS | | | Customer Name: Advanced Telecom Solutions | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 10.72 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 71,430.30 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 350,686.15 | 100.00 % |
| Cust ID: 11-TRIPLE TI | | | Customer Name: TRIPLE TIGER TRADING, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,631,309.28 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,983,957.01 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,983,957.01 | 100.00 % |

Date. Thursday, June 07, 2007
Time: 02:12PM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: | CRISTEL TELECOM INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 8,152,793.21 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | DEBIT CONNECTION 2 | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,605,595.01 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: | DISCOUNT COMMUNICATIONS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,240,655.00 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: | FUTURE EXPO, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 99,597.50 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: | CALLPLUS INT'L | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,625,204.65 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 13,723,845.37 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 13,723,845.37 | 100.00 % |

Date Thursday, June 07, 2007
Time 02:14PM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/7/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | Customer Name: Hello Tel Investment Inc. | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,008,820.03 | 100.00 % |
| Cust ID: 11-HONOLUL | | Customer Name: Honolulu Candy | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 206,120.00 | 100.00 % |
| Cust ID: 11-INTERCO | | Customer Name: INTERCOM, INC. | | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,301,499.70 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 8,516,439.73 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 8,516,439.73 | 100.00 % |

Date. Wednesday, June 13, 2007
Time. 11:36AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KIM S SUP | | | Customer Name: KIM'S SUPPLY | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 256,963.99 | 100.00 % |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 177,280.00 | 100.00 % |
| Cust ID: 51-KIM S SUP | | | Customer Name: KIM'S SUPPLY CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 170,047.00 | 100.00 % |
| Cust ID: 51-KROSSLA | | | Customer Name: -> NJ Do not use! | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 5,189,779.46 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 5,794,070.45 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 5,794,070.45 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:36AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,282,470.39 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 5,592,661.17 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: MILLENNIUM TELECARD-FADI SALIM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 470,225.00 | 100.00 % |
| Cust ID: 11-SOS TELE | | | Customer Name: SOS TELECOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 27,500.00 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 573,750.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 8,946,606.56 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 8,946,606.56 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:37AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 04-04 Through 06-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,224,185.50 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 23,100.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 142,500.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,389,785.50 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,389,785.50 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:38AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

**Periods: 04-04 Through 06-04 As of: 6/13/2007**


Report: 08740 rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 0000** | | | | | | | | | | |
| Cust ID: 11-VE NICE C | | | Customer Name: VE NICE CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 505,450.00 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: NEWTEL USA, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,166,525.00 | 100.00 % |
| Cust ID: 51-UNITEL NE | | | Customer Name: -> NJ Do not use! | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 4,955,550.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 7,627,525.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 7,627,525.00 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/7/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,349,594.41 | 100.00 % |
| Cust ID: 11-BOSTON F | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 98,820.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | Customer Name: | CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 398,575.00 | 100.00 % |
| Cust ID: 11-TRIPLE TI | | Customer Name: | TRIPLE TIGER TRADING, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 825,785.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,672,774.41 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,672,774.41 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:13PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 0000** | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: | CRISTEL TELECOM INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 8,471,529.94 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: | DEBIT CONNECTION 2 | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,035,250.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: | DISCOUNT COMMUNICATIONS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,265,496.97 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: | FUTURE EXPO, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 104,500.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: | CALLPLUS INT'L | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,800,973.83 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 14,677,750.74 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 14,677,750.74 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:14PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 936,250.65 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: Honolulu Candy | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 215,320.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,745,042.01 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 8,896,612.66 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 8,896,612.66 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:36AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KIM S SUP | | | Customer Name: KIM'S SUPPLY | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 529,162.87 | 100.00 % |
| Cust ID: 11-KROSSLA | | | Customer Name: KDI DISTRIBUTION, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,065,605.00 | 100.00 % |
| Cust ID: 11-KYUNG TA | | | Customer Name: UNICOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 182,600.00 | 100.00 % |
| Cust ID: 51-KROSSLA | | | Customer Name: -> NJ Do not use! | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,888,125.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 9,665,492.87 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 9,665,492.87 | 100.00 % |

Date Wednesday, June 13, 2007
Time 11:36AM
User: PETERKIM

# Locus Telecommunications inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,674,249.50 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,482,330.04 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: MILLENNIUM TELECARD-FADI SALIM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 448,500.00 | 100.00 % |
| Cust ID: 11-SOS TELE | | | Customer Name: SOS TELECOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 209,000.00 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | -119,920.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 9,694,159.54 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 9,694,159.54 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:37AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-SUN WHOI | | | Customer Name: SUN WHOLESALE, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 77,000.00 | 100.00 % |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,512,175.00 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 33,030.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 165,650.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 1,787,855.00 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 1,787,855.00 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:38AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 07-04 Through 09-04 As of: 6/13/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-UNITEL NE | | | Customer Name: | UNITED TELECOM GROUP, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,645,550.60 | 100.00 % |
| Cust ID: 11-VE NICE C | | | Customer Name: | VE NICE CO. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 563,250.00 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: | NEWTEL USA, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,055,970.00 | 100.00 % |
| Cust ID: 51-UNITEL NE | | | Customer Name: | -> NJ Do not use! | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,665,760.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 7,930,530.60 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 7,930,530.60 | 100.00 % |

Date Thursday, June 07, 2007
Time 02:11PM
User PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: AMBE SPORTS CARD, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,632,514.22 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: BOSTON PHONECARD WHOLESALE | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,074,800.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: CALLING CARD PLUS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 382,952.55 | 100.00 % |
| Cust ID: 11-TRIPLE TI | | | Customer Name: TRIPLE TIGER TRADING, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 610,750.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 4,701,016.77 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 4,701,016.77 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:13PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,506,461.75 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,196,510.00 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,260,370.00 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 117,500.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,814,172.45 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 13,895,014.20 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 13,895,014.20 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:14PM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/7/2007

Page 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 0000** | | | | | | | | | | |
| Cust ID: 11-HELLO TE | | | Customer Name: Hello Tel. Investment Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 959,539.76 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: Honolulu Candy | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 208,240.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: INTERCOM, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,309,477.74 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 8,477,257.50 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 8,477,257.50 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:43AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KIM S SUP | | | Customer Name: | KIM'S SUPPLY | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 427,296.42 | 100.00 % |
| Cust ID: 11-KROSSLA | | | Customer Name: | KDI DISTRIBUTION, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 10,218,889.89 | 100.00 % |
| Cust ID: 11-KYUNG TA | | | Customer Name: | UNICOM | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 194,280.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 10,840,466.31 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 10,840,466.31 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/13/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,398,000.00 | 100.00 % |
| Cust ID: 11-LB INTERI | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 9,001,070.11 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: MILLENNIUM TELECARD-FADI SALIM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,740,749.99 | 100.00 % |
| Cust ID: 11-SOS TELE | | | Customer Name: SOS TELECOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 396,500.00 | 100.00 % |
| Cust ID: 11-STAR TEL | | | Customer Name: STAR TELECOM NETWORK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 0.00 | 0.00 % |
| | | | | | | Company Total: | | 0.00 | 13,536,320.10 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 13,536,320.10 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:45AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-SUN WHOI | | | Customer Name: SUN WHOLESALE, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 318,540.59 | 100.00 % |
| Cust ID: 11-THE PHON | | | Customer Name: The Phone Card Warehouse Inc. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,660,185.96 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: T-IN-T MARKETING INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 20,850.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: TRI-PILLAR, INC | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 202,200.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,201,776.55 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,201,776.55 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 10-04 Through 12-04 As of: 6/13/2007

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company:** | **0000** | | | | | | | | | |
| Cust ID: | 11-UNITEL NE | | Customer Name: | UNITED TELECOM GROUP, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 7,079,697.63 | 100.00 % |
| Cust ID: | 11-VE NICE C | | Customer Name: | VE NICE CO. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 500,410.00 | 100.00 % |
| Cust ID: | 11-VERTEX 2 | | Customer Name: | NEWTEL USA, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,328,419.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 9,908,526.63 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 9,908,526.63 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:25PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-AMBE SPC | | | Customer Name: | AMBE SPORTS CARD, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,660,829.73 | 100.00 % |
| Cust ID: 11-BOSTON F | | | Customer Name: | BOSTON PHONECARD WHOLESALE | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,569,690.00 | 100.00 % |
| Cust ID: 11-CALLING ( | | | Customer Name: | CALLING CARD PLUS | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 356,250.99 | 100.00 % |
| Cust ID: 11-TRIPLE TI | | | Customer Name: | TRIPLE TIGER TRADING, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | -1,235.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 4,585,535.72 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 4,585,535.72 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02.26PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/7/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-CRISTEL T | | | Customer Name: CRISTEL TELECOM INC | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 7,264,903.84 | 100.00 % |
| Cust ID: 11-DEBIT COI | | | Customer Name: DEBIT CONNECTION 2 | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 2,489,538.95 | 100.00 % |
| Cust ID: 11-DISCOUN | | | Customer Name: DISCOUNT COMMUNICATIONS | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 1,303,732.15 | 100.00 % |
| Cust ID: 11-FUTURE C | | | Customer Name: FUTURE EXPO, INC. | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 127,500.00 | 100.00 % |
| Cust ID: 51-CALLPLU | | | Customer Name: CALLPLUS INT'L | | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 1,342,874.55 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 12,528,549.49 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 12,528,549.49 | 100.00 % |

Date: Thursday, June 07, 2007
Time: 02:26PM
User: SYSADMIN

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/7/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-GLOBAL C | | | Customer Name: | GLOBAL COMMUNICATIONS NETWORK | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 62,500.00 | 100.00 % |
| Cust ID: 11-HELLO TE | | | Customer Name: | Hello Tel. Investment Inc. | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 909,614.01 | 100.00 % |
| Cust ID: 11-HONOLUL | | | Customer Name: | Honolulu Candy | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 192,120.00 | 100.00 % |
| Cust ID: 11-INTERCO | | | Customer Name: | INTERCOM, INC. | | | | | | |
| | | | | | Customer Total: | | | 0.00 | 7,210,309.92 | 100.00 % |
| | | | | | Company Total: | | | 0.00 | 8,374,543.93 | 100.00 % |
| | | | | | Report Total: | | | 0.00 | 8,374,543.93 | 100.00 % |

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/13/2007



| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| **Company: 0000** | | | | | | | | | | |
| Cust ID: 11-KIM S SUP | | | Customer Name: | KIM'S SUPPLY | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 637,115.00 | 100.00 % |
| Cust ID: 11-KROSSLA | | | Customer Name: | KDI DISTRIBUTION, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 10,868,377.11 | 100.00 % |
| Cust ID: 11-KYUNG TA | | | Customer Name: | UNICOM | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 138,150.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 11,643,642.11 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 11,643,642.11 | 100.00 % |

Date: Wednesday. June 13. 2007
Time: 11:45AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/13/2007


Report 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-KWON S E | | | Customer Name: PAYLESS LINK | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 1,212,755.00 | 100.00 % |
| Cust ID: 11-LB INTERN | | | Customer Name: LB INTERNATIONAL | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 8,888,749.80 | 100.00 % |
| Cust ID: 11-MILLENNI | | | Customer Name: MILLENNIUM TELECARD-FADI SALIM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 3,972,761.91 | 100.00 % |
| Cust ID: 11-SOS TELE | | | Customer Name: SOS TELECOM | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 431,150.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 14,505,416.71 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 14,505,416.71 | 100.00 % |

Date: Wednesday, June 13, 2007
Time: 11:46AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/13/2007


Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-SUN WHOI | | | Customer Name: | SUN WHOLESALE, INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 365,743.56 | 100.00 % |
| Cust ID: 11-THE PHON | | | Customer Name: | The Phone Card Warehouse Inc. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,377,571.46 | 100.00 % |
| Cust ID: 11-T-IN-T MA | | | Customer Name: | T-IN-T MARKETING INC. | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 28,425.00 | 100.00 % |
| Cust ID: 11-TRI-PILLA | | | Customer Name: | TRI-PILLAR, INC | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 206,190.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 2,977,930.02 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 2,977,930.02 | 100.00 % |

Date: Wednesday, June 13. 2007
Time: 11:47AM
User: PETERKIM

# Locus Telecommunications Inc.

## Sales by Customer - Summary

Periods: 01-05 Through 03-05 As of: 6/13/2007

Page: 1 of 1
Report: 08740.rpt
Company: 0000

| Inv Nbr | Type | Date | Salesperson | Inventory | Unit | Quantity | Unit Price | Extended Cost | Extended Price | Margin Pct |
|---|---|---|---|---|---|---|---|---|---|---|
| Company: 0000 | | | | | | | | | | |
| Cust ID: 11-UNITEL NE | | | Customer Name: UNITED TELECOM GROUP, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 6,954,952.74 | 100.00 % |
| Cust ID: 11-VE NICE C | | | Customer Name: VE NICE CO. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 481,030.02 | 100.00 % |
| Cust ID: 11-VERTEX 2 | | | Customer Name: NEWTEL USA, INC. | | | | | | | |
| | | | | | | Customer Total: | | 0.00 | 2,681,600.00 | 100.00 % |
| | | | | | | Company Total: | | 0.00 | 10,117,582.76 | 100.00 % |
| | | | | | | Report Total: | | 0.00 | 10,117,582.76 | 100.00 % |

# EXHIBIT

# C

System Generated Sales Report by Page Total:

(1 / 2)

| 2001 | | | | | 2002 | | | | | 2003 | | | | | 2004 | | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 | Q3 | Q4 | | Q1 | Q2 (Apr) | Apr/2 | |
| 3,352,950.00 | 3,344,295.00 | 4,034,054.00 | 3,981,780.00 | 14,713,079.00 | 4,072,425.00 | 5,423,975.00 | 4,601,065.00 | 1,873,610.95 | 15,971,075.95 | 2,695,749.23 | 2,825,171.43 | 2,930,668.82 | 3,967,014.91 | 12,418,604.39 | 3,134,153.36 | 2,983,957.01 | 2,672,774.41 | 4,701,016.77 | 13,491,901.55 | 4,585,535.72 | 1,819,404.30 | 909,702.15 | 5,495,237.87 |
| (9,185.00) | (20,277.06) | (56,654.83) | (28,861.03) | (114,977.92) | (40,726.69) | (19,693.68) | (17,277.91) | 10,898,000.25 | 10,820,301.99 | 10,952,900.90 | 11,611,971.41 | 12,378,344.41 | 11,175,309.27 | 46,118,525.99 | 10,986,158.13 | 13,723,845.37 | 14,677,750.74 | 13,895,014.20 | 53,282,768.44 | 12,528,549.49 | 4,566,964.05 | 2,283,482.03 | 14,812,031.52 |
| 3,421,563.00 | 2,980,605.00 | 3,156,045.00 | 2,834,351.00 | 12,392,564.00 | 3,397,265.00 | 3,546,425.00 | 2,052,220.00 | 7,534,239.37 | 16,530,149.37 | 6,926,510.19 | 7,731,080.51 | 7,938,815.06 | 6,958,463.73 | 29,554,869.49 | 7,638,763.93 | 8,516,439.73 | 8,896,612.66 | 8,477,257.50 | 33,529,073.82 | 8,374,543.93 | 3,002,395.63 | 1,501,197.82 | 9,875,741.75 |
| (55,156.03) | (15,428.00) | (38,722.65) | (6,205.05) | (115,511.73) | (253,480.60) | (18,616.55) | (10,131.60) | 715,054.00 | 432,825.25 | 605,623.23 | 571,801.95 | 581,581.47 | 445,016.67 | 2,204,023.32 | 1,102,073.02 | 5,794,070.45 | 9,665,492.87 | 10,840,466.31 | 27,402,102.65 | 11,643,642.11 | 4,345,591.99 | 2,172,796.00 | 13,816,438.11 |
| 11,166,180.00 | 12,634,795.00 | 14,732,545.00 | 13,489,175.00 | 52,022,695.00 | 14,237,340.00 | 14,206,650.00 | 8,947,050.00 | 5,347,698.38 | 42,738,738.38 | 4,801,246.35 | 5,271,450.63 | 6,498,170.68 | 5,679,703.48 | 22,250,571.14 | 5,626,037.23 | 8,946,606.56 | 9,694,159.54 | 13,536,320.10 | 37,803,123.43 | 14,505,416.71 | 6,071,158.02 | 3,035,579.01 | 17,540,995.72 |
| (102,430.03) | (103,598.05) | (47,262.39) | (118,800.18) | (372,090.65) | (137,582.57) | (37,119.19) | (43,076.28) | 642,074.86 | 424,296.82 | 625,854.32 | 447,641.70 | 1,752,915.00 | 1,260,915.60 | 4,087,326.62 | 1,296,757.27 | 1,389,785.50 | 1,787,855.00 | 2,201,776.55 | 6,676,174.32 | 2,977,930.02 | 1,110,780.00 | 555,390.00 | 3,533,320.02 |
| | | | | - | | | 233,262.00 | | 233,262.00 | - | 102,000.00 | 632,050.00 | 1,257,312.41 | 1,991,362.41 | 1,950,912.12 | 7,627,525.00 | 7,930,530.60 | 9,908,526.63 | 27,417,494.35 | 10,117,582.76 | 3,415,076.56 | 1,707,538.28 | 11,825,121.04 |
| | | | | - | | | 2,598,505.44 | | 2,598,505.44 | | | | | - | | | | | - | | | - | - |
| | | | | - | | | 2,683,040.00 | | 2,683,040.00 | | | | | - | | | | | - | | | | - |
| | | | | - | | | 307,047.07 | | 307,047.07 | | | | | - | | | | | - | | | | - |
| | | | | - | | | 1,939,896.39 | | 1,939,896.39 | | | | | - | | | | | - | | | | - |
| | | | | - | | | 107,880.00 | | 107,880.00 | | | | | - | | | | | - | | | | - |
| 17,773,921.94 | 18,620,391.89 | 21,780,004.13 | 20,151,439.74 | 78,525,757.70 | 21,275,240.14 | 23,101,620.60 | 23,399,480.11 | 27,010,677.81 | 94,787,018.66 | 26,607,884.22 | 28,561,117.63 | 32,712,545.44 | 30,743,736.07 | 118,625,283.36 | 31,734,855.06 | 48,982,229.62 | 55,325,175.82 | 63,560,378.05 | 199,602,638.56 | 64,733,200.74 | 24,331,370.54 | 12,165,685.27 | 76,898,886.01 |
| | | | | A. | | | | | B. | | | | | C. | | | | | D. | | | | E. |

Grand Total: A + B + C + D + E = $ 568,439,584.29

3% = $ 17,053,187.53

Case 1:05-cv-01184-RHH Document 39-16 Filed 09/15/2008 Page 157 of 174

# TAB 4

## STATUTES DIRECTLY INVOLVED IN THE CASE

A 24 USC § 6402

B 24 USC § 6415

C 24 USC § 6416

D 47 USC § 202

# A

**Effective: December 31, 1999**

> > Subtitle F. Procedure and Administration (Refs & Annos)

Chapter 65. Abatements, Credits, and Refunds

Subchapter A. Procedure in General (Refs & Annos)

**§ 6402. Authority to make credits or refunds**

**(a) General rule.**--In the case of any overpayment, the Secretary, within the applicable period of limitations, may credit the amount of such overpayment, including any interest allowed thereon, against any liability in respect of an internal revenue tax on the part of the person who made the overpayment and shall, subject to subsections (c), (d) and (e), refund any balance to such person.

**(b) Credits against estimated tax.**--The Secretary is authorized to prescribe regulations providing for the crediting against the estimated income tax for any taxable year of the amount determined by the taxpayer or the Secretary to be an overpayment of the income tax for a preceding taxable year.

**(c) Offset of past-due support against overpayments.**--The amount of any overpayment to be refunded to the person making the overpayment shall be reduced by the amount of any past-due support (as defined in section 464(c) of the Social Security Act) owed by that person of which the Secretary has been notified by a State in accordance with section 464 of the Social Security Act. The Secretary shall remit the amount by which the overpayment is so reduced to the State collecting such support and notify the person making the overpayment that so much of the overpayment as was necessary to satisfy his obligation for past-due support has been paid to the State. A reduction under this subsection shall be applied first to satisfy any past-due support which has been assigned to the State under section 402(a)(26) or 471(a)(17) of the Social Security Act, and shall be applied to satisfy any other past-due support after any other reductions allowed by law (but before a credit against future liability for an internal revenue tax) have been made. This subsection shall be applied to an overpayment prior to its being credited to a person's future liability for an internal revenue tax.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**(d) Collection of debts owed to Federal agencies.--**

**(1) In general.**--Upon receiving notice from any Federal agency that a named person owes a past-due legally enforceable debt (other than past-due support subject to the provisions of subsection (c)) to such agency, the Secretary shall--

**(A)** reduce the amount of any overpayment payable to such person by the amount of such debt;

**(B)** pay the amount by which such overpayment is reduced under subparagraph (A) to such agency; and

**(C)** notify the person making such overpayment that such overpayment has been reduced by an amount necessary to satisfy such debt.

**(2) Priorities for offset.**--Any overpayment by a person shall be reduced pursuant to this subsection after such overpayment is reduced pursuant to subsection (c) with respect to past-due support collected pursuant to an assignment under section 402(a)(26) of the Social Security Act and before such overpayment is reduced pursuant to subsection (e) and before such overpayment is credited to the future liability for tax of such person pursuant to subsection (b). If the Secretary receives notice from a Federal agency or agencies of more than one debt subject to paragraph (1) that is owed by a person to such agency or agencies, any overpayment by such person shall be applied against such debts in the order in which such debts accrued.

**(3) Treatment of OASDI overpayments.--**

**(A) Requirements.**--Paragraph (1) shall apply with respect to an OASDI overpayment only if the requirements of paragraphs (1) and (2) of section 3720A(f) of title 31, United States Code, are met with respect to such overpayment.

**(B) Notice; protection of other persons filing joint return.--**

**(i) Notice.**--In the case of a debt consisting of an OASDI overpayment, if the Secretary determines upon receipt of the notice referred to in paragraph (1) that the refund from which the reduction described in paragraph (1)(A) would be made is based upon a joint return, the Secretary shall--

**(I)** notify each taxpayer filing such joint return that the reduction is being made from a refund based upon such return, and

**(II)** include in such notification a description of the procedures to be followed, in the case of a joint return, to protect the share of the refund which may be payable to another person.

**(ii) Adjustments based on protections given to other taxpayers on joint return.**--If the other person filing a joint return with the person owing the OASDI overpayment takes appropriate action to secure his or her proper share of the refund subject to reduction under this subsection, the Secretary shall pay such share to such other person. The Secretary shall deduct the amount of such payment from amounts which are derived from subsequent reductions in refunds under this subsection and are payable to a trust fund referred to in subparagraph (C).

**(C) Deposit of amount of reduction into appropriate trust fund.**--In lieu of payment, pursuant to paragraph (1)(B), of the amount of any reduction under this subsection to the Commissioner of Social Security, the Secretary shall deposit such amount in the Federal Old-Age and Survivors Insurance Trust Fund or the Federal

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Disability Insurance Trust Fund, whichever is certified to the Secretary as appropriate by the Commissioner of Social Security.

**(D) OASDI overpayment.**--For purposes of this paragraph, the term "OASDI overpayment" means any overpayment of benefits made to an individual under title II of the Social Security Act.

**(e) Collection of past-due, legally enforceable state income tax obligations.**--

**(1) In general.**--Upon receiving notice from any State that a named person owes a past-due, legally enforceable State income tax obligation to such State, the Secretary shall, under such conditions as may be prescribed by the Secretary--

**(A)** reduce the amount of any overpayment payable to such person by the amount of such State income tax obligation;

**(B)** pay the amount by which such overpayment is reduced under subparagraph (A) to such State and notify such State of such person's name, taxpayer identification number, address, and the amount collected; and

**(C)** notify the person making such overpayment that the overpayment has been reduced by an amount necessary to satisfy a past-due, legally enforceable State income tax obligation.

If an offset is made pursuant to a joint return, the notice under subparagraph (B) shall include the names, taxpayer identification numbers, and addresses of each person filing such return.

**(2) Offset permitted only against residents of state seeking offset.**--Paragraph (1) shall apply to an overpayment by any person for a taxable year only if the address shown on the Federal return for such taxable year of the overpayment is an address within the State seeking the offset.

**(3) Priorities for offset.**--Any overpayment by a person shall be reduced pursuant to this subsection--

**(A)** after such overpayment is reduced pursuant to.--

**(i)** subsection (a) with respect to any liability for any internal revenue tax on the part of the person who made the overpayment;

**(ii)** subsection (c) with respect to past-due support; and

**(iii)** subsection (d) with respect to any past-due, legally enforceable debt owed to a Federal agency; and

**(B)** before such overpayment is credited to the future liability for any Federal internal revenue tax of such person pursuant to subsection (b).

If the Secretary receives notice from one or more agencies of the State of more than one debt subject to paragraph (1) that is owed by such person to such an agency, any overpayment by such person shall be applied against such debts in the order in which such debts accrued.

**(4) Notice; consideration of evidence.**--No State may take action under this subsection until such State--

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**(A)** notifies by certified mail with return receipt the person owing the past-due State income tax liability that the State proposes to take action pursuant to this section;

**(B)** gives such person at least 60 days to present evidence that all or part of such liability is not past-due or not legally enforceable;

**(C)** considers any evidence presented by such person and determines that an amount of such debt is past-due and legally enforceable; and

**(D)** satisfies such other conditions as the Secretary may prescribe to ensure that the determination made under subparagraph (C) is valid and that the State has made reasonable efforts to obtain payment of such State income tax obligation.

**(5) Past-due, legally enforceable state income tax obligation.--For purposes of this subsection, the term "past-due, legally enforceable State income tax obligation" means a debt--**

**(A)(i)** which resulted from.--

**(I)** a judgment rendered by a court of competent jurisdiction which has determined an amount of State income tax to be due; or

**(II)** a determination after an administrative hearing which has determined an amount of State income tax to be due; and

**(ii)** which is no longer subject to judicial review; or

**(B)** which resulted from a State income tax which has been assessed but not collected, the time for redetermination of which has expired, and which has not been delinquent for more than 10 years.

For purposes of this paragraph, the term "State income tax" includes any local income tax administered by the chief tax administration agency of the State.

**(6) Regulations.**--The Secretary shall issue regulations prescribing the time and manner in which States must submit notices of past-due, legally enforceable State income tax obligations and the necessary information that must be contained in or accompany such notices. The regulations shall specify the types of State income taxes and the minimum amount of debt to which the reduction procedure established by paragraph (1) may be applied. The regulations may require States to pay a fee to reimburse the Secretary for the cost of applying such procedure. Any fee paid to the Secretary pursuant to the preceding sentence shall be used to reimburse appropriations which bore all or part of the cost of applying such procedure.

**(7) Erroneous payment to state.**--Any State receiving notice from the Secretary that an erroneous payment has been made to such State under paragraph (1) shall pay promptly to the Secretary, in accordance with such regulations as the Secretary may prescribe, an amount equal to the amount of such erroneous payment (without regard to whether any other amounts payable to such State under such paragraph have been paid to such State).

**(f) Review of reductions.**--No court of the United States shall have jurisdiction to hear any action, whether legal or equitable, brought to restrain or review a reduction authorized by subsection (c), (d), or (e). No such reduction shall be subject to review by the Secretary in an administrative proceeding. No action brought against the United States to recover the amount of any such reduction shall be considered to be a suit for refund of tax. This subsection does not

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

preclude any legal, equitable, or administrative action against the Federal agency or State to which the amount of such reduction was paid or any such action against the Commissioner of Social Security which is otherwise available with respect to recoveries of overpayments of benefits under section 204 of the Social Security Act.

**(g) Federal agency.**--For purposes of this section, the term "Federal agency" means a department, agency, or instrumentality of the United States, and includes a Government corporation (as such term is defined in section 103 of title 5, United States Code).

**(h) Treatment of payments to states.**--The Secretary may provide that, for purposes of determining interest, the payment of any amount withheld under subsection (c) or (e) to a State shall be treated as a payment to the person or persons making the overpayment.

**(i) Cross reference.**--For procedures relating to agency notification of the Secretary, see section 3721 of title 31, United States Code.

**(j) Refunds to certain fiduciaries of insolvent members of affiliated groups.**--Notwithstanding any other provision of law, in the case of an insolvent corporation which is a member of an affiliated group of corporations filing a consolidated return for any taxable year and which is subject to a statutory or court-appointed fiduciary, the Secretary may by regulation provide that any refund for such taxable year may be paid on behalf of such insolvent corporation to such fiduciary to the extent that the Secretary determines that the refund is attributable to losses or credits of such insolvent corporation.

**(k) Explanation of reason for refund disallowance.**--In the case of a disallowance of a claim for refund, the Secretary shall provide the taxpayer with an explanation for such disallowance.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# B

**Effective:[See Text Amendments]**

> > Subtitle F. Procedure and Administration (Refs & Annos)

Chapter 65. Abatements, Credits, and Refunds

Subchapter B. Rules of Special Application

**§ 6415. Credits or refunds to persons who collected certain taxes**

**(a) Allowance of credits or refunds.**--Credit or refund of any overpayment of tax imposed by section 4251, 4261, or 4271 may be allowed to the person who collected the tax and paid it to the Secretary if such person establishes, under such regulations as the Secretary may prescribe, that he has repaid the amount of such tax to the person from whom he collected it, or obtains the consent of such person to the allowance of such credit or refund.

**(b) Credit on returns.**--Any person entitled to a refund of tax imposed by section 4251, 4261, or 4271 paid, or collected and paid, to the Secretary by him may, instead of filing a claim for refund, take credit therefor against taxes imposed by such section due upon any subsequent return.

**(c) Refund of overcollections.**--In case any person required under section 4251, 4261, or 4271 to collect any tax shall make an overcollection of such tax, such person shall, upon proper application, refund such overcollection to the person entitled thereto.

**(d) Refund of taxable payment.**--Any person making a refund of any payment on which tax imposed by section 4251, 4261, or 4271 has been collected may repay therewith the amount of tax collected on such payment.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# C

**Effective: [See Notes]**

> > Subtitle F. Procedure and Administration (Refs & Annos)

Chapter 65. Abatements, Credits, and Refunds

Subchapter B. Rules of Special Application

**§ 6416. Certain taxes on sales and services**

**(a) Condition to allowance.--**

**(1) General rule.**--No credit or refund of any overpayment of tax imposed by chapter 31 (relating to retail excise taxes), or chapter 32 (manufacturers taxes) shall be allowed or made unless the person who paid the tax establishes, under regulations prescribed by the Secretary, that he--

**(A)** has not included the tax in the price of the article with respect to which it was imposed and has not collected the amount of the tax from the person who purchased such article;

**(B)** has repaid the amount of the tax to the ultimate purchaser of the article;

**(C)** in the case of an overpayment under subsection (b)(2) of this section--

**(i)** has repaid or agreed to repay the amount of the tax to the ultimate vendor of the article, or

**(ii)** has obtained the written consent of such ultimate vendor to the allowance of the credit or the making of the refund; or

**(D)** has filed with the Secretary the written consent of the person referred to in subparagraph (B) to the allowance of the credit or the making of the refund.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**(2) Exceptions.**--This subsection shall not apply to--

**(A)** the tax imposed by section 4041 (relating to tax on special fuels) on the use of any liquid, and

**(B)** an overpayment of tax under paragraph (1), (3)(A), (4), (5), or (6) of subsection (b) of this section.

**(3) Special rule.**--For purposes of this subsection, in any case in which the Secretary determines that an article is not taxable, the term "ultimate purchaser" (when used in paragraph (1)(B) of this subsection) includes a wholesaler, jobber, distributor, or retailer who, on the 15th day after the date of such determination, holds such article for sale; but only if claim for credit or refund by reason of this paragraph is filed on or before the date for filing the return with respect to the taxes imposed under chapter 32 for the first period which begins more than 60 days after the date on such determination.

**(4) Registered ultimate vendor or credit card issuer to administer credits and refunds of gasoline tax.**--

**(A) In general.**--For purposes of this subsection, except as provided in subparagraph (B), if an ultimate vendor purchases any gasoline on which tax imposed by section 4081 has been paid and sells such gasoline to an ultimate purchaser described in subparagraph (C) or (D) of subsection (b)(2) (and such gasoline is for a use described in such subparagraph), such ultimate vendor shall be treated as the person (and the only person) who paid such tax, but only if such ultimate vendor is registered under section 4101.

**(B) Credit card issuer.**--For purposes of this subsection, if the purchase of gasoline described in subparagraph (A) (determined without regard to the registration status of the ultimate vendor) is made by means of a credit card issued to the ultimate purchaser, paragraph (1) shall not apply and the person extending the credit to the ultimate purchaser shall be treated as the person (and the only person) who paid the tax, but only if such person--

**(i)** is registered under section 4101,

**(ii)** has established, under regulations prescribed by the Secretary, that such person--

**(I)** has not collected the amount of the tax from the person who purchased such article, or

**(II)** has obtained the written consent from the ultimate purchaser to the allowance of the credit or refund, and

**(iii)** has so established that such person--

**(I)** has repaid or agreed to repay the amount of the tax to the ultimate vendor,

**(II)** has obtained the written consent of the ultimate vendor to the allowance of the credit or refund, or

**(III)** has otherwise made arrangements which directly or indirectly provides the ultimate vendor with reimbursement of such tax.

If clause (i), (ii), or (iii) is not met by such person extending the credit to the ultimate purchaser, then such person shall collect an amount equal to the tax from the ultimate purchaser and only such ultimate purchaser may claim such credit or payment.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**(C) Timing of claims.**--The procedure and timing of any claim under subparagraph (A) or (B) shall be the same as for claims under section 6427(i)(4), except that the rules of section 6427(i)(3)(B) regarding electronic claims shall not apply unless the ultimate vendor or credit card issuer has certified to the Secretary for the most recent quarter of the taxable year that all ultimate purchasers of the vendor or credit card issuer are certified and entitled to a refund under subparagraph (C) or (D) of subsection (b)(2).

**(b) Special cases in which tax payments considered overpayments.**--Under regulations prescribed by the Secretary, credit or refund (without interest) shall be allowed or made in respect of the overpayments determined under the following paragraphs:

**(1) Price readjustments.--**

**(A) In general.**--Except as provided in subparagraph (B) or (C), if the price of any article in respect of which a tax, based on such price, is imposed by chapter 31 or 32, is readjusted by reason of the return or repossession of the article or a covering or container, or by a bona fide discount, rebate, or allowance, including a readjustment for local advertising (but only to the extent provided in section 4216(e)(2) and (3)), the part of the tax proportionate to the part of the price repaid or credited to the purchaser shall be deemed to be an overpayment.

**(B) Further manufacture.**--Subparagraph (A) shall not apply in the case of an article in respect of which tax was computed under section 4223(b)(2); but if the price for which such article was sold is readjusted by reason of the return or repossession of the article, the part of the tax proportionate to the part of such price repaid or credited to the purchaser shall be deemed to be an overpayment.

**(C) Adjustment of tire price.**--No credit or refund of any tax imposed by subsection (a) or (b) of section 4071 shall be allowed or made by reason of an adjustment of a tire pursuant to a warranty or guarantee.

**(2) Specified uses and resales.**--The tax paid under chapter 32 (or under subsection (a) or (d) of section 4041 in respect of sales or under section 4051) in respect of any article shall be deemed to be an overpayment if such article was, by any person--

**(A)** exported;

**(B)** used or sold for use as supplies for vessels or aircraft;

**(C)** sold to a State or local government for the exclusive use of a State or local government;

**(D)** sold to a nonprofit educational organization for its exclusive use;

**(E)** sold to a qualified blood collector organization (as defined in section 7701(a)(49)) for such organization's exclusive use in the collection, storage, or transportation of blood;

**(F)** in the case of any tire taxable under section 4071(a), sold to any person for use as described in section 4221(e)(3); or

**(G)** in the case of gasoline, used or sold for use in the production of special fuels referred to in section 4041.

Subparagraphs (C), (D), and (E) shall not apply in the case of any tax paid under section 4064. In the case of the tax imposed by section 4131, subparagraphs (B), (C), (D), and (E) shall not apply and subparagraph (A) shall

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

apply only if the use of the exported vaccine meets such requirements as the Secretary may by regulations prescribe. This paragraph shall not apply in the case of any tax imposed under section 4041(a)(1) or 4081 on diesel fuel or kerosene and any tax paid under section 4121. Subparagraphs (C) and (D) shall not apply in the case of any tax imposed on gasoline under section 4081 if the requirements of subsection (a)(4) are not met. In the case of taxes imposed by subchapter C or D of chapter 32, subparagraph (E) shall not apply.

**(3) Tax-paid articles used for further manufacture, etc.**--If the tax imposed by chapter 32 has been paid with respect to the sale of any article (other than coal taxable under section 4121) by the manufacturer, producer, or importer thereof and such article is sold to a subsequent manufacturer or producer before being used, such tax shall be deemed to be an overpayment by such subsequent manufacturer or producer if--

**(A)** in the case of any article other than any fuel taxable under section 4081, such article is used by the subsequent manufacturer or producer as material in the manufacture or production of, or as a component part of--

**(i)** another article taxable under chapter 32, or

**(ii)** an automobile bus chassis or an automobile bus body,

manufactured or produced by him; or

**(B)** in the case of any fuel taxable under section 4081, such fuel is used by the subsequent manufacturer or producer, for nonfuel purposes, as a material in the manufacture or production of any other article manufactured or produced by him.

**(4) Tires.**--If--

**(A)** the tax imposed by section 4071 has been paid with respect to the sale of any tire by the manufacturer, producer, or importer thereof, and

**(B)** such tire is sold by any person on or in connection with, or with the sale of, any other article, such tax shall be deemed to be an overpayment by such person if such other article is--

**(i)** an automobile bus chassis or an automobile bus body,

**(ii)** by such person exported, sold to a State or local government for the exclusive use of a State or local government, sold to a nonprofit educational organization for its exclusive use, or used or sold for use as supplies for vessels or aircraft, or

**(iii)** sold to a qualified blood collector organization for its exclusive use in connection with a vehicle the organization certifies will be primarily used in the collection, storage, or transportation of blood.

**(5) Return of certain installment accounts.**--If--

**(A)** tax was paid under section 4216(d)(1) in respect of any installment account,

**(B)** such account is, under the agreement under which the account was sold, returned to the person who sold such account, and

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**(C)** the consideration is readjusted as provided in such agreement,

the part of the tax paid under section 4216(d)(1) allocable to the part of the consideration repaid or credited to the purchaser of such account shall be deemed to be an overpayment.

**(6) Truck chassis, bodies, and semitrailers used for further manufacture.**--If--

**(A)** the tax imposed by section 4051 has been paid with respect to the sale of any article, and

**(B)** before any other use, such article is by any person used as a component part of another article taxable under section 4051 manufactured or produced by him,

such tax shall be deemed to be an overpayment by such person. For purposes of the preceding sentence, an article shall be treated as having been used as a component part of another article if, had it not been broken or rendered useless in the manufacture or production of such other article, it would have been so used.

This subsection shall apply in respect of an article only if the exportation or use referred to in the applicable provision of this subsection occurs before any other use, or, in the case of a sale or resale, the use referred to in the applicable provision of this subsection is to occur before any other use.

**(c) Refund to exporter or shipper.**--Under regulations prescribed by the Secretary the amount of any tax imposed by chapter 31, or chapter 32 erroneously or illegally collected in respect of any article exported to a foreign country or shipped to a possession of the United States may be refunded to the exporter or shipper thereof, if the person who paid such tax waives his claim to such amount.

**(d) Credit on returns.**--Any person entitled to a refund of tax imposed by chapter 31 or 32, paid to the Secretary may, instead of filing a claim for refund, take credit therefor against taxes imposed by such chapter due on any subsequent return. The preceding sentence shall not apply to the tax imposed by section 4081 in the case of refunds described in section 4081(e).

**(e) Accounting procedures for like articles.**--Under regulations prescribed by the Secretary, if any person uses or resells like articles, then for purposes of this section the manufacturer, producer, or importer of any such article may be identified, and the amount of tax paid under chapter 32 in respect of such article may be determined--

**(1)** on a first-in-first-out basis,

**(2)** on a last-in-first-out basis, or

**(3)** in accordance with any other consistent method approved by the Secretary.

**(f) Meaning of terms.**--For purposes of this section, any term used in this section has the same meaning as when used in chapter 31, 32, or 33, as the case may be.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# D

C

**Effective:[See Text Amendments]**

United States Code Annotated Currentness
Title 47. Telegraphs, Telephones, and Radiotelegraphs
Chapter 5. Wire or Radio Communication (Refs & Annos)

Subchapter II. Common Carriers (Refs & Annos)

Part I. Common Carrier Regulation

**§ 202. Discriminations and preferences**

(a) Charges, services, etc.

It shall be unlawful for any common carrier to make any unjust or unreasonable discrimination in charges, practices, classifications, regulations, facilities, or services for or in connection with like communication service, directly or indirectly, by any means or device, or to make or give any undue or unreasonable preference or advantage to any particular person, class of persons, or locality, or to subject any particular person, class of persons, or locality to any undue or unreasonable prejudice or disadvantage.

(b) Charges or services included

Charges or services, whenever referred to in this chapter, include charges for, or services in connection with, the use of common carrier lines of communication, whether derived from wire or radio facilities, in chain broadcasting or incidental to radio communication of any kind.

(c) Penalty

Any carrier who knowingly violates the provisions of this section shall forfeit to the United States the sum of $6,000 for each such offense and $300 for each and every day of the continuance of such offense.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.